## EXHIBIT INDEX

| Exhibit | Description |
|---|---|
| Composite Exhibit A | Lease Agreement |
| B | Equipment Schedule No. 1 |
| C | Schedule of Stipulated Loss Values |
| D | Schedule of Equipment |
| Composite Exhibit E – Part 1-1 | Southeast Equipment Valuation Summary Appraisal on Solar Panel Manufacturing Equipment |
| Composite Exhibit E – Part 1-2 | Southeast Equipment Valuation Summary Appraisal on Solar Panel Manufacturing Equipment |
| Composite Exhibit E – Part 1-3 | Southeast Equipment Valuation Summary Appraisal on Solar Panel Manufacturing Equipment |
| Composite Exhibit E – Part 1-4 | Southeast Equipment Valuation Summary Appraisal on Solar Panel Manufacturing Equipment |
| Composite Exhibit E – Part 2 | Industrial Asset Appraisals and Consulting, Inc. Specific Manufacturing Equipment Appraisal |
| Composite Exhibit E – Part 3 | Industrial Asset Appraisals and Consulting, Inc. Power Generation Equipment Appraisal |
| F | Acceptance Certificate |
| G | Disbursement Authorization |
| Composite Exhibit H | Financing Statements |
| I | Equipment Lease Guaranty – D. Nikitin |
| J | Equipment Lease Guaranty – S. Nikitin |
| K | Real Property Waiver |
| L | Affidavit of Jim Rollo |
| M | Affidavit of Aryan Rochon |
| N | Article dated April 10, 2013 |
| O | Article dated March 29, 2013 |
| P | Internal notice of product recall |
| Composite Exhibit Q | Public Notice from Underwriters Laboratories dated April 15, 2013 and article from Wall Street Journal |

1907997 v1