# SUNTRUST EQUIPMENT FINANCE & LEASING CORP.

**EQUIPMENT SCHEDULE NO. 001**

This Equipment Schedule (this "Equipment Schedule") is entered into between SUNTRUST EQUIPMENT FINANCE & LEASING CORP.,("Lessor") and BLUECHIP POWER, LLC and BLUECHIP ENERGY, LLC and ADVANCED SOLAR PHOTONICS, LLC and LASER PHOTONICS, LLC, and ICT INVESTMENTS LLC, A LIMITED LIABILITY COMPANY and US INVESTING CORPORATION ("Lessee"), effective as of the date set forth below, pursuant to that certain Equipment Lease Agreement No. 08830 dated as of December 10, 2012, between Lessor and Lessee (the "Lease"). Capitalized terms used without definition in this Equipment Schedule and certain other terms that are not capitalized shall have the meanings ascribed to them in the Lease, to the extent defined therein. The provisions of the Lease, solely as they relate to the Equipment leased hereunder, are hereby incorporated into and shall be deemed a part of this Equipment Schedule. This Equipment Schedule shall be deemed a separate instrument of lease.

1. **EQUIPMENT.** (a) The Equipment leased hereunder shall include the personal property described in the schedule attached hereto and made a part hereof.

   (b) The "Total Invoice Cost" of the Equipment is equal to $5,000,000.00.

2. **TERM.** Upon and after the date of execution of the Acceptance Certificate for any or all of the Equipment, such Equipment shall be hereby leased by Lessor to Lessee on the terms and conditions of the Lease, this Equipment Schedule and any other Lease Documents entered into in connection herewith. A full term of lease with respect to said Equipment shall commence on the date of execution of the Acceptance Certificate for such Equipment and shall extend for Sixty (60) months after the 29th day of the month of the date hereof, with the exception of February which shall be after the 27th day or the 28th day if applicable.

3. **RENT PAYMENTS.** (a) During the period from the date of funding to the twenty-ninth day of this month (the twenty-seventh day if February or the twenty-eighth day if applicable), the pro-rated daily rent payment for said Equipment shall be $583.33; computed as the product of the Total Invoice Cost specified above and Four and Twenty Hundredths (4.20%) percent, divided by three hundred sixty (360) days. This pro-rated payment shall be made on the 30th day of this month (the 28th day if February or the 29th day if applicable).

   (b) From and after the 30th day of the month of execution hereof, the monthly rent payment for said Equipment during the term of this Equipment Schedule shall be $92,528.00, computed as 1.85056% of the Total Invoice Cost specified above. Rent, and any applicable sales/use tax, payments shall be made, in arrears, on the 30th day of the month for each month during the term of this Equipment Schedule, except for each February during the term hereof, which payments shall be due on the last day thereof.

   (c) Pursuant to Section 2 of the Lease, Lessee will pay the rent, any applicable sales/use tax payments and all other amounts payable under the Lease by mailing such amounts to Lessor at: P.O. Box 79194, Baltimore, Maryland 21279-0194.

   (d) As an accommodation, and not as a condition to payment (and without prejudicing the agreements made in the second sentence of Section 2 of the Lease), Lessee has requested and Lessor has agreed to submit invoices to Lessee with respect to each of the rental installments and any applicable sales/use tax payments payable under this Equipment Schedule. Lessor will transmit each such invoice by regular mail, addressed to Lessee at the address provided below Lessee's signature in the Lease, deposited in the mail prior to the related payment date.

   (e) The Return Fee payable pursuant to Section 2 of the Lease is $50.00 per returned item.

4. **LOCATION OF EQUIPMENT.** Upon acceptance and delivery of the Equipment, as evidenced by Lessee's execution of an Acceptance Certificate, the location of the Equipment is specified on the Schedule of Equipment attached hereto.

5. **LATE CHARGE RATE.** The Late Charge Rate shall be one and one half (1½%) percent per month of the amount in arrears for the period such amount remains unpaid (provided, however, that if such rate exceeds the highest rate permitted by applicable law, then the Late Charge Rate shall be the highest rate permitted by applicable law).

6. **SCHEDULE OF STIPULATED LOSS VALUES.** The Schedule of Stipulated Loss Values attached hereto is incorporated herein by reference, and shall be applicable solely to the Equipment described in this Equipment Schedule.

7. **RECOVERY PROPERTY CLASS.** The class of property to which the Equipment is assigned (as referenced in Section 2 of the Tax Indemnity Rider to the Lease) is N/A - year property.

8. **PUBLIC LIABILITY INSURANCE.** The amount of public liability insurance referenced in Section 11 of the Lease is $5,000,000.00, with a mutually acceptable deductible.

9. **INTEREST RATE PROVISION.** Without prejudicing the generality of Section 10(b) of the Lease, Lessor and Lessee agree that notwithstanding any provision to the contrary in this Equipment Schedule or any other Lease Document: (a) the aggregate of all interest and any other charges or consideration constituting interest, if any, under applicable interest law that is taken, reserved, contracted for, charged or received under this Equipment Schedule or under any other Lease Document or otherwise on or in connection with any indebtedness shall under no circumstance exceed the maximum amount of interest allowed by the applicable interest law; and (b) neither Lessee nor any other party liable for the payment of any such indebtedness shall be obligated to pay the amount of such interest to the extent that it is in excess of the maximum amount of interest allowed by the interest law applicable to any such indebtedness.

DATE OF EXECUTION: _Dec. 10_, 2012.

SUNTRUST EQUIPMENT FINANCE & LEASING CORP.
Lessor
By: _[signature]_ [SEAL]
Name: Lorraine Carpenter
Title: Vice President

BLUECHIP POWER, LLC
Lessee
  By: ICT Investments, LLC
By: _[signature]_ [SEAL]
Name: Svetlana Nikitina
Title: Manager

BLUECHIP ENERGY, LLC
Lessee
  By: ICT Investments, LLC
By: _[signature]_ [SEAL]
Name: Svetlana Nikitina
Title: Manager

ADVANCED SOLAR PHOTONICS, LLC
Lessee
  By: ICT Investments, LLC
By: _[signature]_ [SEAL]
Name: Svetlana Nikitina
Title: Manager

LASER PHOTONICS, LLC
Lessee
  By: DSJT Holdings, LLC
By: _[signature]_ [SEAL]
Name: Svetlana Nikitina
Title: Manager

ICT INVESTMENTS LLC, A LIMITED LIABILITY COMPANY
Lessee
By: _[signature]_ [SEAL]
Name: Svetlana Nikitina
Title: Manager

US INVESTING CORPORATION
Lessee
By: _[signature]_ [SEAL]
Name: Thomas Gregory
Title: Chief Investment Officer

Billing Address: _4400 Rinehart Rd Lake Mary FL 32746_
To be completed by Lessee. If this section is not completed Lessor will transmit each invoice by regular mail, addressed to Lessee at the address provided below Lessee's signature in the Lease.

THE ONE AND ONLY ORIGINAL OF THIS EQUIPMENT SCHEDULE IS MARKED "ORIGINAL" AT THE TOP OF THIS PAGE AND SHALL CONSTITUTE THE ONLY CHATTEL PAPER ORIGINAL FOR THE PURPOSES OF ARTICLE 9 OF THE UNIFORM COMMERCIAL CODE. EACH OTHER SIGNED VERSION IS MARKED "DUPLICATE".