# SunTrust Equipment Finance & Leasing Corp.

## SCHEDULE OF STIPULATED LOSS VALUES

INCORPORATED IN AND MADE A PART OF EQUIPMENT SCHEDULE NO. 001

TO EQUIPMENT LEASE AGREEMENT DATED AS OF December 10, 2012,

BETWEEN SUNTRUST EQUIPMENT FINANCE & LEASING CORP. ("LESSOR") AND BLUECHIP POWER, LLC and BLUECHIP ENERGY, LLC and ADVANCED SOLAR PHOTONICS, LLC and LASER PHOTONICS, LLC, and ICT INVESTMENTS LLC, A LIMITED LIABILITY COMPANY and US INVESTING CORPORATION. ("LESSEE").

| Rental Payment Number | Percent of Equipment Cost | Rental Payment Number | Percent of Equipment Cost | Rental Payment Number | Percent of Equipment Cost |
|---|---|---|---|---|---|
| 1 | 105.35 | 21 | 74.21 | 41 | 40.81 |
| 2 | 103.84 | 22 | 72.59 | 42 | 39.08 |
| 3 | 102.33 | 23 | 70.97 | 43 | 37.34 |
| 4 | 100.82 | 24 | 69.34 | 44 | 35.60 |
| 5 | 99.29 | 25 | 67.71 | 45 | 33.85 |
| 6 | 97.77 | 26 | 66.08 | 46 | 32.09 |
| 7 | 96.23 | 27 | 64.43 | 47 | 30.33 |
| 8 | 94.70 | 28 | 62.78 | 48 | 28.56 |
| 9 | 93.15 | 29 | 61.13 | 49 | 26.79 |
| 10 | 91.60 | 30 | 59.47 | 50 | 25.01 |
| 11 | 90.05 | 31 | 57.80 | 51 | 23.22 |
| 12 | 88.49 | 32 | 56.13 | 52 | 21.42 |
| 13 | 86.93 | 33 | 54.45 | 53 | 19.63 |
| 14 | 85.35 | 34 | 52.77 | 54 | 17.82 |
| 15 | 83.78 | 35 | 51.08 | 55 | 16.01 |
| 16 | 82.20 | 36 | 49.38 | 56 | 14.19 |
| 17 | 80.61 | 37 | 47.68 | 57 | 12.36 |
| 18 | 79.02 | 38 | 45.97 | 58 | 10.53 |
| 19 | 77.42 | 39 | 44.26 | 59 | 8.69 |
| 20 | 75.82 | 40 | 42.54 | 60 | 6.85 |

SUNTRUST EQUIPMENT FINANCE & LEASING CORP.
Lessor
By: _[signature]_ [SEAL]
Name: Lorraine Carpenter
Title: Vice President

BLUECHIP POWER, LLC
Lessee
  By: ICT Investments, LLC
By: _[signature]_ [SEAL]
Name: Svetlana Nikitina
Title: Manager

BLUECHIP ENERGY, LLC
Lessee
  By: ICT Investments, LLC
By: _[signature]_ [SEAL]
Name: Svetlana Nikitina
Title: Manager

ADVANCED SOLAR PHOTONICS, LLC
Lessee
  By: ICT Investments, LLC
By: _[signature]_ [SEAL]
Name: Svetlana Nikitina
Title: Manager

** REMAINING SIGNATURES OF NEXT PAGE**

SCHEDULE OF STIPULATED LOSS VALUES (03/01)

EXHIBIT C

# SunTrust equipment finance & leasing corp.

## SCHEDULE OF STIPULATED LOSS VALUES

LASER PHOTONICS, LLC
Lessee
  By: DSJT Holdings, LLC
By: _____ [SEAL]
Name: Svetlana Nikitina
Title: Manager

ICT INVESTMENTS LLC, A LIMITED LIABILITY COMPANY
Lessee
By: _____ [SEAL]
Name: Svetlana Nikitina
Title: Manager

US INVESTING CORPORATION
Lessee
By: _____ [SEAL]
Name: THOMAS GREGORY
Title: CHIEF INVESTMENT OFFICER