# SUNTRUST EQUIPMENT FINANCE & LEASING CORP.

### SCHEDULE OF EQUIPMENT

Lessee: BLUECHIP POWER, LLC and BLUECHIP ENERGY, LLC and ADVANCED SOLAR PHOTONICS, LLC and LASER PHOTONICS, LLC, and ICT INVESTMENTS LLC, A LIMITED LIABILITY COMPANY and US INVESTING CORPORATION

Page No. 01 of 01 total page(s)

Attached to Bill of Sale dated _____, 20___
and/or
Equipment Schedule No. 001

Equipment located at:
400 Rinehart Road
Street No.
Lake Mary _____ FL ___ 32746
City        County        State   ZIP Code

| Manufacturer and/or Vendor Name & Invoice No. | Description | Invoice Cost |
|---|---|---|
| | Including but not limited to Equipment detailed on the below appraisal reports:<br><br>Southeast Equipment Valuation Summary Appraisal Report on Solar Panel Manufacturing Equipment dated: 11/29/2010<br><br>Industrial Asset Appraisals & Consulting, Inc. Summary Appraisal of Specified Manufacturing Equipment dated: 10/18/12<br><br>Industrial Asset Appraisals & Consulting, Inc. Summary Appraisal of Power Generation Equipment dated: 10/18/12<br><br>3S Modultec XL3622CP, Titan FLS48, Meier ICOLAM 42/24, Komax Xcell X2, FL600, Blackstar PCB, Fantum G4, Inspection Table, LP Frame Press, Gravity Roller Conveyor, Fantom G3, Coherent Libra, ABM-G3, SBM 1200M, Yitterbium 1KW, Yitterbium 2KW, all power generation equipment which includes but is not limited to solar panels, conductors, and inverters (specific equipment covered with the Appraisal) | $5,000,000.00 |
| | **Total Cost:** | $5,000,000.00 |

BLUECHIP POWER, LLC
Lessee
  By: ICT Investments, LLC
By: _____O Luck_____ (SEAL)
Name: Svetlana Nikitina
Title: Manager

BLUECHIP ENERGY, LLC
Lessee
  By: ICT Investments, LLC
By: _____O Luck_____ (SEAL)
Name: Svetlana Nikitina
Title: Manager

ADVANCED SOLAR PHOTONICS, LLC
Lessee
  By: ICT Investments, LLC
By: _____O Luck_____ (SEAL)
Name: Svetlana Nikitina
Title: Manager

LASER PHOTONICS, LLC
Lessee
  By: DSJT Holdings, LLC
By: _____O Luck_____ (SEAL)
Name: Svetlana Nikitina
Title: Manager

ICT INVESTMENTS LLC, A LIMITED LIABILITY COMPANY
Lessee
By: _____O Luck_____ (SEAL)
Name: Svetlana Nikitina
Title: Manager

US INVESTING CORPORATION
Lessee
By: _____ue_____ (SEAL)
Name: THOMAS GREGORY
Title: CHIEF INVESTMENT OFFICER

SCHEDULE OF EQUIPMENT

**EXHIBIT D**