# SUMMARY APPRAISAL REPORT

On

## SOLAR PANEL MANUFACTURING EQUIPMENT

KNOWN AS

BLUECHIP ENERGY

For

**MR. RYAN TENNYSON**
**VICE PRESIDENT**
**FIFTH THIRD BANK**
**200 EAST ROBINSON STREET, NINTH FLOOR**
**ORLANDO, FLORIDA 32801**

EFFECTIVE DATE OF VALUE
NOVEMBER 29, 2010

Prepared By

**SOUTHEAST EQUIPMENT VALUATION**
**LARRY G. SAGE, MAI, CEA, ASA**
**J. HUNTER ARNOLD**
**3517 HIGHWAY 17, SUITE A**
**ORANGE PARK, FLORIDA 32003**

# SOUTHEAST EQUIPMENT VALUATION

**COMPOSITE**
**EXHIBIT E – Part 1-1**

Larry G. Sage, MAI, CEA, ASA
President
Lsage@equipmentval.com
www.equipmentval.com



Orange Park Office
3517 Highway 17, Suite A
Orange Park, Florida 32003
904-215-6623 (main office)

December 1, 2010

Mr. Ryan Tennyson
Vice President
Fifth Third Bank
200 East Robinson Street, Ninth Floor
Orlando, Florida 32801

RE:     An appraisal report of equipment known as BlueChip Energy located at 400 Rinehart Road,
        Suite 1060, Lake Mary, Florida. Appraiser's File No. 10457.

Dear Mr. Tennyson,

In accordance with your request, **Southeast Equipment Valuation** prepared a Summary
Appraisal Report on the above referenced personal property (equipment) for the purpose of
estimating the following:

  ➢ Fair Market Value in Place
  ➢ Orderly Liquidation Value (OLV)

Your attention is also directed to the subsection titled "Assumptions and Limiting Conditions"
which further identifies the scope and use of this report. The engagement letter is included in the
Addenda.

The following can rely on this appraisal:

  ➢ Fifth Third Bank and affiliates

In addition to a physical inspection, an analysis of the appraised property, as well as other matters
considered pertinent to and indicative of market value are examined.

The accompanying appraisal report sets forth these findings, and the basis for the final conclusion
of value. This appraisal report has been prepared by Larry G. Sage, MAI, CEA, ASA and J. Hunter
Arnold who are recognized and acknowledged by individual qualifications and signature on the
Certificate in this report.

December 1, 2010
Page 2

**Description of the Appraisal Process:**

In accordance with the 2010-2011 Uniform Standards of Professional Appraisal Practice, effective January 1, 2010, each written appraisal report must be prepared under one of the following three options and prominently state which option is used: Self-Contained Appraisal Report, Summary Appraisal Report, or Restricted Use Appraisal Report.

The essential difference between the three options is the content and level of information provided and the use and application of the following terms:

- **Self-Contained – Describe (greater detail presented)**
- **Summary – Summarize (less detail presented)**
- **Restricted Use – State (nominal detail presented)**

According to Standard Rule 7-2 the development of a personal property appraisal must:

a) Identify the client and intended users
b) Identify the intended use of the appraiser's opinions and conclusions
c) Identify the purpose of the assignment, and if the value opinion to be developed is market value, ascertain whether the value is to be the most probable price
d) Identify the effective date of opinions and conclusions
e) Identify the characteristics of the property that are relevant to the purpose and intended use
f) Identify the scope of work necessary to complete the assignment
g) Identify any extraordinary assumptions necessary in the assignment
h) Identify any hypothetical conditions necessary in the assessment

This appraisal report has been prepared by Larry G. Sage, MAI, CEA, ASA and J. Hunter Arnold who are recognized and acknowledged by individual qualifications and signature on the Certificate in this report.  This report conforms and complies with Standard Rule 8-2 (b) of a summary appraisal.  This report also complies with a personal property appraisal developed under STANDARD 7.

Additionally, this report complies with regulations of Title IX of the Federal Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA), as well as the guidelines set forth by the Comptroller of Currency (OCC) Standards of 12 CFR Part 34 and the Gramm-Leach-Bliley Act of 1999. The report also conforms to the OTS appraisal requirements. The undersigned representative of the appraisal company is aware of the penalty under 18 USC No. 1001 for making false statements and proposals.

December 1, 2010
Page 3

Subject to the definition of market value as set forth in this report, as well as the General Assumptions and Limiting Conditions, it is our opinion that the value of the Fee Simple Interest of the described personal property as of **November 29, 2010** is:

| BlueChip Energy | | | |
|---|---|---|---|
| **Value Component** | **Discount Factor** | **=** | **Value (Rounded)** |
| Fair Market Value In Place | N/A | = | $13,200,000 |
| Orderly Liquidation Value | 50% | = | $6,600,000 |

Should you have any questions regarding this appraisal report, please do not hesitate to contact our office, (904) 215-6623.

Respectfully submitted,

**THE SAGE GROUP**

Larry G. Sage, MAI, CEA, ASA
Certified Equipment Appraiser - AMEA
Real Estate Appraiser RZ 0002513

J. Hunter Arnold
Florida-Certified General
Real Estate Appraiser RZ 3401

# TABLE OF CONTENTS

CERTIFICATE ........................................................................................................................5

NATURE OF ASSIGNMENT..............................................................................................7

ASSUMPTIONS AND LIMITING CONDITIONS .....................................................11

EXTRAORDINARY ASSUMPTIONS .........................................................................13

SOLAR ENERGY INDUSTRY .....................................................................................15

DESCRIPTION OF EQUIPMENT...............................................................................17

THE APPRAISAL PROCESS.........................................................................................18

DEPRECIATION ESTIMATE.......................................................................................20

LIQUIDATION VALUE .................................................................................................23

ADDENDA..........................................................................................................................24

## SOUTHEAST EQUIPMENT VALUATION

### CERTIFICATE

In accordance with the Uniform Standards of Professional Appraisal Practice, effective January 1, 2010, under Standard Rule 8-3, this appraisal report contains the following certification:

We certify that, to the best of our knowledge and belief,

1.  The statements of fact contained in this report are true and correct.

2.  The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions and is our personal, impartial, and unbiased professional analysis, opinions, and conclusion.

3.  We have no present or prospective interest in the property, which is the subject of this report, and no personal interest with respect to the parties involved.

4.  We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5.  Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

6.  Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7.  Our analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute, which include the Uniform Standards of Professional Practice.

8.  The use of this report is subject to the requirements of the Association of Machinery and Equipment Association relating to review by its duly authorized representatives.

9.  The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

10. The values expressed in this report are not based in whole or part upon race, color, or national origin of the current and/or prospective owners or occupants.

11. As of the date of this report, Larry G. Sage, MAI, CEA has completed the requirements under the continuing education program of the Appraisal Institute.

12. As of the date of this report Larry G. Sage, MAI, CEA is a Certified Equipment Appraiser designated by the Association of Machinery and Equipment Appraisers (AMEA).

## SOUTHEAST EQUIPMENT VALUATION

13. As of the date of this report, Larry G. Sage, MAI, CEA, ASA has completed the requirements under the continuing education program of the American Society of Appraisers.

14. As of the date of this report, Larry G. Sage, MAI, CEA, ASA is a State Certified General Appraiser for the State of Florida. J. Hunter Arnold is a State Certified General Appraiser for the State of Florida.

15. The appraisal assignment is not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

16. A physical inspection of the equipment was performed by Larry G. Sage, MAI, CEA, ASA. J. Hunter Arnold did not inspect the subject property.

Respectfully submitted,

**THE SAGE GROUP**

Larry G. Sage, MAI, CEA, ASA
Certified Equipment Appraiser - AMEA
Florida-Certified General
Real Estate Appraiser RZ 0002513

J. Hunter Arnold
Florida-Certified General
Real Estate Appraiser RZ 3401

# SOUTHEAST EQUIPMENT VALUATION

## NATURE OF ASSIGNMENT

**Purpose of Appraisal:**

The purpose of this appraisal is to estimate the

- Fair Market Value in Place (FMVIP)
- Orderly Liquidation Value (OLV)

of the fee simple interest of the described equipment, subject to the Limiting Conditions set forth in the report.

**Intended Use of the Appraisal:**

The intended use of this appraisal is to assist the client in evaluating the subject equipment as it relates to asset/collateral determination.

**Intended Users:**

The following are the intended users and can rely on this appraisal:

- Fifth Third Bank and affiliates

**Scope of the Appraisal:**

The scope of this appraisal involves the value estimation of equipment associated with the subject property.

The Cost, Sales Comparison, and Income Approaches to value have all been considered in this report. However, USPAP only requires that the approaches necessary be implemented and utilized. For purposes of this report, only the Cost Approach and Sales Comparison Approach are necessary. The Cost Approach uses Detailed Method (also known as Summation Method) and the Trending Method to determine replacement cost new (RCN).

The RCN includes direct and indirect costs. No extraordinary costs have been included in the analysis. In some cases the actual acquisition cost new was not available.

Trending and indexing was utilized in our report on many items. It should be noted that the Producer Price Index (PPI) produced by the Department of Labor can be used to measure RCN over time. We have relied on Manufacture Costs on several items and the reason for the difference in indexes between the appraisal report, and the PPI as shown by the Department of Labor Index.

## SOUTHEAST EQUIPMENT VALUATION

The actual age, effective age, economic life and remaining life have been considered. Marshall Valuation (Section 97, Pages 14-15) provides life expectancy guidelines, but they are more general in nature (based on industry groups).

The actual age of some of the equipment items is unknown.

The Sales Comparison Approach has been used to test the reasonableness of the Cost Approach. Although direct sales have not been presented, we have researched the market of similar new and used equipment to determine availability, pricing, demand and depreciation.

**Value Concepts and Standards of Value:**

There are several "standards of value" that an asset can be valued under. Each "standard of value" will produce a different market value for the same asset, depending on the intended use of the report. Selecting the proper "standard of value" is essential in arriving at the correct market value under the highest and best use definition.

In actuality, there are numerous value concepts used by M&E appraisers and lenders including:

- Reproduction Cost New
- Replacement Cost New
- Fair Market Value
- Fair Market Value in Continued Use
- Fair Market Value – Installed
- Fair Market Value – Removal
- Liquidation Value – In Place
- Orderly Liquidation Value
- Forced Liquidation Value
- Salvage Value
- Scrap Value
- Insurance Replacement Cost
- Insurance Value Depreciated

The valuation standards are further complicated by the different valuation sources used to define the valuation concepts. Machinery and Equipment appraisers normally used the following sources:

- Appraisal Institute (Dictionary of Real Estate Appraisal)
- American Society of Appraisers (ASA)
- Association of Machinery and Equipment Appraisers (AMEA)

Unique circumstances may demand specific definitions listed. Many terms are used to describe the notion of value. The definitions shown are to provide the fundamental concepts and are not the only acceptable definitions, since contracts may dictate a somewhat different notion.

## SOUTHEAST EQUIPMENT VALUATION

Therefore, the definitions utilized in this appraisal report may be expanded or redefined as the purpose and the function of an appraisal may dictate, as long as the fundamental concept is not altered. The underlying theme and elements of the definitions are based in standard appraisal theory and are accepted by the MTS Committee of the ASA.

Basically, the fundamental difference between "Orderly" and "Forced" Liquidation is the time period (based on the seller's duress or urgency).

### Ownership History:

The Standards of Professional Practice of the Appraisal Institute require consideration and analysis of any prior sales of the subject property that occurred within the past three years. The equipment contained in this report is reportedly owned and utilized in the business of BlueChip Energy. To our knowledge the equipment is not listed for sale or under contract as of this writing.

The equipment included in this appraisal is currently owned by BlueChip Energy, a North American energy service provider delivering renewable electricity services for residential, commercial, government, and utility customers throughout the world. BlueChip Energy is involved in aspects of solar energy, from manufacturing of components, to the sale of electricity to residential, commercial, and industrial customers.

BCE's in-house project development team is reportedly in contract negotiations with several industrial, commercial and municipal clients for the installation of nearly 50 solar photovoltaic projects totaling approximately 250 megawatts, including a current portfolio of 71.7 megawatts.

A large portion of the equipment included in this report was purchased from BP Solar and Evergreen Solar in 2006 when BlueChip Energy was established from former employees of the BP solar energy division.

### Fair Market Value:

The American Society of Appraisers defines Fair Market Value as the estimated amount, expressed in terms of money, that may reasonably be expected in exchange for a property in an exchange between a willing buyer and a willing seller, with equity to both, neither under any compulsion to buy or sell, and both being fully aware of all relevant facts, as of a specified date.

Fair Market Value in Place (NOT in use) is further defined as the fair market value of the item installed, not in operation, but capable of being used.

### Orderly Liquidation Value:

The American Society of Appraisers defines Orderly Liquidation Value as the estimated gross amount expressed in terms of money, that could be typically realized from a liquidation sale, given a reasonable period of time to find a purchaser(s) with the seller being compelled to sell on an as-is, where-is basis as of a specific date.

9

## SOUTHEAST EQUIPMENT VALUATION

**Property Rights Being Appraised:**

Property rights being considered are those of **Fee Simple Estate.**

**Fee Simple Estate** is defined in *The Valuing Machine and Equipment sponsored by the American Society of Appraiser*, as

> "Absolute ownership unencumbered by any other interest or estate, subject only to the limitations of eminent domain, escheat, police power and taxation."

# SOUTHEAST EQUIPMENT VALUATION

## ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal report is subject to the following assumptions and limiting conditions and to special assumptions set forth in various sections of the appraisal report. These special assumptions are considered necessary by the appraiser to make a proper estimate of value in accordance with the appraisal assignment and are made a part herein, as though copied in full.

1.  **COPIES, PUBLICATION, DISTRIBUTION, USE OF REPORT** - Neither all nor any part of the contents of this report shall be conveyed to the public through advertising, public relations efforts, news, sales or other media, without the written consent and approval of **Southeast Equipment Valuation**, nor may any reference be made in such a public communication to the Appraisal Institute or MAI or SRA designations.

2.  **CONFIDENTIALITY** - The appraiser may not divulge the material or contents of the report, analytical findings or conclusions, or give a copy of the report to anyone other than the client or his designee as specified in writing (except as may be required by the Appraisal Institute as they may request in confidence for ethics enforcement), or by a court of law or body with the power of subpoena.

    This appraisal is to be used only in its entirety and no part is to be used without the whole report. All conclusions and opinions concerning the analysis, which are set forth in the report, were prepared by the appraiser whose signature appears on the appraisal report. No change of any item in the report shall be made by anyone other than the appraiser, and the appraiser and firm shall have no responsibility if any such unauthorized change is made.

3.  **INFORMATION USED** - No responsibility is assumed for accuracy of information furnished by or from others, the client, his designee, or public records. The appraiser is not liable for such information. The comparable data relied upon in this report is confirmed with one or more parties familiar with the transaction, or from affidavit; all are considered appropriate for inclusion to the best of the appraiser's factual judgment and knowledge.

4.  **TESTIMONY, CONSULTATION, COMPLETION OF CONTRACT FOR APPRAISAL SERVICES** - The contract for appraisal, consultation or analytical service is fulfilled and the total fee payable upon completion of the report. The appraiser or those assisting in preparation of the report will not be asked or required to give testimony in court or hearing, because of having made the appraisal, in full or in part, nor engage in post appraisal consultation with the client or third parties, except under separate and special arrangement and at an additional fee.

5.  **EXHIBITS** - Various photos are included but are not intended to represent the property in other than actual status, as of the date of the photos.

6.  **CONDITIONS OR LEGAL OWNERSHIP** - No responsibility is assumed for matters legal, mechanical, or engineering nature. No opinion is rendered as to the title, which is presumed to be good and merchantable. The property is appraised as if free and clear, unless otherwise stated in particular parts of the report.

## SOUTHEAST EQUIPMENT VALUATION

The appraisal is based on there being no hidden, unapparent, or apparent conditions of the property, which would render it more or less valuable. No responsibility is assumed for any such conditions or for any expertise or engineering to discover them. All mechanical components are assumed to be in operable condition and status standard for properties of the subject type.

7. **LEGALITY OF USE** - The appraisal is based on the premise that there is full compliance with all applicable federal, state and local environmental regulations and laws unless otherwise stated in the report, and furthermore, that all applicable zoning, building, and use regulations and restrictions of all types have been complied with unless otherwise stated in the report. It is also assumed that all required licenses, consents, permits, or other legislative or administrative authority from local, state, federal and/or private entities or organizations have been or can be obtained or renewed for any use considered in the value estimate.

8. **DOLLAR VALUES, PURCHASING POWER** - The market value estimated, and the costs used, are as of the date of the estimate of value. All dollar amounts are based on the purchasing power and price of the dollar as of the date of the value estimate.

9. **VALUE CHANGE, DYNAMIC MARKET, INFLUENCES** - The estimated market value is subject to change with market changes over time; value is highly related to exposure time, promotional effort, terms, motivation, and conditions surrounding the offering. The value estimate considers the productivity and relative attractiveness of the property physically and economically in the marketplace. The "Estimate of Market Value" in the appraisal report is not based in whole or in part upon the race, color or national origin of the present owners or occupants of the properties in the vicinity of the property appraised.

In cases of appraisals involving the capitalization of income benefits, the estimate of market value is a reflection of such benefits and the appraiser's interpretation of income and yields and other factors derived from general and specific market information.

Such estimates are as of the date of the estimate of value, they are thus subject to change as the market is dynamic and may naturally change over time.

10. **GENERAL CONDITIONS -**

    A. The Appraisal Institute conducts a mandatory program of continuing education for its designated members. MAI's and SRA's who meet the minimum standards of this program are awarded a periodic education certification. As of the date of this report, Larry G. Sage has completed the requirements under the continuing education program of the Appraisal Institute.

    B. The fee for this appraisal or study is for the analysis rendered and not for the time spent on the physical report.

    C. **ACCEPTANCE OF, AND/OR USE OF, THIS APPRAISAL REPORT CONSTITUTES ACCEPTANCE OF THE ABOVE CONDITIONS.**

# SOUTHEAST EQUIPMENT VALUATION

## EXTRAORDINARY ASSUMPTIONS

➢ We have assumed that the instruments and related parts contained in this report are not leased and is free of liens.

➢ We have assumed that the instruments and related parts in this report are in operating condition and in working order. We did not test the instruments to determine the working condition.

➢ We have assumed that the inventory list is accurate and representative of the equipment in place.

➢ Invoices and proof/date of purchase were not available on each instrument and related items. As a result, we have relied on provided information, which is deemed reliable.

➢ We inspected the instruments and related parts; however, we have relied on information and inventory lists provided by the client that has been deemed reliable.

➢ If information becomes available indicating that information supplied is not reliable, Southeast Equipment Valuation reserves the right to modify this report.

# SOUTHEAST EQUIPMENT VALUATION

## SOLAR ENERGY INDUSTRY

Solar radiation, along with secondary solar-powered resources such as wind and wave power, hydroelectricity, and biomass, account for most of the available renewable energy. Solar powered electrical generation relies on heat engines and photovoltaic. Solar energy's uses are limited only by human ingenuity. A partial list of solar applications includes space heating and cooling through solar architecture, potable water via distillation and disinfection, daylighting, solar hot water, solar cooking, and high temperature process heat for industrial purposes. To harvest the solar energy, the most common way is to use solar panels.

Solar technologies are broadly characterized as either passive or active depending on the way they capture, convert and distribute sunlight. Active solar techniques use photovoltaic panels, pumps, and fans to convert sunlight into useful outputs. Passive solar techniques include selecting materials with favorable thermal properties, designing spaces that naturally circulate air, and referencing the position of a building to the Sun. Active solar technologies increase the supply of energy and are considered supply side technologies, while passive solar technologies reduce the need for alternate resources and are generally considered demand side technologies.

*Electrical Generation*

Solar power is the conversion of sunlight into electricity, either directly using photovoltaics (PV), or indirectly using concentrated solar power (CSP). CSP systems use lenses or mirrors and tracking systems to focus a large area of sunlight into a small beam. PV converts light into electric current using the photoelectric effect.

Commercial CSP plants were first developed in the 1980s, and the 354 MW SEGS CSP installation is the largest solar power plant in the world and is located in the Mojave Desert of California. Other large CSP plants include the Solnova Solar Power Station (150 MW) and the Andasol Solar Power Station (100 MW), both in Spain.

*Energy Storage Methods*

Solar energy is not available at night; therefore energy storage is an important issue because modern energy systems assume continuous availability of energy. Thermal mass systems can store solar energy in the form of heat at domestically useful temperatures for daily or seasonal durations. Thermal storage systems generally use readily available materials with high specific heat capacities such as water, earth and stone. Well-designed systems can lower peak demand, shift time-of-use to off-peak hours and reduce overall heating and cooling requirements.

Off-grid PV systems have traditionally used rechargeable batteries to store excess electricity. With grid-tied systems, excess electricity can be sent to the transmission grid. Net metering programs give these systems a credit for the electricity they deliver to the grid. This credit offsets electricity provided from the grid when the system cannot meet demand, effectively using the grid as a storage mechanism.

## SOUTHEAST EQUIPMENT VALUATION

*Development, Deployment and Economics*

Beginning with the surge in coal use which accompanied the Industrial Revolution, energy consumption has steadily transitioned from wood and biomass to fossil fuels. The early development of solar technologies starting in the 1860s was driven by an expectation that coal would soon become scarce. However development of solar technologies stagnated in the early 20th century in the face of the increasing availability, economy, and utility of coal and petroleum.

The 1973 oil embargo and 1979 energy crisis caused a reorganization of energy policies around the world and brought renewed attention to developing solar technologies.  Deployment strategies focused on incentive programs such as the Federal Photovoltaic Utilization Program in the US and the Sunshine Program in Japan. Other efforts included the formation of research facilities in the US (SERI, now NREL), Japan (NEDO), and Germany (Fraunhofer Institute for Solar Energy Systems).

Commercial solar water heaters began appearing in the United States in the 1890s.  These systems saw increasing use until the 1920s, but were gradually replaced by cheaper and more reliable heating fuels.  As with photovoltaics, solar water heating attracted renewed attention as a result of the oil crises in the 1970s, but interest subsided in the 1980s due to falling petroleum prices. Development in the solar water heating sector progressed steadily throughout the 1990s and growth rates have averaged 20% per year since 1999. Although generally underestimated, solar water heating and cooling is by far the most widely deployed solar technology with an estimated capacity of 154 GW.

# SOUTHEAST EQUIPMENT VALUATION

## DESCRIPTION OF EQUIPMENT

The equipment included in this appraisal is currently owned by BlueChip Energy. BlueChip Energy (BCE) is a North American energy service provider delivering renewable electricity services for residential, commercial, government, and utility customers throughout the world. BlueChip Energy is involved in aspects of solar energy, from manufacturing of components, to the sale of electricity to residential, commercial, and industrial customers.

BCE's in-house project development team is reportedly in contract negotiations with several industrial, commercial and municipal clients for the installation of nearly 50 solar photovoltaic projects totaling approximately 250 megawatts, including a current portfolio of 71.7 megawatts.

A large portion of the equipment included in this report was purchased from BP Solar and Evergreen Solar in 2006 when BlueChip Energy was established from former employees of the BP solar energy division.

The majority of the equipment consists of individual instruments and components necessary in the development of solar panels. The equipment ranges from personal computers and printers to solar panel laminators with original costs exceeding $1,000,000. According to Thomas Gregory, Vice President of BlueChip Energy, most of the items have been purchased within the past five years.

The equipment items are located at 400 Rinehart Road, Suite 1060, Lake Mary, Florida. All of the equipment was in place and reportedly operational as of the effective date of value. Each item was photographed during inspection. However, only a sampling of photographs is included in this appraisal to show the overall condition of the equipment.

### Condition

Overall, the equipment is in good condition. The equipment is serviced on an "as needed" basis. To our knowledge there are no maintenance contracts in place. Most of the equipment is repaired and maintained on-site. Specialty items are serviced by local service providers.

The economic life varies on each item of equipment. Although the equipment is subject to significant use and wear, it is fairly durable.

### Highest and Best Use

The parts and components are specialized within the solar energy industry. However, many items consist of basic equipment such as pallet jacks, servers, copiers, printers, monitors, phone systems, and numerous computers.

Likely purchasers of the parts and components include various solar panel developers including but not limited to Evergreen Solar, SunPower, and American Solar Energy. Many items are compatible with the development of other technologies within the industry.

# SOUTHEAST EQUIPMENT VALUATION

## THE APPRAISAL PROCESS

There are three approaches, which may be used in the appraisal of personal property. These approaches to value include the Cost Approach, the Sales Comparison Approach and the Income Capitalization Approach. These approaches are defined in <u>Appraisal of Machinery and Equipment, Sponsored by the American Society of Appraisers</u>, as follows:

The **Cost Approach** is that approach which measures value by determining the current cost of an asset and deducting for the various elements of depreciation to include physical deterioration, functional and economic depreciation.

It is based on the understanding that market participants relate value to cost. In the Cost Approach, the value of a property is derived by estimating cost new of acquiring a reproduction or replacement for the equipment and then subtracting the amount of depreciation (i.e., deterioration and obsolescence) in the FF&E from all causes.

This approach is particularly useful in valuing new or nearly new equipment that is not frequently exchanged in the market. Cost Approach techniques can also be employed to derive information needed in the sales comparison and income capitalization approaches to value.

The current costs can be obtained from local and national equipment dealers.

In determining depreciation, the appraiser has used his best judgment and prudence in determining the depreciation factor. Experience with this type of equipment has proven the use of a formula, which is as follows:

$$\text{Market Value} = \frac{\text{Remaining Economic Life}}{\text{Expected Economic Life}} \quad x \quad \text{Cost New}$$

The **Sales Comparison Approach** is most useful when similar equipment has recently been sold or is currently for sale in the subject equipment market. Using this approach, an appraiser produces a value indication by comparing the subject equipment with similar equipment, called comparable sales. The sale prices of the comparable equipment that are judged most comparable tend to indicate a range in which the value indication for the subject property will fall.

An appraiser estimates the degree of similarity or difference between the subject equipment and the comparable sales by considering various elements of comparison. This approach is an appraisal technique in which the market value estimate is predicated upon prices being paid in actual market transactions and current listings, the former fixing the lower limit of value in a static or advancing market and fixing the higher limit of value in a declining market; and the latter fixing the higher limit in any market. It is a process of correlation and analysis of similar recently sold properties. The reliability of this technique is dependent upon:

- The degree of comparability of each property with the property under appraisal;
- The time of the sale;
- The verification of the sale data;

18

# SOUTHEAST EQUIPMENT VALUATION

- The absence of unusual conditions affecting the sale.

As part of the valuation, we have used, when possible, the actual manufacturer of the subject equipment. At times, new replacement models are offered when the subject equipment is no longer being made. When this condition exists, the appraiser endeavors to correlate and adjust for various factors involved. If the actual manufacturer of the equipment is not available or cannot be reached for any reason, then dealers or distributors are contacted when possible for verification. Sometimes the manufacturer, distributors and dealers can provide information for the market data approach as well, since they are often times aware of equipment on the used market, even selling similar equipment at times.

The **Income Approach** in its simplest form is the present worth of the future benefits (income) of ownership. It is not usually applied to individual items of equipment since it is difficult, if not impossible, to identify individual income streams. At times, the Income Approach analysis is utilized. However, on equipment of this type the result is purely hypothetical value.

**Applicable Approaches:**

The Cost, Sales Comparison and Income Approaches have been considered. However, only the Cost and Sales Comparison Approaches have been implemented. Although direct sales have not been utilized, we have compared the depreciated cost with used equipment venders to test the reasonableness of depreciation. From a careful analysis and review, both approaches most accurately represent all of the facts concerning the equipment, and therefore provide the greatest amount of reliable information in determining the final estimate of value.

There are many dealers nationwide that buy and sell the type of equipment contained in this report. Many of these dealers supply brand new equipment, while there are other outlets for the used equipment. The following sources were utilized in this analysis to evaluate the equipment described in this report:

- Equipment MLS
- Marshall Valuation Cost Service (Depreciation)
- Equipment Find
- Used Equipment Network
- EBay
- Google Products
- NADA
- BlueBook
- Google Shoping
- Industry Sales Representatives (i.e. GED, ATS, NPC, Spire Solar, Nordson, Rosenthal, Sharp, KT Design etc.)

## SOUTHEAST EQUIPMENT VALUATION

### DEPRECIATION ESTIMATE

The life expectancy varied based on the type of equipment.   With regular maintenance, solar panel manufacturing equipment can have life expectancies that can exceed ten years.  Most companies replace items as they become obsolete or in disrepair. As a result, we used multiple life expectancies in this analysis, based on the type of equipment and condition at the time of inspection.

Depreciation of equipment is not necessarily straight line, as measurable depreciation is calculated based on actual price sheets for refurbished and pre-owned equipment, which were supplied by equipment dealers.  As a result, depreciation varies and depends on the individual item.

The following chart includes a summary of the item description, replacement cost new, depreciation and value.

# SOUTHEAST EQUIPMENT VALUATION

| | Production Line Equipment | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Item | Description | Actual Age | # Units | Serial Number | Manufacturer | RCN (Per Item) | RCN Total | Depreciation | Market Value |
| Air Compressor | 124HP Automatic Air compressor | 2008 | 1 | 608290037 | INGELSOL-RAND | $1,700 | $1,700 | 25% | $1,275 |
| Automatic Butyl Filling System | Automatic Butyl Filling System | Unknown | 2 | | | $150,000 | $300,000 | 50% | $150,000 |
| Automatic Glass Washer | Automatic Glass Washer | 2008 | 1 | | | $280,000 | $280,000 | 25% | $210,000 |
| Automatic Stringer/Layup System | Automatic Stringer/Layup System | 1999 | 1 | | | $1,950,000 | $1,950,000 | 70% | $585,000 |
| Automatic Stringer/Layup System | Automatic Stringer/Layup System | 1999 | 1 | | | $1,950,000 | $1,950,000 | 70% | $585,000 |
| Automatic Stringer/Layup System | Automatic Stringer/Layup System | 2005 | 1 | | | $1,950,000 | $1,950,000 | 50% | $975,000 |
| Automatic Tabber | Automatic Tabber | 1997 | 1 | | | $2,060,000 | $2,060,000 | 70% | $618,000 |
| Automatic Tabber | Automatic Tabber | 1999 | 1 | | | $2,060,000 | $2,060,000 | 70% | $618,000 |
| Automatic Tabber | Automatic Tabber | 1997 | 1 | | | $2,060,000 | $2,060,000 | 70% | $618,000 |
| Automatic Tabber | Automatic Tabber | 2002 | 1 | | | $2,060,000 | $2,060,000 | 60% | $824,000 |
| Automatic Tabber | Automatic Tabber | 2005 | 1 | | | $2,060,000 | $2,060,000 | 50% | $1,030,000 |
| Butyl Heater | Butyl Heater | 2006 | 1 | LI16J07713 | | $82,000 | $82,000 | 50% | $41,000 |
| Butyl Heater | Butyl Heater | 2005 | 1 | LJ/O5C01727 | | $82,000 | $82,000 | 50% | $41,000 |
| Clean room | Permanent Clean room with Airconditioner | Unknown | 1 | PART OF Glass film appl | | $310,000 | $310,000 | 50% | $155,000 |
| Clean room Blower | Modular Clean room. blower Stainless Steel | Unknown | 1 | 04BP5637? | | $50,000 | $50,000 | 50% | $25,000 |
| CNC Vertical Machining Center | Model F2063 | 2007 | 1 | TY-031002-696 | CENTROID | $90,000 | $90,000 | 50% | $45,000 |
| Conveyor | Module Conveyoring System | Unknown | 10 | | | $2,500 | $25,000 | 50% | $12,500 |
| Crimper | Module Frame Crimper | Unknown | 1 | | | $3,000 | $3,000 | 50% | $1,500 |
| Cut off Saw | Aluminum Cut off saw | Unknown | 1 | | | $2,500 | $2,500 | 50% | $1,250 |
| Drill Press | 8' travel Drill Press Delta | 2005 | 1 | 74178264 | RIGID | $1,000 | $1,000 | 50% | $500 |
| Electronic workstation | Electronic Assembly Workstation | Unknown | 3 | | | $1,250 | $3,750 | 50% | $1,875 |
| Evergreen Inspection station | Manual Evergreen Inspection station | 2004 | 1 | | EVERGREEN | $25,000 | $25,000 | 60% | $10,000 |
| Evergreen Layup station | Automatic Solar Module Layup System | 2004 | 1 | 3076-15 | NED | $490,000 | $490,000 | 60% | $196,000 |
| Evergreen Layup station | Automatic Solar Module Layup System | 2004 | 1 | 3076-06 | | $490,000 | $490,000 | 60% | $196,000 |
| Evergreen Layup station | Automatic Solar Module Layup System | 2004 | 1 | | | $490,000 | $490,000 | 60% | $196,000 |
| Evergreen Stringer | Automatic Solar Module Stringing System | 2006 | 1 | S-407250 | EVERGREEN | $700,000 | $700,000 | 50% | $350,000 |
| Evergreen Stringer | Automatic Solar Module Stringing System | 2005 | 1 | | | $700,000 | $700,000 | 50% | $350,000 |
| Evergreen Tabber | Automatic Solar Module Tabbing System | 2006 | 1 | 2903AA70 | EVERGREEN | $950,000 | $950,000 | 50% | $475,000 |
| Flash Tester | Flash Tester | Unknown | 1 | 51355 | | $600,000 | $600,000 | 70% | $180,000 |
| Flash Tester | Flash Tester | 1995 | 1 | 50255 | | $600,000 | $600,000 | 70% | $180,000 |
| Framing Table | Framing Table | 2005 | 1 | FB701-001 | | $100,000 | $100,000 | 50% | $50,000 |
| Framing Table | Framing Table | 2005 | 1 | EK618-001 | | $100,000 | $100,000 | 50% | $50,000 |
| GE Silicone Dispenser | GE Silicone Dispenser | Unknown | 1 | M1227 | | $110,000 | $110,000 | 50% | $55,000 |
| GE Silicone Dispenser | GE Silicone Dispenser | Unknown | 1 | M1228 | | $110,000 | $110,000 | 50% | $55,000 |
| Glass film applicator | Model GHC w/ powerfeed dust conveyor & Cleanroom | 2005 | 1 | 11483 | GED | $1,200,000 | $1,200,000 | 50% | $550,000 |
| Hoist 1/2 | 1/2' sealing hoist | Unknown | 1 | | | $3,000 | $3,000 | 50% | $1,500 |
| Hoist 3/4 | 3/4' sealing hoist | Unknown | 1 | | SPANCO | $11,000 | $11,000 | 50% | $5,500 |
| Laminator | Laminator | 2003 | 1 | 1082 | | $1,370,000 | $1,370,000 | 60% | $548,000 |
| Laminator | Laminator | 2000 | 1 | 1021 | | $1,370,000 | $1,370,000 | 60% | $548,000 |
| Laminator | Laminator | 2005 | 1 | 1162 | GORBEL | $1,370,000 | $1,370,000 | 50% | $685,000 |
| Loading Conveyor | Loading Conveyor | Unknown | 3 | | | $91,000 | $273,000 | 50% | $136,500 |
| Main Assembly Conveyor | Main Assembly Conveyor | Unknown | 2 | | | $91,000 | $182,000 | 50% | $91,000 |
| Misc Food Assets | Misc Conveyors | Unknown | 10 | | | $15,000 | $150,000 | 50% | $75,000 |
| Misc Fixed Assets | Fixed assets assortment | Unknown | 1 | | | $210,000 | $210,000 | 50% | $105,000 |
| Modular Clean room 1 | Modular Clean room. with Hepafilters | 2008 | 1 | 5619-10564 | CLEANAIR PRODUCT | $25,000 | $25,000 | 25% | $18,750 |

# SOUTHEAST EQUIPMENT VALUATION

| Item | Description | Actual Age | # Units | Serial Number | Manufacturer | RCN (Per Item) | RCN Total | Depreciation | Market Value |
|---|---|---|---|---|---|---|---|---|---|
| RTV Dispenser | RTV Dispenser | 2007 | 1 | 7527 | | $85,000 | $85,000 | 50% | $42,500 |
| RTV Dispenser | RTV Dispenser | 2005 | 1 | 7000337670 | | $85,000 | $85,000 | 50% | $42,500 |
| SAT Line | Complete SAT fabrication line | Unknown | 1 | | | $640,000 | $640,000 | 50% | $320,000 |
| Snap CNC Lathe | Snap CNC Lathe | 2007 | 1 | ST-10 | SHARP | $75,000 | $75,000 | 50% | $37,500 |
| Sheeter | Sheeter | 2006 | 1 | B11 | | $82,000 | $82,000 | 50% | $41,000 |
| Sheeter | Sheeter | 2005 | 1 | 80475 | | $82,000 | $82,000 | 50% | $41,000 |
| Solar Assembly line Components | Manual Solar Assembly line Components | Unknown | 1 | | | $660,000 | $660,000 | 50% | $330,000 |
| Tape Applicator | Module Form tape Appplicator | Unknown | 1 | | EVERGREEN | $58,000 | $58,000 | 50% | $29,000 |
| Transfer cabinet | Transfer through Cabinet SS | Unknown | 2 | | | $15,000 | $30,000 | 50% | $15,000 |
| Transfer Carts | Module Trans Type transfer carts | Unknown | 17 | | | $1,600 | $27,200 | 50% | $13,600 |
| Unloading Conveyor | Unloading Conveyor | Unknown | 3 | | | $82,000 | $246,000 | 50% | $123,000 |
| Vacuum Deposition System | w/ Turbo Pump Model ATH1600M | 2000 | 1 | 1091-DB-72 | SSEC | $875,000 | $875,000 | 60% | $350,000 |
| Wafer Sample storage | Wafer Witness storage cabinet | Unknown | 4 | | | $20,000 | $80,000 | 50% | $40,000 |
| Measurement Electronics Tool | SCOPE-TECK 24HL | 2005 | 1 | B010232 | TECKTRONICS | $1,360 | $1,360 | 50% | 680 |
| Measurement Electronics Tool | OPTICAL-POWER METR | 2008 | 1 | M87489 | ANRITSU | $850 | $850 | 25% | 638 |
| Measurement Electronics Tool | VNA-DRIVER/TIMER | 2005 | 1 | A105051 | UNIBLITZ | $1,360 | $1,360 | 50% | 680 |
| Measurement Electronics Tool | JOULE METER | Unknown | 5 | 0558659 | MOLECTRON | $1,140 | $1,140 | 50% | 570 |
| Measurement Electronics Tool | POWER METER | 1978 | 1 | 1419 | COHERENT | $1,200 | $1,200 | 70% | 360 |
| Airdimsion systems | AFS | New | 1 | 1030056 | | $7,500 | $7,500 | 0% | 7,500 |
| Airdimsion systems | AFS | New | 1 | 1030057 | | $7,500 | $7,500 | 0% | 7,500 |
| Airdimsion systems | AFS | New | 1 | 1030060 | | $7,500 | $7,500 | 0% | 7,500 |
| Airdimsion systems | AFS | New | 1 | 1030058 | | $7,500 | $7,500 | 0% | 7,500 |
| | | | | | | | | Subtotal | $ 13,105,178 |

## IT Equipment

| Item | Description | Actual Age | # Units | Serial Number | Manufacturer | RCN (Per Item) | RCN Total | Depreciation | Market Value |
|---|---|---|---|---|---|---|---|---|---|
| Dell Computers | Dell personal Computers | Unknown | 20 | | | $1,250 | 25,000 | 60% | 10,000 |
| Printers | HP | Unknown | 8 | | | $400 | 3,200 | 60% | 1,280 |
| Digital Printer/Copier/Fax | Digital Printer | Unknown | 1 | | | $12,500 | 12,500 | 60% | 5,000 |
| Servers | Server Equipment | Unknown | 5 | | | $7,500 | 37,500 | 60% | 15,000 |
| Phones | Nortel Telephone handsets | Unknown | 26 | | | $100 | 2,600 | 60% | 1,040 |
| Monitors | 17" and 19" monitors | Unknown | 26 | | | $300 | 7,800 | 60% | 3,120 |
| VOIP Phone System | VOIP Phone System | Unknown | 1 | | | $6,000 | 6,000 | 60% | 2,440 |
| WEB terminal | WEB Terminal | Unknown | 2 | | | $350 | 700 | 60% | 280 |
| | | | | | | | | Subtotal | 38,120 |

## Total Transportation Equipment

| Item | Description | Actual Age | # Units | Serial Number | Manufacturer | RCN (Per Item) | RCN Total | Depreciation | Market Value |
|---|---|---|---|---|---|---|---|---|---|
| Pallet Jack | Pallet Jack | Unknown | 3 | 203376 | LPM | $1,500 | 4,500 | 40% | 2,700 |
| FolkLift Clark | 5000 capacity propane forklift truck | Unknown | 1 | AS14V04150W | YALE | $7,500 | 7,500 | 40% | 4,500 |
| Vehicles | Vehicles | Unknown | 3 | | | $25,000 | 75,000 | 60% | 30,000 |
| | | | | | | | | Subtotal | 37,200 |

| | |
|---|---|
| Total | $ 13,180,498 |
| Rounded To | $ 13,200,000 |

## SOUTHEAST EQUIPMENT VALUATION

### LIQUIDATION VALUE

**Orderly Liquidation Value:**

The American Society of Appraisers defines Orderly Liquidation Value as the estimated gross amount expressed in terms of money, that could be typically realized from a liquidation sale, given a reasonable period of time to find a purchaser(s) with the seller being compelled to sell on an as-is, where-is basis as of a specific date.

For purpose of this analysis, we have determined that the underlying elements of the definitions are similar based in standard appraisal theory.

The following is a general guide for the value concepts and definition.  As noted, replacement cost new (RCN) provides 100% value contribution, with the diminishment of value based on the conception definition of the value component:



Considering the type of equipment involved and the amount of similar used equipment on the market, we have estimated the following values:

| BlueChip Energy | | | |
|---|---|---|---|
| Value Component | Discount Factor | = | Value (Rounded) |
| Fair Market Value In Place | N/A | = | $13,200,000 |
| Orderly Liquidation Value | 50% | = | $6,600,000 |

**ADDENDA**

**PHOTOGRAPHS**

| Process Type | Tabber |
|---|---|
| Model | 151 |
| Manufacturer | Ascor |
| Year Manufactured | 1997 |
| Serial Number | 151-0797-02 |
| Outside Dimension (L x W) | 10' x 9' |
| Power Requirements | |
| Line Voltage | 208 V / 3 Phase |
| Current | |
| Electrical Power | 43.231 KW |
| Line Frequency | |
| Pneumatic Supply | |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | |
| Maintenance Manual | |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| MFG DOC | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | Tabber |
|---|---|
| Model | 188 |
| Manufacturer | Ascor |
| Year Manufactured | 1999 |
| Serial Number | 188-0599-01 |
| Outside Dimension (L x W) | 10' x 9' |
| Power Requirements | |
| Line Voltage | 208 V / 3 Phase |
| Current | |
| Electrical Power | 10.808 KW |
| Line Frequency | |
| Pneumatic Supply | 25 cfm |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | |
| Maintenance Manual | Y |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| MFG DOC | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | Tabber |
|---|---|
| Model | 151 |
| Manufacturer | Ascor |
| Year Manufactured | 1997 |
| Serial Number | 151-0697-01 |
| Outside Dimension (L x W) | 10' x 9' |
| Power Requirements | |
| Line Voltage | 208 V / 3 Phase |
| Current | |
| Electrical Power | 43.231 KW |
| Line Frequency | |
| Pneumatic Supply | 15 cfm |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | |
| Installation Manual | |
| Maintenance Manual | |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| MFG DOC | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | Tabber |
|---|---|
| Model | 205 |
| Manufacturer | Ascor |
| Year Manufactured | 2002 |
| Serial Number | 204-1001-01 |
| Outside Dimension (L x W) | |
| Power Requirements | |
| Line Voltage | |
| Electrical Power | 36.026 KW |
| Line Frequency | |
| Pneumatic Supply | |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | |
| Maintenance Manual | |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| MFG DOC | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | Tabber |
|---|---|
| Model | 12283 |
| Manufacturer | ATS |
| Year Manufactured | 2005 |
| Serial Number | 001 |
| Outside Dimension (L x W) | 16' x 11' |
| Power Requirements | |
| Line Voltage | 400 / 230  3 Phase |
| Electrical Power | 7.205  KW |
| Line Frequency | |
| Pneumatic  Supply | |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | Y |
| Maintenance Manual | Y |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| MFG DOC | Yes / No |
| Software Backups (HD´s / CD's) | |
| Works Instructions (IT´s) | |
| Maintenance Instructions (ITM´s) | |



| Process Type | Stringer |
|---|---|
| Model | 195 |
| Manufacturer | Ascor |
| Year Manufactured | 1999 |
| Serial Number | 195-0799-01 |
| Outside Dimension (L x W) | 14' x 13' |
| Power Requirements | |
| Line Voltage | 208 / 3 Phase |
| Current | |
| Electrical Power | 40  KW |
| Line Frequency | |
| Pneumatic  Supply | 25 cfm |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | |
| Installation Manual | |
| Maintenance Manual | |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| MFG DOC | Yes / No |
| Software Backups (HD´s / CD's) | |
| Works Instructions (IT´s) | |
| Maintenance Instructions (ITM´s) | |



| Process Type | Stringer |
|---|---|
| Model | 180-0699 |
| Manufacturer | Ascor |
| Year Manufactured | 1999 |
| Serial Number | 180-0699-015 |
| Outside Dimension (L x W) | 10' x 12' |
| Power Requirements | |
| Line Voltage | 208 / 3 Phase |
| Current | 30 |
| Electrical Power | 10.808 KW |
| Line Frequency | |
| Pneumatic Supply | 25 cfm |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | |
| Installation Manual | |
| Maintenance Manual | |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| **MFG DOC** | **Yes / No** |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | Stringer |
|---|---|
| Model | 12284 |
| Manufacturer | ATS |
| Year Manufactured | 2005 |
| Serial Number | 001 |
| Outside Dimension (L x W) | 15' x 17' |
| Power Requirements | |
| Line Voltage | 400/230 3 Phase |
| Current | 30 |
| Electrical Power | 4.323 KW |
| Line Frequency | 50/60 |
| Pneumatic Supply | |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | |
| Maintenance Manual | Y |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| **MFG DOC** | **Yes / No** |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | Laminator |
|---|---|
| Model | LM-SA-168-260 |
| Manufacturer | NPC |
| Year Manufactured | 2003 |
| Serial Number | 1082 |
| Outside Dimension (L x W) | 10' x 32' |
| Power Requirements | |
| Line Voltage | 220 / 3 Phase |
| Current | |
| Electrical Power | 55 KW |
| Line Frequency | 60 |
| Pneumatic Supply | |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | |
| Maintenance Manual | |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| MFG DOC | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | Y |
| Maintenance Instructions (ITM's) | |



| Process Type | Laminator |
|---|---|
| Model | LM-SA-155-240 |
| Manufacturer | NPC |
| Year Manufactured | 2000 |
| Serial Number | 1021 |
| Outside Dimension (L x W) | 9.25' x 31.5' |
| Power Requirements | |
| Line Voltage | 480 / 3 Phase |
| Current | |
| Electrical Power | 45 KW |
| Line Frequency | |
| Pneumatic Supply | |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | |
| Installation Manual | |
| Maintenance Manual | |
| Electrical Drawings | |
| Mechanical Drawings | |
| MFG DOC | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | Laminator |
|---|---|
| Model | LM-SA-175-340-S |
| Manufacturer | NPC |
| Year Manufactured | 2005 |
| Serial Number | 1162 |
| Outside Dimension (L x W) | 11' x 40' |
| Power Requirements | |
| Line Voltage | 200 / 3 Phase |
| Current | |
| Electrical Power | 100 KW |
| Line Frequency | 60 |
| Pneumatic Supply | |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | |
| Maintenance Manual | Y |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| MFG DOC | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | Flash Tester |
|---|---|
| Model | 3501 |
| Manufacturer | Spire |
| Year Manufactured | |
| Serial Number | 51355 |
| Outside Dimension (L x W x H) | 7.5' x 8.5' x 3' |
| Power Requirements | |
| Line Voltage | 220 AC |
| Phase | 1 |
| Line Frequency HZ | 50 / 60 |
| Current | 20 Amp  4.4 KW |
| Pneumatic Supply | 60 psi |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | Y |
| Maintenance Manual | Y |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| MFG DOC | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | Flash Tester |
|---|---|
| Model | 350i |
| Manufacturer | Spire |
| Year Manufactured | 1995 |
| Serial Number | 50255 |
| Outside Dimension (L x W x H) | 7.5 ' x  8.5' x 3' |
| Power Requirements | |
| Line Voltage | 220 AC |
| Phase | 1 |
| Line Frequency HZ | 50 / 60 |
| Current | 20 Amp  4 KW |
| Pneumatic  Supply | 60 psi |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | Y |
| Maintenance Manual | Y |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| MFG DOC | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | GE Silicone dispenser |
|---|---|
| Model | MX-100-VR |
| Manufacturer | PVA |
| Year Manufactured | |
| Serial Number | M1227 |
| Outside Dimension (L x W) | 5.5' x  3 |
| Power Requirements | |
| Line Voltage | 115 AC |
| Phase | 1 |
| Line Frequency HZ | 60 |
| Current | 10 Amp |
| Pneumatic  Supply | 80 - 100 psi |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | Y |
| Maintenance Manual | Y |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| MFG DOC | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | GE Silicone dispenser |
|---|---|
| Model | MX-100-VR |
| Manufacturer | PVA |
| Year Manufactured | |
| Serial Number | M1281 |
| Outside Dimension (L x W) | 5.5' x 3' |
| Power Requirements | |
| Line Voltage | 115 AC |
| Phase | 1 |
| Line Frequency HZ | 60 |
| Current | 10 Amp |
| Pneumatic Supply | 80 - 100 psi |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | |
| Installation Manual | |
| Maintenance Manual | |
| Electrical Drawings | |
| Mechanical Drawings | |
| MFG DOC | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | RTV Dispenser |
|---|---|
| Model | C400 |
| Manufacturer | Graco |
| Year Manufactured | 2007 |
| Serial Number | 7527 |
| Outside Dimension (L x W) | 2' x 1.5' |
| Power Requirements | |
| Line Voltage | 120 AC |
| Phase | 1 |
| Line Frequency HZ | 60 |
| Current | |
| Pneumatic Supply | 80 psi |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | |
| Maintenance Manual | Y |
| Electrical Drawings | |
| Mechanical Drawings | |
| MFG DOC | Yes / No |
| Software Backups (HD's / CD's) | Y |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |

