| | |
|---|---|
| Process Type | RTV Dispenser |
| Model | TT-A3-1-2020-10B-P-FT |
| Manufacturer | IAI |
| Year Manufactured | 2005 |
| Serial Number | 700337670 |
| Outside Dimension (L x W) | 2' x 1.5' |
| Power Requirements | |
| Line Voltage | 120 AC |
| Phase | 1 |
| Line Frequency HZ | 60 |
| Current | 2.5 Amp |
| Pneumatic Supply | 100 psi |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | |
| Maintenance Manual | Y |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| **MFG DOC** | **Yes / No** |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| | |
|---|---|
| Process Type | Framing Table |
| Model | FB7 |
| Manufacturer | KT Design |
| Year Manufactured | 2005 |
| Serial Number | FB701-001 |
| Outside Dimension (W x D x H) | 5.5' x 3.5' |
| Power Requirements | |
| Line Voltage | 120 AC |
| Phase | 1 |
| Line Frequency HZ | 60 |
| Current | |
| Pneumatic Supply | |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | |
| Installation Manual | |
| Maintenance Manual | |
| Electrical Drawings | |
| Mechanical Drawings | Y |
| **MFG DOC** | **Yes / No** |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



**COMPOSITE**
**EXHIBIT E – Part 1-2**

| Process Type | Framing Table |
|---|---|
| Model | EK6 |
| Manufacturer | ISTECH |
| Year Manufactured | 2005 |
| Serial Number | EK618-001 |
| Outside Dimension (W x D x H) | 6' x 4' |
| Power Requirements | |
| Line Voltage | 120 AC |
| Phase | 1 |
| Line Frequency HZ | 60 |
| Current | 15 Amp |
| Pneumatic Supply | |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | Y |
| Maintenance Manual | |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| MFG DOC | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | Butyl Table |
|---|---|
| Model | 1937 |
| Manufacturer | KT DESIGN |
| Year Manufactured | 1999 |
| Serial Number | MD10212 |
| Outside Dimension (W x D x H) | 19' x 2' |
| Power Requirements | |
| Line Voltage | 120 AC |
| Phase | 1 |
| Line Frequency HZ | 60 |
| Current | 2 Amp |
| Pneumatic Supply | 90 psi |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | |
| Maintenance Manual | Y |
| Electrical Drawings | |
| Mechanical Drawings | Y |
| MFG DOC | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | Butyl Table |
|---|---|
| Model | |
| Manufacturer | ISTECH |
| Year Manufactured | 2005 |
| Serial Number | EK616-001 |
| Outside Dimension (W x D x H) | 19.5' x 2' |
| Power Requirements | |
| Line Voltage | 208 AC |
| Phase | 3 |
| Line Frequency HZ | 50 / 60 |
| Current | 15 Amp |
| Pneumatic Supply | |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | Y |
| Maintenance Manual | Y |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| MFG DOC | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | Butyl Heater |
|---|---|
| Model | BM208049832 |
| Manufacturer | NORDSON |
| Year Manufactured | 2006 |
| Serial Number | LU06J07713 |
| Outside Dimension (W x D x H) | 3.25' x 3.25' |
| Power Requirements | |
| Line Voltage | 480 AC |
| Phase | 1 |
| Line Frequency HZ | 50 / 60 |
| Current | 20 Amp |
| Pneumatic Supply | 90 psi |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | Y |
| Maintenance Manual | Y |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| MFG DOC | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | Butyl Heater |
|---|---|
| Model | BM208049832 |
| Manufacturer | NORDSON |
| Year Manufactured | 2005 |
| Serial Number | LU05CO1727 |
| Outside Dimension (W x D x H) | 3.25' x 3.25' |
| Power Requirements | |
| Line Voltage | 480 AC |
| Phase | 1 |
| Line Frequency HZ | 50 / 60 |
| Current | 20 Amp |
| Pneumatic Supply | 90 psi |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | Y |
| Maintenance Manual | Y |
| Electrical Drawings | Y |
| Mechanical Drawings | Y |
| **MFG DOC** | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | POU Sheeter |
|---|---|
| Model | GKA |
| Manufacturer | Abox Automation |
| Year Manufactured | 2006 |
| Serial Number | B11 |
| Outside Dimension (W x D x H) | 6' x 5' |
| Power Requirements | |
| Line Voltage | 120 AC |
| Phase | 1 |
| Line Frequency HZ | 60 |
| Current | 22 Amp |
| Pneumatic Supply | 100-120 psi |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | |
| Installation Manual | |
| Maintenance Manual | |
| Electrical Drawings | |
| Mechanical Drawings | |
| **MFG DOC** | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |



| Process Type | Sheeter |
|---|---|
| Model | WA-4-HUBUBLAC-24 |
| Manufacturer | Rosenthal |
| Year Manufactured | 2005 |
| Serial Number | 80475 |
| Outside Dimension (W x D x H) | 8' x 6' |
| Power Requirements | |
| Line Voltage | 120 AC |
| Phase | 1 |
| Line Frequency Hz | 60 |
| Current | |
| Pneumatic Supply | 15 psi |

| TECHNICAL DOC | Yes / No |
|---|---|
| Operation Manual | Y |
| Installation Manual | |
| Maintenance Manual | Y |
| Electrical Drawings | |
| Mechanical Drawings | Y |
| **MFG DOC** | Yes / No |
| Software Backups (HD's / CD's) | |
| Works Instructions (IT's) | |
| Maintenance Instructions (ITM's) | |





Name and Model: CNC Vertical Machining Center – Model F2063

Serial Number: TY-031002-696

Manufacturer: CENTROID

Years old: 3



Name and Model: Sharp CNC Lathe
Serial Number: ST-10
Manufacturer: SHARP
Years old: 3



Name and Model: 12HP Automatic Air compressor
Serial Number: 608290037
Manufacturer: INGESOL RAND
Years old: 2



Name and Model: 8" travel Drill Press Delta

Serial Number: 74178264

Manufacturer: RIGID

Years old: 5



Name and Model: Aluminum Cut off saw



Name and Model: Electronic Assembly Workstation



Name and Model: SCOPE-TECK 2431L

Serial Number: B010232

Manufacturer: TECKTRONICS

Years old: 5



Name and Model: POWER METER

Serial Number: 1419

Manufacturer: COHERENT

Years old: 32



Name and Model: VMM-DRIVER/TIMER

Serial Number: A105051

Manufacturer: UNIBLITZ

Years old: 5



Name and Model: JOULE METER

Serial Number: 0358K99

Manufacturer: MOLECTRON



Name and Model: Model GEC w/ power feed dual conveyor & Clean room

Serial Number: 11483

Manufacturer: GED

Years old: 5



Name and Model: Vacuum Deposition System w/ Turbo Pump Model ATH1600M

Serial Number: 1091-DB-72

Manufacturer: SSEC

Years old: 10



Name and Model: Wafer Vitness storage cabinet



Name and Model: Transfer through Cabinet



Name and Model: Automatic Solar Module Tabbing System

Serial Number: 2903AA70

Manufacturer: EVERGREEN

Years old: 4