

Name and Model: Automatic Solar Module Stringing System

Serial Number: S-007250

Manufacturer: EVERGREEN

Years old: 4



Name and Model: Automatic Solar Module Stringing System

Serial Number: S-003312

Manufacturer: EVERGREEN

Years old: 5



Name and Model: Automatic Solar Module Layup System

Serial Number: 3076-15

Manufacturer: NED

Years old: 6



Name and Model: Automatic Solar Module Layup System

Serial Number: 3076-13

Manufacturer: NED

Years old: 6



Name and Model: Automatic Solar Module Layup System

Serial Number: 3076-06

Manufacturer: NED

Years old: 6



Name and Model: Manual Evergreen Inspection station
Years old: 6



Name and Model: Module Form tape Applicator
Manufacturer: EVERGREEN



Name and Model: Module Conveyer System



Name and Model: 30' ceiling hoist
Manufacturer: GORBEL



Name and Model: 10' Ceiling Hoist
Manufacturer: SPANCO



Name and Model: Module Train Type transfer carts



Name and Model: Di Water Tank



Name and Model: DI water system

Serial Number: 1054

Manufacturer: ENH



Name and Model: AQUAFINE RO System

Serial Number: WS03001-E

Manufacturer: AQUAFINE



Name and Model: G&L PUMPS 3SVD1K5F0

Serial Number: A0344117 & A0344116

Manufacturer: G&L



Name and Model: Modular Stainless Steel Clean room blower

Serial Number: 04BP56377

Manufacturer: Fedders Unitary Products



Name and Model: Modular Clean room with Hepafilters

Serial Number: 5619-10564

Manufacturer: CLEANAIR PRODUCT

Years old: 2



Name and Model: Permanent Clean room with Air conditioner (part of glass film applicator)