

Name and Model: Harvest ALA 35749

Serial Number: 60asr002095

Manufacturer: ATLANTIC AIRCRAFT TOOL



Name and Model: Pallet Jack

Serial Number: 203376

Manufacturer: LPM

**COMPOSITE EXHIBIT E – Part 1-4**



Name and Model: 5000 capacity propane forklift track

Serial Number: A814V04150W

Manufacturer: YALE



Name and Model: Airflow Systems air filtration systems

Serial Number: 1030056

Manufacturer: Airflow Systems

Years old: new



Name and Model: Airflow Systems air filtration systems

Serial Number: 1030057

Manufacturer: Airflow Systems

Years old: new



Name and Model: Airflow Systems air filtration systems

Serial Number: 1030060

Manufacturer: Airflow Systems

Years old: new



Name and Model: Airflow Systems air filtration systems

Serial Number: 1030058

Manufacturer: Airflow Systems

Years old: new

# QUALIFICATIONS

# APPRAISAL QUALIFICATIONS OF LARRY G. SAGE, MAI, CEA, ASA

## PROFESSIONAL MEMBERSHIPS

Member of The Appraisal Institute (MAI No. 9384): The Appraisal Institute conducts a mandatory program of continuing education for its designated members.

Certified Equipment Appraiser (CEA 698) by the Association of Machinery & Equipment Appraisers.

Accredited Senior Appraiser (ASA) by the American Society of Appraisers.

## CERTIFIED GENERAL APPRAISER

- State of Florida          CG No. RZ-0002513
- State of Georgia          CG No. CG262267
- State of Alabama          CG No. G00809
- State of North Carolina   CG No. A6874
- State of South Carolina   CG No. 6694
- State of New York         CG No. 46000029208
- State of California       CG No. AG044586

## REAL ESTATE APPRAISAL EXPERIENCE

Appraisal of a variety of real estate on a national basis including, but not limiting to the following:

| Offices | Day Cares | Resort Properties |
|---|---|---|
| Shopping Centers | Bowling Centers | Office/Retail Condos |
| Industrial Buildings | Movie Theaters | Auto Dealerships |
| Convenience Stores | Marinas | Medical Buildings |
| Gas Stations | Subdivisions | Hotels/Motels |

## EQUIPMENT APPRAISAL EXPERIENCE

Appraisal of a variety of equipment on a national basis including but not limiting to the following:

| Pressing and Drilling | Specialty Industrial | Tool and Dye |
|---|---|---|
| Industrial Automation | Computer | Presses |
| Foundry | Truck/Tractor | Dry Cleaning |
| Mining | Roll/Forming | Sound/Lighting |
| Hospital | Electronic | X-ray/MRI |

| Institutional | Construction | Welding |

## QUALIFICATIONS
## (Continued)

### GEOGRAPHIC AREAS SERVICED

| Florida | Virginia | New Hampshire |
|---|---|---|
| Georgia | Washington DC | Ohio |
| South Carolina | Pennsylvania | Illinois |
| North Carolina | New York | Kansas |
| Tennessee | Connecticut | Michigan |
| Texas | Massachusetts | Arizona |
| California | Maine | Louisiana |
| Alabama | Vermont | Oregon |

### EMPLOYMENT

Commercial Appraisers for Gary E. Bullard, MAI and Associates, Inc., Daytona Beach, Florida, February 1987 to December 1988. Vice President of Hunsicker and Associates, Dallas, Texas, December 1988 to January 1992. President and Managing Partner of The Sage Group. January 1992 to present with offices in Orange Park and Orlando, Florida servicing Orlando, Miami, Fort Lauderdale, Tampa and Jacksonville markets.

### EDUCATION

**NORTHEASTERN UNIVERSITY**, Boston, Massachusetts, 1995/1996, Building Inspection, Mechanical Systems and Building Design.

**UNIVERSITY COLLEGE OF SWANSEA**, Swansea, Wales, United Kingdom. Post Graduate Studies, 1986/1987 in Economics, Statistics and Finance.

**UNIVERSITY OF NORTH TEXAS**, Denton, Texas. B.B.A. in Real Estate/Finance obtained in 1986. Real Estate Courses include: Real Estate Principles, Residential Real Estate, Commercial Real Estate, Real Estate Law, Residential Real Estate Appraisal, Commercial Real Estate Appraisal.

# QUALIFICATIONS
## (Continued)

### TRAINING

Successfully completing the following courses:

| | |
|---|---|
| Real Estate Principals | University of North Texas |
| Real Estate Law | University of North Texas |
| Real Estate Finance | University of North Texas |
| Basic Valuation | Duke University |
| Standards of Professional Practice | Tampa, Florida |
| Capitalization Theory Part A | Tufts University |
| Capitalization Theory Part B | Tufts University |
| Highest and Best Use Analysis | Tampa, Florida |
| Case Studies | Dallas, Texas |
| Report Writing | Houston, Texas |
| Condemnation Litigation | Plano, Texas |
| Machinery & Equipment MT 201 | Los Angeles, California |
| Machinery & Equipment ME202OL | Columbia, Missouri |

### AFFILIATIONS

- Member of the Appraisal Institute (**MAI Number 9384**)

- Member of the Association of Machinery & Equipment Appraisers (**CEA**)

- Member of the American Society of Appraisers (**ASA**)

- Appraisal Institute Review Committee and Review Board

- Toastmasters International

### SPEAKING EXPERIENCE

Guest (Keynote) speaker on numerous occasions to include Civic, University and SBA Lender conferences.

### COURT EXPERIENCE

Relied on as expert witness on improved and unimproved properties in various municipalities throughout the southeast, southwest and the northeast.

# QUALIFICATIONS
## (Continued)

**References:**

Sunshine State Community Bank
Tim Roberts
386-944-2266

Ciena Capital
Mark Lehrer
864-751-4411

Community South
Rachael Melton
865-329-8241

UPS Capital Business Credit
Mary Beth Cameron
585-246-0233

**Recent Equipment Appraisals that I have completed include the following:**

- Construction Equipment – Jacksonville, Florida
- Equipment – Hialeah, Florida
- Equipment – Cape Coral, Florida
- Equipment – Sunrise, Florida
- Equipment – Ft. Pierce, Florida
- Equipment – Richmond, Virginia
- Equipment – Winchester, Virginia
- Equipment – Eustis, Florida
- Equipment – Ft. Lauderdale, Florida

## QUALIFICATIONS
### (Continued)

**Competency of Appraiser:**

Mr. Sage is a Managing Partner and President of The Sage Group, a full service Appraisal and consulting firm. He is also President of Southeast Equipment Valuation. Mr. Sage oversees and reviews all Machinery & Equipment appraisals, manages the data input, programming, and appraisers. He is known as one of the country's foremost experts in equipment valuation theories and techniques.

Mr. Sage has conducted more than 3,500 real and personal property appraisals since 1986 in 36 states. He has provided appraisals for lending purposes, ad valorem taxation, and litigation support.

Mr. Sage is an Accredited Senior Member of the American Society of Appraisals (real estate discipline) and has successfully completed Machinery and Technical Specialty Courses ME 201, 202 and 203 with the American Society of Appraisers (ASA). Achieving membership and senior member status requires experience appraising within the specific discipline, participation in continuing education, rigorous testing, peer review, compliance with the code of ethical conduct, and strict adherence to the *Uniform Standards of Professional Appraisal Practice (USPAP)*.

The American Society of Appraisers is an organization of appraisal professionals. International in structure, it is self-supporting and independent. The oldest and only major appraisal organization representing all the disciplines, the Society originated in 1936 and incorporated in 1952. The Society's headquarters are located in the metropolitan Washington, DC area.

Mr. Sage is also a Certified Equipment Appraiser (CEA) by the Association of Machinery and Equipment Appraisers (AMEA). Members of the AMEA are individual machinery and equipment appraisal professionals who have demonstrated their proficiency through testing and peer review. The AMEA accredits and certifies its appraisers through continuing education and written exams. This knowledge provides a better perspective to general quality evaluation and affordable the extra insight to provide accurate numbers.

An AMEA Appraiser has undergone extensive testing and keeps up-to-date by regularly attending required continuing education programs. The AMEA appraisers learn from noted professional equipment specialists and financial experts not only what values can be expected, but also what to look for in terms of conditions, accessories, tooling and other value characteristics. Members are required to acquire 70 hours of credit in a five-year period.

An AMEA Appraiser has an appraisal reviewed by a committee of peers every two years. My specific qualifications are included within the body of this report. These qualifications serve as evidence of my competence for the completion of this appraisal assignment in compliance with the competency provision contained within the Uniform Standards of Professional Appraisal Practice as promulgated by the Appraisal Standards Board of the Appraisal Foundation. My knowledge and experience, combined with professional qualifications, are commensurate with the complexity of this assignment.

# REAL ESTATE APPRAISAL QUALIFICATIONS OF J. HUNTER ARNOLD

## CERTIFIED GENERAL APPRAISER

• State of Florida                    RZ No. 3401

## APPRAISAL EXPERIENCE

Non-valuation assistance of various types of Commercial Real Estate on a statewide basis, including vacant land, retail buildings, existing and proposed mobile home communities, restaurants, hotels, office condominiums, and various industrial buildings.

## EMPLOYMENT

Staff Research Assistant at The Sage Group, Jacksonville, Florida, January 2007 to May 2007

Commercial Appraiser at The Sage Group, Jacksonville, Florida, May 2007 to Present

## EDUCATION

**FLORIDA STATE UNIVERSITY**, Tallahassee, Florida. B.S. in Real Estate/Finance obtained in 2006. Real Estate Courses include: Real Estate Principles, Real Estate Appraisal, Real Estate Market Analysis, Real Estate Finance, Real Estate Feasibility Analysis, Legal Environment of Real Estate.

## TRAINING

Successfully completing the following courses:

| | |
|---|---|
| Uniform Standards of Professional Appraisal Practice | Maitland, Florida |
| General Appraiser Site Valuation & Cost Approach | Ocoee, Florida |

## ADDITIONAL COURSES/SEMINARS COMPLETED

Office Building Valuation: a Contemporary Prospective, Sponsored by the Appraisal Institute
Florida State Law for Real Estate Appraisers, Sponsored by the Appraisal Institute
Florida Supervisory/Trainee Roles and Relationships, Sponsored by the Appraisal Institute

# ENGAGEMENT LETTER

Larry G. Sago, MAI, CEA, ASA
President
Lsago@equipmentvsl.com
www.equipmentvsl.com

# SOUTHEAST EQUIPMENT VALUATION

Orange Park Office
3517 Highway 17, Suite A
Orange Park, Florida 32003
904-215-6623 (main office)

## CONTRACT FOR SERVICES

November 28, 2010

Mr. Ryan Tennyson - Vice President
Fifth Third Bank
200 East Robinson St. Ninth Floor
Orlando, Florida 32801
(407) 999-3034
Fax (407) 999-3046
Cell (321) 217-9520
Email ryan.tennyson@53.com

RE:   An appraisal report of equipment associated with BlueChip Energy located at 400 Rinehart Road, Suite 1060, Lake Mary, Florida 32746

Dear Mr. Tennyson,

I would like to express my appreciation for the opportunity to represent you in connection with the above-referenced matter. The purpose of this letter is to set forth our understanding of the services to be performed by Southeast Equipment Valuation (SEV) for this engagement and the basis upon which we will be paid for those services.

Please read this letter carefully. It describes the terms and conditions under which we will represent you concerning the above-referenced matter. Our policy requires that each client sign a copy of this letter agreeing to the terms and conditions described below before we can engage in appraisal representation. The terms and conditions of our engagement are as stated on the following pages.

### Report Type

The appraisal reports will be produced in a Summary Appraisal Report format defined by Uniform Standards of Professional Practice (USPAP).

### Client

The following is the defined client as it relates to this engagement and appraisal report:

> Fifth Third Bank and affiliates

Fort Lauderdale Office
401 E. Las Olas Blvd., Suite 130-497
Ft. Lauderdale, Florida 33301
954-353-6206

Orange Park Office
3517 Highway 17, Suite A
Orange Park, Florida 32003
904-215-6623 (main office)

Orlando Office
3208 E. Colonial Drive, #296
Orlando, Florida 32803
407-615-6198

St. Petersburg Office
3600 Koger Blvd N, Suite 114
St. Petersburg, Florida 33702
727-575-9916

Mr. Ryan Tennyson – Vice President
Page 2

### Number of appraisal copies to be provided

An electronic copy of the appraisal (PDF) will be provided to the client. Hard copies are available upon request.

### Intended User

The following is the intended user of the appraisal report:

- First Third Bank and affiliates *(handwritten correction: FIFTH)*

### Intended use of the appraisal

The intended use of the appraisal is to assist the client in evaluating the subject equipment as it relates to asset/collateral determination.

### Interest Appraised

Fee Simple Estate as of the date of inspection

### Compliance of the appraisal

The appraisal reports will comply with the Uniform Standards of Professional Appraisal Practice (USPAP). The appraisal will also comply with appraisal guidelines as set forth by the American Society of Appraisers.

### Hypothetical Conditions, Extraordinary Assumptions

None

### Special Instructions

Any individual equipment item with a fair market value of $1,000 or less will not be included in the appraisal.

Mr. Ryan Tennyson - Vice President
Page 3

### Delivery Date of the appraisal

I agree to deliver the appraisal on or before December 1, 2010. This expedited due date assumes that Mr. Nikitin can provide sufficient information on cost new so that appropriate depreciation can be applied. Although not expected, I will keep you informed of any delays (if any) as it relates to the delivery date.

### Confidentiality

As the appraiser, I shall not provide a copy of the written Appraisal Report to, or disclose the results of the appraisal prepared in accordance with this Agreement to, any party other than Client, unless Client authorizes, except as stipulated in the Confidentiality Section of the Ethics Rule of the Uniform Standards of Professional Appraisal Practice (USPAP).

### Purpose of the appraisal

The purpose of this appraisal is to estimate the value of the fee simple interest of the following:

- Fair Market Value in Place
- Orderly Liquidation Value

### Governing Law

The laws of Florida shall govern all actions arising out of the performance of this agreement. This agreement is executed in acknowledgement and agreement with the above terms and conditions. The parties agree that any legal proceeding brought by either party to interpret or enforce this Agreement, or to enforce an arbitration award entered pursuant to this Agreement, shall be brought in a state or federal court having jurisdiction over the location of Appraiser's office as specified in this Agreement, and the parties hereby waive any objections to the personal jurisdiction of said court. In the event any provision of this Agreement shall be determined to be void or unenforceable by any court of competent jurisdiction, then such determination shall not affect any other provision of this Agreement and all such other provisions shall remain in full force and effect.

### Client's Representation and Warranties

Client represents and warrants to Appraiser that (1) Client has all right, power and authority to enter into this Agreement; (2) Client's duties and obligations under this Agreement do not conflict with any other duties or obligations assumed by Client under any agreement between Client and any other party; and (3) Client has not engaged Appraiser, nor will Client use Appraiser's Appraisal Report, for any purposes that violate any federal, state or local law, regulation or ordinance or common law.

Mr. Ryan Tennyson – Vice President
Page 4

### Compensation

The fee for completing the appraisal is $3,000. The fee is due within 15 days of submitted appraisal report. The fee includes associated costs in the preparation of the appraisal report. The fee is due regardless of the outcome of the appraisal, and/or end result as it relates to value.

It should be noted that payment of our fee is not contingent on the outcome of value as it relates to this assignment. Southeast Equipment Valuation (aka The Sage Group) shall provide services reasonably required to represent you as the Client in a professional manner.

### Scope of the Appraisal

The appraiser will use the necessary approaches to develop a credible opinion of value.

### Services Not Provided

The fees set forth in this Agreement apply to the appraisal services rendered by Appraiser as set forth in this Agreement. Any additional services performed by Appraiser not set forth in this Agreement will be performed on terms and conditions set forth in an amendment to this Agreement, or in a separate agreement.

### Testimony at Court or Other Proceedings

Unless otherwise stated in this Agreement, Client agrees that Appraiser's assignment pursuant to this Agreement shall not include Appraiser's participation in or preparation for, whether voluntarily or pursuant to subpoena, any oral or written discovery; sworn testimony in a judicial, arbitration or administrative proceeding; or attendance at any judicial, arbitration or administrative proceeding relating to this assignment.

### Changes to Agreement

Any changes to the assignment as outlined in this Agreement shall necessitate a new Agreement. The identity of the Client, intended users, or intended uses, date of value, type of value, or property appraised cannot be changed without a new Agreement.

Mr. Ryan Tennyson - Vice President
Page 5

### Cancellations

Client may cancel this Agreement at any time prior to Appraiser's delivery of the Appraisal Reports upon written notification to Appraiser. Client shall pay Appraiser for work completed on assignment prior to Appraiser's receipt of written cancellation notice, unless otherwise agreed upon by Appraiser and Client in writing.

### Appraiser's Independence

Appraiser cannot agree to provide a value opinion that is contingent on a predetermined amount. Appraiser cannot guarantee the outcome of the assignment in advance. Appraiser cannot ensure that the opinion of value developed as a result of this Assignment will serve to facilitate any specific objective of Client or others or advance any particular cause. Appraiser's opinion of value will be developed competently and with independence, impartiality and objectivity.

I discuss the terms and conditions of our engagement so candidly because you are entitled to know all the terms, to avoid any misunderstandings later. Please sign a copy of this letter in the space below, indicating your agreement to the terms and conditions set forth above. Once signed, please send back this engagement letter to my office. Thank you for your confidence in allowing me to assist you in this appraisal assignment.

Respectfully submitted,

SOUTHEAST EQUIPMENT VALUATION        FIFTH 3rd  FIRST THIRD BANK

Larry G. Sage, MAI, CEA, ASA          Client Name: Mr. Ryan Tennyson - VP
Date: November 28, 2010               Date: 11/30/2010