

Industrial Asset Appraisals & Consulting, Inc.

# Summary Appraisal

Of

## Power Generation Equipment

Located at:

## BlueChip Energy LLC
400 Rinehart Road
Lake Mary, Florida 32746

Appraisal Performed for:

**Mr. James S. Rollo, Vice President**
Sun Trust Equipment Finance & Leasing Corporation
Mail Code: CS-CMD-2424
300 East Joppa Road, Suite 700
Towson, Maryland 21286

**Effective Date: October 18, 2012**
**Date of Report: November 1, 2012**

Summary Appraisal Performed by:

**Industrial Asset Appraisals & Consulting, Inc.**
493 East Saddlebrook Lane
Vernon Hills, Illinois 60061-4308

**John A. Josko, ASA, CEA, MRICS, CSA**

# Table of Contents

| | | |
|---|---|---|
| I | Overview of Assignment | Page 1 |
| II | Intended Use, Intended User(s) of Appraisal | Page 1 |
| III | Statement of Confidentiality | Page 1 |
| IV | Scope of Work | Page 1 |
| V | Definition(s) of Value | Page 2 |
| VI | Definition of Other Terms and Conditions | Page 3 |
| VII | Extraordinary Assumptions | Page 4 |
| VIII | Effective Date of Appraisal | Page 4 |
| IX | Approaches to Value | Page 4 - 5 |
| X | Appraisal Methodology | Page 5 |
| XI | Evaluation Considerations | Page 6 - 8 |
| XII | Statement of Assumptions and Limiting Conditions | Page 9 - 10 |
| XIII | Certification of Appraisal | Page 11 |
| XIV | Certification of Values | Page 12 |
| XV | Qualifications of Appraiser | Page 13 - 15 |
| XVI | Description of Equipment | Page 16 - 27 |
| XVII | Photo catalogue | Page 28 |
| XVIII | Layout Diagrams | Page 29 - 30 |
| XIX | Summary of Equipment Value | Page 31 - 34 |



Industrial Asset Appraisals & Consulting, Inc.

November 1, 2012
**Mr. James S. Rollo, Vice President**
Sun Trust Equipment Finance & Leasing Corporation
Mail Code: CS-CMD-2424
300 East Joppa Road, Suite 700
Towson, Maryland 21286

**Dear Mr. Rollo,**
In accordance with your request, Industrial Asset Appraisals & Consulting, Inc. has appraised specific solar panel power generation equipment of **BlueChip Energy, LLC.** located at:

**BlueChip Energy, LLC, 400 Rinehart Road, Lake Mary, Florida 32746**

It is the appraiser's understanding that the intended use of this summary appraisal report will be support for a proposed loan and or lease. The intended user of this summary appraisal report will be **Sun Trust Equipment Finance & Leasing Corporation.**

The body of this summary appraisal report is an integral part of the appraisal and includes an explanation of the valuation approach and the various support data gathered in our investigation. The conclusions are subject to the Statement of Assumptions and Limiting Conditions as set forth in the report. The effective date of this summary report is October 18, 2012. The opinion of value of the specified equipment can be found on the Certificate of Value section XV.

The summary appraisal report has been prepared in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP) of the Appraisal Standards Board of the Appraisal Foundation.

The reported analysis, opinions and conclusions are limited by the Statement of Specific Assumptions and Limiting Conditions as contained in this appraisal report. These opinions are my personal unbiased professional opinion and are not a guarantee of value.

I have made a personal inspection of the property that is the subject of this appraisal report.

The fee for this appraisal report is not contingent upon the value reported or the attainment of any predetermined value or other stipulated result. Neither IAAAC nor I have a future interest in the assets that are the subject of this report

Thank you for the opportunity to be of service.
Sincerely,

**Signed this 1ˢᵗ day of November, 2012**

**Industrial Asset Appraisals & Consulting, Inc.
John A. Josko, ASA, CEA, MRICS, CSA, MPPA
493 East Saddlebrook Lane
Vernon Hills, Illinois 60061-4308**

# I    Overview of Assignment

Industrial Asset Appraisals & Consulting, Inc. was commissioned to visually inspect; research and appraise power generation equipment which were reported to the writer as owned assets, located at:

**BlueChip Energy, LLC, 400 Rinehart Road, Lake Mary, Florida 32746**

The agreed value to be established for this equipment was a *Fair Market Value – Removed (FMV) and the Orderly Liquidation Value – Removed (OLV).* The specific definition of value is included in **Section V** of this summary appraisal report. On October 17th and 18th, 2012 Industrial Asset Appraisals & Consulting, Inc. visited the **BlueChip Energy, LLC** facility to inspect the assets.

# II    Intended Use & Intended User of Appraisal

It is the appraiser's understanding that the intended users of this summary appraisal report will be **Sun Trust Equipment Finance & Leasing Corporation.** The summary appraisal report will be used as support for a proposed loan and or equipment lease.

# III    Statement of Confidentiality

Industrial Asset Appraisals & Consulting, Inc. does not disclose confidential information or assignment results prepared for our clients to anyone other than the client and persons specifically authorized by the client, state enforcement agencies and third parties as may be authorized by law, and duly authorized professional peer review committees who are equally charged not to disclose confidential information. Information received from our named client is confidential where that information is not available from public sources.

# IV    Scope of Work

The intended use of this summary appraisal report will be used in connection with possible loan or lease. The intended user will be **Sun Trust Equipment Finance & Leasing Corporation.**

No consideration has been given in this appraisal report to real estate or lease hold improvements, fixtures, dies, special tooling, or intellectual assets.

**Inspection:**
Mr. Josko and Mr. Block visually inspected the assets valued on location, unless otherwise noted.  The inspection date is noted on the report and **October 18th, 2012** is the *effective date* of the report. The inspection consisted of visually inspecting the power generation equipment to take relevant information off the *machinery and equipment* where possible, including the manufacturer, model, serial number, capacities, control information, options, attachments, visual condition and other pertinent information that will aid in the valuation process. The *machinery and equipment* were in service, operational and in use when the appraisers visited the facilities unless otherwise noted.

**Research:**
Original equipment manufacturers, used equipment dealers, equipment brokers and vendors were contacted to discuss general industry trends, changes in equipment technology, relationships between new and used prices, and overall levels of marketability. A review of recent auction results of similar assets were also reviewed where applicable. Where auction

data was used, the writer has not included a buyer's premium, if there was one. The appraiser reviewed equipment invoices, maintenance records, equipment productivity reports and other company information on the assets that were necessary, available, and pertinent in order to assist in the development of the appraised values. We relied on information provided by **BlueChip Energy, LLC**, representatives for specifications, original equipment costs, equipment useful life years, installation in service dates, new cost of equipment, spare parts and service availability and other information used by the writer in regards to costs, competitors, operating capacity and production process.

**Development:**
Cost Approach and the Income Approach to value were considered. The Income Approach is beyond the scope of this appraisal as it would involve establishing the revenues from the power generation system and the related revenue from the sale of energy to the grid.

The Fair Market Value-Removed of the system was taken directly from the invoices as the entire system was installed in the period 2011 – 2012 and is considered as new. The useful life of the system is considered to be no less than 25 years.

For the Orderly Liquidation Value- Removed, the appraiser has used the Cost Approach to determine the component value of the equipment on an Orderly Liquidation – Removed basis.

# V    Definitions of Value
The following definitions, **Fair Market Value – Removed (FMV) and the Orderly Liquidation Values – Removed (OLV),** were agreed to by the client and the appraiser.

**Fair Market Value – Removed**
The value in terms of cash or equivalency, realized from a retail sale to an end user of equipment removed from its current premises. The value is a result from a transaction between a willing buyer and willing seller, with no time limitation to sell. This value assumes the equipment is maintained according to the manufacturer's recommendations and performance standards. Since a physical inspection has to be performed, the FMV will reflect the actual condition found.

**Orderly Liquidation Value - Removed**
The value in terms of cash or cash equivalency, realized from an open market sale between a seller under time duress and a willing buyer who is an end user of the equipment. The buyer time duress is (4 to 6 Months). Both the buyer and the seller have knowledge of the use and purpose for which this equipment is adapted and for which it is capable of being used. This value also assumes the equipment will be sold in "as is condition, where is location", and the buyer assumes the costs to dismantle and remove. Additionally, this value is not discounted for assembling, cleaning, security, advertising, brokerage, or other disposal costs, if any.

# VI    Definitions of Other Terms and Conditions Used in Appraisal Report

| | | |
|---|---|---|
| AC | = | Alternating Current |
| C/W | = | Complete With |
| DC | = | Direct Current |
| E/W | = | Equipped With |
| HP | = | Horsepower |
| IPM | = | Inches Per Minute (Feed Rate) |
| IPR | = | Inches Per Revolution |
| KVA | = | Kilo Volt Amps |
| KW | = | Kilowatts |
| M/N | = | Model Number |
| OWD | = | Over the Wheel Dresser |
| POL | = | Petroleum, Oil & Lubricants |
| PSI | = | Pounds Per Square Inch |
| PTF | = | Power Table Feed |
| RPM | = | Revolutions Per Minute |
| S/N | = | Serial Number |
| UKN | = | Unknown |
| W/ | = | With |
| W/O | = | Without |

## Definition of Conditions of Equipment

**New Condition -** The term used to describe equipment which, in the opinion of the appraiser, is judged to be either new or near new, otherwise unused, or in the process of being installed. This equipment is capable of being used to its fully specified utilization, for its designed purpose, for its entire normal useful life.

**Very Good Condition -** The term used to describe equipment which, in the opinion of the appraiser, is judged to be in excellent condition and capable of being used to its fully specified
utilization for its designed purpose, without being modified and without requiring any repairs or abnormal maintenance at the time of inspection or within the foreseeable future.

**Good Condition -** The term used to describe those items of equipment which, in the opinion of the appraiser, have been modified or repaired and are being used at or near their fully specified utilization.

**Fair Condition -** The term used to describe those items of equipment which, in the opinion of the appraiser, are being used at some point below their fully specified utilization, because of the effects of age and /or application and which require general repairs and some replacement of minor elements in the foreseeable future to raise their level of utilization to or near their original specifications.

**Poor Condition -** The term used to describe those items of equipment that, in the opinion of the appraiser, can be used only at some point well below their fully specified utilization, and it is not possible to realize full capability in their current condition without extensive repairs and /or the replacement of major elements in the near future.

**Scrap Condition-** The term used to describe those items of equipment which, in the opinion of the appraiser, are no longer serviceable and which cannot be utilized to any practical degree regardless of the extent of the repairs or modifications to which they may be subjected. This condition applies to items of equipment which have been used for 100% of their useful life or which are 100% technologically or functionally obsolete.

## VII    Extraordinary Assumptions

The appraiser has assumed that the invoices provided by BlueChip Energy LLC are an accurate reflection of the actual cost at time of acquisition.

## VIII   Effective Date of Appraisal

The client and the appraiser agreed that the effective date would be **October 18, 2012.** The values are subject to alteration with the efflux of time, changes in condition, obsolescence and technological advancements, changes in the market place or in the economy, and many other factors beyond the control of the appraiser. Reliance upon stated values for any purpose beyond a reasonable period of time is inadvisable.

## IX    Approaches to Value

### Market Approach

One of the three recognized approaches used in appraisal analysis, this approach involves the collection of market data pertaining to the subject assets being appraised. This approach is also known as the "Comparison Sales Approach". The primary intent of the market approach is to determine the desirability of the assets and recent sales offerings of similar assets currently on the market in order to arrive at an indication of the most probable selling price for the assets being appraised. If the comparable sales are not exactly similar to the asset being appraised, adjustments must be made to bring them as closely in line as possible with the subject property.

### Cost Approach

One of the three recognized approaches used in appraisal analysis, this approach is based on the proposition that the informed purchaser would pay no more for a property than the cost of producing a substitute property with the same utility as the subject property. It considers that the maximum value of a property to a knowledgeable buyer would be the amount currently required to construct or purchase a new asset of equal utility. When the subject asset is not new, the current cost must be adjusted for all forms of depreciation as of the effective date of the appraisal.

### Income Approach

One of the three recognized approaches used in appraisal analysis, this approach considers value in relation to the present worth of future benefits derived from ownership, and is usually measured through capitalization of a specific level of income. This approach is the least common approach used in the valuation of machinery and equipment, since it is difficult to isolate income attributable to such assets.

### Depreciation
Defined as the actual loss in value or worth of a property from all causes, including those resulting from physical deterioration, functional obsolescence, or economic obsolescence.

### Physical Deterioration
A form of depreciation where the loss in value or usefulness of an asset is attributable solely to physical causes such as wear and tear and exposure to the elements.

### Functional Obsolescence
A form of depreciation where the loss in value is due to factors inherent in the property itself, and due to changes in design or process resulting in inadequacy, overcapacity, excess construction, lack of functional utility, or excess operation costs.

### Economic Obsolescence
A form of depreciation or loss in value caused by unfavorable external conditions. These can include such things as the economics of the industry, availability of financing, loss of material and labor sources, passage of new legislation, and changes in ordinances.

## X    Appraisal Methodology
The first scenario considers the likely result should the subject assets be sold retail to an end user of equipment, "as is", "where is", who will de-install and remove them from their present location to a new location in an orderly yet expeditious fashion and reinstall the equipment for further continued use. Accordingly, the appraiser has selected Fair Market Value – Removed as an appropriate valuation premise for this purpose.

The second scenario considers the likely result should the subject assets be sold in an open market sale between a seller under a time duress (4 to 6 months) and a willing buyer who is an end user of the equipment. Both the buyer and the seller have knowledge of the use and purpose for which this equipment is adapted and for which it is capable of being used. This value also assumes the equipment will be sold "as is condition, where is location", and the buyer assumes the costs to dismantle and remove. Accordingly, the appraiser has selected Orderly Liquidation Value – Removed as an appropriate valuation premise for this purpose.

# XI    Valuation Considerations

**COMPANY OVERVIEW:**
Mr. Nitikin, President and CEO of BlueChip Energy, LLC explained the structure of the company as follows: BlueChip Energy, LLC is under the umbrella of the SFINKX Corporation which includes the following companies and their functions:

*Laser Photonics LLC*
> *-Manufacturing equipment*

*ASP – (Advance Solar Photonics)*
> *-Sales of PV (Photovoltaic) modules*
> *-Sales of racks*
> *-Inventory management*
> *-Sales of BOS (Balance of System)*

*BlueChip Energy*
> *-Solar project development*
> *-Solar project engineering*
> *-Solar equipment procurement*
> *-Solar project construction*

*BlueChip Power*
> *-Solar power generation operations*
> *-Solar power generation maintenance*
> *-Solar energy sales*

*FDSS – Fonon Display & Semiconductor Systems*
> *-Equipment technology patent holder*
> *-Equipment supplier*

*Solar Power Generation Equipment:*
**BlueChip Energy, LLC** is recognized as developer of solar power generation projects. **BlueChip Energy LLC** handles the procurement of equipment (from associated companies), the design, the permitting and construction of the power generation projects. BlueChip LLC also negotiates the resale of the power to local utilities.

**Site Visit Information:**
Mr. Josko and his associate Mr. Brian Block visited the **BlueChip Energy, LLC** facility located in Lake Mary, Florida on Wednesday and Thursday, October 17th and 18th, 2012. Mr. Demitri Nikitin, President and Mr. Carlos M. Gonzalez, Business Development Director, met with Mr. Josko and Mr. Block gave them a tour of the roof mounted solar generation installation. This installation provides energy to the manufacturing plant and is also sells excess energy to Progress Energy, the local utility

**Summary:**
The appraisers have not been able to identify a market for complete installed solar energy generations systems. Therefor the appraisers have used the cost approach to value the system on a component basis.

The equipment identified in this report is roof mounted on a rented facility. The power generation equipment has been installed in such a way as to enable easy removal. The solar panels are mounted on aluminum frames which are secured on the roof with concrete blocks as ballast. This ensures no damage to the roof and allows for easy removal. The framing system is wind-load rated to 120 MPH. Some zones of the system have a higher wind-load rating. The strings of panels are connected to the inverters using combination boxes and copper connectors in conduits. The inverters are installed in a climate controlled portion of the facility. The inverters have been built for exterior installation. The connection to the grid is also mounted in the interior of the building.

The solar power generation system has been constructed over the period 2011 – 2012. During this time the cost of solar panel modules has dropped dramatically. The consequence is a great variation in the cost of the panels. There was also an increase in the design requirements of the framing system which resulted in higher costs.

The system consists of four 266Kw zones (A-D) each with a separate inverter, one 120 Kw zone with two inverters and one 112Kw zone (E) with a separate inverter.

The useful life of the system is governed by the useful life of the components. The solar cells which make up the panels have a manufacturer's warranty of 90% of peak output after 25 years. The panels are assembled by BlueChip LLC and have no moving parts or wear components. Therefore the appraiser assumes a similar performance for the panels. The inverters have a manufacturer's warranty of 10 years. These inverters are constructed for exterior installation but in this instance they are installed in a climate controlled section of the interior of the building. This should enhance the longevity of the inverters. The solar generation industry is still in its infancy so there are no well validated estimates of useful life of these systems. This system was installed in 2011 – 2012 and should have a useful life of not less than 25 years.

**Additional Issues:**
The premise of value in this Summary Appraisal Report assumes the removal of the equipment. The fact that the power generation equipment is installed on the roof of a rented facility requires the appraiser to caution the intended users that this fact requires additional diligence on the part of the intended users, which is beyond the scope of this appraisal.

The power system generates a certain amount of power which is "sold" back to the grid. The agreement with Progress Energy that covers this has not been examined. BlueChip Energy LLC has provided the appraiser with a copy of an interconnect agreement with Progress Energy. The interconnect agreement refers only to energy credits. The appraiser advises the intended users as to the need for diligence concerning the transferability of this interconnect agreement. BlueChip Energy LLC management advises the appraisers that the power generated form this system is sufficient to power the entire facility. The appraiser has not validated the existence of an energy sale agreement. The appraiser advises the intended users of the need for due diligence with regard the

presence of and the transferability of any such energy sales agreement and the possibility of additional revenue from such an agreement.

In the event of a default, moving the system should be avoided if at all possible. The installation cost is a substantial portion of the overall cost of the system. If the system were to be removed this cost would be likely affect the value of the system. The landlord of the premises would be a natural purchaser of the system. BlueChip LLC has other solar power projects in the local area. To have BlueChip LLC move the installation to a nearby project, would also minimize any potential loss of value incurred by moving the system.

**Projected Orderly Liquidation Values**
Per your request, we have been asked to project the total *Orderly Liquidation Values* of the *Solar Panel Manufacturing Equipment* extending out *36 Months, 48 Months, 60 Months and 72 Months*.

- *36 Months    $4,000,000-00*
- *48 Months    $3,800,000-00*
- *60 Months    $3,600,000-00*
- *72 Months    $3,425,000-00*

## XII   Statement of Assumptions and Limiting Conditions

1.   All facts and data set forth in this appraisal report are true and accurate to the best of the appraiser's knowledge and belief.

2.   Mr. Josko and Mr. Block have made a personal visual inspection of the property appraised, unless otherwise noted.

3.   Neither Industrial Asset Appraisals & Consulting, Inc., nor any of its employees or associates, has any financial interest in the property appraised.

4.   The fee for this appraisal report is not contingent upon the values reported.

5.   In preparation of this appraisal report, no investigation was made as to the actual ownership of the machinery and equipment herein appraised, or as to any liens or encumbrances, which may prevail against the equipment. The assets have been viewed as being **fee simple**. The owner's claim to the property herein appraised has been assumed to be valid. If in our due diligence discover that a machine is leased we will notate that in the asset description and the letter of transmittal.

6.   All opinions as to values stated are those of the appraiser and his associates, and are based upon the facts and data made available to us. *Values rendered are an opinion of the appraiser(s) and are not a guarantee of value.* The appraiser assumes no liability or responsibilities for changes in the global market place or in technology, which may in some way, alter or change the stated values.

7.   No responsibility is assumed for information furnished by others and the appraiser assumes no responsibility for matters of a legal nature.

8.   This appraisal was made for the intended use and the intended user(s) stated and is not to be used for any other purpose.

9.   Possession of this appraisal report, or a copy thereof, does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed without the express written consent of the appraiser.

10.   The appraiser, by reason of this appraisal, shall not be required to give testimony as an expert witness in any legal hearing or before any court of law unless advance arrangements have been made with the appraiser at an additional fee.

11.   The company ownership and management are assumed to be competent and the machinery and equipment appraised is assumed to be in good running condition unless otherwise noted.

12.   The values stated in this appraisal report reflect only the potential utility of this equipment and no allowance is made for the potential value of a continuing operating business. Profitability, good will or any other financial analysis has not been considered.

13.   This appraisal has been made in accordance with the accepted appraisal practices and in accordance with the appraisal associations that the appraiser is certified by as well as the Uniform Standards of Professional Appraisal Practice (USPAP), and reflects the best judgment of the appraiser. When appropriate new and used equipment dealers have been consulted for comparable prices; catalogues, trade publications and comparative results of auction sales have been utilized. Information provided by others has been assumed to be correct for the purposes of this report and no responsibility is assumed for the accuracy of the same. Since conclusions of the appraiser are based on judgments, isolation of any single element as the sole basis of comparison to the whole appraisal may be inaccurate.

14.   During the course of analysis the appraiser may have made use of market data expressed in currencies other than the currency cited in the value certification. The exchange rates used in the analysis are quoted in the Statement of Specific Assumptions and Limiting Conditions.

15.     No analysis, observation, inspection, testing or study of any kind or character is made and no consideration in any manner has been taken into account with respect to the potential or possible presence of hazardous substances or waste on the property appraised, including but not limited to examination or investigation for the presence of asbestos, polychlorinated biphenyl's, heavy metals, toxic chemicals, or any other substance which is regulated by law or poses a hazard to human health or the environment.

16.     Leasehold improvements have not been taken into consideration unless specifically noted in the appraisal report.

17.     The appraiser has used his best professional judgment to accurately value the subject machinery and equipment according to the specified definitions, and the values reported in the appraisal documents represent the opinion of the appraiser and his associates of value as of the effective date of the appraisal, and for a reasonable period of time thereafter. *Values rendered are an opinion of the appraiser(s) and are not a guarantee of value.* Such values are subject to significant alternation and will be affected by time, changes in condition, obsolescence and technological advancements, changes in the market place or in the economy, and many other factors beyond the
control of the appraiser. Reliance upon stated values for any purpose beyond a reasonable period of time is inadvisable.

18.     The opinions reported are based upon the definition of values stated in the body of the report and assume that any sale would be properly advertised and managed by a remarketing individual or firm considered by its industry peers as an expert in the specific application, equipment and the remarketing of same, that are the subject of this report.

19.     The appraiser reserves the right to recall all copies of this report to correct any errors or omissions.

20.     The maximum liability of the appraiser for the breach of any obligation in connection with this engagement or report shall be limited to the fee actually received.

21.     This summary appraisal report has not considered business goodwill, royalties, licensing, fixtures, dies, jigs, trademarks or any other type of tangible or intangible asset associated with the business wherein the respective designated assets are located.

22.     It should be noted that any additions or deletions to the total assets could change the psychological and or monetary appeal necessary to obtain the values indicated within this report.

23.     Industrial Asset Appraisals & Consulting, Inc. has not had any commercial or appraisal relationship with the appraised property within the last three years.

XIII        # Certification of Appraisal

**We certify that, to the best of my knowledge and belief:**

1. The statements of fact contained in this report are true and correct.

2. The reported analysis, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and is the writer's personal, unbiased professional analysis, opinions and conclusions. Values rendered are an opinion of the appraiser and are not a guarantee of value. The appraiser has considered highest and best use, market level and alternate use in the course of the analysis.

3. I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

4. We have no present or prospective interest in the assets that are the subject of this report, and there is no personal interest or bias with respect to the parties involved.

5. Industrial Asset Appraisals & Consulting, Inc. has not performed other services as an appraiser or in any other capacity, regarding the property that is the subject of this report within a three year period immediately preceding acceptance of this assignment.

6. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

7. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of the appraisal.

8. The analysis, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP) and Standards and Procedures of Professional Appraisal Ethics and Practice as defined by the Association of Machinery and Equipment Appraisers.

9. Mr. Josko and Mr. Brian Block personally viewed, unless otherwise stated, the assets that are the subject of this report.

10. No one provided significant personal property appraisal assistance to the person signing this certification.

11. No pertinent information was withheld or overlooked, and I, the undersigned, further certify that I have not been influenced in any way during the preparation of this appraisal report by any parties having a financial or other interest in this report.

12. The American Society of Appraisers, Association of Machinery and Equipment Appraisers, Royal Institution of Chartered Surveyors, Equipment Appraisers Association of North America and the National Auctioneers Association – Master Personal Property Appraiser, have a code of professional ethics and a continuing educational program for all of its
members. I am in compliance and up to date with all the requirements for those programs.

**Industrial Asset Appraisals & Consulting, Inc.**
**John A. Josko, ASA, CEA, MRICS, CSA, MPPA**
**Signed this 1ˢᵗ day of November, 2012**
**Effective Date October 18, 2012**

**Asset Appraisal & Recovery Inc.**
**Brian Block CEA, CSA**

XIV

# Certification of Values

Certain assets belonging to

## BlueChip Energy, LLC
### 400 Rinehart Road
### Lake Mary, Florida 32746

The equipment identified as of October 18th, 2012 which are the subject of this appraisal assignment are reasonably worth as certified in United States Dollars (cash or cash equivalent):

*Solar Power Generation Equipment*

Total Fair Market Value – Removed (FMV)                    $6,866,791-00

Total Orderly Liquidation Values – Removed (OLV)           $4,674,006-00

Industrial Asset Appraisals & Consulting, Inc.        Asset Appraisal & Recovery Inc.
John A. Josko, ASA, CEA, MRICS, CSA, MPPA             Brian Block CEA, CSA
Signed this 1st day of November, 2012
Effective date: October 18th, 2012

Page 12

# XV    Qualifications of Appraiser

John A. Josko, ASA, CEA, MRICS, CSA, MPPA, CAI
President – Industrial Asset Appraisals & Consulting, Inc.
Offices located at 493 East Saddlebrook Lane, Vernon Hills, Illinois 60061.

## Professional History

**2009 to Present**
**Independent Fee Appraiser / Consultant**
- Provided industrial asset /personal property appraisals
- Provided appraisal consulting with prime focus on FMV'S, LV'S, OLV'S & FLV'S for performing, non and underperforming industrial assets
- Industrial asset audits
- Machinery and equipment disposition strategies
- Management / oversight of machinery and equipment remarketing

**2008 to 2009**
**GE Capital Solutions Specialty Finance**
Manager - Asset Services
- Loan origination valuations for $5B portfolio
- End of lease machinery and equipment exit strategies
- Managed collateral portfolio from origination through end of term
- Oversaw GE approved appraiser process
- Conducted inspections, audits and valuations of collateral

**1999 to 2008**
**GE Capital Commercial Finance**
Manager of Global Investment Recovery
- Managed over $850MM per year in collateral through valuations, audits, inspections, privately negotiated sales, auction management, and desktop opinions on a global basis
- Co-Inventor of Asset Appraiser from GE – patent pending technology tool
- Developed sales team relationships with GE Enterprise & CF for Midwest
- Developed on-line flash training tool and collateral templates for Asset Appraiser from GE

**1996 to 1999**
**Manager – Programs/Projects**
- Bought and sold machinery and equipment on a global basis for CEF
- Performed appraisals, audits, inspections on portfolio collateral on a global basis
- Co-inventor of on-line web appraisal process
- Managed auctions and sales of global portfolio collateral

**1993 to 1996**
**Fleet Capital Corporation**
Assistant Vice President
- Performed appraisals, audits and inspections on machinery and equipment, inventory and real estate for loan originations
- Developed and maintained database of collateral values on portfolio collateral
- Assisted in providing exit strategies for end of lease collateral

**1992 to 1993**
**Maynards Industries**
General Manager
- Opened Chicago office for this industrial auction and appraisal company
- Developed appraisal and auction business
- Performed appraisals, auctions , audits and inspections of machinery and equipment for financial institutions, insurance companies and manufacturing facilities

**1991 to 1992**
**Max Rouse & Sons, Inc.**
Vice President
- Opened Midwest office for this industrial auction and Appraisal Company.
- Performed appraisals, auctions, audits and inspections on machinery and equipment at facilities in North America
- Developed presentations to financial institutions for their entry level loan officers on what to look for in an appraisal

**1990 to 1991**
**Phillip Pollack & Company**
Senior Vice President
- Sold industrial auction services to financial institutions, insurance companies and manufacturing facilities in North America
- Performed appraisals, auctions, audits and inspections of machinery and equipment
- Developed strategies for remarketing collateral for companies in bankruptcy

**1989 to 1990**
**AV Machinery Company, Inc.**
Vice President
- Bought and sold equipment in the secondary market throughout North America
- Performed appraisals, audits and inspections of machinery and equipment
- Managed reconditioning department

**1983 to 1989**
**Thomas Industries, Inc.**
Vice President
- Developed and managed appraisal division
- Performed auctions, appraisals, audits and inspections of machinery and equipment throughout North America
- Developed presentation to lenders on exit strategies for non performing assets for financial institutions

**1978 to 1983**
**Fairfield Equipment Company, Inc.**
Vice President
- Bought and sold machine tools on a global basis
- Managed advertising of inventory to the secondary market
- Traveled internationally to buy machinery and equipment for remarketing
- Managed shipping of containers from Europe to the United States for machinery and equipment purchased overseas

**1973 to 1978**
**William J. Josko & Sons**
Auctioneer / Appraiser
- Performed auctions and appraisals of machinery and equipment throughout New England
- Developed presentations to financial institutions and insurance companies on exit strategies of surplus machinery and equipment

**Education:**
Bachelor of Science Degree - Husson College, Bangor Maine
      Business Administration Management & Finance Major
Reppert Auction School - Decatur, Indiana
Auction Marketing Institution - Bloomington, Indiana – CAI Designation
Instructor - GPPA Appraisal Courses One and Two
Coauthored GPPA Courses One, Two and Masters Course
Past Chairman - Education Committee - Equipment Appraisers Association of North America

**Business Associations:**

| | |
|---|---|
| Accredited Senior Appraiser | American Society of Appraisers |
| | Machinery & Technical Specialties |
| | Re-certified 1995, 2000, 2005 & 2010 - ASA |
| Past Chapter President - ASA | Chicago Chapter 1995-1996 |
| ASA District Director | 2006, 2007, 2008, 2009, 2010, 2011 & 2012 |
| | |
| Auction Marketing Institution | CAI Designation 1981, Re-certified 2006 |
| | MPPA - Master Designation 2006 |
| | |
| Certified Senior Appraiser | Equipment Appraisers Association |
| | Of North America, Re-certified 2009 – CSA |
| | |
| Certified Equipment Appraiser | Association of Machinery and Equipment |
| | Appraisers – 2009 – CEA |
| AMEA Board of Directors | 2010, 2011 & 2012 |
| | |
| Professional Member | Royal Institution of Chartered Surveyors |
| | MRICS – Designation – 2009 |
| Mid West Leaders Committee | 2010, 2011 & 2012 |
| | |
| Member | Turnaround Management Association |
| | Chicago/Midwest Chapter |
| | |
| Regular Member | Machinery Dealers National Association, MDNA |
| Chicago Chapter Secretary | 2011 & 2012 |

Uniform Standards of Professional Appraisal Practice – (USPAP) Re-Certified March 201

## XVI Description of Equipment

| | | | |
|---|---|---|---|
| Sequence No: | 2001 | Item No: | 16 |
| Equipment: | Solar Power generation system | Picture No: | 4215 - 4245 |
| Model: | 1.296 MW | | |
| Year: | 2012 | | |
| Description: | Power generation system located at: | | |
| | 400 Reinhart Road, | | |
| | Lake Mary, Florida | | |
| | Total capacity 1.296 MW, | | |
| | Roof mounted, | | |
| | Linked to grid with feed in connection and metering | | |

| | | | |
|---|---|---|---|
| Sequence No: | 2002 | Item No: | 17 |
| Equipment: | Solar system Zone A | Picture No: | N/A |
| Model: | 266 Kw | | |
| Description: | Solar system Zone A consisting of: | | |
| | | Cost | $1,329,689 |
| | | Invoice | $1,452,308 |

| | | | |
|---|---|---|---|
| Sequence No: | 2003 | Item No: | 18 |
| Equipment: | Inverter Zone A | Picture No: | N/A |
| Manufacturer: | Solectria Renewables | | |
| Model: | SGI 266 | | |
| Serial No: | 110311-19 | | |
| Year: | 2012 | | |
| Quantity: | 1 | | |
| Condition: | Good | | |
| Description: | Solectria rain-proof grid-tied photovoltaic inverter, | | |
| | Air cooled, | | |
| | Input: 300- 500 VDC 925 Amp DC | | |
| | Output: 480VAC +/- 10%, 3 Ph, 266 KW, | | |
| | Continuous output current 320 Amp | | |
| | Power factor 0.99, | | |
| | Peak efficiency 97.5% | | |
| | Operating temperature range -40Deg C to +50 Deg C, | | |
| | Installed in temp controlled environment, | | |
| | Warranty 10 years | | |
| | | Cost | $61,180 |
| | | Invoice | $67,298 |

| | | | |
|---|---|---|---|
| Sequence No: | 2004 | Item No: | 19 |
| Equipment: | Solar panel installation Zone A | Picture No: | N/A |
| Condition: | Good | | |
| Description: | BlueChip solar panel roof installation consisting of: | | |
| | 1334 x PV solar panels configured as follows: | | |
| | 14 x PV panels per string, | | |
| | String voltage 36.0 x 14 = 504VDC, | | |
| | | Cost | $774,463 |
| | | Invoice | $851,909 |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2005 | **Item No:** | 21 |
| **Equipment:** | Balance of system Zone A | **Picture No:** | N/A |
| **Description:** | Balance of PV solar system consisting of: | | |
| | | **Cost** | $105,148 |
| | | **Invoice** | $115,663 |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2006 | **Item No:** | 22 |
| **Equipment:** | String Combiner Zone A | **Picture No:** | N/A |
| **Manufacturer:** | Solectria | | |
| **Model:** | Strcom24X15A | | |
| **Year:** | 2012 | | |
| **Quantity:** | 5 | | |
| **Condition:** | Good | | |
| **Description:** | 5 x Solectria combiners, | | |
| | Each with 19 PV solar strings per combiner | | |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2007 | **Item No:** | 23 |
| **Equipment:** | Panel support structures Zone A | **Picture No:** | N/A |
| **Description:** | Aluminum support structure for 1344 panel, | | |
| | Moveable concrete block ballast for supports, | | |
| | Wind load rated to 120 MPH | | |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2008 | **Item No:** | 24 |
| **Equipment:** | Conductors Zone A | **Picture No:** | N/A |
| **Description:** | Copper conductors linking: | | |
| | 192 x PV solar panel to combiners 12AWg, | | |
| | 2 x Combiners to inverters #1/0/ (2) + # 6EG with 1.5" conduit, | | |
| | 2 x Inverters to disconnect #3/0(3) + # 6EG with 2" conduit | | |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2009 | **Item No:** | 25 |
| **Equipment:** | Soft costs Zone A | **Picture No:** | N/A |
| **Description:** | Soft cost for Zone A including: | | |
| | Installation, | | |
| | Engineering, | | |
| | Permitting | | |
| | Financing | | |
| | BlueChip Energy material overhead | | |
| | | **Cost** | $388,895 |
| | | **Invoice** | $417,436 |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2010 | **Item No:** | 26 |
| **Equipment:** | Solar system Zone B | **Picture No:** | N/A |
| **Model:** | 266 Kw | | |
| **Description:** | Solar system Zone B consisting of: | | |
| | | **Cost** | $1,473,717 |
| | | **Invoice** | $1,883,374 |

Page 17

| | | | |
|---|---|---|---|
| **Sequence No:** | 2011 | **Item No:** | 27 |
| **Equipment:** | Inverter Zone B | **Picture No:** | N/A |
| **Manufacturer:** | Solectria Renewables | | |
| **Model:** | SGI 266 | | |
| **Serial No:** | 110311-18 | | |
| **Year:** | 2012 | | |
| **Quantity:** | 1 | | |
| **Condition:** | Good | | |
| **Description:** | Solectria rain-proof grid-tied photovoltaic inverter, | | |

Air cooled,
Input: 300- 500 VDC 925 Amp DC
Output: 480VAC +/- 10%, 3 Ph, 266 KW,
Continuous output current 320 Amp
Power factor 0.99,
Peak efficiency 97.5%
Operating temperature range -40Deg C to +50 Deg C,
Installed in temp controlled environment,
Warranty 10 years

| | |
|---|---|
| **Cost** | $61,180 |
| **Invoice** | $134,438 |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2012 | **Item No:** | 28 |
| **Equipment:** | Solar panel installation Zone B | **Picture No:** | N/A |
| | **Description:** | BlueChip solar panel roof installation consisting of: | |

1334 x PV solar panels configured as follows:
14 x PV panels per string,
String voltage 36.0 x 14 = 504VDC,

| | |
|---|---|
| **Cost** | $1,057,996 |
| **Invoice** | $1,164,240 |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2013 | **Item No:** | 29 |
| **Equipment:** | Balance of system Zone B | **Picture No:** | N/A |
| **Description:** | Balance of PV solar system consisting of: | | |

| | |
|---|---|
| **Cost** | $94,208 |
| **Invoice** | $182,104 |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2014 | **Item No:** | 30 |
| **Equipment:** | String Combiner Zone B | **Picture No:** | N/A |
| **Manufacturer:** | Solectria | | |
| **Model:** | Strcom24X15A | | |
| **Serial No:** | N/A | | |
| **Year:** | 2012 | | |
| **Quantity:** | 5 | | |
| **Condition:** | Good | | |
| **Description:** | 5 x Solectria combiners, | | |

Each with 19 PV solar strings per combiner

| | | | |
|---|---|---|---|
| **Sequence No:** | 2015 | **Item No:** | 31 |
| **Equipment:** | Panel support structures Zone B | **Picture No:** | N/A |
| **Description:** | 1Aluminum support structure for 1344 panel, | | |
| | Moveable concrete block ballast for supports, | | |
| | Wind load rated to 120 MPH | | |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2016 | **Item No:** | 32 |
| **Equipment:** | Conductors Zone B | **Picture No:** | N/A |
| **Description:** | Copper conductors linking: | | |
| | 192 x PV solar panel to combiners 12AWg, | | |
| | 2 x Combiners to inverters #1/0/ (2) + # 6EG with 1.5" conduit, | | |
| | 2 x Inverters to disconnect #3/0(3) + # 6EG with 2" conduit | | |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2017 | **Item No:** | 33 |
| **Equipment:** | Soft costs Zone B | **Picture No:** | N/A |
| **Description:** | Soft cost for Zone B including: | | |
| | Installation, | | |
| | Engineering, | | |
| | Permitting | | |
| | Financing | | |
| | BlueChip Energy material overhead | | |

|  |  |
|---|---|
| **Cost** | $260,331 |
| **Invoice** | $402,589 |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2018 | **Item No:** | 34 |
| **Equipment:** | Solar system Zone C | **Picture No:** | N/A |
| **Model:** | 266 Kw | | |
| **Description:** | Solar system Zone C consisting of: | | |

|  |  |
|---|---|
| **Cost** | $1,163,606 |
| **Invoice** | $1,272,179 |

| | | | |
|---|---|---|---|
| Sequence No: | 2019 | Item No: | 35 |
| Equipment: | Inverter Zone C | Picture No: | N/A |
| Manufacturer: | Solectria Renewables | | |
| Model: | SGI 266 | | |
| Serial No: | 110209-02 | | |
| Year: | 2012 | | |
| Quantity: | 1 | | |
| Condition: | Good | | |
| Description: | Solectria rain-proof grid-tied photovoltaic inverter, | | |
| | Air cooled, | | |
| | Input: 300- 500 VDC 925 Amp DC | | |
| | Output: 480VAC +/- 10%, 3 Ph, 266 KW, | | |
| | Continuous output current 320 Amp | | |
| | Power factor 0.99, | | |
| | Peak efficiency 97.5% | | |
| | Operating temperature range -40Deg C to +50 Deg C, | | |
| | Installed in temp controlled environment, | | |
| | Warranty 10 years | | |
| | | Cost | $61,180 |
| | | Invoice | $67,298 |

| | | | |
|---|---|---|---|
| Sequence No: | 2020 | Item No: | 36 |
| Equipment: | Solar panel installation Zone C | Picture No: | N/A |
| Description: | BlueChip solar panel roof installation consisting of: | | |
| | 1334 x PV solar panels configured as follows: | | |
| | 14 x PV panels per string, | | |
| | String voltage 36.0 x 14 = 504VDC, | | |
| | | Cost | $539,495 |
| | | Invoice | $593,444 |

| | | | |
|---|---|---|---|
| Sequence No: | 2021 | Item No: | 37 |
| Equipment: | Balance of system Zone C | Picture No: | N/A |
| Description: | Balance of PV solar system consisting of: | | |
| | | Cost | $107,353 |
| | | Invoice | $118,089 |

| | | | |
|---|---|---|---|
| Sequence No: | 2022 | Item No: | 38 |
| Equipment: | String Combiner Zone C | Picture No: | N/A |
| Manufacturer: | Solectria | | |
| Model: | Strcom24X15A | | |
| Year: | 2012 | | |
| Quantity: | 5 | | |
| Condition: | Fair | | |
| Description: | 5 x Solectria combiners, | | |
| | Each with 19 PV solar strings per combiner | | |

| | | | |
|---|---|---|---|
| Sequence No: | 2023 | Item No: | 39 |
| Equipment: | Panel support structures Zone C | Picture No: | N/A |
| Description: | Aluminum support structure for 1344 panel, | | |
| | Moveable concrete block ballast for supports, | | |

Wind load rated to 120 MPH

| | | | |
|---|---|---|---|
| **Sequence No:** | 2024 | **Item No:** | 40 |
| **Equipment:** | Conductors Zone C | **Picture No:** | N/A |
| **Description:** | Copper conductors linking: | | |

192 x PV solar panel to combiners 12AWg,
2 x Combiners to inverters #1/0/ (2) + # 6EG with 1.5" conduit,
2 x Inverters to disconnect #3/0(3) + # 6EG with 2" conduit

| | | | |
|---|---|---|---|
| **Sequence No:** | 2025 | **Item No:** | 41 |
| **Equipment:** | Soft costs Zone C | **Picture No:** | N/A |
| **Description:** | Soft cost for Zone C including: | | |

Installation,
Engineering,
Permitting
Financing
BlueChip Energy material overhead

| | |
|---|---|
| **Cost** | $455,576 |
| **Invoice** | $493,346 |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2026 | **Item No:** | 42 |
| **Equipment:** | Solar system Zone D | **Picture No:** | N/A |
| **Manufacturer:** | Various | | |
| **Model:** | 266 Kw | | |
| **Description:** | Solar system Zone D consisting of: | | |

| | |
|---|---|
| **Cost** | $1,568,461 |
| **Invoice** | $1,881,195 |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2027 | **Item No:** | 43 |
| **Equipment:** | Inverter Zone D | **Picture No:** | N/A |
| **Manufacturer:** | Solectria Renewables | | |
| **Model:** | SGI 266 | | |
| **Serial No:** | 110209-01 | | |
| **Year:** | 2012 | | |
| **Quantity:** | 1 | | |
| **Condition:** | Good | | |
| **Description:** | Solectria rain-proof grid-tied photovoltaic inverter, | | |

Air cooled,
Input: 300- 500 VDC 925 Amp DC
Output: 480VAC +/- 10%, 3 Ph, 266 KW,
Continuous output current 320 Amp
Power factor 0.99,
Peak efficiency 97.5%
Operating temperature range -40Deg C to +50 Deg C,
Installed in temp controlled environment,
Warranty 10 years

| | |
|---|---|
| **Cost** | $61,180 |
| **Invoice** | $134,438 |

| Sequence No: | 2028 | Item No: | 44 |
| Equipment: | Solar panel installation Zone D | Picture No: | N/A |
| Description: | BlueChip solar panel roof installation consisting of: | | |
| | 1334 x PV solar panels configured as follows: | | |
| | 14 x PV panels per string, | | |
| | String voltage 36.0 x 14 = 504VDC, | | |

|  |  | Cost | $1,057,998 |
|  |  | Invoice | $1,164,240 |

| Sequence No: | 2029 | Item No: | 45 |
| Equipment: | Balance of system Zone D | Picture No: | N/A |
| Description: | Balance of PV solar system consisting of: | | |

|  |  | Cost | $97,008 |
|  |  | Invoice | $187,517 |

| Sequence No: | 2030 | Item No: | 46 |
| Equipment: | String Combiner Zone D | Picture No: | N/A |
| Manufacturer: | Solectria | | |
| Model: | Strcom24X15A | | |
| Serial No: | N/A | | |
| Year: | 2012 | | |
| Quantity: | 5 | | |
| Condition: | Good | | |
| Description: | 5 x Solectria combiners, | | |
| | Each with 19 PV solar strings per combiner | | |

| Sequence No: | 2031 | Item No: | 47 |
| Equipment: | Panel support structures Zone D | Picture No: | N/A |
| Description: | Aluminum support structure for 1344 panel, | | |
| | Moveable concrete block ballast for supports, | | |
| | Wind load rated to 120 MPH | | |

| Sequence No: | 2032 | Item No: | 48 |
| Equipment: | Conductors Zone D | Picture No: | N/A |
| Description: | Copper conductors linking: | | |
| | 192 x PV solar panel to combiners 12AWg, | | |
| | 2 x Combiners to inverters #1/0/ (2) + # 6EG with 1.5" conduit, | | |
| | 2 x Inverters to disconnect #3/0(3) + # 6EG with 2" conduit | | |

| Sequence No: | 2033 | Item No: | 49 |
|---|---|---|---|
| Equipment: | Soft costs Zone D | Picture No: | N/A |
| Description: | Soft cost for Zone C including: | | |
| | Installation, | | |
| | Engineering, | | |
| | Permitting | | |
| | Financing | | |
| | BlueChip Energy material overhead | | |

| | | **Cost** | $352,272 |
|---|---|---|---|
| | | **Invoice** | $394,998 |

| Sequence No: | 2034 | Item No: | 50 |
|---|---|---|---|
| Equipment: | Solar system 120Kw | Picture No: | N/A |
| Model: | 120Kw | | |
| Description: | 120 Kw Solar system consisting of: | | |

| | | **Cost** | $866,611 |
|---|---|---|---|
| | | **Invoice** | $866,611 |

| Sequence No: | 2035 | Item No: | 51 |
|---|---|---|---|
| Equipment: | Inverter 120Kw #2 | Picture No: | 4231 - 4235 |
| Manufacturer: | Fronius CL | | |
| Model: | Fronius CL 60.0WYE277 | | |
| Serial No: | 20360017 | | |
| Year: | 2012 | | |
| Quantity: | 1 | | |
| Condition: | Good | | |
| Description: | Fronius CL rain-proof grid-tied photovoltaic inverter, | | |
| | Inverter # 2, | | |
| | Capacity 60 Kw, | | |
| | Air cooled, | | |
| | Input: 390- 000 VDC 277.5 Amp DC | | |
| | Output: 277VAC +/- 10%, 3 Ph, 60 KW, | | |
| | Continuous output current 72.2 Amp | | |
| | Power factor 0.99, | | |
| | Peak efficiency 95.9% | | |
| | Operating temperature range -40Deg C to +50 Deg C, | | |
| | Installed in temp controlled environment, | | |
| | Warranty 10 years | | |

| | | **Cost** | $39,375 |
|---|---|---|---|
| | | **Invoice** | $39,375 |

Page 23

| | | | |
|---|---|---|---|
| **Sequence No:** | 2036 | **Item No:** | 52 |
| **Equipment:** | Inverter 120Kw # 1 | **Picture No:** | 4236 - 4239 |
| **Manufacturer:** | Fronius CL | | |
| **Model:** | Fronius CL 60.0WYE277 | | |
| **Serial No:** | 20360016 | | |
| **Year:** | 2012 | | |
| **Quantity:** | 1 | | |
| **Condition:** | Good | | |
| **Description:** | Fronius CL rain-proof grid-tied photovoltaic inverter, | | |
| | Inverter # 1, | | |
| | Capacity 60 Kw, | | |
| | Air cooled, | | |
| | Input: 390- 000 VDC 277.5 Amp DC | | |
| | Output: 277VAC +/- 10%, 3 Ph, 60 KW, | | |
| | Continuous output current 72.2 Amp | | |
| | Power factor 0.99, | | |
| | Peak efficiency 95.9% | | |
| | Operating temperature range -40Deg C to +50 Deg C, | | |
| | Installed in temp controlled environment, | | |
| | Warranty 10 years | | |

| | | |
|---|---|---|
| **Cost** | | $39,375 |
| **Invoice** | | $39,375 |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2037 | **Item No:** | 53 |
| **Equipment:** | Solar panel installation 120Kw | **Picture No:** | N/A |
| **Description:** | BlueChip solar panel roof installation consisting of: | | |
| | 520 X PV solar panels configured as follows: | | |
| | 14 x PV panels per string, | | |
| | String voltage 36.0 x 14 = 504VDC, | | |

| | | |
|---|---|---|
| **Cost** | | $450,450 |
| **Invoice** | | $450,450 |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2038 | **Item No:** | 54 |
| **Equipment:** | Balance of system 120 Kw | **Picture No:** | N/A |
| **Description:** | Balance of PV solar system consisting of: | | |

| | | |
|---|---|---|
| **Cost** | | $66,417 |
| **Invoice** | | $66,417 |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2039 | **Item No:** | 55 |
| **Equipment:** | String Combiner 120 Kw | **Picture No:** | N/A |
| **Manufacturer:** | Solectria | | |
| **Model:** | Strcom24X15A | | |
| **Year:** | 2012 | | |
| **Quantity:** | 1 | | |
| **Condition:** | Good | | |
| **Description:** | 3 X Solectria combiners, | | |
| | Each with 19 PV solar strings per combiner | | |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2040 | **Item No:** | 56 |
| **Equipment:** | Panel support structures 120 Kw | **Picture No:** | N/A |
| **Description:** | Aluminum support structure for 520 Panel, | | |
| | Moveable concrete block ballast for supports, | | |
| | Wind load rated to 120 MPH | | |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2041 | **Item No:** | 57 |
| **Equipment:** | Conductors 120 Kw | **Picture No:** | N/A |
| **Description:** | Copper conductors linking: | | |
| | 520 X PV solar panel to combiners 12AWg, | | |
| | 2 x Combiners to inverters #1/0/ (2) + # 6EG with 1.5" conduit, | | |
| | 2 x Inverters to disconnect #3/0(3) + # 6EG with 2" conduit | | |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2042 | **Item No:** | 58 |
| **Equipment:** | Soft costs 120 Kw | **Picture No:** | N/A |
| **Description:** | Soft cost for 120 Kw including: | | |
| | Installation, | | |
| | Engineering, | | |
| | Permitting | | |
| | Financing | | |
| | BlueChip Energy material overhead | | |
| | | **Cost** | $270,992 |
| | | **Invoice** | $270,992 |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2043 | **Item No:** | 59 |
| **Equipment:** | Solar system Zone E | **Picture No:** | N/A |
| **Model:** | 112 Kw | | |
| **Description:** | Solar system Zone E consisting of: | | |
| | | **Cost** | $456,385 |
| | | **Invoice** | $499,443 |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2044 | **Item No:** | 60 |
| **Equipment:** | Inverter Zone E | **Picture No:** | 4240 - 4242 |
| **Manufacturer:** | Solectria Renewables | | |
| **Model:** | PVI 95KW | | |
| **Serial No:** | 120825-24 | | |
| **Year:** | 2012 | | |
| **Quantity:** | 1 | | |
| **Condition:** | Good | | |
| **Description:** | Solectria rain-proof grid-tied photovoltaic inverter, | | |
| | Air cooled, | | |
| | Input: 300- 550 VDC 925 Amp DC | | |
| | Output: 480VAC +/- 10%, 3 Ph, 95 KW, | | |
| | Continuous output current 320 Amp | | |
| | Power factor 0.99, | | |
| | Peak efficiency 97.5% | | |
| | Operating temperature range -40Deg C to +50 Deg C, | | |
| | Installed in temp controlled environment, | | |
| | Warranty 10 years | | |

|  |  |
|---|---|
| **Cost** | $24,480 |
| **Invoice** | $26,928 |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2045 | **Item No:** | 61 |
| **Equipment:** | Solar panel installation Zone E | **Picture No:** | N/A |
| **Description:** | BlueChip solar panel roof installation consisting of: | | |
| | 288 X PV solar panels configured as follows: | | |
| | 14 x PV panels per string, | | |
| | String voltage 36.0 x 14 = 504VDC, | | |

|  |  |
|---|---|
| **Cost** | $145,751 |
| **Invoice** | $160,326 |

| | | | |
|---|---|---|---|
| **Sequence No:** | 2046 | **Item No:** | 65 |
| **Equipment:** | Balance of system Zone E | **Picture No:** | N/A |
| **Description:** | Balance of PV solar system consisting of: | | |

|  |  |
|---|---|
| **Cost** | $64,442 |
| **Invoice** | $70,886 |

| | | |
|---|---|---|
| **Sequence No:** | 2047 | **Item No:** 62 |
| **Equipment:** | Panel support structures Zone E | **Picture No:** N/A |
| **Description:** | Aluminum support structure for 288 Panel, | |
| | Moveable concrete block ballast for supports, | |
| | Wind load rated to 120 MPH | |

| | | |
|---|---|---|
| **Sequence No:** | 2048 | **Item No:** 63 |
| **Equipment:** | Conductors Zone E | **Picture No:** N/A |
| **Description:** | Copper conductors linking: | |
| | 288 X PV solar panel to combiners 12AWg, | |
| | 2 x Combiners to inverters #1/0/ (2) + # 6EG with 1.5" conduit, | |
| | 2 x Inverters to disconnect #3/0(3) + # 6EG with 2" conduit | |

| | | |
|---|---|---|
| **Sequence No:** | 2049 | **Item No:** 64 |
| **Equipment:** | Soft costs Zone E | **Picture No:** N/A |
| **Description:** | Soft cost for Zone E including: | |
| | Installation, | |
| | Engineering, | |
| | Permitting | |
| | Financing | |
| | BlueChip Energy material overhead | |

|  |  |
|---|---|
| **Cost** | $158,992 |
| **Invoice** | $172,309 |

## XVII Photo Catalogue

| | | | | |
|---|---|---|---|---|
| **Sequence No:** | 2001 | **Item No:** | 16 | **Picture No:** |
| **Manufacturer:** | Various | **Equipment:** | Solar Power generation system | 4215 - 4245 |



## XVIII Layout Diagrams





## XIX Summary of Equipment Values Effective Date October 18, 2012

| Seq | Equipment | Manufacturer | Model | Serial | Cost | Invoice | FMV-R | OLV-R | OLV-R 36 Mths | OLV-R 48 Mths | OLV-R 60 Mths | OLV-R 72 Mths |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | Solar Power generation system | Various | 1.296 MW | N/A | $6,402,084 | $7,355,667 | $6,886,791 | $4,674,006 | $4,000,000 | $3,800,000 | $3,600,000 | $3,425,000 |
| 2002 | Solar System Zone A | Various | 266 Kw | N/A | $1,329,889 | $1,452,308 | $0 | $940,791 | | | | |
| 2003 | Inverter Zone A | Solectria Renewables | SGI 266 | 110311-19 | $61,180 | $67,298 | $67,298 | $67,298 | | | | |
| 2004 | Solar panel installation Zone A | BlueChip Energy | N/A | N/A | $774,463 | $851,909 | $851,909 | $851,909 | | | | |
| 2005 | Balance of system Zone A | Various | N/A | N/A | $105,148 | $115,663 | $115,663 | $115,663 | | | | |
| 2006 | String Combiner Zone A | Solectria | Strcom24X15A | N/A | $0 | $0 | $0 | $0 | | | | |
| 2007 | Panel support structures Zone A | N/A | N/A | N/A | $0 | $0 | $0 | $0 | | | | |
| 2008 | Conductors Zone A | N/A | N/A | N/A | $0 | $0 | $0 | $0 | | | | |
| 2009 | Soft costs Zone A | N/A | N/A | N/A | $388,895 | $417,436 | $248,234 | $0 | | | | |
| 2010 | Solar system Zone B | Various | 266 Kw | N/A | $1,473,717 | $1,633,374 | $0 | $1,213,384 | | | | |
| 2011 | Inverter Zone B | Solectria Renewables | SGI 266 | 110311-18 | $61,180 | $134,438 | $134,438 | $61,180 | | | | |
| 2012 | Solar panel installation Zone B | BlueChip Energy | N/A | N/A | $1,057,996 | $1,164,240 | $1,164,240 | $1,057,996 | | | | |
| 2013 | Balance of system Zone B | Various | N/A | N/A | $94,208 | $182,104 | $182,104 | $94,208 | | | | |
| 2014 | String Combiner Zone B | Solectria | Strcom24X15A | N/A | $0 | $0 | $0 | $0 | | | | |
| 2015 | Panel support structures Zone B | N/A | N/A | N/A | $0 | $0 | $0 | $0 | | | | |

## XIX Summary of Equipment Values Effective Date October 18, 2012

| Seq | Equipment | Manufacturer | Model | Serial | Cost | Invoice | FMV-R | OLV-R | OLV-R 36 Mths | OLV-R 48 Mths | OLV-R 60 Mths | OLV-R 72 Mths |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | Conductors Zone B | N/A | N/A | N/A | $0 | $0 | $0 | $0 | | | | |
| 2017 | Soft costs Zone B | N/A | N/A | N/A | $260,331 | $402,589 | $219,597 | $0 | | | | |
| 2018 | Solar system Zone C | Various | 266 Kw | N/A | $1,463,606 | $1,272,379 | $0 | $708,028 | | | | |
| 2019 | Inverter Zone C | Solectria Renewables | SGI 266 | 110209-02 | $61,180 | $67,298 | $67,298 | $61,180 | | | | |
| 2020 | Solar panel installation Zone C | BlueChip Energy | N/A | N/A | $539,495 | $593,444 | $593,444 | $539,495 | | | | |
| 2021 | Balance of system Zone C | Various | N/A | N/A | $107,353 | $118,089 | $118,089 | $107,353 | | | | |
| 2022 | String Combiner Zone C | Solectria | Strcom24X15A | N/A | $0 | $0 | $0 | $0 | | | | |
| 2023 | Panel support structures Zone C | N/A | N/A | N/A | $0 | $0 | $0 | $0 | | | | |
| 2024 | Conductors Zone C | N/A | N/A | N/A | $0 | $0 | $0 | $0 | | | | |
| 2025 | Soft costs Zone C | N/A | N/A | N/A | $455,576 | $493,346 | $303,591 | $0 | | | | |
| 2026 | Solar system Zone D | Various | 266 Kw | N/A | $1,563,463 | $1,831,195 | $0 | $1,216,186 | | | | |
| 2027 | Inverter Zone D | Solectria Renewables | SGI 266 | 110209-01 | $61,180 | $134,438 | $134,438 | $61,180 | | | | |
| 2028 | Solar panel installation Zone D | BlueChip Energy | N/A | N/A | $1,057,998 | $1,164,240 | $1,164,240 | $1,057,998 | | | | |
| 2029 | Balance of system Zone D | Various | N/A | N/A | $97,008 | $187,517 | $187,517 | $97,008 | | | | |
| 2030 | String Combiner Zone D | Solectria | Strcom24X15A | N/A | $0 | $0 | $0 | $0 | | | | |

## XIX Summary of Equipment Values Effective Date October 18, 2012

| Seq | Equipment | Manufacturer | Model | Serial | Cost | Invoice | FMV-R | OLV-R | OLV-R 36 Mths | OLV-R 48 Mths | OLV-R 60 Mths | OLV-R 72 Mths |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2031 | Panel support structures Zone D | N/A | N/A | N/A | $0 | $0 | $0 | $0 | | | | |
| 2032 | Conductors Zone D | N/A | N/A | N/A | $0 | $0 | $0 | $0 | | | | |
| 2033 | Soft costs Zone D | N/A | N/A | N/A | $352,272 | $394,998 | $211,362 | $0 | | | | |
| 2034 | Solar system 120Kw | Various | 120Kw | N/A | $866,611 | $866,611 | $0 | $686,617 | | | | |
| 2035 | Inverter 120Kw #2 | Fronius CL | Fronius CL 60.0WYE277 | 20360017 | $39,375 | $39,375 | $39,375 | $39,375 | | | | |
| 2036 | Inverter 120Kw # 1 | Fronius CL | Fronius CL 60.0WYE277 | 20360016 | $39,375 | $39,375 | $39,375 | $39,375 | | | | |
| 2037 | Solar panel installation 120Kw | BlueChip Energy | N/A | N/A | $450,450 | $450,450 | $450,450 | $450,450 | | | | |
| 2038 | Balance of system 120 Kw | Various | N/A | N/A | $66,417 | $66,417 | $66,417 | $66,417 | | | | |
| 2039 | String Combiner 120 Kw | Solectria | Strcom24X15A | N/A | $0 | $0 | $0 | $0 | | | | |
| 2040 | Panel support structures 120 Kw | N/A | N/A | N/A | $0 | $0 | $0 | $0 | | | | |
| 2041 | Conductors 120 Kw | N/A | N/A | N/A | $0 | $0 | $0 | $0 | | | | |
| 2042 | Soft costs 120 Kw | N/A | N/A | N/A | $270,992 | $270,992 | $166,255 | $0 | | | | |
| 2043 | Solar System Zone E | Various | 112.2Kw | N/A | $486,385 | $499,443 | $0 | $234,673 | | | | |
| 2044 | Inverter Zone E | Solectria Renewables | PVI 95KW | 120825-24 | $24,480 | $26,928 | $26,928 | $24,480 | | | | |
| 2045 | Solar panel installation Zone E | BlueChip Energy | N/A | N/A | $145,751 | $160,326 | $160,326 | $145,751 | | | | |

Page 33

## XIX Summary of Equipmant Values Effective Date October 18, 2012

| Seq | Equipment | Manufacturer | Model | Serial | Cost | Invoice | FMV-R | OLV-R | OLV-R 36 Mths | OLV-R 48 Mths | OLV-R 60 Mths | OLV-R 72 Mths |
|-----|-----------|--------------|-------|--------|------|---------|-------|-------|---------------|---------------|---------------|---------------|
| 2046 | Balance of system Zone E | Various | N/A | N/A | $64,442 | $70,886 | $70,886 | $64,442 | | | | |
| 2047 | Panel support structures Zone E | N/A | N/A | N/A | $0 | $0 | $0 | $0 | | | | |
| 2048 | Conductors Zone E | N/A | N/A | N/A | $0 | $0 | $0 | $0 | | | | |
| 2049 | Soft costs Zone E | N/A | N/A | N/A | $156,982 | $172,309 | $103,317 | $0 | | | | |
| | | | | | | | $6,886,791 | | $0 | $0 | $0 | $0 |

Page 34