# ACCEPTANCE CERTIFICATE

This Acceptance Certificate is executed by the undersigned pursuant to that certain Equipment Lease Agreement No. 08830 dated as of December 10, 2012 (the "Lease") by and between SunTrust Equipment Finance & Leasing Corp., as Lessor, and the undersigned, as Lessee. The terms used herein, shall have the same meaning as are provided in the Lease.

Lessee hereby represents, warrants, and confirms to Lessor that the Equipment described in that certain Equipment Schedule No. 001, dated as of December 10, 2012 (the "Schedule"), (i) was duly delivered to Lessee at the location specified in Section 4 of the Schedule; (ii) has been received, inspected and determined to be in compliance with all applicable specifications and that the Equipment is hereby accepted for all purposes of the Lease and the Schedule; and (iii) is a part of the "Equipment" referred to in the Lease and is taken subject to all terms and conditions provided therein and in the Schedule. (b) Lessee acknowledges and agrees that: (i) Lessor did not select, manufacture or supply the Equipment; and (ii) Lessor acquired the Equipment in connection with the Lease and the Schedule.

WITHOUT LIMITING THE GENERALITY OF ANY OTHER PROVISION OF THE LEASE, LESSEE HEREBY ACKNOWLEDGES THE FOLLOWING: LESSOR MAKES NO REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED, AS TO ANY MATTER WHATSOEVER, INCLUDING, BUT NOT LIMITED TO: THE CONDITION, DESIGN, OR QUALITY OF THE EQUIPMENT; THE FITNESS OF THE EQUIPMENT FOR USE OR FOR A PARTICULAR PURPOSE; THE MERCHANTABILITY OF THE EQUIPMENT; COMPLIANCE OF THE EQUIPMENT WITH THE REQUIREMENTS OF ANY LAWS, RULES, SPECIFICATIONS OR CONTRACTS PERTAINING THERETO; PATENT INFRINGEMENT; OR LATENT DEFECTS; THE QUALITY OF THE MATERIAL OR WORKMANSHIP OF THE EQUIPMENT OR THE CONFORMITY OF THE EQUIPMENT TO THE PROVISIONS AND SPECIFICATIONS OF ANY PURCHASE ORDER RELATING THERETO; THE OPERATION, USE, OR PERFORMANCE OF THE EQUIPMENT; OR ANY OTHER REPRESENTATION OR WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, WITH RESPECT TO THE EQUIPMENT. NO DEFECT OR UNFITNESS OF THE EQUIPMENT SHALL RELIEVE LESSEE OF THE OBLIGATION TO PAY RENT OR OF ANY OTHER OBLIGATION UNDER THE LEASE OR THE SCHEDULE. THE LESSEE ALSO ACKNOWLEDGES THAT THE LESSOR HAD MADE NO REPRESENTATION OR WARRANTY OF ANY KIND, NATURE OR DESCRIPTION, EXPRESS OR IMPLIED, WITH RESPECT TO THE OPERATION, USE OR PERFORMANCE OF THE EQUIPMENT.

LESSOR SHALL HAVE NO LIABILITY TO LESSEE OR ANY PERSON WHOMSOEVER FOR ANY CLAIM, LOSS, DAMAGE OR EXPENSE (INCLUDING ATTORNEY FEES) OF ANY KIND OR NATURE, WHETHER SPECIAL, CONSEQUENTIAL, ECONOMIC OR OTHERWISE, CAUSED OR ALLEGED TO BE CAUSED DIRECTLY, INDIRECTLY, INCIDENTALLY OR CONSEQUENTIAL BY THE EQUIPMENT OF ANY PART THEREOF OR PRODUCTS THEREFROM, BY ANY INADEQUACY OF THE EQUIPMENT OR DEFECT OR DEFICIENCY THEREIN, BY ANY INCIDENT WHATSOEVER ARISING IN STRICT LIABILITY OR OTHERWISE FROM LESSOR'S OR LESSEE'S NEGLIGENCE OR OTHERWISE, BY THE USE OR MAINTENANCE THEREOF, OR FOR REPAIR, SERVICING OR ADJUSTMENT THERETO, OR FOR ANY INTERRUPTION OF SERVICE OR LOSS OF USE OF THE EQUIPMENT, OR FOR ANY LOSS OF BUSINESS OR DAMAGE WHATSOEVER AND HOWSOEVER CAUSED, OR ARISING OUT OF THE LEASE. LESSEE SHALL INDEMNIFY AND HOLD LESSOR HARMLESS FROM AND AGAINST ANY AND ALL CLAIMS, COSTS, EXPENSES, DAMAGES, LOSSES, LIABILITIES INCURRED OR SUFFERED BY THE LESSOR, LESSEE OR ANY OTHER PARTY IN CONNECTION WITH THE DELIVERY, OPERATION, USE OR PERFORMANCE OF THE EQUIPMENT, OR AS A RESULT OF ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING STRICT LIABILITY IN TORT). FURTHER, LESSEE UNDERSTANDS AND AGREES THAT THERE SHALL BE NO ABATEMENT OF RENT DURING ANY PERIOD OF BREAKDOWN OR NONUSE OF THE EQUIPMENT.

Lessee hereby authorizes Lessor to make full and final payment to the Supplier(s) of the Equipment subject thereto.

IN WITNESS WHEREOF, Lessee executes this Acceptance Certificate, under seal, on the 10 day of December, 2012.

BLUECHIP POWER, LLC
Lessee
 By: ICT Investments, LLC
By: _____ (SEAL)
Name: Svetlana Nikitina
Title: Manager

BLUECHIP ENERGY, LLC
Lessee
 By: ICT Investments, LLC
By: _____ (SEAL)
Name: Svetlana Nikitina
Title: Manager

ADVANCED SOLAR PHOTONICS, LLC
Lessee
 By: ICT Investments, LLC
By: _____ (SEAL)
Name: Svetlana Nikitina
Title: Manager

LASER PHOTONICS, LLC
Lessee
 By: DSJT Holdings, LLC
By: _____ (SEAL)
Name: Svetlana Nikitina
Title: Manager

ICT INVESTMENTS LLC, A LIMITED LIABILITY COMPANY
Lessee
By: _____ (SEAL)
Name: Svetlana Nikitina
Title: Manager

US INVESTING CORPORATION
Lessee
By: _____ (SEAL)
Name: THOMAS GREGORY
Title: CHIEF INVESTMENT OFFICER

EKG:310385.1:4/17/2000:11:10 AM **EXHIBIT F** Acceptance (05/02)