## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Phone:(800) 331-3282   Fax: (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO:** (Name and Address)

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

13493 SUNTRUST EQUIP
36030721
FLFL

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
2012 Dec 12 10:00 AM

****** 201208028209 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| BLUECHIP ENERGY, LLC | | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 400 RINEHART ROAD | LAKE MARY | | FL | 32746 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: LLC | 1f. JURISDICTION OF ORGANIZATION: FL | 1g. ORGANIZATIONAL ID #, if any: L09000123478 | NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| SunTrust Equipment Finance & Leasing Corp. | | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 300 East Joppa Road Suite 700 | Towson | | MD | 21286 | USA |

**4.** This FINANCING STATEMENT covers the following collateral:

ALL OF THE LESSEE'S RIGHTS, TITLES AND INTERESTS IN AND RELATING TO ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED, ARISING OR CREATED, AND ALL PRODUCTS THEREOF AND ALL PROCEEDS DERIVED THERE FROM (INCLUDING, WITHOUT LIMITATION, PROCEEDS OF INSURANCE), AND ALL REPLACEMENTS AND SUBSTITUTIONS THEREFORE AND THEREOF AND ACCESSIONS THERETO AND ALL PROCEEDS AND NON-CASH PROCEEDS AND PRODUCTS OF ANY OF THE FOREGOING.

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22.F.S. have been paid     ☒ Florida documentary stamp tax is not required

**5.** ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum (if applicable)     **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]: ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8.** OPTIONAL FILER REFERENCE DATA
36030721                    SJH                    443-20-08830-001

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by CT Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

**COMPOSITE EXHIBIT H**

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
2013 Jan 24 11:15 AM

****** 201308308165 ******

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone (800) 331-3282   Fax (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)   13493 SUNTRUST EQUIP

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

36721334

FLFL

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
201208028209   12-DEC-2012   SS   FL

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address   ☐ DELETE name   ☐ ADD name

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
7d. SEE INSTRUCTION | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

ALL OF THE LESSEE'S RIGHTS, TITLES AND INTERESTS IN AND RELATING TO ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED, ARISING OR CREATED, AND ALL PRODUCTS THEREOF AND ALL PROCEEDS DERIVED THERE FROM (INCLUDING, WITHOUT LIMITATION, PROCEEDS OF INSURANCE), AND ALL REPLACEMENTS AND SUBSTITUTIONS THEREFORE AND THEREOF AND ACCESSIONS THERETO AND ALL PROCEEDS AND NON-CASH PROCEEDS AND PRODUCTS OF ANY OF THE FOREGOING WITH THE EXCEPTION OF ACCOUNTS RECEIVABLES.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
SunTrust Equipment Finance & Leasing Corp.

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
36721334   Debtor Name: BLUECHIP ENERGY, LLC   SJH   443-20-08830-001

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

Prepared by CT Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Phone (800) 331-3282    Fax (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)**   13493 SUNTRUST EQUIP

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

37314034

FLFL

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
2013 Mar 15 10:01 AM

****** 201308643746 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
201208028209  12-DEC-2012  SS FL

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2. ☐ TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3. ☐ CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4. ☐ ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address  ☐ DELETE name  ☐ ADD name

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |
| 7d. SEE INSTRUCTION / ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

ALL OF THE LESSEE'S RIGHTS, TITLES AND INTERESTS IN AND RELATING TO ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED, ARISING OR CREATED, AND ALL PRODUCTS THEREOF AND ALL PROCEEDS DERIVED THERE FROM (INCLUDING, WITHOUT LIMITATION, PROCEEDS OF INSURANCE), AND ALL REPLACEMENTS AND SUBSTITUTIONS THEREFORE AND THEREOF AND ACCESSIONS THERETO AND ALL PROCEEDS AND NON-CASH PROCEEDS AND PRODUCTS OF ANY OF THE FOREGOING

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SunTrust Equipment Finance & Leasing Corp. | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
37314034  Debtor Name: BLUECHIP ENERGY, LLC  SJH  443-20-08830-001

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

Prepared by CT Lien Solutions, P.O. Box 29071
Glendale, CA 91209-9071 Tel (800) 331-3282

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282  Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)   13493 SUNTRUST EQUIP

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

36030635

FLFL

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
2012 Dec 12 10:00 AM

****** 201208028225 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: BLUECHIP POWER, LLC

1c. MAILING ADDRESS: 400 RINEHART ROAD | CITY: LAKE MARY | STATE: FL | POSTAL CODE: 32746 | COUNTRY: USA

1e. TYPE OF ORGANIZATION: LLC | 1f. JURISDICTION OF ORGANIZATION: FL | 1g. ORGANIZATIONAL ID #: L09000083345

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - (blank)

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: SunTrust Equipment Finance & Leasing Corp.

3c. MAILING ADDRESS: 300 East Joppa Road Suite 700 | CITY: Towson | STATE: MD | POSTAL CODE: 21286 | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

ALL OF THE LESSEE'S RIGHTS, TITLES AND INTERESTS IN AND RELATING TO ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED, ARISING OR CREATED, AND ALL PRODUCTS THEREOF AND ALL PROCEEDS DERIVED THERE FROM (INCLUDING, WITHOUT LIMITATION, PROCEEDS OF INSURANCE), AND ALL REPLACEMENTS AND SUBSTITUTIONS THEREFORE AND THEREOF AND ACCESSIONS THERETO AND ALL PROCEEDS AND NON-CASH PROCEEDS AND PRODUCTS OF ANY OF THE FOREGOING.

[X] Florida documentary stamp tax is not required

8. OPTIONAL FILER REFERENCE DATA
36030635    SJH    443-20-08830-001

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by CT Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Phone (800) 331-3282   Fax (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO:** (Name and Mailing Address)   13493 SUNTRUST EQUIP

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

36721404
FLFL

FLORIDA SECURED TRANSACTION REGISTRY
# FILED
2013 Jan 24 11:15 AM
****** 201308308173 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
201208028225   12-DEC-2012   SS   FL

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address   ☐ DELETE name   ☐ ADD name

**6. CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME
7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
7d. SEE INSTRUCTION | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any   ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

ALL OF THE LESSEE'S RIGHTS, TITLES AND INTERESTS IN AND RELATING TO ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED, ARISING OR CREATED, AND ALL PRODUCTS THEREOF AND ALL PROCEEDS DERIVED THERE FROM (INCLUDING, WITHOUT LIMITATION, PROCEEDS OF INSURANCE), AND ALL REPLACEMENTS AND SUBSTITUTIONS THEREFORE AND THEREOF AND ACCESSIONS THERETO AND ALL PROCEEDS AND NON-CASH PROCEEDS AND PRODUCTS OF ANY OF THE FOREGOING WITH THE EXCEPTION OF ACCOUNT RECEIVABLES

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
SunTrust Equipment Finance & Leasing Corp.
9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**
36721404   Debtor Name: BLUECHIP POWER, LLC   SJH   443-20-08830-001

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)
Prepared by CT Lien Solutions, P.O. Box 29071 Glendale, CA 91209-9071 Tel (800) 331-3282

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone (800) 331-3282   Fax (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)   13493 SUNTRUST EQUIP

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

37314047

FLFL

FLORIDA SECURED TRANSACTION REGISTRY
**FILED**
2013 Mar 15 10:01 AM
****** 20130864372X ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
201208028225   12-DEC-2012   SS   FL

1b. This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.

2. [ ] **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [ ] **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
[ ] CHANGE name and/or address   [ ] DELETE name   [ ] ADD name

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME

7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. SEE INSTRUCTION | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any   [ ] NONE

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral [ ] deleted or [ ] added, or give entire [X] restated collateral description, or describe collateral [ ] assigned.

ALL OF THE LESSEE'S RIGHTS, TITLES AND INTERESTS IN AND RELATING TO ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED, ARISING OR CREATED, AND ALL PRODUCTS THEREOF AND ALL PROCEEDS DERIVED THERE FROM (INCLUDING, WITHOUT LIMITATION, PROCEEDS OF INSURANCE), AND ALL REPLACEMENTS AND SUBSTITUTIONS THEREFORE AND THEREOF AND ACCESSIONS THERETO AND ALL PROCEEDS AND NON-CASH PROCEEDS AND PRODUCTS OF ANY OF THE FOREGOING

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
SunTrust Equipment Finance & Leasing Corp.

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
37314047   Debtor Name: BLUECHIP POWER, LLC   SJH   443-20-08830-001

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)
Prepared by CT Lien Solutions, P.O. Box 29071 Glendale, CA 91209-9071 Tel (800) 331-3282

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

FLORIDA SECURED TRANSACTION REGISTRY
## FILED
2012 Dec 12 10:00 AM
****** 201208028187 ******

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Phone: (800) 331-3282  Fax: (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO:** (Name and Address)
13493 SUNTRUST EQUIP
36030805
FLFL

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: LASER PHOTONICS, LLC

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 400 RINEHART ROAD | LAKE MARY | FL | 32746 | USA |

1e. TYPE OF ORGANIZATION: LLC
1f. JURISDICTION OF ORGANIZATION: FL
1g. ORGANIZATIONAL ID #: L06000064171

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - (blank)

**3. SECURED PARTY'S NAME**

3a. ORGANIZATION'S NAME: SunTrust Equipment Finance & Leasing Corp.

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 300 East Joppa Road Suite 700 | Towson | MD | 21286 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

ALL OF THE LESSEE'S RIGHTS, TITLES AND INTERESTS IN AND RELATING TO ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED, ARISING OR CREATED, AND ALL PRODUCTS THEREOF AND ALL PROCEEDS DERIVED THERE FROM (INCLUDING, WITHOUT LIMITATION, PROCEEDS OF INSURANCE), AND ALL REPLACEMENTS AND SUBSTITUTIONS THEREFORE AND THEREOF AND ACCESSIONS THERETO AND ALL PROCEEDS AND NON-CASH PROCEEDS AND PRODUCTS OF ANY OF THE FOREGOING.

[X] Florida documentary stamp tax is not required

**8. OPTIONAL FILER REFERENCE DATA**
36030805     SJH     443-20-08830-001

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)
Prepared by CT Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone (800) 331-3282   Fax (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)   13493 SUNTRUST EQUIP

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

36851921

FLFL

FLORIDA SECURED TRANSACTION REGISTRY
**FILED**
2013 Feb 05 09:40 AM
****** 201308381555 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
201208028187  12-DEC-2012  SS FL

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable)

6. **CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME
OR
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. **CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME
OR
7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. SEE INSTRUCTION | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

ALL OF THE LESSEE'S RIGHTS, TITLES AND INTERESTS IN AND RELATING TO ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED, ARISING OR CREATED, AND ALL PRODUCTS THEREOF AND ALL PROCEEDS DERIVED THERE FROM (INCLUDING, WITHOUT LIMITATION, PROCEEDS OF INSURANCE), AND ALL REPLACEMENTS AND SUBSTITUTIONS THEREFORE AND THEREOF AND ACCESSIONS THERETO AND ALL PROCEEDS AND NON-CASH PROCEEDS AND PRODUCTS OF ANY OF THE FOREGOING WITH THE EXCEPTION OF ACCOUNTS RECEIVABLES.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
SunTrust Equipment Finance & Leasing Corp.
OR
9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
36851921 Debtor Name: LASER PHOTONICS, LLC  SJH  443-20-08830-001

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)
Prepared by CT Lien Solutions, P.O. Box 29071
Glendale, CA 91209-9071 Tel (800) 331-3282

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone (800) 331-3282   Fax (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)   13493 SUNTRUST EQUIP

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

37314001

FLFL

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
2013 Mar 15 10:01 AM

****** 201308643762 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
201208028187   12-DEC-2012   SS FL

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2. ☐ TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3. ☐ CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4. ☐ ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable)

**6. CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. SEE INSTRUCTION | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any   ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

ALL OF THE LESSEE'S RIGHTS, TITLES AND INTERESTS IN AND RELATING TO ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED, ARISING OR CREATED, AND ALL PRODUCTS THEREOF AND ALL PROCEEDS DERIVED THERE FROM (INCLUDING, WITHOUT LIMITATION, PROCEEDS OF INSURANCE), AND ALL REPLACEMENTS AND SUBSTITUTIONS THEREFORE AND THEREOF AND ACCESSIONS THERETO AND ALL PROCEEDS AND NON-CASH PROCEEDS AND PRODUCTS OF ANY OF THE FOREGOING

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
SunTrust Equipment Finance & Leasing Corp.

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**
37314001   Debtor Name: LASER PHOTONICS, LLC   SJH   443-20-08830-001

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

Prepared by CT Lien Solutions, P.O. Box 29071 Glendale, CA 91209-9071 Tel (800) 331-3282

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez     8008335778

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

    UCC DIRECT SERVICES
    2727 ALLEN PARKWAY
    SUITE 1000
    HOUSTON TX 77019

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 09:47 AM 12/11/2012*
*INITIAL FILING # 2012 4784411*

*SRV: 121320444*

---

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

- 1a. ORGANIZATION'S NAME: ADVANCED SOLAR PHOTONICS, LLC
- 1c. MAILING ADDRESS: 400 RINEHART ROAD
- CITY: LAKE MARY
- STATE: FL
- POSTAL CODE: 32746
- COUNTRY: US
- 1e. TYPE OF ORGANIZATION: LTD LIABILITY COMPANY
- 1f. JURISDICTION OF ORGANIZATION: DE

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - (blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

- 3a. ORGANIZATION'S NAME: SUNTRUST EQUIPMENT FINANCE & LEASING CORP.
- 3c. MAILING ADDRESS: 300 EAST JOPPA ROAD SUITE 700
- CITY: TOWSON
- STATE: MD
- POSTAL CODE: 21286
- COUNTRY: US

**4. This FINANCING STATEMENT covers the following collateral:**

ALL OF THE LESSEE'S RIGHTS, TITLES AND INTERESTS IN AND RELATING TO ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED, ARISING OR CREATED, AND ALL PRODUCTS THEREOF AND ALL PROCEEDS DERIVED THERE FROM (INCLUDING, WITHOUT LIMITATION, PROCEEDS OF INSURANCE), AND ALL REPLACEMENTS AND SUBSTITUTIONS THEREFORE AND THEREOF AND ACCESSIONS THERETO AND ALL PROCEEDS AND NON-CASH PROCEEDS AND PRODUCTS OF ANY OF THE FOREGOING.

**8. OPTIONAL FILER REFERENCE DATA**
DE-0-36030893-47004181

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez   8008335778

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

```
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
SUITE 1000

HOUSTON TX 77019
```

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 10:26 AM 02/04/2013*
*INITIAL FILING # 2012 4784411*
*AMENDMENT       # 2013 0447095*
*SRV: 130124022*

**1a. INITIAL FINANCING STATEMENT FILE #**
2012 4784411

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address   ☐ DELETE name   ☐ ADD name

**6. CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME
7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

ALL OF THE LESSEE'S RIGHTS, TITLES AND INTERESTS IN AND RELATING TO ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED, ARISING OR CREATED, AND ALL PRODUCTS THEREOF AND ALL PROCEEDS DERIVED THERE FROM (INCLUDING, WITHOUT LIMITATION, PROCEEDS OF INSURANCE), AND ALL REPLACEMENTS AND SUBSTITUTIONS THEREFORE AND THEREOF AND ACCESSIONS THERETO AND ALL PROCEEDS AND NON-CASH PROCEEDS AND PRODUCTS OF ANY OF THE FOREGOING WITH THE EXCEPTION OF ACCOUNTS RECEIVABLES.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT**
SunTrust Equipment Finance & Leasing Corp.

**10. OPTIONAL FILER REFERENCE DATA**
DE-0-36851893-47143786

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Gisella Melendez   8008335778

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
SUITE 1000

HOUSTON TX 77019
```

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 04:31 PM 03/14/2013*
*INITIAL FILING # 2012 4784411*
*AMENDMENT      # 2013 0988601*
*SRV: 130316351*

1a. INITIAL FINANCING STATEMENT FILE #
2012 4784411

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security Interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in Item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address  ☐ DELETE name  ☐ ADD name

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

ALL OF THE LESSEE'S RIGHTS, TITLES AND INTERESTS IN AND RELATING TO ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED, ARISING OR CREATED, AND ALL PRODUCTS THEREOF AND ALL PROCEEDS DERIVED THERE FROM (INCLUDING, WITHOUT LIMITATION, PROCEEDS OF INSURANCE), AND ALL REPLACEMENTS AND SUBSTITUTIONS THEREFORE AND THEREOF AND ACCESSIONS THERETO AND ALL PROCEEDS AND NON-CASH PROCEEDS AND PRODUCTS OF ANY OF THE FOREGOING

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT
SunTrust Equipment Finance & Leasing Corp.

10. OPTIONAL FILER REFERENCE DATA
DE-0-37314013-47244305

# SECRETARY OF STATE
**MAX MAXFIELD**

State Capitol Building
200 West 24th Street
Cheyenne, WY 82002-0020

# STATE OF WYOMING
BUSINESS DIVISION

Phone 307-777-7311
Fax 307-777-5339
Email: UCC@wyo.gov

## UCC FINANCING STATEMENT

**SEND ACKNOWLEDGEMENT TO:**
UCCDIRECT SERVICES
330 N. BRAND BLVD.
SUITE 700
GLENDALE, CA 91203
USA

**NAME & PHONE OF CONTACT**
GISELLA MELENDEZ, (800)331-3282
Email
SOSACK@UCCDIRECT.COM

### DOCUMENT INFORMATION

| Field | Value |
|---|---|
| DOCUMENT ID | 2012-52286834 |
| ALT DESIGNATION | DEBTOR/SECURED PARTY |
| RECORD TYPE | UCC |
| INITIAL FILING DATE | 12/11/2012 07:51 AM |
| NUMBER OF ATTACHMENTS | 0 |
| LAPSE DATE | 12/11/2017 07:51 AM |
| FILING STATUS | ACTIVE |

**FILER REFERENCE**
WY-0-50602397

### DEBTOR(S) INFORMATION
*NEW DEBTOR INFORMATION*

**ORGANIZATION'S NAME:** ICT INVESTMENTS LLC, A LIMITED LIABILITY COMPANY

| MAILING ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|
| 400 RINEHART ROAD | LAKE MARY | FL | 32746 |
| | COUNTRY: USA | | |

| TAX ID #: SSN OR EIN | TYPE OF ORGANIZATION | JURISDICTION OF ORGANIZATION | ORGANIZATIONAL ID #, if any |
|---|---|---|---|
| | LLC | WY | 2005-000501471  ☐ NONE |

### SECURED PARTY'S NAME(S)   (or NAME of TOTAL ASSIGNEE OF ASSIGNOR S/P)
*NEW SECURED PARTY INFORMATION*

**ORGANIZATION'S NAME:** SUNTRUST EQUIPMENT FINANCE & LEASING CORP.

| MAILING ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|
| 300 EAST JOPPA ROAD SUITE 700 | TOWSON | MD | 21286 |
| | COUNTRY: USA | | |

**COLLATERAL INFORMATION** *This FINANCING STATEMENT covers the following collateral:*
ALL OF THE LESSEE'S RIGHTS, TITLES AND INTERESTS IN AND RELATING TO ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED, ARISING OR CREATED, AND ALL PRODUCTS THEREOF AND ALL PROCEEDS DERIVED THERE FROM (INCLUDING, WITHOUT LIMITATION, PROCEEDS OF INSURANCE), AND ALL REPLACEMENTS AND SUBSTITUTIONS THEREFORE AND THEREOF AND ACCESSIONS THERETO AND ALL PROCEEDS AND NON-CASH PROCEEDS AND PRODUCTS OF ANY OF THE FOREGOING.

# SECRETARY OF STATE
**MAX MAXFIELD**

State Capitol Building
200 West 24th Street
Cheyenne, WY 82002-0020

# STATE OF WYOMING
BUSINESS DIVISION

Phone 307-777-7311
Fax 307-777-5339
Email: UCC@wyo.gov

## UCC3 AMENDMENT

| SEND ACKNOWLEDGEMENT TO: | NAME & PHONE OF CONTACT |
|---|---|
| CT LIEN SOLUTIONS<br>P.O. BOX 29071<br>GLENDALE, CA 91209-9071<br>USA | , 800-331-3282<br>Email |

### DOCUMENT INFORMATION

| DOCUMENT ID | | DOCUMENT ID OF ORIGINAL FINANCING STATEMENT |
|---|---|---|
| 2013-52813632 | | 2012-52286834 |
| FILING DATE | NUMBER OF ATTACHMENTS | OLD DOCUMENT ID OF ORIGINAL FINANCING STATEMENT |
| 02/06/2013 04:22 PM | 0 | |
| RECORD TYPE | | INITIAL FILING DATE OF ORIGINAL FINANCING STATEMENT |
| COLLATERAL - RESTATE | | 12/11/2012 07:51 AM |

**FILER REFERENCE**
36851863 DEBTOR NAME: ICT INVESTMENTS LLC, A LIMITED LIABILITY COMPANY SJH 443-20-08830-001

**AMENDMENT (COLLATERAL CHANGE)** ☐ Deleted Collateral ☐ Added Collateral ☑ Restated Collateral ☐ Assigned Collateral
Submitted via CD

ALL OF THE LESSEE'S RIGHTS, TITLES AND INTERESTS IN AND RELATING TO ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED, ARISING OR CREATED, AND ALL PRODUCTS THEREOF AND ALL PROCEEDS DERIVED THERE FROM (INCLUDING, WITHOUT LIMITATION, PROCEEDS OF INSURANCE), AND ALL REPLACEMENTS AND SUBSTITUTIONS THEREFORE AND THEREOF AND ACCESSIONS THERETO AND ALL PROCEEDS AND NON-CASH PROCEEDS AND PRODUCTS OF ANY OF THE FOREGOING WITH THE EXCEPTION OF ACCOUNTS RECEIVABLES.

### NAME OF SECURED PARTY(S) OF RECORD AUTHORIZING THIS STATEMENT

| ORGANIZATION'S NAME | | ☐ DEBTOR IS AUTHORIZING THIS AMENDMENT | |
|---|---|---|---|
| SUNTRUST EQUIPMENT FINANCE & LEASING CORP. | | | |
| INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |
| MAILING ADDRESS | CITY | STATE | POSTAL CODE |
| | COUNTRY | | |

Page 1 of 1

# SECRETARY OF STATE

**MAX MAXFIELD**

State Capitol Building
200 West 24th Street
Cheyenne, WY 82002-0020

# STATE OF WYOMING

BUSINESS DIVISION

Phone 307-777-7311
Fax 307-777-5339
Email: UCC@wyo.gov

## UCC3 AMENDMENT

| SEND ACKNOWLEDGEMENT TO: | NAME & PHONE OF CONTACT |
|---|---|
| CT LIEN SOLUTIONS<br>PO BOX 29071<br>GLENDALE, CA 91209-9071<br>USA | , 800-331-3282<br>Email |

### DOCUMENT INFORMATION

| DOCUMENT ID | | DOCUMENT ID OF ORIGINAL FINANCING STATEMENT |
|---|---|---|
| 2013-53161528 | | 2012-52286834 |
| FILING DATE | NUMBER OF ATTACHMENTS | OLD DOCUMENT ID OF ORIGINAL FINANCING STATEMENT |
| 03/18/2013 03:56 PM | 0 | |
| RECORD TYPE | | INITIAL FILING DATE OF ORIGINAL FINANCING STATEMENT |
| COLLATERAL - RESTATE | | 12/11/2012 07:51 AM |

**FILER REFERENCE**
37313983 DEBTOR NAME: ICT INVESTMENTS LLC, A LIMITED LIABILITY COMPANY SJH 443-20-08830-001

**AMENDMENT (COLLATERAL CHANGE)**  ☐ Deleted Collateral  ☐ Added Collateral  ☑ Restated Collateral  ☐ Assigned Collateral
TAKEN FROM CD:

ALL OF THE LESSEE'S RIGHTS, TITLES AND INTERESTS IN AND RELATING TO ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED, ARISING OR CREATED, AND ALL PRODUCTS THEREOF AND ALL PROCEEDS DERIVED THERE FROM (INCLUDING, WITHOUT LIMITATION, PROCEEDS OF INSURANCE), AND ALL REPLACEMENTS AND SUBSTITUTIONS THEREFORE AND THEREOF AND ACCESSIONS THERETO AND ALL PROCEEDS AND NON-CASH PROCEEDS AND PRODUCTS OF ANY OF THE FOREGOING.

### NAME OF SECURED PARTY(S) OF RECORD AUTHORIZING THIS STATEMENT

| ORGANIZATION'S NAME | | ☐ DEBTOR IS AUTHORIZING THIS AMENDMENT | |
|---|---|---|---|
| SUNTRUST EQUIPMENT FINANCE & LEASING CORP. | | | |
| INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |
| MAILING ADDRESS | CITY | STATE | POSTAL CODE |
| | COUNTRY | | |

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Gisella Melendez   8008335778

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
SUITE 1000

HOUSTON TX 77019
```

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 10:15 AM 12/11/2012*
*INITIAL FILING # 2012 4785343*

*SRV: 121320646*

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| US INVESTING CORPORATION | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 400 RINEHART ROAD | LAKE MARY | FL | 32746 | US |
| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | | |
| | CORPORATION | DE | | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SUNTRUST EQUIPMENT FINANCE & LEASING CORP. | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 300 EAST JOPPA ROAD SUITE 700 | TOWSON | MD | 21286 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

The equipment leased pursuant to that certain Equipment Lease Agreement dated as of the 10TH day of DECEMBER, 2012, between Lessor, as lessor, and Lessee, as lessee, together with all improvements, additions, accessions, substitutions and replacements therefor, and proceeds (including insurance proceeds) thereof (but without power of sale); more fully described on the attached schedules.

Equipment detailed on the below appraisal reports:

Southeast Equipment Valuation Summary Appraisal Report on Solar Panel Manufacturing Equipment dated: 11/29/2010

Industrial Asset Appraisals & Consulting, Inc. Summary Appraisal of Specified Manufacturing Equipment dated: 10/18/12

Industrial Asset Appraisals & Consulting, Inc. Summary Appraisal of Power Generation Equipment dated: 10/18/12

---

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable]   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional]   ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
DE-0-36031498-47004307

## UCC FINANCING STATEMENT ADDENDUM – COLLATERAL
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| | 9a. ORGANIZATION'S NAME |  |  |
|---|---|---|---|
| OR | US INVESTING CORPORATION | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

This FINANCING STATEMENT covers the following collateral
INCLUDING:
3S Modultec XL3622CP, Titan FLS48, Meier ICOLAM 42/24, Komax Xcell X2, FL600, Blackstar PCB, Fantum G4, Inspection Table, LP Frame Press, Gravity Roller Conveyor, Fantom G3, Coherent Libra, ABM-G3, SBM 1200M, Yitterbium 1KW, Yitterbium 2KW, all power generation equipment which includes but is not limited to solar panels, conductors, and inverters (specific equipment covered with the Appraisal)