# SUNTRUST EQUIPMENT FINANCE & LEASING CORP.

**REAL PROPERTY WAIVER**

THIS WAIVER, Made as of the __10__ day of December, 2012, by and between SUNTRUST EQUIPMENT FINANCE & LEASING CORP., its present and future affiliates and their successors and assigns (hereinafter the "Lessor"), and the undersigned.

The undersigned has an interest in the premises more specifically described on the attached schedule (the "Premises"), as 400 Rinehart Road, Lake Mary, FL 32746. The Premises are now occupied in whole or in part by BLUECHIP POWER, LLC and BLUECHIP ENERGY, LLC and ADVANCED SOLAR PHOTONICS, LLC and LASER PHOTONICS, LLC, and ICT INVESTMENTS LLC, A LIMITED LIABILITY COMPANY and US INVESTING CORPORATION (hereinafter the collectively "Lessee"), and Lessee desires to lease from Lessor certain equipment which is already on or is to be delivered to or installed on the Premises, all of said equipment being more fully described on the schedule attached hereto (hereinafter collectively the "Equipment"), all of which Equipment is now or hereafter may become subject to an Equipment Schedule between Lessor and Lessee (the "Equipment Schedule"), incorporating by reference an Equipment Lease Agreement (hereinafter the "Agreement") between Lessor and Lessee; to be used in connection with the business of Lessee as now or hereafter conducted. _See attached Schedule of equipment 13 pages_ (GA)

Lessor is willing to lease the Equipment to Lessee, provided that the undersigned recognizes Lessor's title and interest in and to the Equipment.

NOW, THEREFORE, in consideration of the premises and the sum of Ten Dollars ($10.00) in hand paid, the receipt and sufficiency of which is hereby acknowledged, the undersigned hereby consents and agrees as follows:

1. Title to the Equipment to be leased to Lessee by Lessor is and shall remain in Lessor.

2. All the Equipment may be kept, installed, maintained, used and operated in the Premises; and shall remain personal property notwithstanding the manner or mode of the attachment of such Equipment to the realty and shall not become fixtures.

3. The undersigned waives and agrees not to assert any lien, claim or interest which the undersigned may now have or hereafter may acquire against or in the Equipment by virtue of the undersigned's interest in the real property, or otherwise. (GA)

4. In the event of default by Lessee in the performance of any of its obligations pursuant to the Equipment Schedule or any extension or renewal of said Equipment Schedule, Lessor may: ~~(a) abandon the Equipment in place,~~ (b) assemble the Equipment and conduct an auction of the Equipment on the Premises, or (c) remove the Equipment from the Premises in accordance with the terms and conditions of said Agreement.

5. Lessor may, without affecting the validity of this Waiver, extend the time of the payment of any rental or the performance of any of the other terms and conditions of the Equipment Schedule, without the consent of, and without giving notice thereof to, the undersigned.

6. This Waiver shall inure to the benefit of the successors and assigns of Lessor and shall be binding upon the heirs, personal representatives, successors and assigns of the undersigned.

IN WITNESS WHEREOF, the undersigned has caused this Waiver to be duly executed as of the day and year first above written.

ATTEST:

_David [signature]—Witness_

Rinehart Development & Investment Group, LLC
(Mortgagor / **Landlord** / Owner) — please circle one

By: _[signature]_
Abbas Abdulhussein

STATE OF _Florida_
COUNTY OF _Seminole_ SS:

The undersigned, a Notary Public within and for said County, in the State aforesaid, duly commissioned and acting, hereby certifies that on this __10__ day of _December_, 20_12_, personally appeared before me, to me personally known and known to be the person who signed the foregoing Waiver, who, being by me duly sworn and being informed of the contents of said Waiver, stated and acknowledged on oath that he signed, sealed and delivered same with authority as his free and voluntary act and deed, for the uses, purposes and considerations therein mentioned and set forth.

My Commission Expires:
_December 5, 2014_

Notary Public State of Florida
Constance Jay Richardson
My Commission EE046497
Expires 12/05/2014

_[signature]_

PREPARED BY: OBER, KALER, GRIMES AND SHRIVER
120 E. BALTIMORE STREET
BALTIMORE, MARYLAND 21202-1643

REAL PROPERTY WAIVER (11/99)

**EXHIBIT K**