## Affidavit of Jim Rollo

STATE OF MARYLAND

COUNTY OF _____

BEFORE ME, the undersigned authority, this day personally appeared Jim Rollo, who, first being duly sworn on oath, deposes and says of his personal knowledge the following:

1. My name is Jim Rollo. I am over the age of 18 years and have personal knowledge of the facts set forth in this affidavit.

2. I am a Vice President, Equipment Manager, for SunTrust Equipment Finance & Leasing Corp. ("STEFL") and in that capacity, I am aware of the Equipment Lease Agreement and other related documents and agreements (the "Lease Agreement") among STEFL, as lessor, and Blue Chip Power, LLC, Blue Chip Energy, LLC, Advanced Solar Photonics, LLC, Laser Photonics, LLC, ICT Investments, LLC and US Investing Corporation, as lessees (collectively, the "Lessees") and the guaranty agreements executed by Demitri Nikitin and Svetlana Nikitin (the "Guarantors" and together with the Lessees, the "Obligors"). Pursuant to the Lease Agreement, STEFL is leasing to the Lessees certain equipment and other property (the "Leased Equipment").

3. On March 20, 2013, I, along with other representatives of STEFL, met with the principals of the Obligors. In addition, I, along with Aryan Rochon of LifeSpan Technology Asset Management, conducted an inspection of the Leased Equipment. During my inspection, I noted that there were pieces of the Leased Equipment that were missing and despite my best efforts to locate the missing pieces, I was not able to find them.

4. I also noticed during my inspection that a representative of the Obligors was showing the Leased Equipment to a third party and that certain pieces of the Leased Equipment had been

1896007 v1

**EXHIBIT L**

tagged. It was not clear to me who was looking at the Leased equipment or why it was tagged but I was concerned that the Obligors were engaged in efforts to sell the Leased Equipment.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Jim Rollo

STATE OF MARYLAND   )
) ss:
COUNTY OF Harford   )

The foregoing instrument was sworn to and subscribed before me this 15th day of April, 2013, by Jim Rollo, as Vice President, Equipment Manager of SunTrust Equipment Finance & Leasing Corp.. He is personally known to me or has produced ____Self____ as identification.

_____
NOTARY PUBLIC, STATE OF MARYLAND

JOAN M. TEMPLETON
NOTARY PUBLIC
HARFORD COUNTY
MARYLAND
MY COMMISSION EXPIRES MAR. 23, 2014

(Print, Type or Stamp Commissioned Name of Notary Public)