## Affidavit of Aryan Rochon

STATE OF MARYLAND

COUNTY OF _____

BEFORE ME, the undersigned authority, this day personally appeared Aryan Rochon, who, first being duly sworn on oath, deposes and says of his personal knowledge the following:

1. My name is Aryan Rochon. I am over the age of 18 years and have personal knowledge of the facts set forth in this affidavit.

2. I am an Account Executive for LifeSpan Recycling Co. I was hired by SunTrust Equipment Finance & Leasing Corp. ("STEFL") to assist STEFL with an inspection of various pieces of equipment (the "Leased Equipment") that STEFL leases to Blue Chip Power, LLC, Blue Chip Energy, LLC, Advanced Solar Photonics, LLC, Laser Photonics, LLC, ICT Investments, LLC and US Investing Corporation, as lessees (collectively, the "Lessees").

3. On March 20, 2013, I, along with Jim Rollo of STEFL, conducted an inspection of the Leased Equipment. During my inspection, I was unable to locate certain pieces of the Leased Equipment including one of the lasers.

4. I also noticed during my inspection that a representative of the Obligors was showing the Leased Equipment to a third party and that certain pieces of the Leased Equipment had been tagged. It was not clear to me who was looking at the Leased equipment or why it was tagged but I was concerned that the Obligors were engaged in efforts to sell the Leased Equipment.

FURTHER AFFIANT SAYETH NAUGHT.

_/s/ Aryan Rochon_
Aryan Rochon

1896163 v1

**EXHIBIT M**

STATE OF FLORIDA )
SS:
COUNTY OF HILLSBOROUGH )

The foregoing instrument was sworn to and subscribed before me this 15TH day of April, 2013, by Aryan Rochon, as Account Executive of LifeSpan Technology Asset Management. He is personally known to me or has produced Florida Driver License as identification.

*[signature]*
NOTARY PUBLIC, STATE OF FLORIDA

Notary Public State of Florida
Timothy L. Curtis Jr
My Commission EE102248
Expires 06/12/2015