



# Solar Contractors & Installers - Beware of the Panel Warranty Bait & Switch.

By Ray Johnson | April 10, 2013

In an earlier blog entry, I detailed some of my own experiences with ASP (a.k.a BlueChip Energy). In the days since, we've received a lot of feedback about similar experiences that contractors and property owners alike had had with this particular solar panel manufacturer.

Some of these accounts are a bit too long (and colorful) to include here. But I can summarize a few themes.

### The Solar Panel Fusion Kit Fiasco

ASP sells a solar package known as the Fusion Kit. With it, customers receive a generous rebate from FPL. However, this rebate doesn't become live at the time of purchase. No. You must have the kit installed in order to collect.



Fair enough, I guess.

The problem is that with the recent recall of ASP panels (due to listing violations), the company is now offering substitute panels to solar contractors and customers. Unfortunately, these substitute panels are not properly designed for the high velocity hurricane winds for which Florida and the Caribbean are famous. With weaker frames, these substitute panels *must also* be installed prior to collecting the rebate.

Now these contractors and property owners are left with an impossible choice. Do they:

1. Install inferior technology in order to collect a rebate for panels they never would have purchased to begin with? And this assumes that these substitute panels are UL-listed – an important requirement for the FPL rebate.
2. Leave the panels. Eat the cost. And re-purchase new systems from a different vendor?

Unfortunately, there is no option C. This bamboozled lot will never have an opportunity to buy certified and listed panels that are equal to or better than what they thought they were buying.... At least not from ASP.

The company is essentially liquidating its inventory. And from one insider (a personal friend of mine), I've learned that many ASP executives are now working part-time. You'd think they'd be working over-time to fix this problem. My friend says (and I quote), "We're tanking and it is just a matter of days."

**EXHIBIT N**

With part-time leadership and insider doomsday predictions, it's little wonder why attempts at resolving this fiasco have been consistently unsuccessful. At USSolar Institute (training arm of Florida Solar One), we've not made any headway for more than 6 months.

And keep in mind, that these accounts are only from those who are *aware* of the recall and know that they're in a position to call and complain. What about the guys over at Camp Lejeune – a military installation in North Carolina that installed over 5 megawatts of these recalled panels.

Have you ever seen a unit of angry marines before? ASP soon will.

The saga continues in the next installment.

null

Copyright © 1999-2013 RenewableEnergyWorld.com
All rights reserved.

