- Home
- Sitemap
- Privacy Policy
- Contact
- [        ] [Search]





- Products
- Solutions
- AP3
- Projects
- R&D



- Distributors



- Company
- Installers
- Contact

## Advanced Solar Photonics Announces Product Recall of PV Modules for Code Compliance

Lake Mary, FL., Feb 1, 2013 – Advanced Solar Photonics (ASP) today announced a product recall of approximately 1000 photovoltaic (PV) modules for reasons of code compliance.

Certain photovoltaic products were mislabeled during the manufacturing process and according to Underwriters Laboratory, may contain components with unknown compliance to UL 1703 standards. Such components have not been evaluated by the laboratory for compliance with the appropriate *Standards for Safety*. No fires or electrical incidents have been reported in connection with ASP PV products.

Customers affected by this recall will be notified via first class mail. ASP or distributors will perform inspection or product evaluation at no charge to the owner. Upon evaluation of this product, ASP will bring this product to code compliance including replacement if deemed necessary. Detailed information is available to customers at www.advancedsolarphotonics.com/inspection and the ASP Customer Service Center at 1- 407-878-5742.

**EXHIBIT P**

**Media Contact:** Product Safety and Communications1 – 407- 878-5738

**Name of Product**: AP-240PK, AP-245MK and ASP-390M photovoltaic (solar) panels.

**Manufacturer**: Advanced Solar Photonics – Lake Mary, Florida

**Hazard**: Certain components have not been verified for compliance to UL 1703.

**Incidents/Injuries**: ASP has received no reports of electrical incidents involving ASP PV modules.

**Description**: Certain ASP PV modules did not display correct labels.

**Sold by**: ASP in 2011, 2012 and 2013.

**Remedy**: ASP has been notifying installers and end-users directly. Installers who have not been contacted by ASP should contact ASP to schedule a free inspection. ASP will provide an upgrade to code compliance or product replacement at company discretion at no cost to customer.

**Consumer Contact**: For additional information and to schedule a free inspection and replacement of the solar modules, contact ASP at 1-407-878-5742 between 9 a.m. and 5 p.m. ET Monday through Friday or visit the company's website at www.aspfab.com.

Owners should not attempt to perform self-inspection on the roof during this product recall. This is considered hazardous. Doing so may cause injury or electrical shock.

**Contact ASP**

Advanced Solar Photonics, LLC.
USA

Contact Us

- Products
- Solutions
- R&D
- Support
- Distributors
- Company
- Careers
- Privacy Policy
- Contact

Copyright © 2012 Advanced Solar Photonics, LLC. All rights reserved.

loading