| | MyHome Login | Worldwide | English |

Company    Businesses    Services    Standards

Search UL    Sul

### Newsroom

Topics

Press Releases

Public Notices

Home > Newsroom > Public Notices > Detail

## Public Notices

## UL warns of counterfeit UL Mark on photovoltaic panels (Release 13PN-20)

NORTHBROOK, IL - April 15, 2013 - The following is a notification from UL to Authorities Having Jurisdiction, distributors, installers and users that the photovoltaic panels identified below bear counterfeit UL Marks for the United States and Canada . The photovoltaic (solar) panels have not been evaluated by UL to the appropriate Standards for Safety and it is unknown if these photovoltaic panels comply with UL's safety requirements for the United States or Canada.

**Name of Product:**

ASP - Advanced Solar Photonics (also known as Bluechip Energy)
Models AP-240PK, AP-245MK and ASP-390M

Note that ASP is a tradename for the parent company Bluechip Energy LLC

**Identification:**  *On the product:*   The products bear a counterfeit UL Mark and one of the markings shown below.

ASP
Advanced Solar Photonics
Model AP-240PK

Rated Power:  240 W

3YR9  Photovoltaic Module  Tested to UL1703
Designed and Manufactured in the USA

ASP
Advanced Solar Photonics
Model AP-245MK

Rated Power:  245 W

3YR9 Photovoltaic Module   Tested to UL1703
Designed and Manufactured in the USA

ASP
Advanced Solar Photonics
Model ASP-390M

Rated Power:  390 W

3YR9 Photovoltaic Module   Tested to UL1703
Designed and Manufactured in the USA

Note that the labels include additional electrical rating information, but the values may differ from that shown in the photographs below.

**Photos of Product:**

**Photo of typical installation**



**Counterfeit nameplate from Model AP-240PK**

## COMPOSITE
## EXHIBIT Q



The nameplate label for Model AP-245MK is identical to the label above except for Model number and electrical ratings.

Counterfeit nameplate from Model ASP-390M



**Sold at:** Known to be sold by SunWorks Solar and may be sold by other distributors



UL is a global independent safety science company offering expertise across five key strategic businesses: Product Safety, Environment, Life & Health, Verification Services and Knowledge Services. Our breadth, established objectivity and proven history mean we are a symbol of trust and enable us to help provide peace of mind to all.

more

**About UL**

History

Leadership

Careers

Corporate Social Responsibility

Newsroom

Noteworthy

**Information for**

Manufacturers

Code Authorities

**Businesses**

Product Safety

Environment

Life & Health

Verification Services

Knowledge Services

**Publications**

The Code Authority

TCA: Electrical Connections

Fire & Security Authority

**Tools**

MyHome

Online Certifications Directory

Certification Marks

UL Collaborative Standards Development System

Standards Certification Customer Library

UL iQ ™

Request a Quote

**Help**

| | | |
|---|---|---|
| Consumers | EPH RegULator | Sitemap |
| Retailers | Energy Outlook | FAQs |
| | High-Tech Direct | Contact |
| UL Dialogue | Lumen Insights | New to UL |
| Facebook | | |
| Pinterest | | |
| Twitter | | |
| YouTube | | |

UL and the UL logo are trademarks of UL LLC © 2013 All Rights Reserved. | Online Policies. | About Cookies.

News, Quotes, Companies, Videos    SEARCH

SUBSCRIBE NOW and get
3 MONTHS for the PRICE OF 1    SUBSCRIBE NOW

U.S. EDITION | Monday, April 15, 2013 As of 9:00 AM EDT

Subscribe | Log In

Home | World | U.S. | New York | Business | Tech | Markets | Market Data | Opinion | Life & Culture | Real Estate | Management | C-Suite

April 15, 2013, 9:00 a.m. ET

# UL Warns of Counterfeit UL Mark on Photovoltaic Panels

Press Release

Email    Printer Friendly    Share:    facebook    Text


Are you comfortable in your retirement?
If you have a $500,000 portfolio, download the guide for retirees by *Forbes* columnist and money manager Ken Fisher's firm. It's called **"The 15-Minute Retirement Plan."**
Click Here to Download Your Guide!    FISHER INVESTMENTS™

NORTHBROOK, Ill., April 15, 2013 /PRNewswire/ -- The following is a notification from UL to Authorities Having Jurisdiction, distributors, installers and users that the photovoltaic panels identified below bear counterfeit UL Marks for the United States and Canada . The photovoltaic (solar) panels have not been evaluated by UL to the appropriate Standards for Safety and it is unknown if these photovoltaic panels comply with UL's safety requirements for the United States or Canada.

    Name of Product:    ASP -- Advanced Solar Photonics (also known as Bluechip Energy)
Models AP-240PK, AP-245MK and ASP-390M

Note that ASP is a tradename for the parent company Bluechip Energy LLC

    Identification:   On the product:  The products bear a counterfeit UL Mark and one of the markings shown below:
ASP
  Advanced Solar Photonics
  Model AP-240PK
  Rated Power: 240 W
  3YR9 Photovoltaic Module Tested to UL1703
  Designed and Manufactured in the USA
-----------------------------------------
ASP
  Advanced Solar Photonics
  Model AP-245MK
  Rated Power: 245 W
  3YR9 Photovoltaic Module Tested to UL1703
  Designed and Manufactured in the USA
-----------------------------------------
ASP
  Advanced Solar Photonics
  Model ASP-390M
  Rated Power: 390 W
  3YR9 Photovoltaic Module Tested to UL1703
  Designed and Manufactured in the USA
-----------------------------------------

Sold at: Known to be sold by SunWorks Solar and may be sold by other distributors

About UL

UL is a premier global independent safety science company with more than 118 years of history. Employing more than 10,000 professionals with customers in over 100 countries, UL has five distinct business units -- Product Safety, Environment, Life & Health, Knowledge Services, and Verification Services -- to meet the expanding needs of our customers and to deliver on our public safety mission. For more information on UL's family of companies and network of 95 laboratory, testing, and certification facilities, go to UL.com.

Michelle Press

Marketing Manager, UL

T: 1-847-664-1966

E: Michelle.Press@ul.com

SOURCE UL

/Web site: http://www.UL.com

Email    Printer Friendly    Order Reprints    Share:

**Bank of America®**
See How We Support Communities & Businesses with Lending &
Investing
bankofamerica.com/about

**Today's Hot Stock Pick**
Experts Predicting Huge Gains for This Play--Find Out More!
www.OTCStockPick.com

**New Rule in TENNESSEE:**
(APR 2013): If You Pay For Car Insurance You Better Read This...

## Editors' Picks

            

**The Cupcake Bubble Is Bursting**   **Workers Share Their Salary Secrets**   **Scalia Calls Voting Act 'Racial Preferment'**   **How Not to Be the Office Tech Dinosaur**   **Fight Over Singalongs Reaches Crescendo**

Subscribe / Login          Back to Top

| Customer Service | Policy | Ads | Tools & Features | More |
|---|---|---|---|---|
| Customer Center | Privacy Policy | Your Ad Choices | Apps | Register for Free |
| New! Live Help | Data Policy | Advertise | Newsletters and Alerts | Reprints |
| Contact Us | Copyright Policy | Advertise Locally | Graphics & Photos | E-books |
| WSJ Weekend | Subscriber Agreement & Terms of Use | Place a Classified Ad | Columns | Content Partnerships |
| Contact Directory | | | Topics | Conferences |
| Corrections | | | Guides | SafeHouse |
| | | | Portfolio | Mobile Site |
| | | | Old Portfolio | |

Jobs at WSJ

Copyright ©2013 Dow Jones & Company, Inc. All Rights Reserved