# SunTrust Equipment Finance & Leasing Corp.

## PAY PROCEEDS LETTER / DISBURSEMENT AUTHORIZATION

Date: December 10, 2012

SunTrust Equipment Finance & Leasing Corp.
300 E. Joppa Road, 7th Floor
Towson, MD 21286

To Whom It May Concern:

In connection with the certain Equipment Schedule No. 001 between SUNTRUST EQUIPMENT FINANCE & LEASING CORP. ("Lessor") and BLUECHIP POWER, LLC and BLUECHIP ENERGY, LLC and ADVANCED SOLAR PHOTONICS, LLC and LASER PHOTONICS, LLC, and ICT INVESTMENTS LLC, A LIMITED LIABILITY COMPANY and US INVESTING CORPORATION ("Lessee"), pursuant to that certain Equipment Lease Agreement dated as of December ___, 2012, between Lessor and Lessee (the "Lease"), Lessee hereby authorizes and directs Lessor to pay for the equipment, covered under the above referenced Schedule, VIA WIRE TRANSFER as follows:

**Destination Information:**

| | |
|---|---|
| Bank Name | Fifth Third Bank |
| Bank ABA Number | Redacted |
| Account Number | Redacted |
| Account Name | Commercial Loan Wires |
| Attention | ICT Investments |
| Dollar Value | $4,083,381.75 |
| Reference | Commercial Banking – Elizabeth Zmudka |

| | |
|---|---|
| Bank Name | M&T Bank |
| Bank ABA Number | Redacted |
| Account Number | Redacted |
| Account Name | Komax Solar, Inc. |
| Attention | |
| Dollar Value | $318,000.00 |
| Reference | Bluechip Paydown |

| | |
|---|---|
| Bank Name | Fairwinds Credit Union |
| Bank ABA Number | Redacted |
| Account Number | Redacted |
| Account Name | Bluechip Power, Inc. |
| Attention | |
| Dollar Value | $598,618.25 |
| Reference | Remainder of SunTrust funds from Sch. 001 |

Total Disbursement: $5,000,000.00

Lessee acknowledges delivery, acceptance and good working order of all the Equipment. Lessee warrants that payment to the persons of the amounts described above constitutes full and final payment to all persons necessary so that the Equipment is fully paid for and shall be owned by Lessor free of all liens and encumbrances.

BLUECHIP POWER, LLC
Lessee
   By: ICT Investments, LLC
By: /s/ (SEAL)
Name: Svetlana Nikitina
Title: Manager

BLUECHIP ENERGY, LLC
Lessee
   By: ICT Investments, LLC
By: /s/ (SEAL)
Name: Svetlana Nikitina
Title: Manager

ADVANCED SOLAR PHOTONICS, LLC
Lessee
   By: ICT Investments, LLC
By: /s/ (SEAL)
Name: Svetlana Nikitina
Title: Manager

LASER PHOTONICS, LLC
Lessee
   By: DSJT Holdings, LLC
By: /s/ (SEAL)
Name: Svetlana Nikitina
Title: Manager

** SIGNATURES FOUND ON NEXT PAGE **

PAY PROCEEDS / DISBURSEMENT (11/99)
Internal Revenue Code 1031-
ADDED 1/09

**EXHIBIT G**

# SUNTRUST EQUIPMENT FINANCE & LEASING CORP.

## PAY PROCEEDS LETTER / DISBURSEMENT AUTHORIZATION

Date: December 10, 2012

ICT INVESTMENTS LLC, A LIMITED LIABILITY COMPANY
Lessee
By: _____(SEAL)
Name:   Svetlana Nikitina
Title:      Manager

US INVESTING CORPORATION
Lessee
By: _____(SEAL)
Name: THOMAS GREGORY
Title: CHIEF INVESTMENT OFFICER

(Lessee to complete) Equipment Delivery Date: _____