# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.,**

      **Plaintiff,**

v.

**BLUECHIP POWER LLC f/k/a BLUECHIP ENERGY, LLC, et al; BLUECHIP ENERGY, LLC f/k/a COMPLETE ELECTRIC CONTRACTORS, LLC; ADVANCED SOLAR PHOTONICS, LLC; LASER PHOTONICS, LLC f/k/a C3 LASER, LLC; ICT INVESTMENTS, LLC; US INVESTING CORPORATION; DEMITRI NIKITIN a/k/a DIMITRI NIKITIN a/k/a DMITRI NIKITIN; SVETLANA NIKITIN a/k/a SVETLANA NIKITINA; FIFTH THIRD BANK; AEGIS BUSINESS CREDIT, LLC; ON DECK CAPITAL, INC.; NEWLOGIC BUSINESS LOANS, INC. d/b/a APZB INDUSTRIES; JEFFERY L. CARRIER as trustee for the Jeffery L. Carrier Revocable Trust; FANUC ROBOTICS AMERICA CORPORATION f/k/a FANUC ROBOTICS AMERICA, INC.; SG EQUIPMENT FINANCE USA CORP.; SUNIVA, INCL; WANXIANG AMERICA CORP.; RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC; and MICHAEL E. MOECKER, as assignee for BlueChip Energy, LLC,**

      **Defendants.**

_____/

Case No. 6:13-cv-657-JA-KRS

## **NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

| | |
|---|---|
| __X__ IS | related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: |

        BlueChip Energy, LLC, Assignor to Michael E. Moecker, Assignee, is pending in the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, FL, Case No. 13-CA-1769-16-K.

        BlueChip Energy, LLC is a party to both actions.

        Michael E. Moecker, as Assignee for BlueChip Energy, LLC is a party to both actions.

| | |
|---|---|
| _____ IS NOT | related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency. |

       I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:  April 30, 2013

*/s/ Eric S. Golden*
Eric S. Golden, Esq.
Florida Bar No. 0146846
Primary Email: egolden@burr.com
Secondary Email: jmorgan@burr.com
Michael A. Nardella, Esq.
Florida Bar No. 51265
Primary Email: mnardella@burr.com
**BURR & FORMAN, LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2013, I hereby served the foregoing on the following parties via Email:

R. Scott Shuker, Esq.
Christopher R. Thompson, Esq.
Latham Shuker Eden & Beaudine, LLP
111 N. Magnolia Avenue, Suite 1400
Orlando, FL 32801
Email: Rshuker@lseblaw.com
Email: Cthompson@lseblaw.com
*Attorneys for Defendant, Michael E. Moecker, as Assignee for BlueChip Energy, LLC*

Roy S. Kobert, Esq.
Broad and Cassel
390 N. Orange Avenue, Suite 1400
Orlando, FL 32801
Email: rkobert@broadandcassel.com
*Attorneys for Defendant, Fifth Third Bank*

 

*/s/ Eric S. Golden*
Eric S. Golden, Esquire