IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.,

    Plaintiff,

v.

Case No. 6:13-cv-657-ORL-JA-KRS

BLUECHIP POWER LLC f/k/a BLUECHIP ENERGY, LLC, et al; BLUECHIP ENERGY, LLC f/k/a COMPLETE ELECTRIC CONTRACTORS, LLC; ADVANCED SOLAR PHOTONICS, LLC; LASER PHOTONICS, LLC f/k/a C3 LASER, LLC; ICT INVESTMENTS, LLC; US INVESTING CORPORATION; DEMITRI NIKITIN a/k/a DIMITRI NIKITIN a/k/a DMITRI NIKITIN; SVETLANA NIKITIN a/k/a SVETLANA NIKITINA; FIFTH THIRD BANK; AEGIS BUSINESS CREDIT, LLC; ON DECK CAPITAL, INC.; NEWLOGIC BUSINESS LOANS, INC. d/b/a APZB INDUSTRIES; JEFFERY L. CARRIER as trustee for the Jeffery L. Carrier Revocable Trust; FANUC ROBOTICS AMERICA CORPORATION f/k/a FANUC ROBOTICS AMERICA, INC.; SG EQUIPMENT FINANCE USA CORP.; SUNIVA, INCL; WANXIANG AMERICA CORP.; RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC; and MICHAEL E. MOECKER, as assignee for BlueChip Energy, LLC,

    Defendants.
_____/

**NOTICE OF FILING ACKNOWLEDGEMENT AND ACCEPTANCE OF SERVICE OF VERIFIED COMPLAINT FOR MONETARY JUDGMENT, PETITION FOR APPOINTMENT OF RECEIVER, REPLEVIN, FORECLOSURE, AND INJUNCTIVE RELIEF; SUMMONS; VERIFIED MOTION FOR APPOINTMENT OF RECEIVER WITH INCORPORATED MEMORANDUM OF LAW; MOTION FOR PRELIMINARY INJUNCTION WITH INCORPORATED MEMORANDUM OF LAW AND ORDER**

Plaintiff, SunTrust Equipment Finance and Leasing Corp., by and through its undersigned counsel, hereby files the attached Acknowledgment and Acceptance of Service of Verified Complaint for Monetary Judgment, Petition for Appointment of Receiver, Replevin, Foreclosure, and Injunctive Relief (Doc. No. 1); Verified Motion for Appointment of Receiver with Incorporated Memorandum of Law (Doc. No. 2); Motion for Preliminary Injunction with Incorporated Memorandum of Law (Doc No. 3); Summons (Doc. No. 4); and Order entered April 25, 2013 (Doc. No. 5) as to Defendant, Michael E. Moecker, as Assignee for BlueChip Energy, LLC.

Dated April 30, 2013.

/s/ Eric S. Golden
Eric S. Golden, Esq.
Florida Bar No. 0146846
Primary Email: egolden@burr.com
Secondary Email: jmorgan@burr.com
Michael A. Nardella, Esq.
Florida Bar No. 51265
Primary Email: mnardella@burr.com
**BURR & FORMAN, LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served this 30th day of April, 2013 via e-mail to R. Scott Shuker, Esq., Christopher R. Thompson, Esq., Latham Shuker Eden & Beaudine, LLP, rshuker@lseblaw.com; and cthompson@lseblaw.com, Attorneys for Defendant, Michael E. Moecker, as Assignee for BlueChip Energy, LLC.

/s/ Eric S. Golden
Eric S. Golden, Esq.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUNTRUST EQUIPMENT FINANCE
AND LEASING CORP.,

      Plaintiff,

vs.

BLUECHIP POWER LLC f/k/a
BLUECHIP ENERGY, LLC, et al

      Defendants.
_____/

Case No. 6:13-cv-657-ORL-JA-KRS

**ACKNOWLEDGEMENT AND ACCEPTANCE OF SERVICE
OF VERIFIED COMPLAINT FOR MONETARY JUDGMENT, PETITION FOR
APPOINTMENT OF RECEIVER, REPLEVIN, FORECLOSURE, AND INJUNCTIVE
RELIEF; SUMMONS; VERIFIED MOTION FOR APPOINTMENT OF RECEIVER
WITH INCORPORATED MEMORANDUM OF LAW; MOTION FOR PRELIMINARY
INJUNCTION WITH INCORPORATED MEMORANDUM OF LAW AND ORDER**

    The undersigned counsel hereby represents that he is the attorney for Michael E. Moecker, as Assignee for BlueChip Energy, LLC, Defendant in the above-styled matter; that he acknowledges receipt of said Verified Complaint for Monetary Judgment, Petition for Appointment of Receiver, Replevin, Foreclosure, and Injunctive Relief; Summons; Verified Motion for Appointment of Receiver with Incorporated Memorandum of Law; Motion for Preliminary Injunction with Incorporated Memorandum of Law and Order entered April 25, 2013, without the need for formal service of process.

    Dated April 26, 2013.

                                            R. Scott Shuker, Esq.
                                            Florida Bar No. 984469
                                            Christopher R. Thompson, Esq.
                                            Florida Bar No. 93102
                                            LATHAM SHUKER EDEN &
                                            BEAUDINE, LLP

111 N. Magnolia Avenue, Suite 1400
Orlando, FL 32801
Telephone: (407) 481-5863
Facsimile: (407) 481-5801
Email: rshuker@lseblaw.com
cthompson@lseblaw.com

**ATTORNEYS FOR DEFENDANT, MICHAEL E. MOECKER, AS ASSIGNEE FOR BLUECHIP ENERGY, LLC**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Acknowledgement and Acceptance of Service of Verified Complaint for Monetary Judgment, Petition for Appointment of Receiver, Replevin, Foreclosure, and Injunctive Relief; Summons; Verified Motion for Appointment of Receiver with Incorporated Memorandum of Law; and Motion for Preliminary Injunction with Incorporated Memorandum of Law has this 26th day of April, 2013 been furnished via electronic mail to Eric S. Golden, Esq. and Michael A. Nardella, Esq., (egolden@burr.com; mnardella@burr.com; ccrumrine@burr.com; jmorgan@burr.com) Burr & Forman, LLP, 200 South Orange Avenue, Suite 800, Orlando, Florida 32801.

Christopher R. Thompson, Esq.