IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.,**

      **Plaintiff,**

v.

**BLUECHIP POWER LLC f/k/a BLUECHIP ENERGY, LLC, et al; BLUECHIP ENERGY, LLC f/k/a COMPLETE ELECTRIC CONTRACTORS, LLC; ADVANCED SOLAR PHOTONICS, LLC; LASER PHOTONICS, LLC f/k/a C3 LASER, LLC; ICT INVESTMENTS, LLC; US INVESTING CORPORATION; DEMITRI NIKITIN a/k/a DIMITRI NIKITIN a/k/a DMITRI NIKITIN; SVETLANA NIKITIN a/k/a SVETLANA NIKITINA; FIFTH THIRD BANK; AEGIS BUSINESS CREDIT, LLC; ON DECK CAPITAL, INC.; NEWLOGIC BUSINESS LOANS, INC. d/b/a APZB INDUSTRIES; JEFFERY L. CARRIER as trustee for the Jeffery L. Carrier Revocable Trust; FANUC ROBOTICS AMERICA CORPORATION f/k/a FANUC ROBOTICS AMERICA, INC.; SG EQUIPMENT FINANCE USA CORP.; SUNIVA, INC; WANXIANG AMERICA CORP.; RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC; and MICHAEL E. MOECKER, as assignee for BlueChip Energy, LLC,**

      **Defendants.**

_____ /

Case No. 6:13-cv-657-JA-KRS

**CERTIFICATE OF SERVICE**

    Plaintiff, SunTrust Equipment Finance and Leasing Corp. (the "Plaintiff"), by and through its undersigned attorney, certifies that pursuant paragraph 2 of the Order entered on April 25, 2013 (the "Order")(Doc. No. 5) true and correct copies of the Supplemental Affidavit of Jim Rollo (Doc. No. 13) and Supplemental Affidavit of Aryan Rochon (Doc. No. 14) in

support of Plaintiff's Motion to Appoint Receiver and Motion for Preliminary Injunction, were furnished via electronic mail upon R. Scott Shuker, Esq. and Christopher R. Thompson, Esq. (rshuker@lseblaw.com and cthompson@lseblaw.com) Attorneys for Michael E. Moecker, as assignee for BlueChip Energy, LLC; via electronic mail upon Peter Hill, Esq. (phill@whmh.com) Attorney for BlueChip Energy, LLC, in its capacity as Assignor; and via Federal Express overnight service upon the following Lessee Defendants:

BlueChip Power, LLC
c/o William R. Lowman, Jr., Registered Agent
1000 Legion Place #1700
Orlando, FL  32801

BlueChip Energy, LLC
c/o BlueChip Solar, LLC, Registered Agent
400 Rinehart Road #1060
Lake Mary, FL  32746

Advanced Solar Photonics, LLC
c/o ICT Investments, LLC, Registered Agent
400 Rinehart Road #1060
Lake Mary, FL  32746

Laser Photonics, LLC
c/o William R. Lowman, Jr., Registered Agent
1000 Legion Place #1700
Orlando, FL  32801

ICT Investments, LLC
c/o Corporation Service Company, Reg. Agent
1201 Hays Street
Tallahassee, FL  32301

US Investing Corporation
c/o Harvard Business Services, Inc.,
Registered Agent
16192 Coastal Hwy
Lewes, DE  19958

Dated:  May 3, 2013.

*/s/ Eric S. Golden*
Eric S. Golden, Esq.
Florida Bar No. 0146846
Primary Email: egolden@burr.com
Secondary Email: jmorgan@burr.com
Michael A. Nardella, Esq.
Florida Bar No. 51265
Primary Email: mnardella@burr.com
**BURR & FORMAN, LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601

**ATTORNEYS FOR PLAINTIFF**