AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:13-cv-657-Or1-28-KRS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bluechip Power LLC FKA Bluechip Energy LLC
was received by me on *(date)* 4-24-13

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* William R. Lowman, Jr., who is designated by law to accept service of process on behalf of *(name of organization)* Bluechip Power, LLC FKA Bluechip Energy, LLC on *(date)* 4/26/13 ; or 10:30 Am

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4-26-13

*Server's signature*

J.M. Meadows, Special Process Server #4909
*Printed name and title*

P.O. Box 3445, Orlando, FL 32802
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.<br>*Plaintiff*<br>v.<br>BlueChip Power, LLC f/k/a BlueChip Energy, LLC, et al<br>*Defendant* | Civil Action No. 6:13CV657-ORL-28KRS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BLUECHIP POWER, LLC f/k/a BLUECHIP ENERGY, LLC
c/o William R. Lowman, Jr., Registered Agent
1000 Legion Place #1700
Orlando, FL 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Eric S. Golden, Esq.
Michael A. Nardella, Esq.
BURR & FORMAN, LLP
200 South Orange Avenue, Suite 800
Orlando, FL 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/23/13

CLERK OF COURT

C. Heuel

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of FLORIDA

Case Number: 6:13-CV-657-ORL-28-KRS

Plaintiff:
**SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.**

vs.

Defendant:
**BLUECHIP POWER, LLC F/K/A BLUECHIP ENERGY, LLC,**

For:
Eric Golden
BURR & FORMAN, LLP
200 S. Orange Avenue
Suite 800
Orlando, FL 32801

Received by ANDREWS AGENCY on the 24th day of April, 2013 at 4:19 pm to be served on **BLUECHIP POWER, LLC F/K/A BLUECHIP ENERGY, LLC C/O WILLIAM R. LOWMAN, JR., REGISTERED AGENT, 1000 LEGION PLACE, SUITE 1700, ORLANDO, FL 32701**.

I, J.N. MEADOWS, being duly sworn, depose and say that on the **26th day of April, 2013** at **10:30 am**, I:

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT FOR MONETARY JUDGMENT, PETITION FOR APPOINTMENT OF RECEIVER, REPLEVIN, FORECLOSURE, AND INJUNCTIVE RELIEF, EXHIBITS, VERIFIED MOTION FOR APPOINTMENT OF RECEIVER WITH INCORPORATED MEMORANDUM OF LAW, EXHIBITS, MOTION FOR PRELIMINARY INJUNCTION WITH INCORPORATED MEMORANDUM OF LAW** with the date and hour of service endorsed thereon by me, to: **WILLIAM R. LOWMAN, JR., REGISTERED AGENT** at the address of: **1000 LEGION PLACE, SUITE 1700, ORLANDO, FL 32701**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 26th day of April, 2013 by the affiant who is personally known to me.

NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

J.N. MEADOWS
C. P.S. #476/S.P.S. #4909

ANDREWS AGENCY
709 Brookhaven Drive
Orlando, FL 32803
(407) 649-2085

Our Job Serial Number: AAM-2013010786
Ref: 21901.46
Service Fee: $30.00

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of FLORIDA

Case Number: 6:13-CV-657-ORL-28-KRS

Plaintiff:
**SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.**

vs.

Defendant:
**BLUECHIP POWER, LLC F/K/A BLUECHIP ENERGY, LLC,**

For:
Eric Golden
BURR & FORMAN, LLP
200 S. Orange Avenue
Suite 800
Orlando, FL 32801

Received by ANDREWS AGENCY on the 24th day of April, 2013 at 4:19 pm to be served on **BLUECHIP POWER, LLC F/K/A BLUECHIP ENERGY, LLC C/O WILLIAM R. LOWMAN, JR., REGISTERED AGENT, 1000 LEGION PLACE, SUITE 1700, ORLANDO, FL 32701**.

I, J.N. MEADOWS, being duly sworn, depose and say that on the **30th day of April, 2013** at **2:30 pm, I:**

**CORPORATE:** served by delivering a true copy of the **ORDER** with the date and hour of service endorsed thereon by me, to: **WILLIAM R. LOWMAN, JR., REGISTERED AGENT** at the address of: **1000 LEGION PLACE, SUITE 1700, ORLANDO, FL 32701**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 1st day of May, 2013 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires: MAY 22, 2013
THRU ATLANTIC BONDING CO., INC.

J.N. MEADOWS
C.P.S. #476/S.P.S. #4909

ANDREWS AGENCY
709 Brookhaven Drive
Orlando, FL 32803
(407) 649-2085

Our Job Serial Number: AAM-2013010930
Ref: 21901.46
Service Fee: $30.00

Case 6:13-cv-00657-JA-KRS Document 5 Filed 04/26/13 Page 1 of 2 PageID 308

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUNTRUST EQUIPMENT FINANCE
AND LEASING CORP.,

Plaintiff,

v.

Case No: 6:13-cv-657-Orl-28KRS

BLUECHIP POWER, LLC, BLUECHIP
ENERGY, LLC, ADVANCED SOLAR
PHOTONICS, LLC, LASER
PHOTONICS, LLC, ICT
INVESTMENTS, LLC, US INVESTING
CORPORATION, DEMITRI NIKITIN,
SVETLANA NIKITIN, FIFTH THIRD
BANK, AEGIS BUSINESS CREDIT,
LLC, ON DECK CAPITAL, INC.,
NEWLOGIC BUSINESS LOANS, INC.,
JEFFERY L. CARRIER, FANUC
ROBOTICS AMERICA
CORPORATION, SG EQUIPMENT
FINANCE USA CORP., SUNIVA INC.,
WANXIANG AMERICA CORP.,
RINEHART DEVELOPMENT AND
INVESTMENT GROUP, LLC, and
MICHAEL E. MOECKER,

Defendants.
_____/

ORDER

This case is before the Court on Plaintiff's Motion to Appoint Receiver (Doc. 2) and Motion for Preliminary Injunction (Doc. 3) filed against BlueChip Energy, LLC, BlueChip Power, LLC, Advanced Solar Photonics, LLC, Laser Photonics, LLC, ICT Investments, LLC, and US Investing Corp. (collectively, "Lessee Defendants"). Upon consideration, the Court schedules a hearing on Plaintiff's motions and **ORDERS** as follows:

1. Plaintiff and Lessee Defendants **shall appear** for a hearing on Plaintiff's Motion to Appoint Receiver and Motion for Preliminary Injunction on **Tuesday, May 21, 2013, at 8:30 AM EDT** in Courtroom 6B, 401 West Central Boulevard, Orlando, Florida 32801, in the United States District Court for the Middle District of Florida, Orlando Division.
2. On or before Friday, May 3, 2013, at 12:00 PM EDT, Plaintiff shall serve Lessee Defendants with all papers that have been filed in this action, including a copy of this Order, in the manner required by Federal Rule of Civil Procedure 4 for service of a summons and complaint. Additionally, within the same time period, Plaintiff shall serve and file "all papers and affidavits upon which the moving party intends to rely" in accordance with Local Rule 4.06.
3. Lessee Defendants shall have until Friday, May 10, 2013, at 12:00 PM EDT, to file and serve any briefs, affidavits, or other evidence in opposition to Plaintiff's motions.
4. No oral testimony will be allowed.
5. The Court has set aside one hour for oral argument.

**DONE and ORDERED** in Orlando, Florida on April 25, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record

2