**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SUNTRUST  EQUIPMENT  FINANCE  AND          Case No. 6:13-cv-657-JA-KRS
LEASING CORP.,

                        **Plaintiff,**

v.

BLUECHIP POWER LLC f/k/a BLUECHIP
ENERGY, LLC, et al; BLUECHIP ENERGY,
LLC  f/k/a  COMPLETE  ELECTRIC
CONTRACTORS,  LLC;  ADVANCED
SOLAR  PHOTONICS,  LLC;  LASER
PHOTONICS, LLC f/k/a C3 LASER, LLC;
ICT INVESTMENTS, LLC; US INVESTING
CORPORATION; DEMITRI NIKITIN a/k/a
DIMITRI NIKITIN a/k/a DMITRI NIKITIN;
SVETLANA  NIKITIN  a/k/a  SVETLANA
NIKITINA; FIFTH THIRD BANK; AEGIS
BUSINESS  CREDIT,  LLC;  ON  DECK
CAPITAL, INC.; NEWLOGIC BUSINESS
LOANS, INC. d/b/a APZB INDUSTRIES;
JEFFERY L. CARRIER as trustee for the
Jeffery L. Carrier Revocable Trust; FANUC
ROBOTICS  AMERICA  CORPORATION
f/k/a FANUC ROBOTICS AMERICA, INC.;
SG EQUIPMENT FINANCE USA CORP.;
SUNIVA,  INC;  WANXIANG  AMERICA
CORP.; RINEHART DEVELOPMENT AND
INVESTMENT  GROUP,  LLC;  and
MICHAEL E. MOECKER, as assignee for
BlueChip Energy, LLC,

                        **Defendants.**

_____ /

## CERTIFICATE OF SERVICE

      Plaintiff, SunTrust Equipment Finance and Leasing Corp. (the "Plaintiff"), by and

through its undersigned attorney, certifies that pursuant paragraph 2 of the Order entered on

April 25, 2013 (the "Order")(Doc. No. 5) all initial pleadings together with the Order, were

served on all Lessee Defendants, as that term is defined in the Order, and including Michael E.

Mocker in his capacity as Assignee for BlueChip Energy, LLC, in the manner required by Federal Rule of Civil Procedure 4 for service of a summons and complaint prior to May 3, 2013 at 12:00 p.m. as evidenced in the Proofs of Service filed at Doc. Nos. 17, 18, 19, 20, 21, 22, and Acknowledgment and Acceptance of Service filed at Doc No. 10.

Dated:  May 3, 2013.

/s/ Eric S. Golden
Eric S. Golden, Esq.
Florida Bar No. 0146846
Primary Email: egolden@burr.com
Secondary Email: jmorgan@burr.com
Michael A. Nardella, Esq.
Florida Bar No. 51265
Primary Email: mnardella@burr.com
**BURR & FORMAN, LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601

**ATTORNEYS FOR PLAINTIFF**