AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:13-cv-657-Orl-28-KRS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Wanxiang America Corporation__
was received by me on *(date)* __4/29/13__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Linda Smith, Registered Agent__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Wanxiang America__
__Corporation Thru CSC-Lawyers Incorporating__ on *(date)* __May 1st, 2013__ ;@ 10:31 AM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __May 1st, 2013__

_____
Server's signature

__Terrence Rosas / Private Process Server__
Printed name and title

__501 Fayette Ct, Lexington, KY 40515__
Server's address

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| SUNTRUST EQUIPMENT FINANCE AND LEASING CORP. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:13CV657-ORL-28KRS |
| BlueChip Power, LLC f/k/a BlueChip Energy, LLC, et al | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WANXIANG AMERICA CORPORATION
c/o CSC - Lawyers Incorporating Service Compapny, Registered Agent
421 West Main Street
Frankfort, KY  40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Eric S. Golden, Esq.
Michael A. Nardella, Esq.
BURR & FORMAN, LLP
200 South Orange Avenue, Suite 800
Orlando, FL  32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/23/13

C. Hend

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

**State of FLORIDA**   County of MIDDLE   Court

Case Number: 6:13-CV-657-ORL-28-KRS

Plaintiff:
SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.
vs.
Defendant:
BLUECHIP POWER, LLC F/K/A BLUECHIP ENERGY, LLC,

For: Eric Golden
     BURR & FORMAN, LLP

Received by ANDREWS AGENCY on the 25th day of April, 2013 at 10:52 am to be served on WANXIANG AMERICA CORPORATION C/O CSC - LAWYERS INCORPORATIING SERVICE COMPANY, REGISTERED AGENT, 421 WEST MAIN STREET, FRANKFORT, KY 40601. I, _Terrence Brosan_, being duly sworn, depose and say that on the _1st_ day of _May_, 20_13_ at _10:51 A_.m., executed service by delivering a true copy of the SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT FOR MONETARY JUDGMENT, PETITION FOR APPOINTMENT OF RECEIVER, REPLEVIN, FORECLOSURE, AND INJUNCTIVE RELIEF, EXHIBITS, VERIFIED MOTION FOR APPOINTMENT OF RECEIVER WITH INCORPORATED MEMORANDUM OF LAW, EXHIBITS, MOTION FOR PRELIMINARY INJUNCTION WITH INCORPORATED MEMORANDUM OF LAW in accordance with state statutes in the manner marked below:

{ } RESIDENTIAL: _____

{ } OTHER: _____

{ } INDIVIDUAL: Served the within-named person.

{✓} SUBSTITUTE: By Serving _Linda Smith_ as _Registered Agent_.

{ } OTHER: For the reasons listed in the comments below

{ } NON-SERVICE: For the reasons listed in the comments.

Comments: _____

Based on inquiry of party served, defendant { } is { } is not in the military service of the United States of America.
Based on inquiry of party served, defendant { } is { } is not married.

**COMMENTS:** _____

## AFFIDAVIT OF SERVICE for 6:13-CV-657-ORL-28-KRS

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __1__ day of __MAY__, 2013 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

ROBERT F. HOLMAN
Notary Public
State at Large
Kentucky
My Commission Expires Jun 15, 2014

PROCESS SERVER # __N/A__
Appointed in accordance with State Statutes

ANDREWS AGENCY
709 Brookhaven Drive
Orlando, FL 32803
(407) 640-2085

Our Job Serial Number. 2013010836