AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:13-cv-657-orl-28-KRS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rinehart Development & Investment Group, LLC
was received by me on *(date)* 4-24-13.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Gulamabbas Abdulhussein, who is designated by law to accept service of process on behalf of *(name of organization)* Rinehart Development & Investment Group LLC on *(date)* 4-25-13 at 10:30 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4-26-13

*Server's signature*

J.N. Meadows CPS #476
*Printed name and title*

P.O. Box 3445 Orlando, FL 32802
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.<br>*Plaintiff*<br>v.<br>BlueChip Power, LLC f/k/a BlueChip Energy, LLC, et al<br>*Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 6:13CV657-ORL-28KRS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC
c/o Gulamabbas Abdulhussein, Registered Agent
1265 Upsala Road, Suite 1157
Sanford, FL 32771

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric S. Golden, Esq.
Michael A. Nardella, Esq.
BURR & FORMAN, LLP
200 South Orange Avenue, Suite 800
Orlando, FL 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/23/13

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of FLORIDA

Case Number: 6:13-CV-657-ORL-28-KRS

Plaintiff:
**SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.**

vs.

Defendant:
**BLUECHIP POWER, LLC F/K/A BLUECHIP ENERGY, LLC,**

For:
Eric Golden
BURR & FORMAN, LLP
200 S. Orange Avenue
Suite 800
Orlando, FL 32801

Received by ANDREWS AGENCY on the 24th day of April, 2013 at 4:19 pm to be served on **RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC C/O GULAMABBAS ABDULHUSSEIN, REGISTERED AGENT, 1265 UPSALA ROAD, SUITE 1157, SANFORD, FL 32771**.

I, J.N. MEADOWS, being duly sworn, depose and say that on the **25th day of April, 2013** at **10:20 am, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT FOR MONETARY JUDGMENT, PETITION FOR APPOINTMENT OF RECEIVER, REPLEVIN, FORECLOSURE, AND INJUNCTIVE RELIEF, EXHIBITS, VERIFIED MOTION FOR APPOINTMENT OF RECEIVER WITH INCORPORATED MEMORANDUM OF LAW, EXHIBITS, MOTION FOR PRELIMINARY INJUNCTION WITH INCORPORATED MEMORANDUM OF LAW** with the date and hour of service endorsed thereon by me, to: **GULAMABBAS ABDULHUSSEIN** as **REGISTERED AGENT** for **RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC C/O GULAMABBAS ABDULHUSSEIN, REGISTERED AGENT**, at the address of: **1265 UPSALA ROAD, SUITE 1157, SANFORD, FL 32771**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 26th day of April, 2013 by the affiant who is personally known to me.

NOTARY PUBLIC

MEGHANN BAUMGARTNER
MY COMMISSION # DD937854
EXPIRES NOV 02 2013
Bonded through 1st State Insurance

**J.N. MEADOWS**
C. P.S. #476/S.P.S. #4909

**ANDREWS AGENCY**
709 Brookhaven Drive
Orlando, FL 32803
(407) 649-2085

Our Job Serial Number: AAM-2013010787
Ref: 21901.46
Service Fee: $30.00

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i