AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:13-cv-657-orl-28KRS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Suniva, Inc__
was received by me on *(date)* __5-2-13__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __National Registered Agents Inc__, who is designated by law to accept service of process on behalf of *(name of organization)* __Suniva, Inc__
on *(date)* __5-2-13__ ; or

*[handwritten: received by Francis Burris- receptionist]*

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: __5-2-13__

_____
Server's signature

__Deidra Smith__
Printed name and title

__19 Heritage Dr Dover, De 19904__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.<br>*Plaintiff*<br>v.<br>BlueChip Power, LLC f/k/a BlueChip Energy, LLC, et al<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 6:13CV657-ORL-28KRS<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SUNIVA, INC.
c/o National Registered Agents, Inc., Registered Agent
160 Gree Tree Drive, Suite 101
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric S. Golden, Esq.
Michael A. Nardella, Esq.
BURR & FORMAN, LLP
200 South Orange Avenue, Suite 800
Orlando, FL 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/23/13

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

**State of FLORIDA**          **County of MIDDLE**          **Court**

Case Number: 6:13-CV-657-ORL-28-KRS

Plaintiff:
**SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.**
vs.
Defendant:
**BLUECHIP POWER, LLC F/K/A BLUECHIP ENERGY, LLC,**

For: Eric Golden
     BURR & FORMAN, LLP

Received by ANDREWS AGENCY on the 25th day of April, 2013 at 10:52 am to be served on **SUNIVA, INC. C/O NATIONAL REGISTERED AGENTS, INC., REGISTERED AGENT, 160 GREE TREE DRIVE, SUITE 101, DOVER, DE 19904**. I, Deidra Smith, being duly sworn, depose and say that on the 2nd day of May, 2013 at 9:52 p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT FOR MONETARY JUDGMENT, PETITION FOR APPOINTMENT OF RECEIVER, REPLEVIN, FORECLOSURE, AND INJUNCTIVE RELIEF, EXHIBITS, VERIFIED MOTION FOR APPOINTMENT OF RECEIVER WITH INCORPORATED MEMORANDUM OF LAW, EXHIBITS, MOTION FOR PRELIMINARY INJUNCTION WITH INCORPORATED MEMORANDUM OF LAW** in accordance with state statutes in the manner marked below:

{ }
RESIDENTIAL: _____

{ } OTHER: _____

{ } INDIVIDUAL: Served the within-named person.
{✓} ~~SUBSTITUTE~~ Corporate: By Serving Francis Burris as Receptionist.

{ } OTHER: For the reasons listed in the comments below

{ } NON-SERVICE: For the reasons listed in the comments.

Comments: _____

Based on inquiry of party served, defendant { } is { } is not in the military service of the United States of America.
Based on inquiry of party served, defendant { } is { } is not married.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 3rd day of May, 2013 by the affiant who is personally known to me.

_Gabrielle Jackson_
NOTARY PUBLIC

GABRIELLE S JACKSON
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXPIRES ON
September 17, 2014

_Deidra Smith_
PROCESS SERVER # 4469
Appointed in accordance with State Statutes

**ANDREWS AGENCY**
709 Brookhaven Drive
Orlando, FL 32803
(407) 649-2085

Our Job Serial Number: 2013010834

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i