IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SUNTRUST EQUIPMENT FINANCE AND LEASING CORP., <br><br> Plaintiff, <br><br> vs. <br><br> BLUECHIP POWER, LLC, BLUE CHIP ENERGY, LLC, ADVANCED SOLAR PHOTONICS, LLC, ICT INVESTMENTS, LLC, US INVESTING CORPORATION, DEMITRI NIKITIN, SVETLANA NIKITIN, FIFTH THIRD BANK, AEGIS BUSINESS CREDIT, LLC, ON DECK CAPITAL, INC., NEW LOGIC BUSINESS LOANS, INC., JEFFREY L. CARRIER, FANUC ROBOTICS AMERICA CORPORATION, SG EQUIPMENT FINANCE USA CORP., SUNIVA, INC., WANXIANG AMERICA CORP., RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC, MICHAEL E. MOECKER, <br><br> Defendants. | Case No.: 6:13-cv-657-Orl-28KRS |

**DEFENDANT SG EQUIPMENT FINANCE USA CORP.'S**
**<u>NOTICE OF PENDENCY OF OTHER ACTION</u>**

In accordance with Local Rule 1.04(d), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

1. IN RE: Assignment for the Benefit of Creditors of LASER PHOTONICS, LLC to MICHAEL E. MOECKER, Case No.: 09-CA-4791-16-G, Circuit Court of the Eighteenth Judicial Circuit, Seminole County, Florida (Case closed).

2. SG Equipment Finance USA Corp. v. Demitri Nikitin and Fonon Technology International, Inc., Index No. 602147/2009, Supreme Court of the State of New York,

County of New York, removed to United States District Court for the Southern District of New York, Case No. 1:09-CV-7167-LTS; on appeal to United States Court of Appeal for the Second Circuit, Docket No. 10-1203 (All cases closed).

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  May 17, 2013

/s/ Ryan E. Davis

RYAN E. DAVIS, Esquire
Florida Bar No.  0179851
rdavis@whww.com
**Winderweedle, Haines, Ward & Woodman, P.A.**
390 N. Orange Avenue
PO Box 1391
Orlando, FL  32802-1391
(407) 423-4246
Attorneys for SG Equipment Finance USA Corp.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, 2013, a true and correct copy of the foregoing has been served via:

**CM/ECF to:**

Eric Scott Golden, Burr & Forman, LLP, Suite 800, 200 S Orange Ave., Orlando, FL 32801
Michael A. Nardella, Burr & Forman, LLP, Suite 800, 200 S Orange Ave., Orlando, FL 32801
Bernard H. Gentry, Jr., Broad and Cassel, Suite 1400, 390 N Orange Ave., Orlando, FL 32801
Todd K. Norman, Broad and Cassel, Suite 1400, 390 N Orange Ave., Orlando, FL 32801
Charles David Hood, Jr., Smith Hood Bigman, Post Office Box 15200, 444 Seabreeze Boulevard, Ste 900, Daytona Beach, FL 32115-5200
Tamara R. Gaines, Smith Hood Bigman, Post Office Box 15200, 444 Seabreeze Boulevard, Ste 900, Daytona Beach, FL 32115-5200

/s/ Ryan E. Davis

RYAN E. DAVIS, Esquire