# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

SUNTRUST EQUIPMENT FINANCE
AND LEASING CORP.,

                        *Plaintiff*

    v.

BLUECHIP POWER, LLC, f/k/a
BLUECHIP ENERGY, LLC;
BLUECHIP ENERGY, LLC, f/k/a
COMPLETE ELECTRIC
CONTRACTORS, LLC;
ADVANCED SOLAR PHOTONICS, LLC;
LASER PHOTONICS, LLC, f/k/a C3
LASER, LLC;
ICT INVESTMENTS, LLC;
US INVESTING CORPORATION;
DEMITRI NIKITIN a/k/a DIMITRI
NIKITIN a/k/a DMITRI NIKITIN;
SVETLANA NIKITIN a/k/a SVETLANA
NIKITINA; FIFTH THIRD BANK; AEGIS
BUSINESS CREDIT, LLC; ON DECK
CAPITAL, INC.; NEWLOGIC BUSINESS
LOANS, INC., d/b/a APZD
INDUSTRIES; JEFFERY L. CARRIER as
trustee for the JEFFERY L. CARRIER
REVOCABLE TRUST; FANUC
ROBOTICS AMERICA CORPORATION
f/k/a FANUC ROBOTICS AMERICA,
INC.; SG EQUIPMENT FINANCE USA
CORP.; SUNIVA, INC.; WANXIANG
AMERICA CORP.; RINEHART
DEVELOPMENT AND INVESTMENT
GROUP, LLC; and MICHAEL E.
MOECKER as assignee for BLUECHIP
ENERGY, LLC,

                        *Defendants,*

CASE NO. 6:13-cv-00657-JA-KRS

## RECEIVER'S FIRST REPORT

### Receivership Overview

Michael Moecker of Michael Moecker & Associates was appointed as Receiver of BlueChip Power, LLC, et al., on May 21, 2013. The receivership is comprised of various business entities that design, manufacture, sell, and lease photovoltaic (PV) panels. Co-Defendants Dimitri Nikitin and Svetlana Nikitin operated the defendants. The businesses are located at 400 Rinehart Road in Lake Mary, Florida.

### Initial Activities and Case Status

Upon entry of the Receivership order, a site visit was performed. The Receiver met with Dimitri Nikitin, CEO. The actual space occupied by ASP/Blue Chip, is approximately 100,000 square feet, plus solar panels on the roof another 200,000 square feet.

### Site Access/Security Issues

Defendants operate out of a facility located at 400 Rinehart Road in Lake Mary, Florida. Several steps were taken by the Receiver to secure the facility and assets including:

- Changing the lock to the front entrance of the facility.

- Installing a padlock at the rear door adjacent to another non-party tenant. This lock was subsequently broken and unknown individual(s) gained unauthorized access to the facility. The locked was subsequently replaced.

- Obtaining access to the roof which houses several thousand photovoltaic (PV) panels.

Landlord Abbas Abudlhussein granted temporary roof access to the Receiver after entry of the order. Subsequently on May 24, 2013, the landlord provided a key to the Receiver, granting full access to the roof.

## Bank Accounts

The Receiver visited Fairwinds Credit Union, SunTrust Bank, and Fifth Third Bank to verify that all known bank accounts were closed. The account numbers are as follows:

a. SunTrust Bank: XXXXXXXXX1865, XXXXXXXXX1857, and XXXXXXXXX1873

b. Fifth-Third Bank: XXXXXXX8501, XXXXXXX9434, and XXXXXXX2452

c. Fairwinds Federal Credit Union: XXXX0871, XXXX4808, XXXX4009, and XXXX9325

When the debtor was first interviewed in his former office, the white board within the office contained a diagram showing a $1.8 million cash transfer coming from the solar array project and going to ICT Investments a defendant in this case. During the June 20, 2013 deposition, the debtor stated that the transfer is closer to $2 million. This cash desposit from the U.S. federal government may be chosen in lieu of a much larger tax credit. Defendant Laser Photonics received approximately $170,000 in cash from the U.S. Treasury into a Fairwinds account. Fairwinds Federal Credit Union, the principal defendant

bank, has not been responsive to initial discovery requests. Receiver's counsel has subpoenaed records from Fairwinds Federal Credit Union. Regarding the payment of Treasury funds, BlueChip Energy has not been compliant with customer James Kodet's solar panels and is required to repay those monies (see attached Treasury letter).

In the days following the commencement of the receivership, the Receiver learned from the debtor that automatic withdrawals via ACH were being made from a Fairwinds Federal Credit Union account belonging to a debtor. The debtor indicated that these withdrawals stem from agreements made with other companies. The debtor never provided proof of such agreements, resulting in the closure of those accounts.

## Accounts Receivable/Collection Efforts

The Receiver sent collection letters to customers directing them to make payments to the proper account under receivership. Currently there are 4 entities besides the Receiver collecting accounts receivables and have not turnover funds to Receiver.

- New Logic Business Loans, a defendant in this case, is collecting some receivables and not turning over funds to the estate.
- The Receiver has learned from plaintiff's counsel that; the defendant APZB Industries, a d/b/a for New Logic Business Loans, Inc., made a loan for approximately $100,000, and is taking all the credit card receipts directly. Plaintiff's counsel said they receive roughly $10,000 in May.
- The Receiver uncovered accounts receivable records where BlueChip Energy made the sale and performed the work, yet customers were

-4-

directed to pay Solar Leasing, a non-party. The Receiver also discovered documents whereby the customer granted power of attorney to Solar Leasing.

- A customer called the Receiver's office indicating that they were directed to pay Sfinkx.

### Non-Compliant Solar Panels

Advanced Solar Photonics (ASP) manufactured counterfeit Underwriters Laboratories (UL) approved solar panels. Duke Energy issued a letter notifying customers that their ASP solar panels are not UL-approved. A copy of the letter is attached below. The Receiver is generally called by upset customers upon receipt of the Duke Energy letter with complaints and inquiries.

Unapproved panels cannot be tied to the power grid. Various incentives, grants, and rebates are based upon an installation producing power in excess of utilization. The excess power is fed into the power grid and the customer receives payment from the power company for power supplied. Excess power is measured by a meter placed at the juncture between the power grid and the customer's home.

Lacking UL approval may be an indication of safety hazards for both the customer and the power grid. Having non-UL approved panels also ensures that customers are not entitled to rebates. Per the debtor's deposition testimony and a former employee's interview, over 300 installations occurred, with customers receiving approximately $15,000 in rebates and incentives. Most were individuals, although some were organizations such as Charlotte County,

FL. In some instances, various agencies are requesting a return on rebates/incentives paid and customers want their panels replaced.

## Inventory

A complete inventory was taken by the Receiver (Inventory attached below). The inventory is 21 pages long and lists nearly 500 items along with serial and model numbers for all items (where applicable).  The inventory enables the Receiver to determine the size of the estate and helps to maximize sales at auction.   An auction will be held on July 16, 2013.

The inventory was complicated by incomplete items and missing inventory and equipment.  For example, one etching/cutting machine is missing a critical laser component, severely diminishing its value. Also, inventory belonging to BlueChip Energy is missing. The  book value of BlueChip Energy's inventory is $284,087.32  however $103,922.96 is currently unaccounted for. The missing inventory consists of thousands of items including semiconductors, wires, and other parts.   During the June 20, 2013 deposition of the debtor, the Receiver discovered that the debtor took the missing inventory.  According to an inventory/appraisal furnished by SunTrust/IAAC, four machines were also missing:

1) One IPG Smart Fiber Laser valued at $95,000.

2) One ACOR Automatic Taber valued at $50,000. This unit is very large. However, under deposition, the debtor indicated that this unit could be broken down for parts.

3) One Timing Table valued at $30,000.

4) One Meier's Laminator with a value of $1.2 million when new. This unit is between 6 and 8 years old.

Only the Meier's Laminator has been found. Its existence was uncovered through discussions with an ex-employee. Originally, the Receiver was told that the laminator was in California, but eventually discovered its true location. The laminator is currently in British Columbia, held by the freight company which is owed freight and storage fees. The intended destination is not clear, however, the freight company is holding the laminator. The freight company has opened the crate, identified the machine, and furnished to the Receiver the model and serial number. This machine will be sold at auction. At this time, the Receiver has stopped searching for the remaining three items.

The Receiver has secured three vehicles. The debtor eventually disclosed these vehicles after entry of the receivership order, but only incrementally. Although the debtor identified the vehicles, the debtor did not make arrangements to provide the vehicles to the Receiver. Eventually, the vehicles appeared at the 400 Rinehart Road location. The Receiver now has keys to all three vehicles. After examining the limited accounting records, the Receiver found records indicating that Advanced Solar Photonics paid taxes on ten vehicles. During the deposition, it was discovered that two of those vehicles' titles were transferred to Solar Leasing, a non-party company. During the June 20, 2013 deposition, the debtor indicated that the remaining five vehicles are old and worthless. The Receiver has been unable to locate the remaining five vehicles.

The roof of the 400 Rinehart Road facility has a solar array on its roof. It is estimated that between 6,000 and 9,000 panels are installed on the roof. According to the debtor during an initial interview and the June 20, 2013 deposition, the solar array has an estimated value of $21,000,000. Chuck Meier of SALT (Sea Air Land Technologies), the Receiver's consultant, examined the solar array which included inspection of panels, wiring, and the connected inverters. The Receiver requested various data from the debtor including output over time, any excess output sold to the power company, and revenue generated from excess output sales. The debtor has not provided that information.

Mr. Meier of SALT, with the receiver's staff, collected output data and determined that the roof only provides 60% of what a similar, properly-installed system should produce. Also, Mr. Meier uncovered that the panels on the roof are not UL-approved. Non-UL-approved panels cannot be connected to the power grid. Therefore, the debtor is unable to sell excess output back to the power company. Had the solar array been comprised of UL-approved panels and operated at 100% output, the solar array would have been valued at $21,000,000. However, this solar array is cannot be valued at $21,000,000.

## Server Data/Electronic Accounting Records

The Receiver was given access to the Defendants' electronic accounting records server for one day. The server's address is accountingserver.sfinkx.local.   Numerous requests were made of Dimitri Nikitin to regain access to the Xtuple accounting records, but it was never granted. During the Receiver's interview of Dimitri Nikitin with Chuck Meier,

any requests for information by the Receiver resulted in Mr. Nikitin or his employee Ron Henson leaving to the Sfinkx offices to obtain the information. On July 1, 2013, Ron Henson went to Sfinkx to obtain the necessary documents to complete the CURACAO project and school board projects. The documents were downloaded onto a thumb drive. These documents were also accessed from Sfinkx' accounting server listed above. In the deposition, the debtor indicated that the server has been disconnected. It is currently located in the same building as the debtor's, within Sfinkx' office. During the deposition, the Receiver requested that the server be turned over. The debtor has not complied with this request.

The Receiver also requested tax returns from the debtor. The debtor never furnished tax returns. Later during the June 20, 2013 interview, the debtor confirmed that he never filed any tax returns. Due to the lack of access of the Defendants' accounting records and tax returns, the Receiver is unable to make a comprehensive analysis as to the exact financial condition of the Defendants.

## Sorrento Solar Farm

The Defendants own property located at 33601 Cardinal Lane in Sorrento, FL with a total approximate size of 210.37 acres. During an interview, the debtor estimated the value of this solar farm at $125,000,000. Given such a large value, the Receiver is obligated to determine the veracity of this claim. This valuation was reached by a company related to Solar Leasing and received compensation in the amount of $40,000. This valuation relied upon output sales at 200% of the current market rate, with 50% rate increases year-over-year. This valuation also relied upon an unsigned and unexecuted take off agreement

between BlueChip and Progress Energy.

Little to no construction and/or installation was completed at this site. Some permits have been obtained. The Receiver intends to sell the Sorrento Solar Farm at auction in September 2013. The property description is attached below.

### Work-in-Process (WIP)

The Receiver has pursued completion of work in process. Work-in-process includes:

- The CURACAO project with the United States Army. The total project has an estimated value between $400,000 - $500,000. Curacao is the southernmost site of SOUTHCOM, a forward operating location (FOL) for the United States Department of Defense (DoD). The CURACAO project is on the DoD's top 20 imperative projects. Curacao provides effective, rapid response operations in the Northern Source Zone, the Colombian and Venezuelan border region, and a large part of the Transit Zone. From these locations, U.S. Army aircraft monitors and detects aircraft and vessels engaged in drug trafficking and other illicit activity.

  Under normal operating conditions, the 100kW solar farm will provide up to 30% of the site's power requirements. Under adverse conditions, it may provide up to 100% of the site's power requirements. Given Curacao's location, it is susceptible to hurricanes, thereby increasing the likelihood that the solar farm will

be utilized to maintain continuity of operations. This site operates with the cooperation of at least six Caribbean countries.

The CURACAO project is 80-85% complete. The original deadline was prior to the commencement of the 2013 hurricane season. The Receiver had a meeting with BlueChip's project engineer, who is currently employed by Sfinkx, a non-party company engaged in the solar panel industry which is located in the same building as the defendants. At the June 20, 2013 deposition, the debtor indicated that he does not work for Sfinx, although he hires some of its employees. Also, the debtor indicated that he hopes to work for Sfinx in the future.

The Receiver hired Chuck Meier of SALT as a consultant on pending projects. Mr. Meier and the former project engineer reviewed CURACAO and other projects. Only one copy of designs and contracts were shown to the Receiver. The Receiver was originally not given copies of these documents. Whenever Mr. Meier requested more information, the debtor and project engineer would return to their offices (off-site) or rather on the other side of the internal wall, and return with the needed documents. The Receiver conducted an interview of the last employee to leave the CURACAO project.

Although the CURACAO project was nearly complete at the time of the entry of the receivership order, the debtors had not been paid. Completion involves providing necessary parts and an amperage

meter. The Receiver was contacted parties in various countries, U.S. Army attorneys and a project supervising engineer or in Panama. That engineer pleaded, " Let's get the project back on track before there is an international incident. " Additionally, the Receiver also received demand letters from the Army. The debtor provided the Receiver some codes necessary to access the DoD's contracting system. The Receiver's in-house DoD contracting expert obtained the remaining codes over the period of one week. The Receiver's efforts on CURACAO resulted in an extended project deadline of July 23, 2013. The Receiver expects a first partial payment from U.S. Army SOUTHCOM in the amount of $336,449.60.

- The School Board projects. The debtor had four pending projects for various school boards throughout Florida.   An assessment of the projects was made by the same team used to analyze the CURACAO project.

Solar panels were installed by the debtor at several schools throughout Central Florida. Originally the debtor  the debtor used faulty, non-Underwriters Laboratories (UL) approved solar panels, low grade wire, and generally took shortcuts. The School Boards' solar panel experts discovered these inadequacies. Although the debtor had worked to correct these issues, it still needs to upgrade connections and perform system checks. The School Boards will not make payment until their solar panel experts approve the projects.

The estimated receivable on these projects is approximately between

$110,000 and $120,000 with an estimated cost of completion between $60,000 and $80,000. Discussions continue between the Receiver and the School Boards regarding completion of the projects. Once the Receiver is provided with the necessary punch list, work may resume.

- Work in Process Transferred to Solar Leasing.   Prior to the June 20, 2013 deposition, the debtor provided the Receiver a document indicating that approximately $400,000 of WIP was transferred to Solar Lease and Sfinkx, both non-party entities, for assumption of the various customers' deposits. The estate has not received any money. In order to complete the projects, the debtor took $100,000 in inventory from BlueChip, a company then under an assignment for the benefit of creditors, to finish these projects. The debtor stated that Solar Leasing has no assets and is using credit to complete these projects.

At least 20 contracts were transferred from BlueChip Energy to Solar Leasing. Approximately $53,300 would be paid per contract to Solar Leasing. Calculation as follows:

1603 Treasury Grant at 30% of project cost of $55,000 (@$5.50/watt) : $16,500

Progress Energy Credits @ $2.00/watt: $20,000

Customer payment in the amount of $16,800

## Other Duties

-13-

- Collection of open receivables. Demand letters have been sent.

- Answering attorney, bank, government, and customer inquiries.

- Compliance with reporting requirements.

- Sorrento Solar Farm – Site Visit, due diligence, preparation of auction contract.

- Archival and transport of corporate books and records. The records are being stored in a secure location.

## Conclusions and actions

This case involves a complex web of companies and transactions which need to be further investigated for the benefit of all creditors.

The plants assets will be sold at auction as well as Sorrento Land.

The US Army Curacao SouthCom project will be completed, and possibly the schools in Central Florida which will net a profit of the asset.

The collection of receivables will continue.

Millions of dollars went through these companies and hundreds of thousands of dollars of assets appear to have left days before the receiver order.

Securing the IT equipment and data is a priority.

For the benefit of all creditors the Receiver will continue to investigate and recover assets as economically feasible.

Respectfully Submitted,

Michael E. Moecker, Receiver

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July 2013, a true and accurate copy of the foregoing

**RECEIVER'S FIRST REPORT** was filed with the Court and served via the CM/ECF system to

all counsel of record.

/s/ Christopher R. Thompson
R. Scott Shuker
Florida Bar No. 984469
rshuker@lseblaw.com
bknotice@lseblaw.com
Christopher R. Thompson
Florida Bar No. 0093102
cthompson@lseblaw.com
bknotice@lseblaw.com
Latham, Shuker, Eden & Beaudine, LLP
111 N. Magnolia Avenue, Suite 1400
PO Box 3353 (32802-3353)
Orlando, FL 32801
Tel: 407-481-5800
Fax: 407-481-5801
*Attorneys for Receiver*

Parcel I:

A portion of Section 13, Township 19 South, Range 27 East, and Section 18, Township 19 South, Range 28 East, Lake County, Florida, being more particularly described as:

Begin at the Southwest corner of Sorrento Hills, Phase 3, as recorded in Plat Book 52, Pages 69 through 78, Public Records of Lake County, Florida; thence run North 89°53'44" East, along the South line of said Plat, a distance of 1327.47 feet to the Southwest corner of Sorrento Hills, Phases 1 and 2, as recorded in Plat Book 48, Pages 4 through 15, Public Records of Lake County, Florida; thence run North 87°49'27" East, along said South Plat Line, a distance of 2740.01 feet to the East line of the West 1/2 of said Section 18; thence departing said South line, run South 00°11'26" West, along said East line a distance of 2441.71 feet to the North line of Sumter Electric Cooperative, Inc. parcel as described in Official Records Book 2386, Page 2371, as recorded in Lake County, Florida; thence departing said East line, run South 88°58'14" West along the said North line, a distance of 439.00 feet to the Northwest corner of said Sumter Electric Parcel; thence departing said North line, run South 00°11'26" West along the West line of said Sumter Electric Parcel, a distance of 300.00 feet to the Southwest corner of said Sumter Electric Parcel and the North line of a Florida Power Corporation parcel, as described in Official Records Book 691, Page 853, as recorded in Lake County, Florida; thence departing said West line run South 88°58'14" West along said North line, a distance of 406.52 feet to the Northwest corner of said Florida Power Corporation parcel; thence departing said North line, run South 18°9'24" East along the Westerly line of said Florida Power Corporation parcel, a distance of 606.96 feet to the Southwest corner of said Florida Power Corporation parcel and the South line of said Southwest 1/4 of Section 18; thence departing said Westerly line, run South 88°58'14" West along the said South line, a distance of 1354.42 feet to the Southeast corner of the South 3/4 of the West 1/2 of the West 1/2 of said Southwest 1/4; thence departing said South line, run North 00°12'01" East along the East line of said South 3/4 of the West 1/2 of the West 1/2 of the Southwest 1/4, a distance of 1978.36 feet to the Northeast corner of the South 3/4 of the West 1/2 of the West 1/2 of said Southwest 1/4; thence departing said East line, run South 88°43'43" West, along the North line of South 3/4 of the West 1/2 of the West 1/2 of the Southwest 1/4; a distance of 722.85 feet to the Southeast corner of the North 1/2 of the Northeast 1/4 of the Southeast 1/4 of said Section 13; thence departing said North line run South 89°45'06" West, along the South line of said North 1/2 of the Northeast 1/4 of the Southeast 1/4 of Section 13, a distance of 1,323.86 feet to the Southwest corner of said North 1/2 of the Northeast 1/4 of the Southeast 1/4 of Section 13; thence departing said South line, run North 00°15'51" West, along the West line said North 1/2 of the Northeast 1/4 of the Southeast 1/4 of Section 13, a distance of 659.00 feet to the Southwest corner of the Southeast 1/4 of the Northeast 1/4 of said Section 13; thence departing said West line, run North 00°17'47" West along the West line of said Southeast 1/4 of the Northeast 1/4 of Section 13, a distance of 635.96 feet to the Point of Beginning.

PARCEL II:

That part of the South 1,701.91 feet, less the South 880.20 feet thereof, of the Southeast 1/4 of Section 18, Township 19 South, Range 28 East, Lake County, Florida, lying West of the Westerly right-of-way line of State Road #437.

-----Original Message-----
From: treas1603@nrel.gov [mailto:treas1603@nrel.gov]
Sent: Monday, June 17, 2013 2:31 AM
To: jnobrien@vistaenergygroup.com
Cc: jnobrien@vistaenergygroup.com
Subject: *** SPAM ***U.S. Treasury Department - Application for Section 1603: TAN#:2012E48SE057437 - Failure to Comply

US Treasury seal

Section 1603 Compliance Letter


American Recovery Act seal


Under the Section 1603 program's terms and conditions payment recipients are required to submit an annual performance report and certification for property: James Kodet. Failure to comply with this requirement may result in a disallowance of all or a part of the amount awarded and any amount disallowed must be returned to the Treasury.

You were previously notified that we have not received your annual performance report and certification by the required due date and you have not responded to our repeated requests that you do so. Your Section 1603 award is therefore disallowed in the amount of $8,321.00. This constitutes a debt owed to the U.S. Treasury.

Please pay this debt in full within 60 days from the date of this letter. The payment should be wired to the following account.

Federal Reserve Bank of New York
New York, N.Y.
ABA: 021030004
Account No: 20010001

If you fail to pay the full amount within 60 days from the date of this letter, we are required to assess interest on the unpaid balance at a rate of 1% annually, from the date of this notice. If you fail to pay your debt within 90 days from the date of this notice, we are required to add a penalty on the unpaid balance at a rate of 6% per year, from the date of this notice. Further, if you fail to pay this debt within 60 days from the date of this letter, we will refer your debt to Treasury's Financial Management Service, Debt Management Services division for collection, at which time an additional administrative fee of up to 30 percent will be added to your debt.

If you are unable to immediately pay your debt in full, have any questions concerning this debt, or wish to discuss a repayment plan, please contact Nevelyn.Jones@treasury.gov(Nevelyn.Jones@treasury.gov).

We are required to inform you that if you fail to pay your debt when due and your debt is referred to Debt Management Services, the U.S. Department of the Treasury will take any or all of the following actions:

Reduce Federal payments, including your Federal income tax refund: Certain payments from the U.S. Government may be reduced by the amount of your debt. Federal payments subject to reduction include

your Federal salary or retirement pay, IRS tax refunds, contractor/vendor payments, and certain Federal benefit payments. If you are entitled to receive a payment that may be legally offset, we intend to reduce your payment to collect your debt.

Refer your debt to a private collection agency: Your delinquent debt may be referred to a private collection agency for collection, resulting in increased costs to you.

Litigation: The U.S. Department of Justice may start a lawsuit against you.

Credit Reporting: Your delinquent debt may be reported to national credit bureaus.

Administrative Wage Garnishment: Your non-Federal wages may be garnished through administrative wage garnishment (no court order is required).

Investigation: U.S. Department of the Treasury may order an investigation of your assets to determine your ability to pay your debt.

Report your debt to the IRS: If your debt is determined to be uncollectible, the U.S. Department of the Treasury may report your debt to the Internal Revenue Service as income to you (Form 1099). You may owe taxes on this type of income.

You have the right to request a review of the debt and to inspect and copy our records concerning the debt. If you wish to request a review of your debt, or to enter into a repayment plan you must make your request in writing via email to 1603Awards@Treasury.gov within 60 days from the date of this letter to avoid having your Federal payments offset to collect this debt.

Your prompt attention to this matter is appreciated.


Sincerely,

Fiscal Assistant Secretary Richard L. Gregg's signature Richard L. Gregg

Fiscal Assistant Secretary



June 6, 2013

Yoichi D Negoro          00080
5252 Garlanger Trl
Oviedo FL 32765-7563

## URGENT PLEASE READ: SAFETY MESSAGE

Subject: Counterfeit UL Safety Marks on certain Advanced Solar Photonics/Bluechip Energy photovoltaic panels

Dear Yoichi D Negoro,

We want to make sure you are aware of a public notice recently issued by Underwriters Laboratory (UL) with respect to certain Advanced Solar Photonics (ASP) (also known as Bluechip Energy) photovoltaic panels, also d/b/a SunHouse Solar. According to the UL notice, these panels bear counterfeit UL Marks. The photovoltaic (solar) panels have not been evaluated by UL to the appropriate Standards for Safety and it is unknown if these photovoltaic panels comply with UL's safety requirements for the United States or Canada. You may see the complete public notice at the following website:

http://www.ul.com/global/eng/pages/newsroom/publicnotices/ and search: photovoltaic.

You are receiving this notification because our records reflect that you are in the process of installing these panels at your property so that you can participate in the SunSense® PV incentive program. We understand, based on previous conversations with you, that you have been working with ASP to rectify the status of the PV panels. As required by Florida Public Service Commission rules, Duke Energy Florida's interconnection standards, and the SunSense® PV incentive program standards, all PV systems must be code compliant.
Additionally, the SunSense PV incentive program standards require that PV systems be certified by the Florida Solar Energy Center (FSEC) to be eligible for an incentive. Because these panels are not UL-listed, their FSEC certifications will likely also be voided.

Given the status of the ASP panels, your planned ASP PV installation no longer meets the requirements for the SunSense PV incentive program. We hope that ASP has been cooperative in finding a solution that will bring you into compliance with the program standards. To ensure that you do not lose your status on the approved list, we are willing to provide you 30 days to work with ASP, or another contractor, to find a solution. Once you have made alternate arrangements, please complete an updated application and submit it to: PEFSolarPV@PGNmail.com.

Sincerely,


Duke Energy Florida's Interconnection and SunSense Departments

QUANTITY  LEADDESC

1   Accepting BULK BID ( Everything Except Solar Farm )
    Solar Power generation system- Model: 1.296 MW - Year: 2012, Description: Power generation system, Total capacity 1.296 MW, Roof-mounted, linked to grid with feed in connection and metering
    **Detailed description of this lot is available at www.moeckterauctions.com**

1   Complete Automatic 3 Bus Bar Solar Panel Manufacturing Line **Detailed description of this lot includes lot 3A and 3B**

    Komax Solar Cell Interconnection System Equipment:  Solar cell interconnection system
    Manufacturer: Komax
    Model: Xcell X2
    Serial number: 647
    Year 2012
    Description: Komax automatic solar cell interconnection system, capable of processing 125 mm and 156 mm solar cells in 2 or 3 busbar configurations, Ribbon widths 1.5 mm and 2.0 mm, Solder bond length 136mm to 156mm,
    Throughput 1200 cells / hour, Consisting of: Cell unloading station with pick and place vacuum robot, Belt driven placement platen, 2 x Ribbon dispenser, Solder station, Solder preheat, Komax glass to lay-up belt driven glass
    sheet through-feed system, (Model GL30 Serial# 590), ABB/Komax pick & place string vacuum lift robot, ABB robot controller (Serial # 46-50056), Machine vision string inspection and alignment, 3 x String buffer positions,
    Touchscreen control panel, Lockout system

    Meier Lamination Solar PV Panel Laminator Equipment: Solar PV panel laminator
    Manufacturer: Meier Lamination

    Model:  ICOLAM 42/24

    Serial number: 50-14447

    Year: 2008

    Description:  Meier vacuum PV panel laminator, Pass-through vacuum and heating laminating system, With vacuum system mounted above, Narrow 3 x belt driven panel in-feed table, Above and below full width belt feed to
    vacuum chamber, Self-cleaning system for belts, Electrically heated platens, Exhaust system mounted above, Tables size 13.45"x7.5", Narrow 3 x belt driven panel out-feed table, Control panel with keyboard, Variable dwell time to
1   15 mins maximum, 3 door power cabinet, Electrics 480V/3/60, Power 14.8Kw, Lockout fencing, Laminator bed size 101.5 Sq. Ft., Capacity 4 panels @ 74.0" x 39.3" per cycle
    2008 Meier Solar Solutions Vacuum Laminator 2008 Meier Solar Solutions Vacuum Laminator ICOLAM 38/24, no.: SO-14318, Day-4-Energy is a fully automated regular 38/24, The voltage is 3 x 460V, 60Hz (this lot is currently
    located in a storage facility in British Columbia)
1   Complete Automatic 2 Bus Bar Solar Panel Manufacturing Line **Detailed description of this lot includes lot 4A, 4B, 4C, 4D, 4E, 4F, 4G, 4H, 4I, and 4J**
1   1999 Ascor automatic lay-up stringer, automatic solar cell lay-up stringer, electrics 208V/3/60 model#N/A serial#195 0799-01
1   1999 Ascor automatic lay-up stringer, automatic solar cell lay-up stringer, electrics 208V/3/60 model#N/A serial#180-0699-015
1   1997 Ascor automatic lay-up stringer, automatic solar cell lay-up stringer, electrics 208V/3/60 model#N/A serial#151-0697-01
1   1997 Ascor automatic tabber, automatic solar cell string tabber, electrics 208V/3/60 model#N/A serial#151-0797-02
1   2000 NPC laminator, pass through vacuum laminator, with down acting compression & vacuum seal, capacity 155 mm 240 mm, electrics 480V/3/60 model# LM-SA-155 s240 serial#1021
1   NCP, pass through vacuum laminator, with down acting compression & vacuum seal, capacity 168 mm x 260 mm, electrics 480V/3/60 model #LM-SA-1680260 serial #1082
1   2005 NPC laminator, pass through vacuum laminator, with down acting compression & vacuum seal, capacity 175 mm x 340 mm, roller de-stacking table, powered roller feed-in and feed-out tables, electrics 200V/3/60 model#
    LM-SA-175-340-S serial#1162
1   1999 Ascor automatic tabber, automatic solar cell string tabber, electrics 208V/3/60 model#N/A serial#188-0599-01
1   2005 ATS automatic lay-up stringer, automatic lay-up stringer, electrics 400V/230V/3/60 model#12284 serial#001
1   2005 Ascor automatic tabber, automatic solar cell string tabber, electrics 400V/208V/3/60 model# 12283 serial#001
1   Solar Module Tabber, Stringer & Layup Station **Detailed description of this lot includes lot 5A, 5B, 5D, 5E and 5F**
1   2004 Evergreen solar module tabber, automatic, electrics 208V/120V/3/60 model# 29A00370
1   2005 Evergreen solar module stringer, automatic, electrics 208V/120V/3/60 model# N/A serial #S-003312
1   2004 Evergreen solar module stringer, automatic, electrics 208V/120V/3/60 model#N/A serial#S-007250
1   2004 Evergreen lay-up station, with 3 x light bars each with 7 bulbs model# N/A serial#3076-13
1   2004 Evergreen lay-up station, with 3 x light bars each with 7 bulbs model# N/A serial#3076-15
1   2006 Evergreen lay-up station with 3 x light bars each with 7 bulbs model# N/A serial# 3076-6
1   Manual Tabbing Line, 10 manual assembly stations each with solder unit, jigs and fans
1   10 Assembly stations, manual assembly stations eac with solder unit, jigs and fans
1   Single EZ-Arm smoke extractor, flexible with fan unit
1   Dual EZ-Arm smoke extractor, flexible with fan unit
1   Single EZ-Arm smoke extractor, flexible with fan unit
1   GFD (Glass Equipment Development) Window & door tape sealer machine, Model# MACNC40112E sn#: 11483
16  Sections w/8 lockers
    Lot- 2 Stainless steel organizer shelves and 4 Stainless steel benches
1   Motorized compressed air chamber
1   Lot- 2 Metro racks with Contents and Film storage rack
1   Lot- Misc. pumps and motors including Rack with Contents
1   Delta design 6400 oven
1   Lot- Various metal cabinets and Large mail slot

1 Lot - Assorted video monitors on cart, SIS Scan Control and Zeiss Computer Component
1 Loc- Prometrix FT-500 film thickness probe and Power control unit
1 Atlas water system Deionized Water Container
5 Grid Tied Inverter
1 Stainless steel wash station
1 2005 Nordson butyl adhesive heater electrics 480V/3/60 model# BM20 8049832 serial# LU05C01727
1 Miscellaneous electronic component
1 2006 Nordson butyl adhesive heater electrics 480V/3/6 model#BM20 8049832 serial# LU06L07713
1 **Convotherm oven**
1 PVA Silicone dispenser, electronic flow control, pneumatic air 100 PSI, electrics 115V/1/60 model# MX1000-VR serial#M1281
1 PVA Silicone dispenser, electronic flow control, pneumatic air 100 PSI, electrics 115V/1/60 model# MX1000-VR serial#M1227
1 Adept Tabber
1 2 door storage cabinet w/contents
2 Ball Transfer Conveyor Tables
1 Loc-13 Miscellaneous material handling carts
1 Dayton shop vac
1 Aquafine ultra violet disinfection unit model# CSL-4R
1 Drill press model TC-32C ANJD
1 MIM oven
1 Parts washer
1 Airflow system HEPA
1 GERLIKON Leybold vacuum
1 Design & Prototype framing table
1 Heavy Duty material handling cart
1 Loc- Corrugated Shipping Containers
1 Photovoltaic modular laminator controller for LM-SA-1 68 x 260
1 1999 Spire flash tester, flat bed tester, electrics 22V/1/60 model# Simulator 3501 serial#50255
1 Dielectric Analyzer Vitrek 944i
1 2005 Intech adhesive applicator table custom made butyl adhesive applicator table, with 2 x sliding applicator heads, safety light detector, pneumatic air supply model# N/A serial# EK616-001
1 Laminate Trimming Table
6 10' Conveyors
4 Ball Transfer Conveyor Tables
   Equipment: Framing Table, Manufacturer: Custom made, Model:   N/A, Serial number: N/A , Year: 2012, Description: Custom made aluminum hydraulic framing table, Maximum frame size 52" x 77", Maximum compression 300PSI,
   3 x hydraulic compression pistons, 4 x corner keys, 4 x Adjustable frame jig arms, Center rotary support table with 3 x Roller support arms, Mounted on aluminum frame, Remote electric hydraulic power pump
1 Electric Belt Driven Conveyor
1 Maxc Air Warehouse Fan
6 Continuity Tables
1 Clean Chemical Room Stainless Steel Cabinet w/Wire Mesh Glass
1 Custom Inspection Table
3 Stainless Steen Tables
2 Hytrol Conveyor
1 Dell Computer with 19" LCD Monitor and Cart
1 Lot - Various Metal Carts and Stands
1 Hytrol loading conveyor, powered conveyor 48" wide x 30' long with 4 x rubber tracked cross feed bars model# N/A serial#535053
3 Ball Transfer Conveyor Tables
1 Hytrol loading conveyor, powered conveyor 36" wide x 20' long with cross feed table 48" wide x 60" long with 4 x rubber track feeders model# N/A serial#53705
1 2008 GED glass washer pass through glass sheet washer, sheet capacity 40" x 60", roller bed lasting table, electrics 480V/3/60 model#MWASH0601 1000 serial# 13345 with GED water filtration unit model# #N/A serial# 13347
1 1999 Schmalz vacuum lifter, sheet lifter with Gorbel track system model# Jumbo Ergo serial# 29920462-1
1 Rigid shop vac
1 Aluminum Light Inspection Table
1 Genie die cart, manual portable die lift cart model# N/A serial# N/A
1 Genie die cart, manual portable die lift cart model# N/A serial# N/A
1 Paper Roll Carry Cart
1 Just Rite acid, corrosive, flammable storage cabinet
7 Assorted Work Tables with Contents
2 Heavy Duty material handling cart
1 Albox / GED glass film applicator, dual film dispenser with GED glass film station model# N/A serial# N/A
1 Clean Air Products air filtration unit, with light weight enclosure model#CAP557-2062A-1 serial# 5619-10564
1 Clean Chemical Room Stainless Steel Cabinet w/Wire Mesh Glass
1 Rosenthal sheeter, roll width 38" model# W4-HUBUBEAC-24 serial# 80475
1 Electrostatic Cart
1 Hytrol loading conveyor, powered conveyor model # N/A serial # 48520
1 Custom Inspection Table
1 Custom Inspection Table
3 Lighted Work Stations

3 Unloading conveyors, Various Sizes
2 Unloading conveyors
1 Lighted Inspection Table
2 Hytrol Conveyer
1 Metal Rack with Contents
1 Laminate Trimming Table
1 GSE 675 Precision Counting Scale with Stand
1 IAI CO2 adhesive applicator, manual adhesive applicator, electrics 230V/1/60 model# TT-A3-I2O2-1O8-F-FT serial#700337670
2 Unloading conveyors
1 Spire flash tester, flat bed flash tester, electrics 22V/1/60 model# Simulator 3501 serial#51355
1 1999 MET Adhesive applicator table custom made butyl adhesive applicator table, with 2 x sliding applicator heads, safety light detector, pneumatic air supply model#N/A serial# MD1O212
1 Lot- Pneumatic Tools
1 2005 Broach framing table, custom made with pneumatic air supply for pneumatic clamping, pneumatic riveter model# N/A serial#EK618-001
2 Production Carts
4 Work Tables
1 Dielectric Analyzer Vitrek 944I
3 Stainless Steel Rolling Station
1 Roach assembly conveyor, powered assembly conveyor with rubber belt feed, 26" wide x 8' long model # N/A serial# 395968
1 Roach assembly conveyor, powered assembly conveyor with rubber belt feed, 26" wide x 8' long model # N/A serial# 395967
35 Cases-15 amp 60 cell J boxes
25 Cases-10 amp 60 cell J boxes
168 Rolls of AKCOME EVA film for 60 cell panels
36 Rolls of Coeme Dymat back sheets Pye laminates
11 Pallets of AKCOME EVA film for 96 cell panels
56 Rolls of Coveme Dymat Pye laminates for 96 cell panels
140 Rolls of Back sheet for 96 cell panels
1 Glass for 96 cell panels
1 Lot- Corrugated Shipping Material
3 Aluminum Table Frames
3 Rolling Metro Carts
2 Work Tables with Stools
1 Lot- Material Handling Equipment
70 Frame – Block Tray W/Single Angle – Double Panel System
41 Frame – Block Tray W/Single Angle - Triple Panel System
1 Lot- Block Trays
1 Lot- Solar Panel Mounts
2 Wooden Shipping Carts
1 Coherent Harmonic Package s/n SSC-HG5-T.1.0115
Equipment: Laser, Manufacturer: Coherent, Model: Libra, Serial number: SSCLIB-S-1K-C-220V.1O2O8, Year: 2007, Description: Coherent femtosecond pulsed laser for atomic level cutting, vitese seed laser, evolution pump laser,
1 thermally stabilized regenerative amplifier, stretch / compressor for pulse stability, TI Sapphire rod assemble for beam output, beam conditioning optics, electrics 220V/3/60, NOT IN SERVICE With Vitesse 2W s/n COO62800011
1 Coherent Vitesse s/n 34527403 s/n VITC2-NC28291
1 Solid with Lot# 24
2 Heavy duty material cart w/castors
2 Heavy duty material cart w/castors
2 Heavy duty material cart w/castors
4 Medium Grade Material Handling Carts
4 Medium Grade Material Handling Carts
4 Medium Grade Material Handling Carts
1 Lot-
1 AV Cart
1 Pallet Dupont PV Encapsulation Sheet Samples
1 Pallet Dupont PV Encapsulation Sheet Samples
Equipment: CO2 Laser system, Manufacturer: SBM / Laser Photonics, Model:    SBM 1200 M, Serial number: 3OO-OOO3-O65, Year: 2007, Description: Laser Photonics CO2 laser system, 3000 Watt laser, maximum substrate size
1 control module, electrics 208V/3/60
2 Metal Frame w/Sliding Glass Door Storage Cabinets
1 Zeiss DUV & I-line system, MSM100
1 Safelab System Zero Emission sterilization model # G-1500 snc G-961116
1 Micro-G Vibration Free Air Isolated Table Model 2536-516-430 PE with Manual Pneumatic Breaker System w/Granite Base Asset Id #001023
2 RF Generator 2 KW 13.56 MHz
1 2000 Solid State Equipment Corp. vacuum deposition system, portable vacuum deposition system, with 4 x manual handling ports model#2000 serial# 1091-DB-72

1 SC9 Bottle Washer

1 MKS multi gas controller/ALCATEL Act 1300m, w/multimeters, power switches & rack

1 Row Technology, model# N/A serial# 1107

1 CCCP Microscope w/Table s/n 8904507

1 Hitachi Scanning Electron Microscope Model S4000 Asset Id #001021

3 JST Custom Fabrication cabinets w/Plexiglas doors

1 Clean Chemical Room Stainless Steel Cabinet w/Wire Mesh Glass

1 Stainless Steel Prep Table

1 Equipment: Thin glass laser scribing system, Manufacturer: Fantom / Laser Photonics, Model: Fantom G3, Serial number: 300-0003-098, Year: 2008, Description: Laser Photonics thin glass laser scribing system, using zero width laser cutting, technology, vacuum holding table 500 mm x 500 mm, 2-level magnification vision system, Fantom fibre laser (Model F2501GL), 2 x control panel, lyron external chiller, electrics 120V / 1 / 60

1 Lyron Laser Chiller Model RC006H03B81C004 s/n 757463-01

1 Equipment: Wafer dicing system, Manufacturer: Black Star, Model: FLDT, Serial number: N/A, Year: 2009, Description: Black Star wafer dicing system, granite table diameter 12", frame sizes 5" 6" 8", or 12", nominal PCB thickness

1 50 – 500 microns, cutting speed 10 – 200mm / sec, maximum stroke 320 mm x 320 mm, fiber short pulse laser, 2-level vision system, safety light curtain, UPS battery backup for computer, electrics 208V/3/60

1 Equipment: Laser coating removal system, Manufacturer: Fonon DSS, Model: FL600, Serial number: 300-0003-148, Year: 2007, Description: Fonon fibre laser ITO coating removal system, vacuum table with air cushion hovering

1 Equipment: Laser scribing system, Manufacturer: Fonton, Model: G4, dielectric ion 12 m / sec, imaging speed 1000 cps, laser spot size 25 – 100 mkm, adjustable line width 50 – 200 mkm, maximum stroke 500 mm x 500 mm, electrical 220V/3/60

1 Equipment: Laser scribing system, Manufacturer: Fantom, Model: G4, Serial number: 300-0004-110, Year: 2008, Description: Fantom glass panel laser scribing system, using zero width laser dicing technology, Fonton laser capacity 250 watt Model F250GL, Granite table size 930 mm x 770 mm, Nominal glass thickness 1 mm, Cutting speed 100 – 1000 mm / sec, vision system with 2-level magnification, UPS battery backup for computer, external

1 water cooled chiller 2750 BTU

1 Equipment: Automatic breaker system, Manufacturer: ABS, Model: ABM 777, Serial number: 300-0003-085, Year: 2009, Description: ABS automatic breaker system, the breaking system is designed to break scribed glass or cells, scribing done with zero sixth laser cutting, vacuum table size 18.5" x 14.5", nominal glass thickness 1 mm, breaking bar height adjustment 25 mm, breaking bar stroke 5 mm, vacuum table rotation direct drive, traverse speed

1 100 – 1000 mm / sec, gas supply CO2 or Nitrogen, not seen: Control panel, Proprietary software

1 Fiber Tower Compact Frame w/Z Axes (No Laser)

1 Black Star Wafer Dicing Machine Asset Id #001003 (No Laser)

1 ATMI CDO Controlled Deposition Oxidation Model 863 Asset Id #001022

1 20' x 50' clean room with filter

1 10' conference table with 8 upholstered rolling chairs, Microwave, toaster oven & stand

5 Rolling stock carts

10 Spools of wire 205-021 wire 39.0, 0.25x6.0 mm, 1940 each

1 3 AWG Green Wire approx. 500' Various Rolls of Wire

26 Rubbermaid Ribbon type ETP-CU 0.150x2.00 for Tabbing

3 Metal Shelves with Contents

2 Server racks

1 Lot- Contents of office excluding server racks

1 Lot- Remaining contents in room

1 Craftsman 16 gallon shop vac

1 Rubbermaid rolling work cart

1 Century fire proof 2 drawer file cabinet

1 Lot- Contents of Room Excluding Bed

1 Rolling cart with computer system

1 Rolling cart with computer system

1 Lot- 4' x 4' Homemade stainless steel table

1 Metro rack and Remaining Contents of Room

2 Metro rack

1 Solar panel frame (Excludes Panel)

1 Solar Adjustable panel frame

1 Solar panel frame

1 Slab computer operated advertising unit

1 Uline pallet truck, 2000 LB capacity pallet truck model# N/A serial# N/A

1 Uline pallet truck 2200 lb capacity model # N/A serial# N/A

1 Crown pallet truck, 5,000 LB capacity model# N/A serial# N/A

1 Man Lift Platform, portable model# N/A serial# N/A

1 Caldwell Boom Attachment, telescoping model#Lift truck R8 80 serial# 56033.2

1 Mitsubishi Caterpillar fork lift, 3,500 LB capacity electric truck with 43" forks, ROPS model# 2FC25E serial# A2EC363444 with 1996 VPB battery charger, electric  model# GTCII8-865TI serial# 9680222 68

1 Yale fork lift, 3,000 LB capacity electric truck with 42" forks, ROPS model# ERC030AGN36TEE094 serial# A81400415 0W with Chloride Electro Networks battery charger, electrical battery charger model# 18MOBB0M3D serial#

1 B5W34/2

1 2002 Birmingham box pan & brake, 4' 12 GA Manual box & Pan Brake model# V-4/26 serial# 31113

2 Cantilever racks - heavy duty with Contents

1 De Walt chop saw, 14" bench mounted abrasive chop saw model#28715 serial# 073089

1 Kinect system vibraplane table model#: 5704-3672-21 snt: 55023379

1 Equipment: High power fiber laser cutting system, Manufacturer: Titan / Laser Photonics, Model: FLS48, Serial number: 300-0003-171, Year: 2008, Description: Titan / Laser Photonics high power fiber laser cutting system, Titan positioning machine, maximum cutting size 50" x 98", maximum table height 33", maximum table load 986 Lbs., X-Axis travel 99", Y-Axis travel 51", Z-Axis travel 2", feed rate 1200 IPM, rapid traverse rate X & Y 3600 IPM,

1 repeatability +/- 0.0002", laser focal length 5", air supply 360 PSI, touchscreen control panel, electrics 208V/3/60, Donaldson exhaust & filter system, IPG Laser Photonics fibre laser system, output power

1 Titan 1.5 kw laser, 1.5 kw, beam diameter 20 mu m, water cooled, power consumption 9 Kw, (2006) Reidell chiller (Model PC63.02-XE-S Serial # 823648

1 2002 Birmingham hydraulic shear, 52" 14 GA Hydraulic shear, with 3 hp, 24" back gauge, (2) front supports model# H-5214 serial# 12151

1 Dayton ZAC31 Tool Knotcher
1 1997 Nishhnbo Industries hydraulic press brake, 10' x 125 ton CNC programmable back gauge, 8.5" ram stroke, 12" throat, 15 HP model#NS8 125-3100 serial# NSC 973071
1 1998 Bingham vertical mill, V-Ram machine, 10" x 54" T Slot table with power table feed, 5 HP, spindle speeds 50 to 4300 RPM, power draw bar, (2) axis DROmodel#BPV-4KV serial# 206145
1 1998 Bingham vertical mill, V-Ram machine, 10" x 54" T Slot table with power table feed, 5 HP, spindle speeds 50 to 4300 RPM, power draw bar, (2) axis DRO model#BPV-4KV serial# 15884
1 2005 Accu II vertical mill, CNC machine, 9" x 49" T slot table, 3 HP, CNC control model# AC 2V serial# 051631
1 2003 MSC Industrial Supply vertical mill, V-Ram machine, 3 HP, 9" x 48" table, spindle speeds 60 to 4200 RPM, (2) Axis DRO, Way covers model#C9531112 serial#430793
1 1997 Jet engine lathe, 13" x 40" gap bed engine lathe, collet chuck, (2) Axis DRO, 2000 RPM model# GH1340A serial# 8919897
1 1990's MSC Industrial Supply engine lathe, 14" x 40" engine lathe, spindle speeds 70 to 1500 RPM, 3-jaw chuck, thread chasing dial model#C9517350 serial # N/A
3 2003 Sharp turning centre, CNC, 10 HP, Fanuc CNC control, (12) station hyd turret, 6000 RPM, coolant system model# ST-10 serial# N/A
2 2 door metal storage cabinet
1 1999 Victor surface grinder, 10" x 20" hydraulic, OTW dresser, coolant system, 7" dia wheel, 3 HP model# 1020HA serial# N/A
1 1990's pedestal grinder, 6" double end  model# N/A serial# N/A
1 1990's Delta pedestal grinder, double end model# N/A serial# N/A
1 Trinco dry blaster
1 Cosa bit sharpener
1 Sand blaster
1 Rockwell belt sander
1 1990's Manhattan drill, 14" heavy duty single spindle drill model# 951225 serial# 248375
1 Section Tear Drop Pallet Racking
1 Section Cantilever Rack
1 2002 Cyclone VBM-34 vertical mill, CNC Vertical bed milling machine, 7.5 HP, centroid CNC control, 12" x 36" T slot table, coolant system model#F48VS serial# TY2081 4287
1 2007 Sharp vertical machining centre, CNC Vertical, 39" x 18" table, cat 40 Taper, 10/15 HP, spindle speeds to 8,000 RPM, (20) station ATC, Fanuc CNC control model# SV3220 serial# 50600212
5 Work Table with Contents
2 Heavy Duty Carts
1 2004 Roll-In Saw Band Saw, 14" vertical, 18.5" x 30" table, 1 HP, blade speeds to 525 FPM model# EF-1459 serial# 0407ZEF
1 1990 Journey Man band saw, 20" vertical, 24.5" x 24.5", 2 HP, 70 to 500 FPM, blade welder & grinder model # S989 serial# N/A
1 1967 Marvel horizontal band saw, 15" x 20", blade speed 50 to 400 FPM, 5 HP model#15A serial# D15134
1 Jet horizontal band saw, 7" x 12" with 3/4 HP model# J 3410 serial# N/A
1 Hytrol conveyer approx. 15'
1 2007 US Industrial Machinery hydraulic shear, 10' x 1/4" CNC with (3) axis CNC programmable back gauge, throat depth 5.5", 15 HP model#US 1025 CNC EG serial# J2007-226
1 Team Pneumatic Bender
1 1992 Roug FU vertical band saw, 10" x 18" Horizontal/Vertical, 2 HP model# RF 1018V serial# 690092
1 Hytrol conveyer approx. 15'
1 2008 Elumatec double miter saw model# DG 79 serial# 07310200S D
1 1994 MSC Industrial Supply mill / drill, 14.5" bench mounted step pulley Mill/Drill, 3.5" spindle quill travel, 1 HP model# 00685420 serial# 037194
1 10' Conveyor
3 Welding screen shield
1 2000 Cyclone vertical machining centre, CNC, 39" x 18" table, Cat 40 taper, 10/15 HP, spindle speeds to 8,000 RPM, (20) station ATC, centroid CNC control model# F2063 serial# TY031002696
1 Central Machinery Belt and Disc Sander
1 Lot- Econo extension cord reels
1 Pallet of Electrical cords
1 Conveyor Turn Table with Stand
1 Pallet of Electrical cords
1 12 ton hydraulic press
1 Acme transformer
1 Pallet of Raised flooring
1 Cantilever rack
1 Metro Rack with Conduit
2 Metal, hand made material rack (Cantilever Type)
1 4500 lb scissor lift
1 Conveyor
4 Heavy Duty Cart with Contents
4 Pallet of Electrical cords
4 Rolling carts with Contents
2 2 door storage cabinets with Contents
1 Lot- Plastic Shelf with Contents
1 Lot- Desk, chair & file cabinets and office related items in machine shop
21 Lot- Cable trays
1 Easy pour tubes
1 Lot- Ricoma 2 1/2" galvanized elbows
1 High voltage electrical box
1 Lot- Orange plastic corrugated tubing
1 Motorized pump
1 3M electronic vacuum cleaner
1 Cantilever rack with contents

1 Lot- Aluminum stands
2 Shopvac
1 Metal Hopper
1 Central machinery dust collector Model# S31810
1 Shop fox dust collector
1 Ryobi 10" table saw
1 Chicago 12" compound miter saw model# 91852
1 Circuit breaker box
1 4500 lb scissor lift
1 Bundle of 2-1/2", EMT CONDUIT
1 Loc- Scrap wood
1 Cantilever rack with contents
1 Loc- Various sized wooden shipping containers
2 Metal Shipping Containers
2 Global Accordian Gates
1 Lot- Misc. shipping & packing supplies
2 Heavy duty metal cart w/castors and Contents
1 Mayline Filtermatic Adjustable drafting table-Calcomp 9100
1 Robovent DFC-8000 12 Fume Extractor s/n 9902-634
1 X-Y Motorized Stage on Steel Frame
1 Donaldson Carbon Filter System Model P197210
1 Hand Tabler with Work Table and Contents
2 Metro Racks
1 Loc- Titan Frame Work in Progress Single Shuttle Table, Various Stages of Titan Work in Progress, Mostly Scrap Due to Specialized Nature of Item
1 X-Y Gantry
1 Lytron RC Recirculating Chiller Asset Id #001070
1 Lytron Laser Chiller Model RC006H03BB1CO04 s/n 774-423-01 Asset Id #001062
1 Antron Mask Repair Machine on Granite Base Asset Id #001049
2 5 Drawer Blue Print Cabinets
1 Granite Base X-Y Stage
1 Herman Stone Surface Plate 2 Tons 12' s/n 24779
1 Phantom GS Annealing System E-1 Asset Id #001001 (No Laser)
1 Heavy Duty Cart with Vacuum Pump
1 Stainless Steel Table on Casters
1 Neslab RTE-110 ultrasonic cleaner
6 Heavy Duty material handling cart
1 Fisher Scientific ISO Temp refrigerator circulator
1 Rubbermaid cleaning cart
1 Janitor's cart
1 ASAHI Kogyosha stainless steel high voltage cabinet model# ECB103 sn#: ECB103
1 Loc- 5 Work tables, 4 chairs, 4 storage cabinets, 2 file cabinets, 3 shelves
1 Metal Frame Table
1 Lot- Miscellaneous computer & electronic appliance parts
3 Cantilever racks
1 Fence Material Handling Cart
1 Genie die cart, manual portable die lift cart model# N/A serial# N/A
54 Sections Pallet Racking
1 Equipment: Smart fibre laser system, Manufacturer: IPG, Model: 2 KW, Serial number: 300-0003-104, Year: 2009, Description: IPG smart fibre integrated laser system, diode-pumped single mode ytterbium fiber lasers, nominal output power 2KW, Basic beam quality 8 mm, modulation speed 5 kHz, output fibre delivery diameter 50 - 100 Mu m, fibre cable with collimator, water cooled, RS232 computer interface, electrics 208V/3/60, Not seen:  LCD display, control software, STILL IN CRATE
1 Bulk- All Solar Panels in Various Stages of Production in Warehouse
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels

1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Pallet of Solar Panels
1 Approximately 130 Solar Panels in Shipping Area
1 Approximately 120 Solar Panels in Production Area
1 Lot- 10 Material Handling Carts and 1 Pallet Solar Panels (work in progress)
1 12 Sections Modular Workstations With 10 Desks, 10 File Cabinets, 3 Lateral File Cabinets And 14 Overhead File Cabinets, 7 Chairs, Printer Stand, 4 Book Shelves, Modular Desk, 8Ft. Conference Table With 7 Chairs, Black & Decker
1 Coffee Maker, Stainless Steel Coffee Server, 2 Curtis Coffee Warmers Model# Tls-Ss1, 2 - 2 Door Wood Wall Mount Dry Erase Board, Wood Double Pedestal Desk With Credenza
1 Amana, White refrigerator, Sensco coffeemaker, GE microwave oven, Black&Decker Spacemaker toaster oven, GE Stainless steel, 3" high refrigerator
1 Lot- Contents of Room (Excluding Electronics Listed Separately)
1 Lot- Contents of Room
1 Lot- Contents of Room
1 Lot- Contents of Room
1 Lot- Office with Contents, Contents of Room
1 Lot- Office with Contents, Contents of Room
1 Lot- Office with Contents, Contents of Room
1 Lot- Contents of Room
1 Lot- Contents of Room
1 Lot- Contents of Room
1 Lot- Contents of Room
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Dell Precision 670 Computer System with LCD Monitor
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Dell Optiplex Gx270 Computer System with LCD Monitor
1 Dell Optiplex Gx270 Computer System with LCD Monitor
1 Dell Optiplex 170L Computer System with LCD Monitor
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Acer LCD Monitor With Keyboard
1 Dell Optiplex Gx520 Computer System with LCD Monitor
1 Dell Optiplex Gx260 Computer System with LCD Monitor
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Dell Optiplex 745 Computer System with LCD Monitor
1 Sony Vaio Pcg 792L Laptop
1 Dell Latitude D600 Laptop Computer
1 Dell Latitude Pp101L Laptop Computer
1 Sony Pentium-3 Pcg8211 Laptop
1 Epson PowerLite 77C monitor projector
1 Sony Bravia flatscreen TV 40"
1 1993 Ford Club wagon cargo van Vin# 1FBJS31Y7PHA32352 Mileage: unknown at this time
1 2005 Ford E250 cargo van Vin# 1FTNE24L95HB30262 Mileage: 14053.8
1 2003 Chevrolet 2500 cargo van Vin# 1GCGG25VX41132452 Mileage:132053