IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.,

Plaintiff,

Case No. 6:13-cv-00657-JA-KRS

v.

BLUECHIP POWER, LLC, f/k/a BLUECHIP ENERGY, LLC; BLUECHIP ENERGY, LLC f/k/a COMPLETE ELECTRIC CONTRACTORS, LLC; ADVANCED SOLAR PHOTONICS, LLC; LASER PHOTONICS, LLC, f/k/a C3 LASER, LLC; ICT INVESTMENTS, LLC; US INVESTING CORPORATION; DEMITRI NIKITIN a/k/a DIMITRI NIKITIN a/k/a DMITRI NIKITIN; SVETLANA NIKITIN a/k/a SVETLANA NIKITINA; FIFTH THIRD BANK; AEGIS BUSINESS CREDIT, LLC; ON DECK CAPITAL, INC.; NEWLOGIC BUSINESS LOANS, INC. d/b/a APZB INDUSTRIES; JEFFREY L. CARRIER, as trustee for the JEFFREY L. CARRIER REVOCABLE TRUST; FANUC ROBOTICS AMERICA CORPORATION f/k/a FANUC ROBOTICS AMERICA, INC.; SG EQUIPMENT FINANCE USA CORP.; RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC; and MICHAEL E. MOECKER, as assignee For BLUECHIP ENERGY, LLC,

Defendants.

---

## NOTICE OF OBJECTION

**COMES NOW** the Defendant, FIFTH THIRD BANK, by and through its undersigned attorneys, files this its Notice of Objection and states as follows:

1. On or about May 22, 2013, this Court entered the Order Appointing Receiver and Granting Preliminary Injunctive Relief ("Order") which in paragraph six (6) provided Fifth Third Bank the right to object to a sale of assets within five (5) days of receiving notice of the sale.

2. On July 11, 2013, the Plaintiff provided Fifth Third Bank with a Notice of Proposed Sale.

3. Fifth Third hereby notifies the Court that it provided Plaintiff with its objection in accordance with the Order on July 12, 2013. A copy of the objection is attached hereto as Exhibit "A."

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 16th day of July, 2013, I electronically filed (if applicable) the foregoing with the Clerk of the Court by using the CM/ECF System which will send a Notice of Electronic Filing to the following: **ERIC SCOTT GOLDEN, ESQ. and MICHAEL A. NARDELLA, ESQ. of BURR & FORMAN, LLP,** 200 South Orange Avenue, Suite 800, Orlando, FL 32801 at egolden@burr.com; mnardella@burr.com; jmorgan@burr.com; **CHARLES D. HOOD, JR., ESQ. and TAMARA R. GAINES, ESQ.,** P.O. Box 15200, Daytona Beach, FL 32115-5200 at dhood@daytonalaw.com; tgaines@daytonalaw.com; eservice@daytonalaw.com; **JAVIER A. PACHECO, ESQ. and ANTHONY R. McCLURE, ESQ. of PORTER, WRIGHT, MORRIS & ARTHUR, LLP,** 9132 Strada Place, 3rd Floor, Naples, FL 34108 at jpacheco@porterwright.com; amcclure@porterwright.com; **RYAN E. DAVIS, ESQ. of WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.,** 390 North Orange Avenue, Suite 1500, Orlando, FL 32801 at rdavis@whww.com; **AMY J. HANSEN, ESQ. and DANIEL LYNCH, ESQ. of LYNCH & STERN LLP** at ahansen@lynchandstern.com; dan@lynchandstern.com; **WILLIAM J. WIELAND, ESQ. of STENSTROM, McINTOSH, COLBERT, WHIGHAM & PARTLOW, PA** at wjwieland@stenstrom.com; **CHRISTOPHER R. THOMPSON, ESQ. and R. SCOTT SHUKER, ESQ. of LATHAM, SHUKER, EDEN & BEAUDINE, LLP,** 111 North Magnolia

Avenue, Suite 1400 Orlando, FL 32801 at cthompson@lseblaw.com; rshuker@lseblaw.com; **ROBERT C. ROESCH, ESQ. of SHUFFIELD, LOWMAN & WILSON, PA,** 1000 Legion Place, Suite 1700, Orlando, FL 32801 at croesch@shuffieldlowman.com.

*/s/ Todd K. Norman*
**ROY S. KOBERT**
Florida Bar No.: 777153
rkobert@broadandcassel.com
orlandobankruptcy@broadandcassel.com
**TODD K. NORMAN**
Florida Bar No.: 62154
tnorman@broadandcassel.com
**BERNARD H. GENTRY**
Florida Bar No.: 57649
bgentry@broadandcassel.com
**BROAD AND CASSEL**
390 N. Orange Ave., Suite 1400
Orlando, FL 32801
Phone: 407-839-4200 / Fax: 407-425-8377
*Attorneys for Bank-FIFTH THIRD BANK*

# EXHIBIT "A"




BANK OF AMERICA CENTER
390 NORTH ORANGE AVENUE
SUITE 1400
ORLANDO, FL 32801
TELEPHONE: 407.839.4200
FACSIMILE: 407.425.8377
WWW.BROADANDCASSEL.COM

TODD K. NORMAN
EMAIL: TNORMAN@BROADANDCASSEL.COM

July 12, 2013

**VIA ELECTRONIC TRANSMISSION**
cthompson@lseblaw.com

Christopher R. Thompson, Esq.
Latham, Shuker, Eden & Beaudine, LLP
111 N. Magnolia Ave., Suite 1400
Orlando, FL 32801

Re: Suntrust Equipment Finance and Leasing Corp., Plaintiff, v. Bluechip Power, LLC, *et al.*, Defendants.
CASE NO.: 6:13-CV-00657-JA-KRS (The "Litigation")
Our File No.: 46974.0006

Dear Chris,

This is in response to your Notice of Proposed Sale in the Litigation which we received July 11. Fifth Third Bank hereby replies with an objection to the sale pursuant to paragraph 6 of the Court's Order Appointing Receiver and Granting Preliminary Injunctive Relief dated May 22, 2013. Fifth Third Bank objects and hereby instructs the Receiver to conclude the sale but keep any proceeds in escrow pending agreement with Plaintiff or order of the Court.

More particularly, as you know, there is uncertainty as to which person or entity owns the collateral being sold. This uncertainty is not a reflection of the actions of the Plaintiff or Receiver which has been diligent or Fifth Third Bank's documentation, but instead due to the internal business practices of the debtors which have made accurate tracing of the collateral challenging.

(Continued ...2 )

We recognize that the Receiver is taking an expansive view of which collateral may be subject to the Plaintiff's lien and do not object that the sale may be concluded under such circumstances but instructs that any proceeds be kept in escrow per the Court's Order.

Very Truly Yours,

BROAD AND CASSEL

Todd K. Norman, Esq.

cc: Roy S. Kobert, Esq.
Bernard H. Gentry, Esq.
R. Scott Shuker, Esq.
Fifth Third Bank