Case 6:13-cv-00657-JA-KRS   Document 141   Filed 08/28/13   Page 1 of 1 PageID 1349

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.,**

        **Plaintiff,**

**-vs-**                                        **Case No. 6:13-cv-657-Orl-28KRS**

**BLUECHIP POWER, LLC, BLUECHIP ENERGY, LLC, et al.,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO ADD PARTIES OR TO AMEND PLEADINGS (Doc. No. 138)
>
> **FILED:** August 26, 2013
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Plaintiff to file a motion to add the Seminole County Tax Collector and/or the Seminole County Property Appraiser as a party is extended up to and including October 25, 2013. The parties shall not cite nor rely upon this extension of time as a basis for enlargement of other deadlines in this case.

**DONE** and **ORDERED** in Orlando, Florida this August 28, 2013.

                                                *Karla R. Spaulding*
                                        KARLA R. SPAULDING
                                  UNITED STATES MAGISTRATE JUDGE