**Consignor Settlement**

| | |
|---|---|
| CO #: | 198 |
| Date: | 7/15/2013 |
| Page: | 1 |

**Consignor**

Michael Moecker, Receiver
Blue Chip Power LLC.
400 Rinehart Road
Lake Mary, FL

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Solar Power generation system- Model: 1.296 MW - Year: 2012, Description: Power generation system, Total capacity 1.296 MW, Roof-mounted, linked to grid with feed in connection and metering | 1.00 | 160,000.00 | 160,000.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total Quantity: | 1.00 |
| Total Invoice Sale Price: | 160,000.00 |
| Total Due to Consignor: | 160,000.00 |
| Total Payments: | 0.00 |
| Balance: | $160,000.00 |

Positive Balance, Monies Owed to Consignor

No inventory remains for this consignment order

**COMMISSION SETTINGS**

Calculate Commission By: Each
Commission Structure Type: Fixed

| | |
|---|---|
| Any Amount | 0% |

**COMPOSITE
EXHIBIT 1**

**Consignor Settlement**

| CO #: | 199 |
|---|---|
| Date: | 7/15/2013 |
| Page: | 1 |

**Consignor**
Michael Moecker, Receiver
Blue Chip Energy, LLC.
400 Rinehart Road
Lake Mary, FL

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| 1993 Ford Club wagon cargo van Vin# 1FBJS31Y7PHA32352 Mileage: unknown at this time | 1.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| 2005 Ford E250 cargo van Vin# 1FTNE24L95HB30262 Mileage: 140538 | 1.00 | 3,650.00 | 3,650.00 | 0.00 | 0.00 |
| 2003 Chevrolet 2500 cargo van Vin# 1GCGG25VX41132452 Mileage:132053 | 1.00 | 2,400.00 | 2,400.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total Quantity: | 3.00 |
| Total Invoice Sale Price: | 6,550.00 |
| Total Due to Consignor: | 6,550.00 |
| Total Payments: | 0.00 |
| Balance: | $6,550.00 |

Positive Balance, Monies Owed to Consignor
Inventory Remaining For This Consignment Order

**COMMISSION SETTINGS**
Calculate Commission By: Each
Commission Structure Type: Fixed

Any Amount                    0%

## Consignor Settlement

| | |
|---|---|
| CO #: | 192 |
| Date: | 6/13/2013 |
| Page: | 1 |

**Consignor**

Michael Moecker, Receiver
Advanced Solar Photonics LLC
400 Rinehart Road
Lake Mary, FL 32746

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Komax Solar Cell Interconnection System<br>Equipment: Solar cell interconnection system<br>Manufacturer: Komax<br>Model: Xcell X2<br>Serial number: 647<br>Year: 2012<br>Description: Komax automatic solar cell interconnection system, capable of processing 125 mm and 156 mm solar cells in 2 or 3 busbar configurations, Ribbon widths 1.5 mm and 2.0 mm, Solder bond length 136mm to 156mm, Throughput 1200 cells / hour, Consisting of: Cell unloading station with pick and place vacuum robot, Belt driven placement platen, 2 x Ribbon dispenser, Solar cell preheat, Solder station, Komax glass to lay-up belt driven glass sheet through-feed system, (Model GL30 Serial# 590), ABB/Komax pick & place string vacuum lift robot, ABB robot controller (Serial # 46-50056), Machine vision string inspection and alignment, 3 x String buffer positions, Touchscreen control panel, Lockout system | 1.00 | 200,000.00 | 200,000.00 | 0.00 | 0.00 |
| Meier Lamination Solar PV Panel Laminator<br>Equipment: Solar PV panel laminator<br>Manufacturer: Meier Lamination<br>Model: ICOLAM 42/24<br>Serial number: 50-14447<br>Year: 2008<br>Description: Meier vacuum PV panel laminator, Pass-through vacuum and heating laminating system, With vacuum system mounted above, Narrow 3 x belt driven panel in-feed table, Above and below full width belt feed to vacuum chamber, Self-cleaning system for belts, Electrically heated platens, Exhaust system mounted above, Tables size 13.45'x7.5', Narrow 3 x belt driven panel out-feed table, Control panel with keyboard, Variable dwell time to 15 mins maxiumum, 3 door power cabinet, Electrics 480V/3/60, Power 148Kw, Lockout fencing, | 1.00 | 8,695.65 | 8,695.65 | 0.00 | 0.00 |

## Consignor Settlement

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 2 |

Laminator bed size 101.5 Sq. Ft., Capacity 4 panels @ 74.0" x 39.3" per cycle

| Description | Qty | Price | Amount | | |
|---|---|---|---|---|---|
| Complete Automatic 2 Bus Bar Solar Panel Manufacturing Line **Detailed description of this lot includes lot 4A, 4B, 4C, 4D, 4E, 4F, 4G, 4H, 4I, and 4J** | 1.00 | 10,000.00 | 10,000.00 | 0.00 | 0.00 |
| Belts for Laminator | 1.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Belts for Laminator | 1.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| Solar Module Tabber, Stringer & Layup Station **Detailed description of this lot includes lot 5A, 5B, 5C, 5D, 5E and 5F** | 1.00 | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| Manual Tabbing Line, 10 manual assembly stations each with solder unit, jigs and fans, 4 EZ-Arm smoke extractors, flexible with 3 x fan units | 1.00 | 1,750.00 | 1,750.00 | 0.00 | 0.00 |
| GED (Glass Equipment Development) Window & door tape sealer machine, Model# MACNC40112E sn#: 11483 | 1.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Rework Cabinet w/Tools & Tabbing Containers | 1.00 | 17.00 | 17.00 | 0.00 | 0.00 |
| Sections w/8 lockers | 16.00 | 10.00 | 160.00 | 0.00 | 0.00 |
| Lot- 2 Stainless steel organizer shelves and 4 Stainless steel benches | 1.00 | 600.00 | 600.00 | 0.00 | 0.00 |
| Motorized compressed air chamber | 1.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| Lot- 2 Metro racks with Contents and Film storage rack | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Lot- Misc. pumps and motors including Rack with Contents | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Delta design 6400 oven | 1.00 | 125.00 | 125.00 | 0.00 | 0.00 |
| Lot- Various metal cabinets and Large mail slot | 1.00 | 45.00 | 45.00 | 0.00 | 0.00 |
| Lot- Assorted video monitors on cart, SIS Scan Control and Zeiss Computer Component | 1.00 | 110.00 | 110.00 | 0.00 | 0.00 |
| Misc Items | 1.00 | 4.10 | 4.10 | 0.00 | 0.00 |
| Lot- Prometrix FT-500 film thickness probe and Power control unit | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Atlas water system Deionized Water Container | 1.00 | 300.00 | 300.00 | 0.00 | 0.00 |

## Consignor Settlement

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 3 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Grid Tied Inverter | 5.00 | 800.00 | 4,000.00 | 0.00 | 0.00 |
| Stainless steel wash station | 1.00 | 275.00 | 275.00 | 0.00 | 0.00 |
| 2005 Nordson butyl adhesive heater electrics 480V/3/60 model# BM20 8049832 serial# LU05C01727 | 1.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| Miscellaneous electronic component | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| 2006 Nordson butyl adhesive heater electrics 480V/3/6 model#BM20 8049832 serial# LU06J07713 | 1.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| Convotherm oven | 1.00 | 125.00 | 125.00 | 0.00 | 0.00 |
| PVA Silicone dispenser, electronic flow control, pneumatic air 100 PSI, electrics 115V/1/60 model# MX1000-VR serial#M1281 | 1.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| PVA Silicone dispenser, electronic flow control, pneumatic air 100 PSI, electrics 115V/1/60 model# MX1000-VR serial#M1227 | 1.00 | 800.00 | 800.00 | 0.00 | 0.00 |
| Adept Tabber | 1.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| 2 door storage cabinet w/contents | 1.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| Ball Transfer Conveyor Tables | 2.00 | 100.00 | 200.00 | 0.00 | 0.00 |
| Lot-13 Miscellaneous material handling carts | 1.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| Dayton shop vac | 1.00 | 20.00 | 20.00 | 0.00 | 0.00 |
| Aquafine ultra violet disinfection unit model# CSL-4R | 1.00 | 650.00 | 650.00 | 0.00 | 0.00 |
| Drill press model TC-32C ANJD | 1.00 | 800.00 | 800.00 | 0.00 | 0.00 |
| MIM oven | 1.00 | 800.00 | 800.00 | 0.00 | 0.00 |
| Parts washer | 1.00 | 35.00 | 35.00 | 0.00 | 0.00 |
| Airflow system HEPA | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| OERLIKON Leybold vacuum | 1.00 | 750.00 | 750.00 | 0.00 | 0.00 |
| Design & Prototype framing table | 1.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| Heavy Duty material handling cart | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Lot- Corrugated Shipping Containers | 1.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| Photovoltaic modular laminator controller for LM-SA-1 68 x 260 | 1.00 | 150.00 | 150.00 | 0.00 | 0.00 |

## Consignor Settlement

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 4 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Lot- contents of Breakroom and Training Room | 1.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| 1999 Spire flash tester, flat bed tester, electrics 22V/1/60 model# Simulator 3501 serial#50255 | 1.00 | 325.00 | 325.00 | 0.00 | 0.00 |
| Dielectric Analyzer Vitrek 944i | 1.00 | 600.00 | 600.00 | 0.00 | 0.00 |
| 2005 Istech adhesive applicator table custom made butyl adhesive applicator table, with 2 x sliding applicator heads, safety light detector, pneumatic air supply model# N/A serial# EK616-001 | 1.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Laminate Trimming Table | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| 10' Conveyors | 6.00 | 50.00 | 300.00 | 0.00 | 0.00 |
| Ball Transfer Conveyor Tables | 4.00 | 25.00 | 100.00 | 0.00 | 0.00 |
| Equipment: Framing Table, Manufacturer: Custom made, Model:  N/A, Serial number: N/A , Year: 2012, Description:  Custom made aluminum hydraulic framing table, Maximum frame size 52" x 77", Maximum compression 300PSI, 3 x hydraulic compression pistons, 4 x corner keys, 4 x Adjustable frame jig arms, Center rotary support table with 3 x Roller support arms, Mounted on aluminum frame, Remote electric hydraulic power pump | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Electric Belt Driven Conveyor | 1.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| Maxx Air Warehouse Fan | 1.00 | 175.00 | 175.00 | 0.00 | 0.00 |
| Continuity Tables | 6.00 | 45.00 | 270.00 | 0.00 | 0.00 |
| Clean Chemical Room Stainless Steel Cabinet w/Wire Mesh Glass | 1.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| Custom Inspection Table | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Stainless Steen Tables | 3.00 | 60.00 | 180.00 | 0.00 | 0.00 |
| Hytrol Conveyer | 2.00 | 100.00 | 200.00 | 0.00 | 0.00 |
| Dell Computer with 19" LCD Monitor and Cart | 1.00 | 175.00 | 175.00 | 0.00 | 0.00 |
| Lot- Various Metal Carts and Stands | 1.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Hytrol loading conveyor, powered conveyor 48" wide x 30' long with 4 x rubber tracked cross feed bars model# N/A serial#535053 | 1.00 | 600.00 | 600.00 | 0.00 | 0.00 |

## Consignor Settlement

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 5 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Ball Transfer Conveyor Tables | 3.00 | 80.00 | 240.00 | 0.00 | 0.00 |
| Hytrol loading conveyor, powered conveyor 36" wide x 20' long with cross feed table 48" wide x 60" long with 4 x rubber track feeders model# N/A serial#553705 | 1.00 | 550.00 | 550.00 | 0.00 | 0.00 |
| 2008 GED glass washer pass through glass sheet washer, sheet capacity 40" x 60", roller bed lading table, electrics 480V/3/60 model#MWASH40601 1000 serial#13345 with GED water filtration unit model #N/A serial# 13347 | 1.00 | 650.00 | 650.00 | 0.00 | 0.00 |
| Stools | 4.00 | 4.10 | 16.40 | 0.00 | 0.00 |
| 1999 Schmalz vacuum lifter, sheet lifter with Gorbel track system model# Jumbo Ergo serial# 29920462-1 | 1.00 | 450.00 | 450.00 | 0.00 | 0.00 |
| Kone Crane | 1.00 | 225.00 | 225.00 | 0.00 | 0.00 |
| Rigid shop vac | 1.00 | 45.00 | 45.00 | 0.00 | 0.00 |
| Aluminum Light Inspection Table | 1.00 | 35.00 | 35.00 | 0.00 | 0.00 |
| Roll of film | 1.00 | 8.20 | 8.20 | 0.00 | 0.00 |
| Genie die cart, manual portable die lift cart model# N/A serial# N/A | 1.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| Genie die cart, manual portable die lift cart model# N/A serial# N/A | 1.00 | 175.00 | 175.00 | 0.00 | 0.00 |
| Paper Roll Carry Cart | 1.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| Just Rite acid, corrosive, flammable storage cabinet | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Assorted Work Tables with Contents | 7.00 | 40.00 | 280.00 | 0.00 | 0.00 |
| Misc Items in Drawer | 1.00 | 98.40 | 98.40 | 0.00 | 0.00 |
| Ladder | 1.00 | 16.40 | 16.40 | 0.00 | 0.00 |
| Heavy Duty material handling cart | 2.00 | 125.00 | 250.00 | 0.00 | 0.00 |
| Abox / GED glass film applicator, dual film dispenser with GED glass film station model# N/A serial# N/A | 1.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| Clean Air Products air filtration unit, with light weight enclosure model#CAP557-2082A-1 serial# 5619-10564 | 1.00 | 150.00 | 150.00 | 0.00 | 0.00 |

### Consignor Settlement

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 6 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Clean Chemical Room Stainless Steel Cabinet w/Wire Mesh Glass | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Rosenthal sheeter, roll width 36" model# W4-HUBUBEAC-24 serial# 80475 | 1.00 | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| Electrostatic Cart | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Hytrol loading conveyor, powered conveyor model # N/A serial # 48520 | 1.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Custom Inspection Table | 1.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| Custom Inspection Table | 1.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| Lighted Work Stations | 3.00 | 75.00 | 225.00 | 0.00 | 0.00 |
| Unloading conveyors, Various Sizes | 3.00 | 40.00 | 120.00 | 0.00 | 0.00 |
| Unloading conveyors | 2.00 | 25.00 | 50.00 | 0.00 | 0.00 |
| Conveyors | 1.00 | 60.00 | 60.00 | 0.00 | 0.00 |
| Lighted Inspection Table | 1.00 | 60.00 | 60.00 | 0.00 | 0.00 |
| Hytrol Conveyer | 2.00 | 80.00 | 160.00 | 0.00 | 0.00 |
| Metal Rack with Contents | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Laminate Trimming Table | 1.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| Small Table and Misc Items | 1.00 | 49.20 | 49.20 | 0.00 | 0.00 |
| GSE 675 Precision Counting Scale with Stand | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Lot Misc Items | 1.00 | 8.20 | 8.20 | 0.00 | 0.00 |
| Lot- Miscellaneous Items | 1.00 | 59.48 | 59.48 | 0.00 | 0.00 |
| IAI Corp adhesive applicator, manual adhesive applicator, electrics 230V/1/60 model# TT-A3-i-202-10B-P-FT serial#700337670 | 1.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Unloading conveyors | 2.00 | 20.00 | 40.00 | 0.00 | 0.00 |
| Spire flash tester, flat bed flash tester, electrics 22V/1/60 model# Simulator 3501 serial#51355 | 1.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| 1999 MET Adhesive applicator table custom made butyl adhesive applicator table, with 2 x sliding applicator heads, safety light detector, pneumatic air supply model#N/A serial# MD10212 | 1.00 | 200.00 | 200.00 | 0.00 | 0.00 |

## Consignor Settlement

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 7 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Lot- Pneumatic Tools | 1.00 | 40.00 | 40.00 | 0.00 | 0.00 |
| 2005 Istech framing table, custom made with pneumatic air supply for pneumatic clamping, pneumatic riveter model# N/A serial#EK618-001 | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Production Carts | 2.00 | 175.00 | 350.00 | 0.00 | 0.00 |
| Work Tables | 4.00 | 25.00 | 100.00 | 0.00 | 0.00 |
| Dielectric Analyzer Vitrek 944i | 1.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| Stainless Steel Rolling Station | 3.00 | 76.67 | 230.00 | 0.00 | 0.00 |
| Roach assembly conveyor, powered assembly conveyor with rubber belt feed, 26" wide x 8' long model # N/A serial# 395968 | 1.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| Roach assembly conveyor, powered assembly conveyor with rubber belt feed, 26" wide x 8' long model # N/A serial# 395967 | 1.00 | 275.00 | 275.00 | 0.00 | 0.00 |
| Liberty automatic shoe polisher | 1.00 | 125.00 | 125.00 | 0.00 | 0.00 |
| Stainless steel garment rack | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Supply cabinet | 1.00 | 10.00 | 10.00 | 0.00 | 0.00 |
| Dual footwear & wrist test Model# B82251 | 1.00 | 10.00 | 10.00 | 0.00 | 0.00 |
| Furniture Dolly | 1.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| 2 door metal storage cabinet with contents | 1.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| Dow Corning solar sealant PV-807 | 7.00 | 20.00 | 140.00 | 0.00 | 0.00 |
| Cases-15 amp 60 cell J boxes | 35.00 | 10.00 | 350.00 | 0.00 | 0.00 |
| Cases-10 amp 60 cell J boxes | 25.00 | 20.00 | 500.00 | 0.00 | 0.00 |
| Rolls of AKCOME EVA film for 60 cell panels | 168.00 | 10.00 | 1,680.00 | 0.00 | 0.00 |
| Rolls of Coeme Dymat back sheets Pye laminates | 36.00 | 5.00 | 180.00 | 0.00 | 0.00 |
| Pallets of AKCOME EVA film for 96 cell panels | 11.00 | 220.00 | 2,420.00 | 0.00 | 0.00 |
| Rolls of Coveme Dymat Pye laminates for 96 cell panels | 56.00 | 4.00 | 224.00 | 0.00 | 0.00 |
| Rolls of Back sheet for 96 cell panels | 5.00 | 5.00 | 25.00 | 0.00 | 0.00 |
| Glass for 96 cell panels | 140.00 | 2.00 | 280.00 | 0.00 | 0.00 |

## Consignor Settlement

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 8 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Lot- Corrugated Shipping Material | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Aluminum Table Frames | 3.00 | 30.00 | 90.00 | 0.00 | 0.00 |
| Rolling Metro Carts | 3.00 | 90.00 | 270.00 | 0.00 | 0.00 |
| Carts | 2.00 | 20.00 | 40.00 | 0.00 | 0.00 |
| Cage | 1.00 | 15.00 | 15.00 | 0.00 | 0.00 |
| Lot- Rollers | 1.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| Work Tables with Stools | 1.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| Lot- Material Handling Equipment | 1.00 | 160.00 | 160.00 | 0.00 | 0.00 |
| Frame - Block Tray W/Single Angle - Double Panel System | 70.00 | 10.00 | 700.00 | 0.00 | 0.00 |
| Frame - Block Tray W/Single Angle - Triple Panel System | 41.00 | 10.00 | 410.00 | 0.00 | 0.00 |
| Lot- Block Trays | 1.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| Lot- Solar Panel Mounts | 1.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| Wooden Shipping Carts | 2.00 | 75.00 | 150.00 | 0.00 | 0.00 |
| Lot- Glass Racks | 1.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| Lot- Modular Workstation Parts | 1.00 | 175.00 | 175.00 | 0.00 | 0.00 |
| Coherent Harmonic Package s/n SSC.HGS-T.10115 | 1.00 | 1,600.00 | 1,600.00 | 0.00 | 0.00 |
| Equipment: Laser, Manufacturer: Coherent, Model: Libra, Serial number: SSC.LIB-S-1K-220V.10208 , Year: 2007, Description:  Coherent femtosecond pulsed laser for atomic level cutting, vitesse seed laser, evolution pump laser, thermally stabilized regenerative amplifier, stretch / compressor for pulse stability, Ti Sapphire rod assemble for beam output, beam conditioning optics, electrics 220V/3/60, NOT IN SERVICE With Vitesse 2W s/n COO62800011 | 1.00 | 13,000.00 | 13,000.00 | 0.00 | 0.00 |
| Coherent Vitesse s/n 34527403 s/n VITC2-NC28291 | 1.00 | 6,000.00 | 6,000.00 | 0.00 | 0.00 |
| Sold with Lot# 24 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Heavy duty material cart w/castors | 2.00 | 80.00 | 160.00 | 0.00 | 0.00 |

Consignor Settlement

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 9 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Heavy duty material cart w/castors | 2.00 | 80.00 | 160.00 | 0.00 | 0.00 |
| Heavy duty material cart w/castors | 2.00 | 80.00 | 160.00 | 0.00 | 0.00 |
| Medium Grade Material Handling Carts | 4.00 | 50.00 | 200.00 | 0.00 | 0.00 |
| Medium Grade Material Handling Carts | 4.00 | 50.00 | 200.00 | 0.00 | 0.00 |
| AV Cart | 1.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| Pallet Dupont PV Encapsulation Sheet Samples | 1.00 | 4.10 | 4.10 | 0.00 | 0.00 |
| Equipment: CO2 Laser system, Manufacturer: SBM / Laser Photonics, Model:  SBM 1200 M, Serial number: 300-0003-065, Year: 2007, Description:  Laser Photonic CO2 laser system, 3000 Watt laser, maximum substrate size 1200 x 1300 mm, resolution 0.01 mm, 3 axis travel, accuracy +/-0.020 mm, flying optics, touchscreen control panel, CAD / Cam compatibility, Donaldson exhaust system, Bay Voltes water cooled laser chiller, separated computer control module, electrics 208V/3/60 | 1.00 | 5,500.00 | 5,500.00 | 0.00 | 0.00 |
| Metal Frame w/Sliding Glass Door Storage Cabinets | 2.00 | 10.00 | 20.00 | 0.00 | 0.00 |
| Zeiss DUV & I-line system, MSM100 | 1.00 | 1,400.00 | 1,400.00 | 0.00 | 0.00 |
| Safelab System Zero Emission sterilization model # GI-1500 sn: G-961116 | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Micro-G Vibration Free Air Isolated Table Model 2536-516-430 PE with Manual Pneumatic Breaker System w/Granite Base Asset Id #001023 | 1.00 | 60.00 | 60.00 | 0.00 | 0.00 |
| RF Generator 2 KW 13.56 MHz | 2.00 | 50.00 | 100.00 | 0.00 | 0.00 |
| 2000 Solid State Equipment Corp. vacuum deposition system, portable vacuum deposition system, with 4 x manual handling ports model#2000 serial# 1091-DB-72 | 1.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| SCP Bottle Washer | 1.00 | 30.00 | 30.00 | 0.00 | 0.00 |
| MKS multi gas controller/ALCATEL Act 1300m, w/multimeters, power switches & rack | 1.00 | 750.00 | 750.00 | 0.00 | 0.00 |
| Row Technology, model# N/A serial# 1107 | 1.00 | 700.00 | 700.00 | 0.00 | 0.00 |
| CCCP Microscope w/Table s/n 8904507 | 1.00 | 150.00 | 150.00 | 0.00 | 0.00 |

## Consignor Settlement

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 10 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Hitachi Scanning Electron Microscope Model S4000 Asset Id #001021 | 1.00 | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| JST Custom Fabrication cabinets w/Plexiglas doors | 3.00 | 20.00 | 60.00 | 0.00 | 0.00 |
| Clean Chemical Room Stainless Steel Cabinet w/Wire Mesh Glass | 1.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Stools | 2.00 | 4.10 | 8.20 | 0.00 | 0.00 |
| Stainless Steel Prep Table | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Equipment: Thin glass laser scribing system, Manufacturer: Fantom / Laser Photonics, Model: Fantom G3, Serial number: 300-0003-098, Year: 2008, Description: Laser Photonics thin glass laser scribing system, using zero width laser cutting, technology, vacuum holding table 500 mm x 500 mm, 2-level magnification vision system, Fantom fibre laser (Model F2501GL), 2 x control panel, lytron external chiller, electrics 120V / 1 / 60 | 1.00 | 1,700.00 | 1,700.00 | 0.00 | 0.00 |
| Lytron Laser Chiller Model RC006H03BB1C004 s/n 757463-01 | 1.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| Equipment: Wafer dicing system, Manufacturer: Black Star, Model: FLDT, Serial number: N/A , Year: 2009, Description: Black Star wafer dicing system, granite table diameter 12", frame sizes 5",6",8", or 12", nominal PCB thickness 50 - 500 microns, cutting speed 10 - 200mm / sec, maximum stroke 320 mm x 320 mm, fiber short pulse laser, 2-level vision system, safety light curtain, UPS battery backup for computer, electrics 208V/3/60 | 1.00 | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
| Equipment: Laser coating removal system, Manufacturer: Fonon DSS, Model:   FL600, Serial number: 300-0003-148, Year: 2007, Description: Fonon fibre laser ITO coating removal system, vacuum table with air cushion hovering hold down, deletion speed 12 m / sec, imaging speed 1000 cps, laser spot size 25 - 100 mkm, adjustable line width 50 - 200 mkm, maximum stroke 500 mm x 500 mm, electrical 220V/3/60 | 1.00 | 2,500.00 | 2,500.00 | 0.00 | 0.00 |

### Consignor Settlement

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 11 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Equipment: Laser scribing system, Manufacturer: Fontom, Model: G4, Serial number: 300-0004-110 , Year: 2009, Description: Fonton glass panel laser scribing system, using zero width laser dicing technology, Fonton laser capacity 250 watt Model F250GL, Granite table size 930 mm x 770 mm, Nominal glass thickness 1 mm, Cutting speed 100 - 1000 mm / sec, vision system with 2-level magnification, UPS battery backup for computer, external water cooled chiller 2750 BTU | 1.00 | 1,250.00 | 1,250.00 | 0.00 | 0.00 |
| Equipment: Automatic breaker system, Manufacturer: ABS, Model: ABM 777, Serial number: 300-0003-085, Year: 2009, Description: ABS automatic breaker system, the breaking system is designed to break scribed glass or cells, scribing done with zero sidth laser cutting, vacuum table size 18.5" x 14.5", nominal glass thickness 1 mm, breaking bar height adjustment 25 mm, breaking bar stroke 5 mm, vacuum table rotation direct drive, traverse speed 100 - 1000 mm / sec, gas supply CO2 or Nitrogen, not seen: Control panel, Proprietary software | 1.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Fiber Tower Compact Frame w/2 Axes (No Laser) | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Black Star Wafer Dicing Machine Asset Id #001003 (No Laser) | 1.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| ATMI CDO Controlled Deposition Oxidation Model 863 Asset Id #001022 | 1.00 | 1,700.00 | 1,700.00 | 0.00 | 0.00 |
| 20' x 50' clean room with filter | 1.00 | 1,700.00 | 1,700.00 | 0.00 | 0.00 |
| 10' conference table with 8 upholstered rolling chairs, Microwave, toaster oven & stand | 1.00 | 325.00 | 325.00 | 0.00 | 0.00 |
| Rolling stock carts | 5.00 | 35.00 | 175.00 | 0.00 | 0.00 |
| Spools of wire 205-021 wire 390, 0.25x6.0 mm, 1940 each | 10.00 | 130.00 | 1,300.00 | 0.00 | 0.00 |
| 3 AWG Green Wire approx. 500' Various Rolls of Wire | 1.00 | 2,250.00 | 2,250.00 | 0.00 | 0.00 |
| Cases- Kosbon Photovoltaic Ribbon type ETP-CU 0.150x2.00 for Tabbing | 26.00 | 100.00 | 2,600.00 | 0.00 | 0.00 |

**Consignor Settlement**

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 12 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Metal Shelves with Contents | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Server racks | 2.00 | 10.00 | 20.00 | 0.00 | 0.00 |
| Lot- Contents of office excluding server racks | 1.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| Lot- Remaining contents in room | 1.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| Craftsman 16 gallon shop vac | 1.00 | 10.00 | 10.00 | 0.00 | 0.00 |
| Rubbermaid rolling work cart | 1.00 | 85.00 | 85.00 | 0.00 | 0.00 |
| Pallet of Purolator key pleat air filters 16 x 25 x 2 | 1.00 | 30.00 | 30.00 | 0.00 | 0.00 |
| Metro rack | 2.00 | 40.00 | 80.00 | 0.00 | 0.00 |
| Century fire proof 2 drawer file cabinet | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Lot- Contents of Room Excluding Bed | 1.00 | 225.00 | 225.00 | 0.00 | 0.00 |
| Rolling cart with computer system | 1.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| Rolling cart with computer system | 1.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| Lot- 4' x 4' Homemade stainless steel table | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Metro rack and Remaining Contents of Room | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Solar panel frame (Excludes Panel) | 1.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| Solar Adjustable panel frame | 1.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| Solar panel frame | 1.00 | 550.00 | 550.00 | 0.00 | 0.00 |
| Pallet- consisting of Miscellaneous Parts | 1.00 | 175.00 | 175.00 | 0.00 | 0.00 |
| Pallet- consisting of Miscellaneous Parts | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Trivac Vacuum Pump D60A | 1.00 | 800.00 | 800.00 | 0.00 | 0.00 |
| Pallet- consisting of Tester Lamps | 1.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| Slabb computer operated advertising unit | 1.00 | 450.00 | 450.00 | 0.00 | 0.00 |
| Uline pallet truck, 2000 LB capacity pallet truck model# N/A serial# N/A | 1.00 | 125.00 | 125.00 | 0.00 | 0.00 |
| T50 pallet truck 2200 lb capacity  model # N/A serial# N/A | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Crown pallet truck, 5,000 LB capacity model# N/A serial# N/A | 1.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| Man Lift Platform, portable model# N/A serial# N/A | 1.00 | 200.00 | 200.00 | 0.00 | 0.00 |

### Consignor Settlement

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 13 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Caldwell Boom Attachment, telescoping model#Lift truck PB 80 serial# 56033.2 | 1.00 | 450.00 | 450.00 | 0.00 | 0.00 |
| Mitsubishi Caterpillar fork lift, 3,500 LB capacity electric truck with 43" forks, ROPS model# 2FC25E serial# AZEC363444 with 1996 VPII battery charger, electric  model# GTCII18-865TI serial# 96B0222 6B | 1.00 | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
| Yale fork lift, 3,000 LB capacity electric truck with 42" forks, ROPS model# ERC030AGN36TE094 serial# A814004150W with Chloride Electro Networks battery charger, electrical battery charger model# 18M0880M3D serial# 85W3472 | 1.00 | 2,100.00 | 2,100.00 | 0.00 | 0.00 |
| 2002 Birmingham box pan & brake, 4' 12 GA Manual box & Pan Brake model# V-4126 serial# 31113 | 1.00 | 800.00 | 800.00 | 0.00 | 0.00 |
| Cantilever racks - heavy duty with Contents | 2.00 | 550.00 | 1,100.00 | 0.00 | 0.00 |
| De Walt chop saw, 14" bench mounted abrasive chop saw model#D28715 serial# 073089 | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Kinect system vibraplane table model#: 5704-3672-21 sn#: 5502379 | 1.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Equipment: High power fiber laser cutting system, Manufacturer: Titan / Laser Photonics, Model: FLS48, Serial number: 300-0003-171, Year: 2008, Description: Titan / Laser Photonics high power fiber laser cutting system, Titan positioning machine, maximum cutting size 50" x 98", maximum table height 33", maximum table load 986 Lbs., X-Axis travel 99", Y-Axis travel 51", Z-Axis travel 2", feed rate 1200 IPM, rapid traverse rate X & Y 3600 IPM, Repeatability +/- 0.0002", laser focal length 5", air supply 85 PSI, gas supply 360 PSI, touchscreen control panel, electrics 208V/3/60, Donaldson exhaust & filter system, IPG Laser Photonics fibre laser system, output power range 150 watt to 1.5 Kw, beam diameter 20 Mu m, water cooled, power consumption 9 Kw, (2006) Reidell chiller (Model PC63.02-KE-S Serial # 823648 | 1.00 | 31,000.00 | 31,000.00 | 0.00 | 0.00 |
| 2002 Birmingham hydraulic shear, 52" 14 GA Hydraulic shear, with 3 hp, 24" back gauge, (2) front supports model# H-5214 serial# 12151 | 1.00 | 1,600.00 | 1,600.00 | 0.00 | 0.00 |

## Consignor Settlement

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 14 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Dayton ZAC31 Tool Knotcher | 1.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| 1997 Nisshinbo Industries hydraulic press brake, 10" x 125 ton CNC programmable back gauge, 8.5" ram stroke, 12" throat, 15 HP model#NSB 125-3100 serial# NSC 973071 | 1.00 | 6,956.52 | 6,956.52 | 0.00 | 0.00 |
| Birmingham vertical mill, V-Ram machine, 10" x 54" T Slot table with power table feed, 5 HP, spindle speeds 50 to 4300 RPM, power draw bar, (2) axis DROmodel#BPV-4KV serial# 206145 | 1.00 | 2,750.00 | 2,750.00 | 0.00 | 0.00 |
| 1999 Birmingham vertical mill, V-Ram machine, 10" x 54" T Slot table with power table feed, 5 HP, spindle speeds 50 to 4300 RPM, power draw bar, (2) axis DRO model#BPV-4KV serial# 15884 | 1.00 | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
| 2005 Accu II vertical mill, CNC machine, 9" x 49" T slot table, 3 HP, CNC control model# AC 2V serial# 051631 | 1.00 | 6,500.00 | 6,500.00 | 0.00 | 0.00 |
| 2003 MSC Industrial Supply vertical mill, V-Ram machine, 3 HP, 9" x 48" table, spindle speeds 60 to 4200 RPM, (2) Axis DRO, Way covers model#09531112 serial#430793 | 1.00 | 1,900.00 | 1,900.00 | 0.00 | 0.00 |
| 1997 Jet engine lathe, 13" x 40" gap bed engine lathe, collet chuck, (2) Axis DRO, 2000 RPM model# GH1340A serial# 8919897 | 1.00 | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| 1990's MSC Industrial Supply engine lathe, 14" x 40" engine lathe, spindle speeds 70 to 1500 RPM, 3-jaw chuck, thread chasing dial model#09517350 serial # N/A | 1.00 | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
| Work Table with Assorted Tooling | 1.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| 2003 Sharp turning centre, CNC, 10 HP, Fanuc CNC control, (12) station hyd turret, 6000 RPM, coolant system model# ST-10 serial# N/A | 1.00 | 9,000.00 | 9,000.00 | 0.00 | 0.00 |
| 2 door metal storage cabinet | 3.00 | 70.00 | 210.00 | 0.00 | 0.00 |
| 1999 Victor surface grinder, 10" x 20" hydraulic, OTW dresser, coolant system, 7" dia wheel, 3 HP model# 1020HA serial# n/a | 1.00 | 1,800.00 | 1,800.00 | 0.00 | 0.00 |
| 1990's pedestal grinder, 6" double end  model# N/A serial# N/A | 1.00 | 60.00 | 60.00 | 0.00 | 0.00 |

## Consignor Settlement

| | |
|---|---|
| CO #: | 192 |
| Date: | 6/13/2013 |
| Page: | 15 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| 1990's Delta pedestal grinder, double end model# N/A serial# N/A | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Trinco dry blaster | 1.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| Cosa bit sharpener | 1.00 | 325.00 | 325.00 | 0.00 | 0.00 |
| Sand blaster | 1.00 | 125.00 | 125.00 | 0.00 | 0.00 |
| Rockwell belt sander | 1.00 | 225.00 | 225.00 | 0.00 | 0.00 |
| 1990's Manhattan drill, 14" Heavy duty single spindle drill model# 951225 serial# 248375 | 1.00 | 175.00 | 175.00 | 0.00 | 0.00 |
| Work Table and Motor | 1.00 | 29.51 | 29.51 | 0.00 | 0.00 |
| Section Tear Drop Pallet Racking | 1.00 | 175.00 | 175.00 | 0.00 | 0.00 |
| Section Cantilever Rack | 1.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| 2002 Cyclone VBM-34 vertical mill, CNC Vertical bed milling machine, 7.5 HP, centroid CNC control, 12" x 36" T slot table, coolant system model#F4BVS serial# TY20814287 | 1.00 | 2,100.00 | 2,100.00 | 0.00 | 0.00 |
| 2007 Sharp vertical machining centre, CNC Vertical, 39" x 18" table, cat 40 Taper, 10/15 HP, spindle speeds to 8,000 RPM, (20) station ATC, fanuc CNC control model# SV3220 serial# 50600212 | 1.00 | 12,000.00 | 12,000.00 | 0.00 | 0.00 |
| Heavy Duty Carts | 2.00 | 100.00 | 200.00 | 0.00 | 0.00 |
| Metal Cart | 1.00 | 16.40 | 16.40 | 0.00 | 0.00 |
| 2004 Roll-in Saw Band Saw, 14" vertical, 18.5" x 30" table, 1 HP, blade speeds to 525 FPM model# EF1459 serial# 04072EF | 1.00 | 1,100.00 | 1,100.00 | 0.00 | 0.00 |
| 1990 Journey Man band saw, 20" vertical, 24.5" x 24.5", 2 HP, 70 to 500 FPM, blade welder & grinder model # 5989 serial# N/A | 1.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| 1967 Marvel horizontal band saw, 15" x 20", blade speed 50 to 400 FPM, 5 HP model#15A serial# D15134 | 1.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| Jet horizontal band saw, 7" x 12" with 3/4 HP model# J 3410 serial# N/A | 1.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| Hytrol conveyer approx. 15' | 1.00 | 75.00 | 75.00 | 0.00 | 0.00 |

### Consignor Settlement

| | |
|---|---:|
| CO #: | 192 |
| Date: | 6/13/2013 |
| Page: | 16 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| 2007 US Industrial Machinery hydraulic shear, 10' x 1/4" CNC with (3) axis CNC programmable back gauge, throat depth 5.5", 15 HP model#US 1025 CNC EG serial# J2007-226 | 1.00 | 10,500.00 | 10,500.00 | 0.00 | 0.00 |
| Power Team Pneumatic Bender | 1.00 | 800.00 | 800.00 | 0.00 | 0.00 |
| 1992 Rong FU vertical band saw, 10" x 18" Horizontal/Vertical, 2 HP model# RF 1018V serial# 690092 | 1.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Hytrol conveyer approx. 15' | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| 2008 Elumatec double miter saw model# DG 79 serial# 073102005 D | 1.00 | 6,500.00 | 6,500.00 | 0.00 | 0.00 |
| 1994 MSC Industrial Supply mill / drill, 14.5" bench mounted step pulley Mill/Drill, 3.5" spindle quill travel, 1 HP model# 00685420 serial# 037194 | 1.00 | 650.00 | 650.00 | 0.00 | 0.00 |
| Miscellaneous Aluminum | 1.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| 10' Conveyor | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Welding screen shield | 3.00 | 25.00 | 75.00 | 0.00 | 0.00 |
| 2003 Cyclone vertical machining centre, CNC, 39" x 18" table, Cat 40 taper, 10/15 HP, spindle speeds to 8,000 RPM, (20) station ATC, centroid CNC control model# F2063 serial# TY031002696 | 1.00 | 700.00 | 700.00 | 0.00 | 0.00 |
| Central Machinery Belt and Disc Sander | 1.00 | 225.00 | 225.00 | 0.00 | 0.00 |
| Lot- Econo extension cord reels | 1.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Pallet of Electrical cords | 1.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| Conveyor Turn Table with Stand | 1.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| Pallet of Electrical cords | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| 12 ton hydraulic press | 1.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| Acme transformer | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Pallet of Raised flooring | 1.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| Cantilever rack | 1.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| Metro Rack with Conduit | 1.00 | 125.00 | 125.00 | 0.00 | 0.00 |

**Consignor Settlement**

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 17 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Metal, hand made material rack (Cantilever Type) | 2.00 | 50.00 | 100.00 | 0.00 | 0.00 |
| 4500 lb scissor lift | 1.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| Conveyer | 1.00 | 10.00 | 10.00 | 0.00 | 0.00 |
| Heavy Duty Cart with Contents | 1.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| Pallet of Electrical cords | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Rolling carts with Contents | 1.00 | 81.96 | 81.96 | 0.00 | 0.00 |
| 2 door storage cabinets with Contents | 2.00 | 20.00 | 40.00 | 0.00 | 0.00 |
| Lot- Plastic Shelf with Contents | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Lot- Desk, chair & file cabinets and office related items in machine shop | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Lot- Cable trays | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Easy pour tubes | 21.00 | 1.00 | 21.00 | 0.00 | 0.00 |
| Lot- Picoma 2 1/2" galvanized elbows | 1.00 | 45.00 | 45.00 | 0.00 | 0.00 |
| High voltage electrical box | 1.00 | 35.00 | 35.00 | 0.00 | 0.00 |
| Lot- Orange plastic corrugated tubing | 1.00 | 10.00 | 10.00 | 0.00 | 0.00 |
| Motorized pump | 1.00 | 70.00 | 70.00 | 0.00 | 0.00 |
| 3M electronic vacuum cleaner | 1.00 | 5.00 | 5.00 | 0.00 | 0.00 |
| Cantilever rack with contents | 1.00 | 450.00 | 450.00 | 0.00 | 0.00 |
| Lot- Aluminum stands | 1.00 | 30.00 | 30.00 | 0.00 | 0.00 |
| Shopvac | 2.00 | 10.00 | 20.00 | 0.00 | 0.00 |
| Central machinery dust collector Model# S31810 | 1.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| Shop fox dust collector | 1.00 | 40.00 | 40.00 | 0.00 | 0.00 |
| Ryobi 10" table saw | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Chicago 12" compound miter saw model# 91852 | 1.00 | 120.00 | 120.00 | 0.00 | 0.00 |
| Circuit breaker box | 1.00 | 30.00 | 30.00 | 0.00 | 0.00 |
| 4500 lb scissor lift | 1.00 | 275.00 | 275.00 | 0.00 | 0.00 |
| Bundle of 2-1/2",  EMT CONDUIT | 1.00 | 275.00 | 275.00 | 0.00 | 0.00 |
| Lot- Scrap wood | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |

**Consignor Settlement**

| | CO #: | 192 |
|---|---|---|
| | Date: | 6/13/2013 |
| | Page: | 18 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Cantilever rack with contents | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Lot- Various sized wooden shipping containers | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Metal Shipping Containers | 2.00 | 10.00 | 20.00 | 0.00 | 0.00 |
| Lot- Misc. shipping & packing supplies | 1.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| Heavy duty metal cart w/castors and Contents | 2.00 | 75.00 | 150.00 | 0.00 | 0.00 |
| Mayline Filtermatic Adjustable drafting table-Calcomp 9100 | 1.00 | 40.00 | 40.00 | 0.00 | 0.00 |
| Robovent DFC-8000 12 Fume Extractor s/n 9902-634 | 1.00 | 275.00 | 275.00 | 0.00 | 0.00 |
| X-Y Motorized Stage on Steel Frame | 1.00 | 60.00 | 60.00 | 0.00 | 0.00 |
| Donaldson Carbon Filter System Model P197210 | 1.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Hand Tabber with Work Table and Contents | 1.00 | 85.00 | 85.00 | 0.00 | 0.00 |
| Metro Racks | 2.00 | 30.00 | 60.00 | 0.00 | 0.00 |
| Carts & Contents | 1.00 | 90.00 | 90.00 | 0.00 | 0.00 |
| Lot- Titan Frame Work in Progress Single Shuttle Table, Various Stages of Titan Work in Progress, Mostly Scrap Due to Specialized Nature of Item | 1.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| X-Y Gantry | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Lytron RC Recirculating Chiller Asset Id #001070 | 1.00 | 600.00 | 600.00 | 0.00 | 0.00 |
| Lytron Laser Chiller Model RC006H03BB1C004 s/n 774-423-01 Asset Id #001062 | 1.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| Antron Mask Repair Machine on Granite Base Asset Id #001049 | 1.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| 5 Drawer Blue Print Cabinets | 2.00 | 90.00 | 180.00 | 0.00 | 0.00 |
| Granite Base X-Y Stage | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Herman Stone Surface Plate 2 Tons 12' s/n 24779 | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Phantom G5 Annealing System E-1 Asset Id #001001 (No Laser) | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Heavy Duty Cart with Vacuum Pump | 1.00 | 175.00 | 175.00 | 0.00 | 0.00 |
| Stainless Steel Table on Casters | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |

## Consignor Settlement

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 19 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Neslab RTE-110 ultrasonic cleaner | 1.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| Miscellaneous Scrap Metal | 1.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Fisher Scientific ISO Temp refrigerator circulator | 1.00 | 40.00 | 40.00 | 0.00 | 0.00 |
| Rubbermaid cleaning cart | 1.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| Janitor's cart | 1.00 | 30.00 | 30.00 | 0.00 | 0.00 |
| ASAHI Kogyosha stainless steel high voltage cabinet model# ECB103 sn#: ECB103 | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Lot- 5 Work tables, 4 chairs, 4 storage cabinets, 2 file cabinets, 3 shelves | 1.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Metal Frame Table | 2.00 | 50.00 | 100.00 | 0.00 | 0.00 |
| Lot- Miscellaneous computer & electronic appliance parts | 1.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| Cantilever racks | 2.00 | 350.00 | 700.00 | 0.00 | 0.00 |
| Vence Material Handling Cart | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Genie die cart, manual portable die lift cart model# N/A serial# N/A | 1.00 | 225.00 | 225.00 | 0.00 | 0.00 |
| Sections Pallet Racking | 54.00 | 60.00 | 3,240.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 10 Size 51" X 77" X 1 1/2", Watts: 390-405) | 1.00 | 1,400.00 | 1,400.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 20 Size 39" X 65" X 2", Watts: 240-250) | 1.00 | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 20 Size 39" X 65" X 1 1/2", Watts: 240-250) | 1.00 | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 20 Size 39" X 65" X 1 1/2", Watts: 240-250) | 1.00 | 2,100.00 | 2,100.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 18 Size 51" X77" X 1 1/2", Watts: 390-405) | 1.00 | 2,400.00 | 2,400.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 10 Size 39" X65" X 1 1/2", Watts: 240-250) | 1.00 | 1,200.00 | 1,200.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 20 Size 39" X65" X 2", Watts: 240-250) | 1.00 | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 11 Size 51" X77" X 1 1/2", Watts: 390-405) | 1.00 | 1,500.00 | 1,500.00 | 0.00 | 0.00 |

## Consignor Settlement

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 20 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Pallet of Solar Panels (QTY: 13 Size 51" X77" X 1 1/2", Watts: 390-405) | 1.00 | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 23 Size 51" X77" X 1 1/2", Watts: 390-405) | 1.00 | 3,100.00 | 3,100.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 23 Size 51" X77" X 1 1/2", Watts: 390-405) | 1.00 | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 6 Size 39" X65" X 2", Watts: 240-250) | 1.00 | 900.00 | 900.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 21 Size 39" X65" X 2", Watts: 240-250) | 1.00 | 2,300.00 | 2,300.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 20 Size 39" X65" X 2", Watts: 240-250) | 1.00 | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 23 Size 51" X77" X 1 1/2", Watts: 390-405) | 1.00 | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 24 Size 51" X77" X 1 1/2", Watts: 390-405) | 1.00 | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 20 Size 39" X65" X 2", Watts: 240-250) | 1.00 | 2,400.00 | 2,400.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 14 Size 39" X65" X 1 1/2", Watts: 240-250) | 1.00 | 1,800.00 | 1,800.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 13 Size 39" X65" X 2", Watts: 240-250) | 1.00 | 1,400.00 | 1,400.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 8 Size 39" X65" X 2", Watts: 240-250) | 1.00 | 1,200.00 | 1,200.00 | 0.00 | 0.00 |
| Pallet of Solar Panels (QTY: 9 Size 39" X65" X 2", Watts: 240-250) | 1.00 | 1,300.00 | 1,300.00 | 0.00 | 0.00 |
| Approximately 130 Solar Panels in Shipping Area | 1.00 | 6,500.00 | 6,500.00 | 0.00 | 0.00 |
| Approximately 120 Solar Panels in Production Area | 1.00 | 4,750.00 | 4,750.00 | 0.00 | 0.00 |
| Lot- 10 Material Handling Carts and 1 Pallet Solar Panels (work in progress) | 1.00 | 1,750.00 | 1,750.00 | 0.00 | 0.00 |
| 12 Sections Modular Workstations With 10 Desks, 10 File Cabinets, 3 Lateral File Cabinets And 14 Overhead File Cabinets, 7 Chairs, Printer Stand, 4 Book Shelves, Modular Desk, 8Ft. Conference Table With 7 Chairs, Black & Decker Coffee Maker, Stainless Steel Coffee Server, 2 | 1.00 | 900.00 | 900.00 | 0.00 | 0.00 |

### Consignor Settlement

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 21 |

Curtis Coffee Warmers Model# Tls-Ss1, 2 - 2
Door Wood Wall Mount Dry Erase Board, Wood
Double Pedestal Desk With Credenza

| | | | | | |
|---|---|---|---|---|---|
| Amana, white refrigerator, Sensco coffeemaker, GE microwave oven, Black&Decker Spacemaker toaster oven, GE Stainless steel, 3' high refrigerator | 1.00 | 375.00 | 375.00 | 0.00 | 0.00 |
| Lot- Contents of Room (Excluding Electronics Listed Separately) | 1.00 | 450.00 | 450.00 | 0.00 | 0.00 |
| Lot- Contents of Room | 1.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| Lot- Contents of Room | 1.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| Server w/Monitor | 1.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| Switches 10/100 | 1.00 | 2.00 | 2.00 | 0.00 | 0.00 |
| Lot- Contents of Room | 1.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Lot- Office with Contents, Contents of Room | 1.00 | 140.00 | 140.00 | 0.00 | 0.00 |
| Lot- Office with Contents, Contents of Room | 1.00 | 10.00 | 10.00 | 0.00 | 0.00 |
| Lot- Office with Contents, Contents of Room | 1.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| Lot- Contents of Room | 1.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| Lot- Contents of Room | 1.00 | 15.00 | 15.00 | 0.00 | 0.00 |
| Lot- Contents of Room | 1.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| Lot- Contents of Room | 1.00 | 425.00 | 425.00 | 0.00 | 0.00 |
| Dell Optiplex 745 Computer System with LCD Monitor | 1.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| Dell Precision 670 Computer System with LCD Monitor | 1.00 | 5.00 | 5.00 | 0.00 | 0.00 |
| Dell Optiplex 745 Computer System with LCD Monitor | 1.00 | 20.00 | 20.00 | 0.00 | 0.00 |
| Dell Optiplex Gx270 Computer System with LCD Monitor | 1.00 | 15.00 | 15.00 | 0.00 | 0.00 |
| Dell Optiplex 745 Computer System with LCD Monitor | 1.00 | 20.00 | 20.00 | 0.00 | 0.00 |
| Dell Optiplex 745 Computer System with LCD Monitor | 1.00 | 30.00 | 30.00 | 0.00 | 0.00 |
| Dell Optiplex 745 Computer System with LCD Monitor | 1.00 | 35.00 | 35.00 | 0.00 | 0.00 |

**Consignor Settlement**

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 22 |

| Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|
| Dell Optiplex 745 Computer System with LCD Monitor | 1.00 | 30.00 | 30.00 | 0.00 | 0.00 |
| Dell Optiplex 745 Computer System with LCD Monitor | 1.00 | 20.00 | 20.00 | 0.00 | 0.00 |
| Dell Optiplex 745 Computer System with LCD Monitor | 1.00 | 20.00 | 20.00 | 0.00 | 0.00 |
| Dell Optiplex 745 Computer System with LCD Monitor | 1.00 | 35.00 | 35.00 | 0.00 | 0.00 |
| Dell Optiplex 745 Computer System with LCD Monitor | 1.00 | 35.00 | 35.00 | 0.00 | 0.00 |
| Acer LCD Monitor With Keyboard | 1.00 | 10.00 | 10.00 | 0.00 | 0.00 |
| Dell Optiplex Gx520 Computer System with LCD Monitor | 1.00 | 20.00 | 20.00 | 0.00 | 0.00 |
| Dell Optiplex Gx260 Computer System with LCD Monitor | 1.00 | 20.00 | 20.00 | 0.00 | 0.00 |
| Dell Optiplex 745 Computer System with LCD Monitor | 1.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| Dell Optiplex 745 Computer System with LCD Monitor | 1.00 | 20.00 | 20.00 | 0.00 | 0.00 |
| Dell Optiplex 745 Computer System with LCD Monitor | 1.00 | 20.00 | 20.00 | 0.00 | 0.00 |
| Dell Optiplex 745 Computer System with LCD Monitor | 1.00 | 40.00 | 40.00 | 0.00 | 0.00 |
| Dell Optiplex 745 Computer System with LCD Monitor | 1.00 | 70.00 | 70.00 | 0.00 | 0.00 |
| Dell Optiplex 745 Computer System with LCD Monitor | 1.00 | 40.00 | 40.00 | 0.00 | 0.00 |
| Sony Vaio Pcg 792L Laptop | 1.00 | 70.00 | 70.00 | 0.00 | 0.00 |
| Dell Latitude D800 Laptop Computer | 1.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| Dell Latitude Pp101L Laptop Computer | 1.00 | 30.00 | 30.00 | 0.00 | 0.00 |
| Sony Pentium-3 PCG9211 Laptop | 1.00 | 20.00 | 20.00 | 0.00 | 0.00 |
| Epson PowerLite 77C monitor projector | 1.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| Sony Bravia flatscreen TV 40" | 1.00 | 210.00 | 210.00 | 0.00 | 0.00 |

**Consignor Settlement**

| CO #: | 192 |
|---|---|
| Date: | 6/13/2013 |
| Page: | 23 |

| Description | Quantity | Unit Price | Ext.Price | Expenses |
|---|---|---|---|---|

|  |  |
|---|---|
| Total Quantity: | 1,189.00 |
| Total Invoice Sale Price: | 513,571.72 |
| Total Due to Consignor: | 513,571.72 |
| Total Payments: | 0.00 |
| Balance: | $513,571.72 |

Positive Balance, Monies Owed to Consignor
Inventory Remaining For This Consignment Order

**COMMISSION SETTINGS**
Calculate Commission By: Each
Commission Structure Type: Fixed

| Any Amount | 0% |
|---|---|