**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.,**

      **Plaintiff,**

-vs-                                               **Case No. 6:13-cv-657-Orl-28KRS**

**BLUECHIP POWER, LLC, BLUECHIP ENERGY, LLC, ADVANCED SOLAR PHOTONICS, LLC, LASER PHOTONICS, LLC, ICT INVESTMENTS, LLC, US INVESTING CORPORATION, DEMITRI NIKITIN, SVETLANA NIKITIN, FIFTH THIRD BANK, AEGIS BUSINESS CREDIT, LLC, ON DECK CAPITAL, INC., NEWLOGIC BUSINESS LOANS, INC., JEFFREY L. CARRIER, FANUC ROBOTICS AMERICA CORPORATION, SG EQUIPMENT FINANCE USA CORP., SUNIVA, INC., WANXIANG AMERICA CORP., RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC, MICHAEL E. MOECKER,**

      **Defendants.**
_____

## ORDER

On August 15, 2013, the Court entered its Case Management and Scheduling Order in this case (Doc. 136), which, among other things, required the parties to consult and file a Notice of Mediation within fourteen (14) days from the date of that Order. The parties failed to do so. Accordingly, Plaintiff shall file the Notice of Mediation within seven (7) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of September, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party