# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

SUNTRUST EQUIPMENT FINANCE )
AND LEASING CORP., )
)
    Plaintiff, )    CASE NO. 6:13-cv-657-JA-KRS
vs. )
)
BLUECHIP POWER, LLC; BLUECHIP )
ENERGY, LLC; ADVANCED SOLAR )
PHOTONICS, LLC; LASER PHOTONICS, LLC; )
ICT INVESTMENTS, LLC; US INVESTING )
CORPORATION; DEMITRI NIKITIN; )
SVETLANA NIKITIN; FIFTH THIRD BANK; )
AEGIS BUSINESS CREDIT, LLC; ON DECK )
CAPITAL, INC.; NEWLOGIC BUSINESS )
LOANS, INC.; JEFFERY L. CARRIER, AS )
TRUSTEE FOR THE JEFFERY L. CARRIER )
REVOCABLE TRUST; FANUC ROBOTICS )
AMERICA CORPORATION; SG EQUIPMENT )
FINANCE USA CORP., SUNIVA INC.; )
WANXIANG AMERICA CORP.; RINEHART )
DEVELOPMENT AND INVESTMENT GROUP, )
LLC; MICHAEL E. MOECKER, AS RECEIVER, )
)
    Defendants. )

---

WANXIANG AMERICA CORPORATION, )
)
    Counter, Cross and Third Party Plaintiff, )
)
vs. )
)
BLUECHIP POWER, LLC f/k/a BLUECHIP )
ENERGY, LLC; ADVANCED SOLAR )
PHOTONICS, LLC; SORRENTO SOLAR )
FARM, LLC; DEMITRI NITIKIN; )
SUNTRUST EQUIPMENT FINANCING )
AND LEASING CORP.; APZB INDUSTRIES; )
ICT INVESTMENTS, LLC; FIFTH THIRD )
BANK; JEFFERY L. CARRIER, in his capacity )
as the TRUSTEE OF THE JEFFERY L. CARRIER )
TRUST; and AEGIS BUSINESS CREDIT, LLC; )
)
    Counter, Cross and Third Party Defendants. )

2278864 v1

## NOTICE OF MEDIATION

Plaintiff, SunTrust Equipment Finance and Leasing Corp., by and through its undersigned attorneys and pursuant to this Court's Case Management and Scheduling Order (Doc No. 136), hereby provides notice that mediation will be conducted on March 27, 2014 at 1:00 p.m. and that the mediator will be David Henry, Esquire.

Respectfully Submitted,

*/s/ Michael A. Nardella*
Eric S. Golden, Esq.
Florida Bar No. 0146846
Primary Email: egolden@burr.com
Secondary Email: jmorgan@burr.com
Michael A. Nardella, Esq.
Florida Bar No. 51265
Primary Email: mnardella@burr.com
**BURR & FORMAN, LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 12th day of September, 2013. As such, the foregoing was served electronically upon all counsel of record on September 12, 2013. Mediator, David Henry, Esq. was served electronically on September 12, 2013.

*/s/ Michael A. Nardella*
Michael A. Nardella, Esq.