# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.,**

      **Plaintiff,**

**-vs-**                                             **Case No. 6:13-cv-657-Orl-28KRS**

**BLUECHIP POWER, LLC, BLUECHIP ENERGY, LLC, et al.,**

      **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT WANXIANG AMERICA CORPORATION'S MOTION FOR LEAVE TO FILE FIRST AMENDED CROSS, COUNTER AND THIRD PARTY COMPLAINT (Doc. No. 139)**
>
> **FILED:** August 26, 2013
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The motion does not contain a certification of conference with parties of record as required by Local Rule 3.01(g). Any renewed motion shall be supported by a proposed amended pleading that adequately alleges the citizenship of each party. The business address of a corporation is insufficient to establish the place of its citizenship. *See* Doc. No. 139-1 ¶ 4.

**DONE** and **ORDERED** in Orlando, Florida on September 16, 2013.

                                                        *Karla R. Spaulding*
                                                    KARLA R. SPAULDING
                                       UNITED STATES MAGISTRATE JUDGE