**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

SUNTRUST EQUIPMENT FINANCE
AND LEASING CORP.,

        Plaintiff,                    CASE NO. 6:13-cv-00657-Orl-28KRS

vs.

BLUECHIP POWER, LLC, f/k/a
BLUECHIP ENERGY, LLC;
BLUECHIP ENERGY, LLC, f/k/a
COMPLETE ELECTRIC
CONTRACTORS, LLC; ET AL.,

        Defendants.

_____

**STIPULATED MOTION FOR RELIEF FROM THE RECEIVERSHIP INJUNCTION**

Bank Sinopac, Assignee of Tainergy Tech Co., Ltd. ("Sinopac"), SunTrust Equipment Finance and Leasing Corporation ("SunTrust"), and Michael E. Moecker of Moecker & Associates, Inc. ("Receiver"; and with the Receiver and Sinopac, the "Parties"), by their undersigned counsel, stipulate to entry of, and hereby move the Court to enter, the attached order.

**BACKGROUND**

1. On November 28, 2012, Sinopac commenced a law suit in the United States District Court, Middle District of Florida, case number 6:12-cv-01797-PCF-DAB ("Sinopac Case"), seeking to collect no less than $892,100.30 that Sinopac alleged BlueChip Energy, LLC ("BlueChip") owed it for accounts receivable that had been assigned to Sinopac.

2. BlueChip filed its answer in the Sinopac Case on March 11, 2013.

3. BlueChip's counsel made two unsuccessful attempts to withdraw from representation in the Sinopac case, resulting in additional procedural delays in that case.

4. On April 19, 2013, and without notice to Sinopac, BlueChip filed a petition for the assignment for the benefit of creditors in Seminole County, Florida, Circuit Court.

5. On April 23, 2013, SunTrust filed a complaint with this Court, initiating the above-captioned case ("Receivership Case"; and with the Sinopac Case, the "Cases").

6. On May 22, 2013, this Court entered an order appointing the Receiver ("Receivership Order"), which stayed all third parties from "taking any action seeking to recover money damages or other relief against the Lessee Defendants or the Receivership Estate."

7. On June 4, 2013, BlueChip's counsel in the Sinopac case served the Receivership Order on Sinopac' counsel.

8. The Parties now wish to preserve their rights and avoid any questions that might arise from the timing of the pleadings in the Cases (and any resulting litigation costs, which the Parties would prefer to avoid).

## STIPULATED MOTION

The Parties stipulate and agree, and move the Court to approve, the following:

1. Sinopac is granted relief from the injunction in the Receivership Order to the extent necessary to litigate the Sinopac Case to entry of judgment.

2. Solely to the extent necessary to defend themselves in the Sinopac Case, the Lessee Defendants and Guarantors are granted relief from the injunction in the Receivership Order; provided, however, that such relief does not extend to allowing the Lessee Defendants or Guarantors to utilize any assets under the Receiver's control for this purpose.

3. Unless otherwise agreed by the Parties, for the duration of the Receiver's appointment, Sinopac may only seek to collect upon any judgment it may receive in the Sinopac Case by amending the claim it filed with the Receiver in the Receivership Case.

4. Sinopac agrees that any judgment lien rights it receives as a result of a judgment in the Sinopac Case will be inferior to the lien of SunTrust on SunTrust's collateral.

5. To effect this agreement, the Parties stipulate and agree to the entry of the attached proposed order.

Approved to as to form and content.

Dated: September 18, 2013

        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

        By: /s/ Michael H. Traison
            Michael H. Traison
            225 West Washington, Suite 2600
            Chicago, IL 60606
            Phone: (312) 860-4230
            Fax:    (312) 460-4200
            traison@millercanfield.com

        Attorneys for Bank Sinopac, Assignee of Tainergy Tech Co., Ltd.

AND

        BURR & FORMAN, LLP

        By: /s/ Eric S. Golden
            Eric S. Golden, Esq., Florida Bar No. 0146846
            Michael A. Nardella, Esq., Florida Bar No. 51265
            200 South Orange Avenue, Suite 800
            Orlando, Florida 32801
            Phone: (407) 540-6600
            Fax: (407) 540-6601
            E-mail: egolden@burr.com
                    nmardella@burr.com

        Attorneys for Suntrust Equipment Finance and Leasing Corp.

AND

By: /s/ Christopher R. Thompson
    Christopher Robert Thompson
    Mariane Leight Dorris
    R. Scott Shuker
    Latham, Shuker, Eden & Beaudine
    111 N Magnolia Ave, Suite 1400
    Orlando, FL 32801
    (407) 481-5863
    Fax: (407) 481-5801
    Email: cthompson@lseblaw.com
           mdorris@lseblaw.com
           rshuker@lseblaw.com

Attorneys for Michael E. Moecker, Receiver

## EXHIBIT A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SUNTRUST EQUIPMENT FINANCE
AND LEASING CORP.,

      Plaintiff,                                  CASE NO. 6:13-cv-00657-Orl-28KRS

vs.

BLUECHIP POWER, LLC, f/k/a
BLUECHIP ENERGY, LLC;
BLUECHIP ENERGY, LLC, f/k/a
COMPLETE ELECTRIC
CONTRACTORS, LLC; ET AL.,

      Defendants.
_____

**[PROPOSED] ORDER GRANTING**
**RELIEF FROM THE RECEIVERSHIP INJUNCTION**

This cause came on for consideration without oral argument on the *STIPULATED MOTION FOR RELIEF FROM THE RECEIVERSHIP INJUNCTION*, field by Bank Sinopac, Assignee of Tainergy Tech Co., Ltd. ("Sinopac"), SunTrust Equipment Finance and Leasing Corporation ("SunTrust"), and Michael E. Moecker of Moecker & Associates, Inc. ("Receiver"; and with the Receiver and Sinopac, the "Parties"). The Court being advised in the premises and there be good and sufficient reason therefore,

    THEREON it is ORDERED that

    1.    Sinopac is granted relief from the injunction in the Receivership Order to the extent necessary to litigate the Sinopac Case to entry of judgment.

    2.    Solely to the extent necessary to defend themselves in the Sinopac Case, the Lessee Defendants and Guarantors are granted relief from the injunction in the Receivership

Order; provided, however, that such relief does not extend to allowing the Lessee Defendants or Guarantors to utilize any assets under the Receiver's control for this purpose.

3. Unless otherwise agreed by the Parties, for the duration of the effect of the Receiver's appointment, Sinopac may only seek to collect upon any judgment it may receive in the Sinopac Case by amending the claim it filed with the Receiver in the Receivership Case.

4. Any judgment lien rights Sinopac receives as a result of a judgment in the Sinopac Case will be inferior to the lien of SunTrust on SunTrust's collateral.

DONE and ORDERED in Orlando, Florida on _____.

_____
Karla R. Spaulding
United States Magistrate Judge

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SUNTRUST EQUIPMENT FINANCE
AND LEASING CORP.,

        Plaintiff,                      CASE NO. 6:13-cv-00657-Orl-28KRS

vs.

BLUECHIP POWER, LLC, f/k/a
BLUECHIP ENERGY, LLC;
BLUECHIP ENERGY, LLC, f/k/a
COMPLETE ELECTRIC
CONTRACTORS, LLC; ET AL.,

        Defendants.

_____

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 17th day of September, 2013. As such, the foregoing was served electronically upon all counsel of record on September 17, 2013.

The following parties were served with a copy of the foregoing via First Class US Mail, postage prepaid, on this 17th day of September, 2013:

    BlueChip Power, LLC f/k/a BlueChip Energy, LLC
    c/o ICT Investments LLC, Registered Agent
    400 Rinehart Road, #1060
    Lake Mary, FL 32746

    Advanced Solar Photonics, LLC
    c/o ICT Investments LLC, Registered Agent
    400 Rinehart Road, #1060
    Lake Mary, FL 32746

    Newlogic Business Loans, Inc., d/b/a APZB Industries
    c/o CT Corporation Systems, Registered Agent
    155 Federal Street
    Boston, MA 02110

ICT Investments, LLC
c/o CT Corporation Systems, Registered Agent
1201 Hays Street
Tallahassee, FL 32301

Demitri Nikitin
3217 Yattika Place
Longwood, FL 32779

Aegis Business Credit, LLC
c/o Robert K. Beard, Registered Agent
5510 W. LaSalle Street
Third Floor
Tampa, FL 33606

By: /s/ Michael H. Traison
 Michael H. Traison
 225 West Washington, Suite 2600
 Chicago, IL 60606
 Phone:  (312) 860-4230
 Fax:     (312) 460-4200
 traison@millercanfield.com