## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.,**

        **Plaintiff,**

**-vs-**                         **Case No. 6:13-cv-657-Orl-28KRS**

**BLUECHIP POWER, LLC, BLUECHIP ENERGY, LLC, et al.,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR ADMISSION PRO HAC VICE (Doc. No. 146)
>
> **FILED:** September 18, 2013
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The motion fails to comply with Local Rule 3.01(g), which requires a statement certifying that moving counsel has conferred with opposing counsel and stating whether opposing counsel agrees with or opposes the motion. A renewed motion shall comply with Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on September 19, 2013.

                                         *Karla R. Spaulding*
                                         KARLA R. SPAULDING
                                UNITED STATES MAGISTRATE JUDGE