IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SUNTRUST EQUIPMENT FINANCE AND LEASING CORP., <br><br> Plaintiff, <br> vs. <br><br> BLUECHIP POWER, LLC; BLUECHIP ENERGY, LLC; ADVANCED SOLAR PHOTONICS, LLC; LASER PHOTONICS, LLC; ICT INVESTMENTS, LLC; US INVESTING CORPORATION; DEMITRI NIKITIN; SVETLANA NIKITIN; FIFTH THIRD BANK; AEGIS BUSINESS CREDIT, LLC; ON DECK CAPITAL, INC.; NEWLOGIC BUSINESS LOANS, INC.; JEFFERY L. CARRIER, AS TRUSTEE FOR THE JEFFERY L. CARRIER REVOCABLE TRUST; FANUC ROBOTICS AMERICA CORPORATION; SG EQUIPMENT FINANCE USA CORP., SUNIVA INC.; WANXIANG AMERICA CORP.; RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC; MICHAEL E. MOECKER, AS RECEIVER, <br><br> Defendants. | CASE NO. 6:13-cv-657-JA-KRS |
| WANXIANG AMERICA CORPORATION, <br><br> Counter, Cross and Third Party Plaintiff, <br> vs. <br><br> BLUECHIP POWER, LLC f/k/a BLUECHIP ENERGY, LLC; ADVANCED SOLAR PHOTONICS, LLC; SORRENTO SOLAR FARM, LLC; DEMITRI NITIKIN; SUNTRUST EQUIPMENT FINANCING AND LEASING CORP.; APZB INDUSTRIES; ICT INVESTMENTS, LLC; FIFTH THIRD BANK; JEFFERY L. CARRIER, in his capacity as the TRUSTEE OF THE JEFFERY L. CARRIER TRUST; and AEGIS BUSINESS CREDIT, LLC; <br><br> Counter, Cross and Third Party Defendants. | |

## NOTICE OF FILING ACKNOWLEDGEMENT AND ACCEPTANCE OF SERVICE OF SUNTRUST EQUIPMENT FINANCING AND LEASING CORP.'S MOTION TO DISBURSE AUCTION PROCEEDS (DOC. NO. 142)

Plaintiff, SunTrust Equipment Finance and Leasing Corp., by and through its undersigned counsel, hereby files the attached Acknowledgment and Acceptance of Service of SunTrust Equipment Financing and Leasing Corp.'s Motion to Disburse Auction Proceeds (Doc. No. 142) as to Ray Valdes, in his capacity as Seminole County Tax Collector.

Dated: September 26, 2013.

/s/ Michael A. Nardella
Eric S. Golden, Esq.
Florida Bar No. 0146846
Primary Email: egolden@burr.com
Secondary Email: jmorgan@burr.com
Michael A. Nardella, Esq.
Florida Bar No. 51265
Primary Email: mnardella@burr.com
**BURR & FORMAN, LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 26th day of September, 2013. As such, the foregoing was served electronically upon all counsel of record on September 26, 2013.

The following parties were served with a copy of the foregoing via e-mail, on this 26th day of September, 2013.

Honorable David Johnson, CFA, in his capacity as Seminole County Property Appraiser
c/o Thomas J. Wilkes, Esq. to tom.wilkes@gray-robinson.com

Honorable Ray Valdes, in his capacity as Seminole County Tax Collector
c/o Arnold Schneider, Esq. to aschneider@seminolecountyfl.gov

*Michael A. Nardella*
Michael A. Nardella, Esq.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SUNTRUST EQUIPMENT FINANCE AND LEASING CORP., | )<br>)<br>) |
| Plaintiff, | )     CASE NO. 6:13-cv-657-JA-KRS |
| vs. | )<br>) |
| BLUECHIP POWER, LLC; BLUECHIP ENERGY, LLC; ADVANCED SOLAR PHOTONICS, LLC; LASER PHOTONICS, LLC; ICT INVESTMENTS, LLC; US INVESTING CORPORATION; DEMITRI NIKITIN; SVETLANA NIKITIN; FIFTH THIRD BANK; AEGIS BUSINESS CREDIT, LLC; ON DECK CAPITAL, INC.; NEWLOGIC BUSINESS LOANS, INC.; JEFFERY L. CARRIER, AS TRUSTEE FOR THE JEFFERY L. CARRIER REVOCABLE TRUST; FANUC ROBOTICS AMERICA CORPORATION; SG EQUIPMENT FINANCE USA CORP., SUNIVA INC.; WANXIANG AMERICA CORP.; RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC; MICHAEL E. MOECKER, AS RECEIVER, | ) |
| Defendants. | ) |

---

| | |
|---|---|
| WANXIANG AMERICA CORPORATION, | ) |
| Counter, Cross and Third Party Plaintiff, | ) |
| vs. | ) |
| BLUECHIP POWER, LLC f/k/a BLUECHIP ENERGY, LLC; ADVANCED SOLAR PHOTONICS, LLC; SORRENTO SOLAR FARM, LLC; DEMITRI NITIKIN; SUNTRUST EQUIPMENT FINANCING AND LEASING CORP.; APZB INDUSTRIES; ICT INVESTMENTS, LLC; FIFTH THIRD BANK; JEFFERY L. CARRIER, in his capacity as the TRUSTEE OF THE JEFFERY L. CARRIER TRUST; and AEGIS BUSINESS CREDIT, LLC; | ) |
| Counter, Cross and Third Party Defendants. | ) |

2289238 v2

## ACKNOWLEDGEMENT AND ACCEPTANCE OF SERVICE OF SUNTRUST EQUIPMENT FINANCING AND LEASING CORP.'S MOTION TO DISBURSE AUCTION PROCEEDS

The undersigned counsel hereby represents that he is the attorney for Ray Valdes, in his capacity as Seminole County Tax Collector, and that he acknowledges receipt of SunTrust Equipment Financing and Leasing Corp.'s Motion to Disburse Auction Proceeds (Doc 142) without the need for formal service of process.

Dated: September 26, 2013

Arnold W. Schneider, Esq.
Florida Bar No. 183156
Assistant Seminole County Attorney
County Attorney's Office
1101 East First Street
Sanford, FL 32771-1468
Telephone: (407) 665-7254
Facsimile: (407) 665-7259

**Attorneys for Ray Valdes, in his capacity as Seminole County Tax Collector**