IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SUNTRUST EQUIPMENT FINANCE AND LEASING CORP., )<br>)<br>Plaintiff,  )<br>vs.  )<br>)<br>BLUECHIP POWER, LLC; BLUECHIP  )<br>ENERGY, LLC; ADVANCED SOLAR  )<br>PHOTONICS, LLC; LASER PHOTONICS, LLC; )<br>ICT INVESTMENTS, LLC; US INVESTING  )<br>CORPORATION; DEMITRI NIKITIN;  )<br>SVETLANA NIKITIN; FIFTH THIRD BANK;  )<br>AEGIS BUSINESS CREDIT, LLC; ON DECK  )<br>CAPITAL, INC.; NEWLOGIC BUSINESS  )<br>LOANS, INC.; JEFFERY L. CARRIER, AS  )<br>TRUSTEE FOR THE JEFFERY L. CARRIER  )<br>REVOCABLE TRUST; FANUC ROBOTICS  )<br>AMERICA CORPORATION; SG EQUIPMENT )<br>FINANCE USA CORP., SUNIVA INC.;  )<br>WANXIANG AMERICA CORP.; RINEHART  )<br>DEVELOPMENT AND INVESTMENT GROUP, )<br>LLC; MICHAEL E. MOECKER, AS RECEIVER, )<br>)<br>Defendants.  ) | CASE NO. 6:13-cv-657-JA-KRS |

_____

WANXIANG AMERICA CORPORATION,                )
                                                                                         )
           Counter, Cross and Third Party Plaintiff,   )
                                                                                         )
vs.                                                                                 )
                                                                                         )
BLUECHIP POWER, LLC f/k/a BLUECHIP         )
ENERGY, LLC; ADVANCED SOLAR                     )
PHOTONICS, LLC; SORRENTO SOLAR              )
FARM, LLC; DEMITRI NITIKIN;                           )
SUNTRUST EQUIPMENT FINANCING              )
AND LEASING CORP.; APZB INDUSTRIES;     )
ICT INVESTMENTS, LLC; FIFTH THIRD          )
BANK; JEFFERY L. CARRIER, in his capacity   )
as the TRUSTEE OF THE JEFFERY L. CARRIER )
TRUST; and AEGIS BUSINESS CREDIT, LLC;   )
                                                                                         )
           Counter, Cross and Third Party Defendants. )

2298244 v1

### PLAINTIFF'S NOTICE OF SETTLEMENT WITH SEMINOLE COUNTY TAX COLLECTOR OF PLAINTIFF'S MOTION TO DISBURSE AUCTION PROCEEDS (DOC. NO. 142)

Plaintiff, SunTrust Equipment Finance and Leasing Corp. ("SunTrust"), by and through its undersigned counsel, files this Notice of Settlement with the Seminole County Tax Collector (the "Tax Collector") of SunTrust's Motion to Disburse Auction Proceeds (Doc. No. 142)(the "Motion to Disburse"), and states as follows:

On September 26, 2013, SunTrust and the Tax Collector entered into that certain Stipulation and Settlement Agreement (the "Agreement"), a copy of which is attached hereto as **Exhibit A**, pursuant to which SunTrust and the Tax Collector agreed, *inter alia*, to the immediate disbursement of auction proceeds as follows:[1]

| | |
|---|---|
| Retained by the Receiver: | $30,000.00 |
| Disbursed to Seminole County: | $50,000.00 |
| Disbursed to SunTrust: | $600,121.72 |
| Total Auction Proceeds: | $680,121.72 |

In the attached Agreement, the Tax Collector represents and affirms that his office has sole legal responsibility for the collection and enforcement of ad valorem taxes and the full legal authority to enter into the Agreement and that no other elected official, employee, or branch of Seminole County government nor any other constitutional officer, including particularly, the Seminole County Property Appraiser, is a necessary party to this Agreement.

---

[1] No party in this case has filed a timely response or opposition to the Motion to Disburse in accordance with Rule 3.01(b) of the Local Rules of the Middle District of Florida and Rule 6 of the Federal Rules of Civil Procedure; consequently, the relief sought in the Motion to Disburse should be granted subject only to the agreement reached between SunTrust and Seminole County as reflected above and on Exhibit A hereto.

Respectfully Submitted,

*/s/ Michael A. Nardella*
Eric S. Golden, Esq.
Florida Bar No. 0146846
Primary Email: egolden@burr.com
Secondary Email: jmorgan@burr.com
Michael A. Nardella, Esq.
Florida Bar No. 51265
Primary Email: mnardella@burr.com
**BURR & FORMAN, LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 26th day of September, 2013. As such, the foregoing was served electronically upon all counsel of record on September 26, 2013.

The following Defendants were served with a copy of the foregoing via firsts class U.S. Mail, postage prepaid, on this 27th day of September, 2013:

BlueChipPower, LLC f/k/a BlueChip Energy, LLC
c/o ICT Investments LLC, Registered Agent
400 Rinehart Road, #1060
Lake Mary, FL 32746

Advanced Solar Photonics, LLC
c/o ICT Investments LLC, Registered Agent
400 Rinehart Road, #1060
Lake Mary, FL 32746

Newlogic Business Loans, Inc., d/b/a APZB Industries
c/o CT Corporation Systems, Registered Agent
155 Federal Street
Boston, MA 02110

ICT Investments, LLC
c/o CT Corporation Systems, Registered Agent
1201 Hays Street
Tallahassee, FL 32301

Demitri Nikitin
3217 Yattika Place
Longwood, FL  32779

Aegis Business Credit, LLC
c/o Robert K. Beard, Registered Agent
5510 W. LaSalle Street
Third Floor
Tampa, FL  33606

Honorable David Johnson, CFA, in his capacity as Seminole County Property Appraiser
c/o Thomas J. Wilkes, Esq. to tom.wilkes@gray-robinson.com

Honorable Ray Valdes, in his capacity as Seminole County Tax Collector
c/o Arnold Schneider, Esq. to aschneider@seminolecountyfl.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SUNTRUST EQUIPMENT FINANCE AND LEASING CORP., <br><br> Plaintiff, <br> vs. <br><br> BLUECHIP POWER, LLC; BLUECHIP ENERGY, LLC; ADVANCED SOLAR PHOTONICS, LLC; LASER PHOTONICS, LLC; ICT INVESTMENTS, LLC; US INVESTING CORPORATION; DEMITRI NIKITIN; SVETLANA NIKITIN; FIFTH THIRD BANK; AEGIS BUSINESS CREDIT, LLC; ON DECK CAPITAL, INC.; NEWLOGIC BUSINESS LOANS, INC.; JEFFERY L. CARRIER, AS TRUSTEE FOR THE JEFFERY L. CARRIER REVOCABLE TRUST; FANUC ROBOTICS AMERICA CORPORATION; SG EQUIPMENT FINANCE USA CORP., SUNIVA INC.; WANXIANG AMERICA CORP.; RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC; MICHAEL E. MOECKER, AS RECEIVER, <br><br> Defendants. | CASE NO. 6:13-cv-657-JA-KRS |

| | |
|---|---|
| WANXIANG AMERICA CORPORATION, <br><br> Counter, Cross and Third Party Plaintiff, <br> vs. <br><br> BLUECHIP POWER, LLC f/k/a BLUECHIP ENERGY, LLC; ADVANCED SOLAR PHOTONICS, LLC; SORRENTO SOLAR FARM, LLC; DEMITRI NITIKIN; SUNTRUST EQUIPMENT FINANCING AND LEASING CORP.; APZB INDUSTRIES; ICT INVESTMENTS, LLC; FIFTH THIRD BANK; JEFFERY L. CARRIER, in his capacity as the TRUSTEE OF THE JEFFERY L. CARRIER TRUST; and AEGIS BUSINESS CREDIT, LLC; <br><br> Counter, Cross and Third Party Defendants. | |

EXHIBIT A

## STIPULATION AND SETTLEMENT AGREEMENT

This Stipulation Agreement (the "Agreement") is entered into this 26th day of September, 2013, by and between SUNTRUST EQUIPMENT FINANCE AND LEASING CORP. ("SunTrust") and RAY VALDES, SEMINOLE COUNTY TAX COLLECTOR ("Tax Collector").

## WITNESSETH:

WHEREAS, SunTrust extended financing to BlueChip Power, LLC, BlueChip Energy, LLC, Advanced Solar Photonics, LLC, Laser Photonics, LLC, ICT Investments, LLC and US Investing Corporation (the "BlueChip Entities") and asserts a first priority security interest in all assets of the BlueChip Entities; and

WHEREAS, on May 22, 2013, the Court for the United States District Court, Middle District of Florida, Case No. 6:13-cv-657-JA-KRS (the "Court") entered an Order Appointing Receiver and Granting Preliminary Injunctive Relief (Doc. No. 56) appointing Michael E. Moecker as receiver over all property of the BlueChip Entities (the "Receiver"); and

WHEREAS, Tax Collector asserts a claim and lien against the BlueChip Entities for unpaid tangible personal property taxes for the years 2012 and 2013; and

WHEREAS, on July 16, 2013, the Receiver liquidated substantially all of the tangible personal property of the BlueChip Entities at auction and received $680,171.72 in proceeds (the "Auction Proceeds"); and

WHEREAS, on September 3, 2013, SunTrust filed a Motion for the Disbursement of Auction Proceeds (Doc. No. 152) (the "Motion) asserting a superior security interest in substantially all of the Auction Proceeds and requesting that the Court disburse to SunTrust all of the Auction Proceeds, except for $6,550.00 to be paid to Tax Collector; and

WHEREAS, SunTrust and Tax Collector, in lieu of expensive litigation regarding the disbursement of the Auction Proceeds, have agreed to resolve by this Agreement all disputes related to the taxes and the priority of any interest in the Auction Proceeds and to expedite disbursements as agreed herein,

NOW, THEREFORE, in consideration of the mutual promises and covenants set forth herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1.  **Recitals.** The recitals set forth above are incorporated herein and made part of this Agreement by this reference.

2.  **Consent to Motion.** Tax Collector consents to entry of an Order by the Court granting the Motion and authorizing and directing the Receiver to disburse the Auction Proceeds as follows:

    | | |
    |---|---|
    | Retained by Receiver: | $30,000.00 |
    | Disbursed to Tax Collector: | $50,000.00 |
    | Disbursed to SunTrust: | $600,121.72 |
    | Total Auction Proceeds: | $680,121.72 |

3.  **Satisfaction of Tax Obligations.** Effective upon receipt by Tax Collector of the $50,000.00, Tax Collector hereby releases and discharges any lien or other security interest it may hold in the remaining Auction Proceeds and accepts such funds in full settlement of all ad valorem tangible personal property taxes for tax years 2012 and 2013 related to the BlueChip Entities. The terms of this Agreement shall not be controlling with respect to assessed valuations, ad valorem tax levies or special assessments that may be imposed on subsequent owners of the affected tangible personal property for tax years 2014 and thereafter. Tax

Collector represents and affirms to SunTrust that his office has sole legal responsibility for the collection and enforcement of ad valorem taxes and the full legal authority to enter into this Agreement. No other elected official, employee or branch of Seminole County government nor any other constitutional officer, including particularly, the property Appraiser, is a necessary party to this Agreement.

4. **Additional Actions.** The parties agree to take such reasonable additional actions, including the execution and delivery of additional documents reasonably necessary to effectuate the provisions of this Agreement.

5. **Agreement Fully Read and Understood.** This Agreement has been carefully read and the contents hereof are known and understood by the parties. The parties have each received independent legal advice from the attorneys of their choice with respect to the preparation, review and advisability of executing this Agreement. Prior to the execution of this Agreement, the parties had the opportunity for their respective attorney to review this Agreement and the parties acknowledged that they have executed this Agreement after independent investigation and without fraud, duress or undue influence.

6. **Applicable Law.** The existence, validity, construction and operation of this Agreement and all of its covenants, agreements, representations, warranties, terms and conditions shall be determined in accordance with the laws of the State of Florida. Any dispute pertaining to this Agreement or the documents executed in connection herewith shall be brought in the District Court in and for the Middle District of Florida.

7. **Entire Agreement.** This Agreement and all documents executed in connection herewith sets forth the entire agreement between the parties and fully supersedes any and all prior and/or contemporaneous agreements or understandings between the parties that pertain to

the subject matter hereof. The terms of this Agreement may not be contradicted by evidence of any prior or contemporaneous agreement and no extrinsic evidence whatsoever may be introduced to various terms in any judicial proceeding involving this Agreement.

8. **Modification.** This Agreement may be modified, but only if the modification is in writing and signed by the parties to this Agreement.

9. **Severability.** Should any provision of this Agreement be declared or determined by any court to be illegal or invalid, the validity of the remaining parts, terms or provisions shall not be affected thereby, and said illegal or invalid part, term or provision shall be deemed not to be part of this Agreement.

10. **Counterparts.** This Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same document. Faxed signatures may be accepted as originals.

11. **Mutual Drafting.** This Agreement is the product of negotiations "at arms length" between the parties, all of whom are represented by counsel. As such, the terms of this Agreement are mutually agreed upon and no part of this Agreement will be construed against the drafter.

12. **Waiver of Trial by Jury.** The parties hereby knowingly, voluntarily and intentionally waive the right they may have to a trial by jury in respect to any litigation based hereon or arising out of, under or in connection with this Agreement, any document contemplated to be executed or any underlying matter, course of dealing, statement (whether verbal or written) or action of the parties.

*[signature]*
Eric S. Golden, Esquire
Florida Bar No. 0146846
Michael A. Nardella, Esquire
Florida Bar No. 51265
200 South Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: 407-540-6600
Facsimile: 407-540-6601
Email: egolden@burr.com
Email: mnardella@burr.com
Counsel for SunTrust Equipment
Finance and Leasing Corp.

Dated: September 26, 2013

*[signature]*
Arnold W. Schneider
Assistant County Attorney
Florida Bar No. 0183156
SEMINOLE COUNTY ATTORNEY'S OFFICE
1101 East First Street
Sanford, Florida 32771
Telephone: 407-665-7254
Facsimile: 407-665-7259
Email: ASchneider@seminolecountyfl.gov
Email: LKennedy@seminolecountyfl.gov
Attorney for Seminole County Tax Collector

Dated: SEPTEMBER 26, 2013