# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

| | |
|---|---|
| SUNTRUST EQUIPMENT FINANCE AND LEASING CORP., <br><br> Plaintiff, <br> vs. <br><br> BLUECHIP POWER, LLC; BLUECHIP ENERGY, LLC; ADVANCED SOLAR PHOTONICS, LLC; LASER PHOTONICS, LLC; ICT INVESTMENTS, LLC; US INVESTING CORPORATION; DEMITRI NIKITIN; SVETLANA NIKITIN; FIFTH THIRD BANK; AEGIS BUSINESS CREDIT, LLC; ON DECK CAPITAL, INC.; NEWLOGIC BUSINESS LOANS, INC.; JEFFERY L. CARRIER, AS TRUSTEE FOR THE JEFFERY L. CARRIER REVOCABLE TRUST; FANUC ROBOTICS AMERICA CORPORATION; SG EQUIPMENT FINANCE USA CORP., SUNIVA INC.; WANXIANG AMERICA CORP.; RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC; MICHAEL E. MOECKER, AS RECEIVER, <br><br> Defendants. | CASE NO. 6:13-cv-657-JA-KRS |

---

WANXIANG AMERICA CORPORATION,

    Counter, Cross and Third Party Plaintiff,
vs.

BLUECHIP POWER, LLC f/k/a BLUECHIP ENERGY, LLC; ADVANCED SOLAR PHOTONICS, LLC; SORRENTO SOLAR FARM, LLC; DEMITRI NITIKIN; SUNTRUST EQUIPMENT FINANCING AND LEASING CORP.; APZB INDUSTRIES; ICT INVESTMENTS, LLC; FIFTH THIRD BANK; JEFFERY L. CARRIER, in his capacity as the TRUSTEE OF THE JEFFERY L. CARRIER TRUST; and AEGIS BUSINESS CREDIT, LLC;

    Counter, Cross and Third Party Defendants.

**NOTICE OF FILING SEMINOLE COUNTY PROPERTY APPRAISER'S ACKNOWLEDGEMENT OF RECEIPT OF SUNTRUST EQUIPMENT FINANCING AND LEASING CORP.'S MOTION TO DISBURSE AUCTION PROCEEDS (DOC. 142)**

Plaintiff, SunTrust Equipment Finance and Leasing Corp., by and through its undersigned counsel, hereby files the attached Acknowledgment of Receipt of SunTrust Equipment Financing and Leasing Corp.'s Motion to Disburse Auction Proceeds (Doc. 142)(the "Motion to Disburse") as to David Johnson, CFA, in his capacity as Seminole County Property Appraiser (the "Property Appraiser"), for purposes of acknowledging receipt of said Motion. Pursuant to the Notice of Settlement (Doc. 156), the Property Appraiser is not a necessary party to the resolution of the Motion to Disburse and has disclaimed any interest in the proceeds at issue.

Dated: September 30, 2013.

/s/ Michael A. Nardella
Eric S. Golden, Esq.
Florida Bar No. 0146846
Primary Email: egolden@burr.com
Secondary Email: jmorgan@burr.com
Michael A. Nardella, Esq.
Florida Bar No. 51265
Primary Email: mnardella@burr.com
**BURR & FORMAN, LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 30th day of September, 2013. As such, the foregoing was served electronically upon all counsel of record on September 30, 2013.

The following parties were served with a copy of the foregoing via e-mail, on this 30th day of September, 2013.

Honorable David Johnson, CFA, in his capacity as Seminole County Property Appraiser
c/o Thomas J. Wilkes, Esq. to tom.wilkes@gray-robinson.com

Honorable Ray Valdes, in his capacity as Seminole County Tax Collector
c/o Arnold Schneider, Esq. to aschneider@seminolecountyfl.gov

*Michael A. Nardella*
Michael A. Nardella, Esq.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| SUNTRUST EQUIPMENT FINANCE AND LEASING CORP., | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 6:13-cv-657-JA-KRS |
| vs. | ) ) ) | |
| BLUECHIP POWER, LLC; BLUECHIP ENERGY, LLC; ADVANCED SOLAR PHOTONICS, LLC; LASER PHOTONICS, LLC; ICT INVESTMENTS, LLC; US INVESTING CORPORATION; DEMITRI NIKITIN; SVETLANA NIKITIN; FIFTH THIRD BANK; AEGIS BUSINESS CREDIT, LLC; ON DECK CAPITAL, INC.; NEWLOGIC BUSINESS LOANS, INC.; JEFFERY L. CARRIER, AS TRUSTEE FOR THE JEFFERY L. CARRIER REVOCABLE TRUST; FANUC ROBOTICS AMERICA CORPORATION; SG EQUIPMENT FINANCE USA CORP., SUNIVA INC.; WANXIANG AMERICA CORP.; RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC; MICHAEL E. MOECKER, AS RECEIVER, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

---

| | | |
|---|---|---|
| WANXIANG AMERICA CORPORATION, | ) ) | |
| Counter, Cross and Third Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| BLUECHIP POWER, LLC f/k/a BLUECHIP ENERGY, LLC; ADVANCED SOLAR PHOTONICS, LLC; SORRENTO SOLAR FARM, LLC; DEMITRI NITIKIN; SUNTRUST EQUIPMENT FINANCING AND LEASING CORP.; APZB INDUSTRIES; ICT INVESTMENTS, LLC; FIFTH THIRD BANK; JEFFERY L. CARRIER, in his capacity as the TRUSTEE OF THE JEFFERY L. CARRIER TRUST; and AEGIS BUSINESS CREDIT, LLC; | ) ) ) ) ) ) ) ) ) ) ) | |
| Counter, Cross and Third Party Defendants. | ) ) | |

## SEMINOLE COUNTY PROPERTY APPRAISER'S ACKNOWLEDGEMENT OF RECEIPT OF SUNTRUST EQUIPMENT FINANCING AND LEASING CORP.'S MOTION TO DISBURSE AUCTION PROCEEDS

The undersigned counsel represents David Johnson, CFA, in his capacity as Seminole County Property Appraiser. On behalf of the Property Appraiser, the undersigned acknowledges receipt on September 10, 2013, of SunTrust Equipment Financing and Leasing Corp.'s Motion to Disburse Auction Proceeds (Doc 142).

This acknowledgement of receipt of the motion is for the convenience of the parties to this action and the efficient and cost-effective conduct of the proceedings. This acknowledgment of receipt of the motion is not acceptance of service of process for purposes of making the Property Appraiser a party to this action or otherwise accepting jurisdiction over the Property Appraiser in this action. The Property Appraiser reserves his right to assert lack of jurisdiction of this Court over the Property Appraiser, and this acknowledgement of receipt is not a waiver of any right in connection therewith.

Dated: September 27, 2013

_/s/ Thomas J. Wilkes_
Thomas J. Wilkes, Esq.
Florida Bar No. 261734
Email: tom.wilkes@gray-robinson.com
GRAY ROBINSON, PA
300 East Pine Street, Suite 1400
P. O. Box 3068 (32802-3068)
Orlando, FL 32801
Telephone: (407) 843-8880
Facsimile: (407) 244-5690

**Attorneys for David Johnson, CFA, in his capacity as Seminole County Property Appraiser**