IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUNTRUST EQUIPMENT FINANCE AND
LEASING CORP.,

        Plaintiff,

v.

BLUECHIP POWER, LLC, etc., et al.,

        Defendants.
_____/

Case No.: 6:13-cv-657-Orl-28KRS

### DEFENDANT, RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC'S, ANSWER TO WANXIANG AMERICA CORPORATION'S FIRST AMENDED CROSS AND COUNTER AND THIRD PARTY COMPLAINT

Defendant, RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC, hereby answers Wanxiang America Corporation's First Amended Cross and Counter and Third Party Complaint and states:

1. Deny for lack of knowledge.
2. Deny for lack of knowledge.
3. Deny for lack of knowledge.
4. Omitted.
5. Deny for lack of knowledge.
6. Deny for lack of knowledge.
7. Deny for lack of knowledge.
8. Deny for lack of knowledge.
9. Deny for lack of knowledge.
10. Deny for lack of knowledge.
11. Deny for lack of knowledge.

11.1    Admit.

12.     Deny for lack of knowledge.

13.     Admit for jurisdictional purposes only.

14.     Admit.

15.     Deny for lack of knowledge.

16.     Deny for lack of knowledge.

17.     Deny for lack of knowledge.

18.     Deny for lack of knowledge.

19.     Deny for lack of knowledge.

20.     Deny for lack of knowledge.

21.     Deny for lack of knowledge.

22.     Deny for lack of knowledge.

23.     Deny for lack of knowledge.

24.     Deny for lack of knowledge.

25.     Deny for lack of knowledge.

26.     Deny for lack of knowledge.

27.     See responses 1 through 26.

28.     Deny for lack of knowledge.

29.     Deny for lack of knowledge.

30.     Omitted.

30.1    Deny for lack of knowledge.

31.     Deny for lack of knowledge.

32.     See responses 1 through 31.

33.     Deny for lack of knowledge.

34.  Deny for lack of knowledge.

35.  Deny for lack of knowledge.

36.  Deny for lack of knowledge.

37.  See responses 1 through 30.

38.  Deny for lack of knowledge.

39.  Deny for lack of knowledge.

40.  Deny for lack of knowledge.

41.  Deny for lack of knowledge.

42.  See responses 1 through 30.

43.  Admit for jurisdictional purposes only.

44.  Deny for lack of knowledge.

45.  Deny for lack of knowledge.

46.  Deny for lack of knowledge.

47.  Deny for lack of knowledge.

48.  Deny for lack of knowledge.

49.  Deny for lack of knowledge.

50.  Deny for lack of knowledge.

51.  Deny for lack of knowledge.

51.1  Deny.

52.  See responses 1 through 36.

53.  Admit for jurisdictional purposes only.

54.  Deny for lack of knowledge.

55.  Deny for lack of knowledge.

56.  Deny for lack of knowledge.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th of October, 2013, I filed and served the foregoing electronically through the CM/ECF system.

SMITH HOOD BIGMAN

/S/Charles D. Hood, Jr., Esq.
CHARLES D. HOOD, JR.
Florida Bar No.: 260649
Post Office Box 15200
Daytona Beach, FL 32115-5200
Telephone: 386-254-6875
Facsimile: 386-257-1834
dhood@daytonalaw.com
ATTORNEYS FOR DEFENDANT,
RINEHART DEVELOPMENT AND
INVESTMENT GROUP, LLC
