**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| SUNTRUST EQUIPMENT FINANCE AND LEASING CORP., | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 6:13-cv-657-JA-KRS |
| vs. | ) ) | |
| BLUECHIP POWER, LLC; BLUECHIP ENERGY, LLC; ADVANCED SOLAR PHOTONICS, LLC; LASER PHOTONICS, LLC; ICT INVESTMENTS, LLC; US INVESTING CORPORATION; DEMITRI NIKITIN; SVETLANA NIKITIN; FIFTH THIRD BANK; AEGIS BUSINESS CREDIT, LLC; ON DECK CAPITAL, INC.; NEWLOGIC BUSINESS LOANS, INC.; JEFFERY L. CARRIER, AS TRUSTEE FOR THE JEFFERY L. CARRIER REVOCABLE TRUST; FANUC ROBOTICS AMERICA CORPORATION; SG EQUIPMENT FINANCE USA CORP., SUNIVA INC.; WANXIANG AMERICA CORP.; RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC; MICHAEL E. MOECKER, AS RECEIVER, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

---

| | | |
|---|---|---|
| WANXIANG AMERICA CORPORATION, | ) ) | |
| Counter, Cross and Third Party Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| BLUECHIP POWER, LLC f/k/a BLUECHIP ENERGY, LLC; ADVANCED SOLAR PHOTONICS, LLC; SORRENTO SOLAR FARM, LLC; DEMITRI NITIKIN; SUNTRUST EQUIPMENT FINANCING AND LEASING CORP.; APZB INDUSTRIES; ICT INVESTMENTS, LLC; FIFTH THIRD BANK; JEFFERY L. CARRIER, in his capacity as the TRUSTEE OF THE JEFFERY L. CARRIER TRUST; and AEGIS BUSINESS CREDIT, LLC; | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Counter, Cross and Third Party Defendants. | ) | |

20294829 v1

## SUGGESTION OF BANKRUPTCY AS TO
## DEFENDANTS, DEMITRI NIKITIN AND SVETLANA NIKITIN

COMES NOW, Plaintiff, SUNTRUST EQUIPMENT FINANCE AND LEASING CORP. (the "Plaintiff"), by and through its undersigned counsel, and hereby files this Suggestion of Bankruptcy and states as follows:

1.      On December 31, 2013, Defendants, Demitri Nikitin and Svetlana Nikitin filed a voluntary petition for bankruptcy under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq*. (the "Bankruptcy Code").

2.      The bankruptcy case is presently pending in the U.S. Bankruptcy Court, Middle District of Florida, Orlando Division, and was assigned Case No. 6:13-bk-15555-KSJ.

3.      Pursuant to the Bankruptcy Code, any further proceedings in the instant action against Defendants Demitri Nikitin and Svetlana Nikitin are stayed until the bankruptcy case is dismissed or the stay terminated.

DATED this 6th day of January, 2014.

Respectfully submitted,

*/s/ Michael A. Nardella*
Eric S. Golden, Esq.
Florida Bar No. 0146846
Primary Email: egolden@burr.com
Secondary Email: jmorgan@burr.com
Michael A. Nardella, Esq.
Florida Bar No. 51265
Primary Email: mnardella@burr.com
**BURR & FORMAN, LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 6th day of January, 2014.  As such, the foregoing was served electronically upon all counsel of record on January 6, 2014, and via U.S. mail, postage prepaid, to:

Demitri Nikitin
Svetlana M. Nikitina
3217 Yattika Place
Longwood, FL  32779

Eric A. Lanigan, Esq.
Lanigan & Lanigan, PL
831 W. Morse Blvd.
Winter Park, FL 32789
Attorney for Debtors

> /s/ Michael A. Nardella
> Michael A. Nardella, Esq.