# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| SUNTRUST EQUIPMENT FINANCE AND LEASING CORP., | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 6:13-cv-657-JA-KRS |
| vs. | ) ) ) | |
| BLUECHIP POWER, LLC; BLUECHIP ENERGY, LLC; ADVANCED SOLAR PHOTONICS, LLC; LASER PHOTONICS, LLC; ICT INVESTMENTS, LLC; US INVESTING CORPORATION; DEMITRI NIKITIN; SVETLANA NIKITIN; FIFTH THIRD BANK; AEGIS BUSINESS CREDIT, LLC; ON DECK CAPITAL, INC.; NEWLOGIC BUSINESS LOANS, INC.; JEFFERY L. CARRIER, AS TRUSTEE FOR THE JEFFERY L. CARRIER REVOCABLE TRUST; FANUC ROBOTICS AMERICA CORPORATION; SG EQUIPMENT FINANCE USA CORP., SUNIVA INC.; WANXIANG AMERICA CORP.; RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC; MICHAEL E. MOECKER, AS RECEIVER, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

---

| | | |
|---|---|---|
| WANXIANG AMERICA CORPORATION, | ) ) | |
| Counter, Cross and Third Party Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| BLUECHIP POWER, LLC f/k/a BLUECHIP ENERGY, LLC; ADVANCED SOLAR PHOTONICS, LLC; SORRENTO SOLAR FARM, LLC; DEMITRI NITIKIN; SUNTRUST EQUIPMENT FINANCING AND LEASING CORP.; APZB INDUSTRIES; ICT INVESTMENTS, LLC; FIFTH THIRD BANK; JEFFERY L. CARRIER, in his capacity as the TRUSTEE OF THE JEFFERY L. CARRIER TRUST; and AEGIS BUSINESS CREDIT, LLC; | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Counter, Cross and Third Party Defendants. | ) | |

20239747 v1

**SUNTRUST EQUIPMENT FINANCING AND LEASING CORP.'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, SUNTRUST EQUIPMENT FINANCE AND LEASING CORP. ("SunTrust"), by and through its undersigned counsel, and JEFFERY L. CARRIER, in his capacity as the Trustee of the Jeffrey L. Carrier Trust ("Carrier"), by and through his attorneys, respectfully notify this Court that they have come to a stipulation to voluntarily dismiss without prejudice SunTrust's claims against Carrier pursuant to Federal Rule of Civil Procedures 41(a)(ii). SunTrust and Carrier stipulate as follows:

1. Carrier is named as a defendant in Count VI (which seeks foreclosure of UCC Financing Statement) of SunTrust's Complaint.

2. Due to Carrier's recent termination of its UCC Financing Statement and Satisfaction of Mortgage, Security Agreement and Assignment of Rents, SunTrust's claims against Carrier are now moot.

3. Therefore, SunTrust respectfully dismisses Carrier as a Defendant without prejudice.

4. SunTrust's claims against the rest of the Defendants remain pending.

*This space intentionally left blank*

January 6, 2014.

Respectfully submitted:

| | |
|---|---|
| /s/ *Michael A. Nardella* | /s/ *Anthony R. McClure* |
| Eric S. Golden, Esq. | Javier A. Pacheco, Esq. (Trial Counsel) |
| Florida Bar No. 0146846 | Florida Bar No. 51368 |
| Primary Email: egolden@burr.com | Anthony R. McClure, Esq. (Trial Counsel) |
| Secondary Email: jmorgan@burr.com | Florida Bar No. 102753 |
| Michael A. Nardella, Esq. | Porter Wright Morris & Arthur LLP |
| Florida Bar No. 51265 | 9132 Strada Place, Third Floor |
| Primary Email: mnardella@burr.com | Naples, FL 34108 |
| **BURR & FORMAN, LLP** | Telephone: (239) 593-2965 |
| 200 S. Orange Avenue, Suite 800 | Facsimile: (239) 593-2990 |
| Orlando, FL 32801 | jpacheco@porterwright.com |
| Telephone: (407) 540-6600 | amcclure@porterwright.com |
| Facsimile: (407) 540-6601 | Secondary e-mails: |
| | dtopping@porterwright.com |
| | cbates@porterwright.com |
| **ATTORNEYS FOR PLAINTIFF, SUNTRUST EQUIPMENT FINANCING AND LEASING CORP.** | **ATTORNEYS FOR DEFENDANT, JEFFERY L. CARRIER, in his capacity as the Trustee of the Jeffrey L. Carrier Trust** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 6th day of January, 2014. As such, the foregoing was served electronically upon all counsel of record on January 6, 2014.

*/s/ Michael A. Nardella*
Michael A. Nardella, Esq.