# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SUNTRUST EQUIPMENT FINANCE AND
LEASING CORP.,**

                **Plaintiff,**

**-vs-**                                          **Case No.  6:13-cv-657-Orl-28KRS**

**BLUECHIP POWER, LLC,  BLUECHIP
ENERGY, LLC, et al.,**

                **Defendants.**

## SUPPLEMENTAL BRIEFING ORDER

An issue is presented as to whether the Court lacks federal subject matter jurisdiction. Plaintiff alleges subject matter jurisdiction based on 28 U.S.C. § 1332, diversity of citizenship. It appears that Plaintiff has insufficiently alleged the citizenship of Defendant On Deck Capital, Inc. Federal jurisdiction pursuant to 28 U.S.C. § 1332 exists only when there is complete diversity between the plaintiffs and the defendants. *Owen Equip. & Recreation Co. v. Kroger*, 437 U.S. 365, 373 (1978). In order to achieve "complete diversity," no party plaintiff may be a citizen of the same state as any of the defendants. *Id.*

A corporation is a citizen of (1) every state or foreign state by which it has been incorporated; and (2) the state or foreign state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). Thus, On Deck Capital, Inc. is a citizen of the state(s) in which it is incorporated and the state where it has its principal place of business.

Accordingly, it is **ORDERED** that, on or before January 16, 2014, Plaintiff shall file a memorandum in response to this Supplemental Briefing Order with evidence showing the state of incorporation of On Deck Capital, Inc. and the state of On Deck Capital, Inc.'s principal place of business and addressing, based on On Deck Capital, Inc.'s citizenship, whether complete diversity exists in this case.

Failure to respond may result in a recommendation that the complaint be dismissed for lack of subject matter jurisdiction.

**DONE** and **ORDERED** in Orlando, Florida on January 9, 2014.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE