**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.,**

          **Plaintiff,**

**-vs-**                                     **Case No.  6:13-cv-657-Orl-28KRS**

**BLUECHIP POWER, LLC,  BLUECHIP ENERGY, LLC, et al.,**

          **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:** **WANXIANG AMERICA CORPORATION'S MOTION FOR DEFAULT JUDGMENT AS TO BLUECHIP POWER LLC F/K/A BLUECHIP ENERGY, LLC (Doc. No. 191)**
>
> **FILED:** November 26, 2013
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

| | |
|---|---|
| **MOTION:** | **WANXIANG AMERICA CORPORATION'S MOTION FOR DEFAULT JUDGMENT AS TO ICT INVESTMENTS, LLC (Doc. No. 194)** |
| **FILED:** | **November 26, 2013** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

| | |
|---|---|
| **MOTION:** | **WANXIANG AMERICA CORPORATION'S MOTION FOR DEFAULT JUDGMENT AS TO FIFTH THIRD BANK (Doc. No. 195)** |
| **FILED:** | **November 26, 2013** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

| | |
|---|---|
| **MOTION:** | **WANXIANG AMERICA CORPORATION'S MOTION FOR DEFAULT JUDGMENT AS TO AEGIS BUSINESS CREDIT, LLC (Doc. No. 196)** |
| **FILED:** | **November 26, 2013** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

| | |
|---|---|
| **MOTION:** | **WANXIANG AMERICA CORPORATION'S MOTION FOR DEFAULT JUDGMENT AS TO APZB INDUSTRIES (Doc. No. 197)** |
| **FILED:** | **November 26, 2013** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

In the above-referenced motions, Wanxiang America Corporation ("Wanxiang") seeks entry of a default judgment against certain defaulted Defendants on Count IV of Wanxiang America Corporation's First Amended Cross and Counter and Third Party Complaint (Doc. No. 152). As to Count IV, Wanxiang asks that the Court find that it is entitled to foreclose its security interest in 2,174 solar panels identified on a UCC-1 Statement number 201003781517. *See* Doc. No. 152-2.

Wanxiang has also filed a motion for partial summary judgment against Counterclaim Defendant Suntrust Equipment Finance and Leasing Corp. and Cross-Claim Defendant Rinehart Development and Investment Group, LLC. Doc. No. 172. The motion for partial summary judgment reflects that there is a dispute regarding who has the superior interest in the 2,174 solar panels identified in the UCC-1 Statement number 201003781517. Until that dispute is resolved, the Court runs the risk of inconsistent adjudications if it rules on Wanxiang's motions for default judgments on Count IV regarding foreclosure of its security interests in the solar panels. *See, e.g., In Re Hamblen*, Adversary No. 06-6394, 2007 WL 7140158 (N.D. Ga. May 18, 2007).

After Count IV is resolved as to the answering Defendants, Wanxiang may filed renewed motions for default judgments as to the defaulted Defendants named in Count IV.[1] In the renewed motions, Wanxiang must establish liability solely based on the well-pleaded facts in its First Amended Cross and Counter and Third Party Complaint without citation to facts established by extrinsic evidence. *See Nishimatsu Constr. Co. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975).

---

[1] Wanxiang may file a renewed motion for a default judgment against BlueChip Power, LLC as to Count I at any time.

Once liability is established, Wanxiang may rely on evidence to support an award of damages and other relief.

**DONE** and **ORDERED** in Orlando, Florida on January 9, 2014.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE