# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| SUNTRUST EQUIPMENT FINANCE<br>AND LEASING CORP., )<br>)<br>)<br>Plaintiff, )<br>vs. )<br>)<br>BLUECHIP POWER, LLC; BLUECHIP )<br>ENERGY, LLC; ADVANCED SOLAR )<br>PHOTONICS, LLC; LASER PHOTONICS, LLC; )<br>ICT INVESTMENTS, LLC; US INVESTING )<br>CORPORATION; DEMITRI NIKITIN; )<br>SVETLANA NIKITIN; FIFTH THIRD BANK; )<br>AEGIS BUSINESS CREDIT, LLC; ON DECK )<br>CAPITAL, INC.; NEWLOGIC BUSINESS )<br>LOANS, INC.; JEFFERY L. CARRIER, AS )<br>TRUSTEE FOR THE JEFFERY L. CARRIER )<br>REVOCABLE TRUST; FANUC ROBOTICS )<br>AMERICA CORPORATION; SG EQUIPMENT )<br>FINANCE USA CORP., SUNIVA INC.; )<br>WANXIANG AMERICA CORP.; RINEHART )<br>DEVELOPMENT AND INVESTMENT GROUP, )<br>LLC; MICHAEL E. MOECKER, AS RECEIVER, )<br>)<br>Defendants. ) | CASE NO. 6:13-cv-657-JA-KRS |

---

WANXIANG AMERICA CORPORATION, )
)
      Counter, Cross and Third Party Plaintiff, )
)
vs. )
)
BLUECHIP POWER, LLC f/k/a BLUECHIP )
ENERGY, LLC; ADVANCED SOLAR )
PHOTONICS, LLC; SORRENTO SOLAR )
FARM, LLC; DEMITRI NITIKIN; )
SUNTRUST EQUIPMENT FINANCING )
AND LEASING CORP.; APZB INDUSTRIES; )
ICT INVESTMENTS, LLC; FIFTH THIRD )
BANK; JEFFERY L. CARRIER, in his capacity )
as the TRUSTEE OF THE JEFFERY L. CARRIER )
TRUST; and AEGIS BUSINESS CREDIT, LLC; )
)
      Counter, Cross and Third Party Defendants. )

20313819 v1

## SUNTRUST EQUIPMENT FINANCING AND LEASING CORP.'S
## MEMORANDUM IN RESPONSE TO SUPPLEMENTAL BRIEFING ORDER

Plaintiff, SunTrust Equipment Finance and Leasing Corp. ("Plaintiff"), by and through its undersigned counsel, and pursuant to this Court's Supplemental Briefing Order (Doc. No. 201) (the "Order"), files this Memorandum in Response to provide evidence and argument regarding the citizenship of Defendant On Deck Capital, Inc. ("ODC"). In support, Plaintiff states as follows:

1. On January 9, 2013, this Court entered its Order seeking clarification and further evidence of the citizenship of ODC.

2. Federal jurisdiction pursuant to 28 U.S.C. § 1332 exists only when there is complete diversity between the plaintiffs and the defendants. *Owen Equip. & Recreation Co. v. Kroger*, 437 U.S. 365, 373 (1978). In order to achieve "complete diversity," no party plaintiff may be a citizen of the same state as any of the defendants. *Id.*

3. A corporation is a citizen of (1) every state or foreign state by which it has been incorporated; and (2) the state or foreign state where it has its principal place of business. 28 U.S.C. § 1332(c)(1).

4. Plaintiff is a Virginia Corporation whose principal place of business is in Baltimore County, Maryland.

5. ODC is a Delaware corporation whose principal place of business is in New York County, New York.

6. Attached hereto as **Exhibit A** is ODC's *Application By Foreign Corporation for Authorization to Transact Business in Florida* dated August 20, 2012 and filed with the Florida Secretary of State, referencing both the state of incorporation and the principal place of business

for ODC and including a copy of a Certificate of Good Standing issued by the Delaware Secretary of State.

7. Attached hereto as **Exhibit B** is ODC's *2013 For Profit Corporation Reinstatement* dated October 16, 2013, and filed with the Florida Secretary of State (after the institution of these proceedings), referencing the principal place of business for ODC.

8. Attached hereto as **Exhibit C** is ODC's *Entity Details* retrieved on January 10, 2014, from the Delaware Division of Corporations referencing the state of incorporation of ODC.

9. For purposes of diversity, Plaintiff is a citizen of Virginia and Maryland, and ODC is a citizen of Delaware and New York. As neither is a citizen of the same state, complete diversity exists pursuant to 28 U.S.C. § 1332, and this Court has subject matter jurisdiction over this proceeding.

WHEREFORE, Plaintiff, SunTrust Equipment Finance and Leasing Corp., respectfully requests that this Court enter an order confirming the existence of subject matter jurisdiction, and grant such other and further relief as is just and appropriate.

Respectfully Submitted,

*/s/ Michael A. Nardella*
Eric S. Golden, Esq.
Florida Bar No. 0146846
Primary Email: egolden@burr.com
Secondary Email: jmorgan@burr.com
Michael A. Nardella, Esq.
Florida Bar No. 51265
Primary Email: mnardella@burr.com
**BURR & FORMAN, LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 10th day of January, 2014. As such, the foregoing was served electronically upon all counsel of record on January 10, 2014.

The following Defendants were served with a copy of the foregoing via firsts class U.S. Mail, postage prepaid, on this 10th day of January, 2014:

BlueChipPower, LLC f/k/a BlueChip Energy, LLC
c/o ICT Investments LLC, Registered Agent
400 Rinehart Road, #1060
Lake Mary, FL 32746

Advanced Solar Photonics, LLC
c/o ICT Investments LLC, Registered Agent
400 Rinehart Road, #1060
Lake Mary, FL 32746

Newlogic Business Loans, Inc., d/b/a APZB Industries
c/o CT Corporation Systems, Registered Agent
155 Federal Street
Boston, MA 02110

ICT Investments, LLC
c/o CT Corporation Systems, Registered Agent
1201 Hays Street
Tallahassee, FL 32301

Demitri Nikitin
3217 Yattika Place
Longwood, FL 32779

Aegis Business Credit, LLC
c/o Robert K. Beard, Registered Agent
5510 W. LaSalle Street
Third Floor
Tampa, FL 33606

/s/ Michael A. Nardella
Michael Nardella, Esq.

Fax Server 8/20/2010 9:34:00 AM PAGE 1/004 Fax Server
Division of Corporations                                      Page 1 of 1



# Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H12000208281 3)))

H120002082813ABCY

**Note: DO NOT** hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

RECEIVED 12 AUG 20 PM 12:42 SECRETARY OF STATE TALLAHASSEE, FLORIDA

To:
```
    Division of Corporations
    Fax Number    : (850)617-6381
```

From:
```
    Account Name   : CORPORATION SERVICE COMPANY
    Account Number : I20000000195
    Phone          : (850)521-0821
    Fax Number     : (850)558-1515
```

\*\*Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.\*\*

Email Address: _____

## FOREIGN PROFIT/NONPROFIT CORPORATION
## ON DECK CAPITAL, INC.

| Certificate of Status | 0 |
|---|---|
| Certified Copy | 0 |
| Page Count | 04 |
| Estimated Charge | $70.00 |

FILED 12 AUG 20 AM 9:35 SECRETARY OF STATE TALLAHASSEE, FLORIDA

Electronic Filing Menu    Corporate Filing Menu    Help    J. Shivers AUG 21 2012

https://efile.sunbiz.org/scripts/efilcovr.exe        8/20/2012

EXHIBIT A

Fax Server          8/20/2012 9:33:20 AM   PAGE   2/004   Fax Server

## APPLICATION BY FOREIGN CORPORATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 607.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN CORPORATION TO TRANSACT BUSINESS IN THE STATE OF FLORIDA.*

1. ON DECK CAPITAL, INC.
   (Enter name of corporation; must include "INCORPORATED," "COMPANY," "CORPORATION," "Inc.," "Co.," "Corp," "Inc.," "Co.," or "Corp.")

   (If name unavailable in Florida, enter alternate corporate name adopted for the purpose of transacting business in Florida)

2. DELAWARE
   (State or country under the law of which it is incorporated)

3. _____
   (FEI number, if applicable)

4. 05/04/2006
   (Date of incorporation)

5. PERPETUAL
   (Duration: Year corp. will cease to exist or "perpetual")

6. _____
   (Date first transacted business in Florida, if prior to registration)
   (SEE SECTIONS 607.1501 & 607.1502, F.S., to determine penalty liability)

7. 155 EAST 56TH STREET 2ND FLOOR NEW YORK, NY 10022
   (Principal office address)

   155 EAST 56TH STREET 2ND FLOOR NEW YORK, NY 10022
   (Current mailing address)

8. SMALL BUSINESS LENDING
   (Purpose(s) of corporation authorized in home state or country to be carried out in state of Florida)

9. Name and street address of Florida registered agent: (P.O. Box NOT acceptable)

   Name:            Corporation Service Company

   Office Address:  1201 Hays Street

                    Tallahassee                     , Florida  32301
                    (City)                                     (Zip code)

10. Registered agent's acceptance:
    *Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

    Corporation Service Company

    By: [signature]                              Sue G. Knight
    (Registered agent's signature)               Assistant Vice President

11. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

FILED 12 AUG 20 AM 9:35 SECRETARY OF STATE TALLAHASSEE FLORIDA

12. Names and business addresses of officers and/or directors:

A. DIRECTORS

Chairman: BRAD KIME

Address: 155 EAST 56TH STREET 2ND FLOOR NEW YORK, NY 10022

Vice Chairman: _____

Address: _____

Director: NOAH BRESLOW

Address: 155 EAST 56TH STREET 2ND FLOOR NEW YORK, NY 10022

Director: DAVID HARTWIG

Address: 3412 HILLVIEW AVE PALO ALTO, CA 94304

B. OFFICERS

President: NOAH BRESLOW

Address: 155 EAST 56TH STREET 2ND FLOOR NEW YORK, NY 10022

Vice President: HOWARD KATZENBERG

Address: 155 EAST 56TH STREET 2ND FLOOR NEW YORK, NY 10022

Secretary: CORY KAMPFER

Address: 155 EAST 56TH STREET 2ND FLOOR NEW YORK, NY 10022

Treasurer: _____

Address: _____

NOTE: If necessary, you may attach an addendum to the application listing additional officers and/or directors.

13. _____
          Signature of Director or Officer

The officer or director signing this document (and who is listed in number 12 above) affirms that the facts stated herein are true and that he or she is aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

14. CORY KAMPFER, SECRETARY
    (Typed or printed name and capacity of person signing application)

[Stamp: SECRETARY OF STATE TALLAHASSEE FLORIDA  12 AUG 20 AM 9:35  FILED]

Fax Server                8/20/2012 9:33:20 AM   PAGE   4/004   Fax Server

# *Delaware*

PAGE   1

## *The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "ON DECK CAPITAL, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTIETH DAY OF AUGUST, A.D. 2012.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "ON DECK CAPITAL, INC." WAS INCORPORATED ON THE FOURTH DAY OF MAY, A.D. 2006.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.

4153461   8300

120949671

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 9789738

DATE: 08-20-12

## 2013 FOR PROFIT CORPORATION REINSTATEMENT

DOCUMENT# F12000003437

**FILED**
Oct 16, 2013
Secretary of State

**Entity Name:** ON DECK CAPITAL, INC.

**Current Principal Place of Business:**

155 E 56TH ST 2ND FLOOR
NEW YORK, NY  10022

**New Principal Place of Business:**

1400 BROADWAY 25 FL
NEW YORK, NY  10018

**Current Mailing Address:**

155 E 56TH ST 2ND FLOOR
NEW YORK, NY  10022

**New Mailing Address:**

1400 BROADWAY 25 FL
NEW YORK, NY  10018

FEI Number: 42-1709682   FEI Number Applied For ( )   FEI Number Not Applicable ( )   Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL  323012525 US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:   CARINA L. DUNLAP
             Electronic Signature of Registered Agent                                         Date

**OFFICERS AND DIRECTORS:**

Title:       CEO
Name:        BRESLOW, NOAH
Address:     1400 BROADWAY 25 FL
City-St-Zip: NEW YORK, NY  10018

Title:       COO
Name:        HOBSON, JAMES
Address:     1400 BROADWAY 25 FL
City-St-Zip: NEW YORK, NY  10018

Title:       D
Name:        HARTWIG, DAVID
Address:     3412 HILLVIEW AVE
City-St-Zip: PALO ALTO, CA  94304

Title:       CFO
Name:        KATZENBERG, HOWARD
Address:     1400 BROADWAY 25 FL
City-St-Zip: NEW YORK, NY  10018

Title:       S
Name:        KAMPFER, CORY
Address:     1400 BROADWAY 25 FL
City-St-Zip: NEW YORK, NY  10018

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:   CORY KAMPFER                                            S                     10/16/2013
             Electronic Signature of Signing Officer or Director                             Date



EXHIBIT B

Privacy Policy   Frequently Asked Questions   View Search Results   Summary of Charges   Logout

# Entity Details

| | | | |
|---|---|---|---|
| File Number: | 4153461 | Incorporation Date / Formation Date: | 05/04/2006 (mm/dd/yyyy) |
| Entity Name: | ON DECK CAPITAL, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | GOOD STANDING | Status Date: | 12/05/2013 |

## TAX INFORMATION

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 2012 | Tax Due: | $ 0.00 |
| Annual Tax Assessment: | $ 180,000.00 | Total Authorized Shares: | 54,220,569 |

## REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 2711 CENTERVILLE RD STE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5401 | | |

## FILING HISTORY (Last 5 Filings)

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0245S | Restated; Stock | 50 | 04/18/2013 | 18:11 | 04/18/2013 |
| 2 | 0245S | Restated; Stock | 50 | 02/07/2013 | 13:02 | 02/07/2013 |
| 3 | 0245S | Restated; Stock | 43 | 11/13/2012 | 09:22 | 11/13/2012 |
| 4 | 0245S | Restated; Stock | 43 | 06/27/2012 | 09:20 | 06/27/2012 |
| 5 | 0245S | Restated; Stock | 43 | 01/25/2012 | 16:49 | 01/25/2012 |

Back to Entity Search

To contact a Delaware Online Agent click here.



EXHIBIT C

https://delecorp.delaware.gov/tin/controller                                              1/10/2014