# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SUNTRUST EQUIPMENT FINANCE AND LEASING CORP.,**

    Plaintiff,

v.                                      Case No: 6:13-cv-657-Orl-28KRS

**BLUECHIP POWER, LLC, BLUECHIP ENERGY, LLC, ADVANCED SOLAR PHOTONICS, LLC, LASER PHOTONICS, LLC, ICT INVESTMENTS, LLC, US INVESTING CORPORATION, DEMITRI NIKITIN, SVETLANA NIKITIN, FIFTH THIRD BANK, AEGIS BUSINESS CREDIT, LLC, ON DECK CAPITAL, INC., NEWLOGIC BUSINESS LOANS, INC., WANXIANG AMERICA CORP., RINEHART DEVELOPMENT AND INVESTMENT GROUP, LLC, SORRENTO SOLAR FARM LLC and SEMINOLE COUNTY TAX COLLECTOR,**

    Defendants/Third Party Plaintiff,

**SORRENTO SOLAR FARM LLC,**

    Third Party Defendant.

## ORDER

This case is before the Court on Plaintiff's Motion to be Excused from Mediation. (Doc. 213). The Court hereby **ORDERS** that Plaintiff's motion (Doc. 213) is **GRANTED**, and Plaintiff is excused from mediation.

**DONE** and **ORDERED** in Orlando, Florida on March 13, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
Mediator David Henry