IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUNTRUST EQUIPMENT FINANCE
AND LEASING CORP.,

    Plaintiff,

v.                                                        CASE NO.: 6:13-cv-00657-JA-KRS

BLUECHIP POWER, LLC, f/k/a
BLUECHIP ENERGY, LLC;  et. al,

    Defendants.
_____/

## FIFTH THIRD BANK'S MOTION TO BE EXCUSED FROM MEDIATION

FIFTH THIRD BANK ("Defendant" or "Fifth Third"), pursuant to Local Rule 9.05(c), M.D. of Fla., moves this Court for entry of an order excusing attendance of Fifth Third at the mediation currently scheduled for March 27, 2014 (the "Mediation").  In support of this Motion, Fifth Third respectfully states as follows:

    1.    On March 11, 2014, this Court entered its Order excusing Defendant, Wanxiang America Corporation from the Mediation [Docket No. 211].

    2.    On March 13, 2014, this Court entered its Order excusing Plaintiff, SunTrust Equipment Finance and Leasing Corp. ("SunTrust"), from the mediation [Docket No. 215].

    3.    Since the Plaintiff has been excused, Fifth Third does not have any potential disputed issues with any of the remaining parties to the Mediation, and as such this Defendant's participation could not facilitate the mediation process.

    4.    Additionally, an appearance by Fifth Third at the Mediation would be financially burdensome for the Defendant, as the client representative is based in Grand Rapids, Michigan.

# 7040658 v1

## MEMORANDUM OF LAW

Pursuant to Local Rule 9.05(c), M.D. of Fla., a party is not required to participate in mediation if excused in writing by the presiding judge.  All of the counts brought by SunTrust are against defaulted parties or have been effectively disposed of through the Receiver's actions, or addressed in Fifth Third's reservation of rights.  If there is any dispute remaining with SunTrust, it won't be crystalized until after submission of the Receiver's amended final report.  Regardless, the Receiver is not required to participate in mediation and has stated that he will not participate.  SunTrust has already been excused from the Mediation by prior order.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that pursuant to Local Rule 3.01(g), M.D. Fla., I conferred in a good faith effort to resolve the issues raised in this motion with counsel for SunTrust who consented to the relief sought by this motion.  No other party's consent is required or relevant to this motion.

WHEREFORE, Defendant, Fifth Third Bank, respectfully requests that the Court enter an order excusing Fifth Third Bank and its counsel from attending and participating in the mediation scheduled to occur in this matter on March 27, 2014, and excusing Fifth Third Bank from bearing any costs or expenses associated with the Mediation.

    /s/ Roy S. Kobert
ROY S. KOBERT, ESQ.
Florida Bar No. 777153
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
P.O. Box 3068
Orlando, Florida 32802-3068
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
roy.kobert@gray-robinson.com
*Attorney for Creditor Fifth Third Bank*

# 7040658 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 21st day of March, 2014.  As such the forgoing was served electronically upon all counsel of record on March 21, 2014.

       /s/ Roy S. Kobert
ROY S. KOBERT, ESQ.
Florida Bar No. 777153

# 7040658 v1