# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

SUNTRUST EQUIPMENT FINANCE )
AND LEASING CORP., )
                                                                     )
       Plaintiff, )                  CASE NO. 6:13-cv-657-JA-KRS
vs. )
                                                     )
BLUECHIP POWER, LLC; BLUECHIP )
ENERGY, LLC; ADVANCED SOLAR )
PHOTONICS, LLC; LASER PHOTONICS, LLC; )
ICT INVESTMENTS, LLC; US INVESTING )
CORPORATION; DEMITRI NIKITIN; )
SVETLANA NIKITIN; FIFTH THIRD BANK; )
AEGIS BUSINESS CREDIT, LLC; ON DECK )
CAPITAL, INC.; NEWLOGIC BUSINESS )
LOANS, INC.; JEFFERY L. CARRIER, AS )
TRUSTEE FOR THE JEFFERY L. CARRIER )
REVOCABLE TRUST; FANUC ROBOTICS )
AMERICA CORPORATION; SG EQUIPMENT )
FINANCE USA CORP., SUNIVA INC.; )
WANXIANG AMERICA CORP.; RINEHART )
DEVELOPMENT AND INVESTMENT GROUP, )
LLC; MICHAEL E. MOECKER, AS RECEIVER, )
                                                      )
       Defendants. )

---

WANXIANG AMERICA CORPORATION, )
                                                      )
       Counter, Cross and Third Party Plaintiff, )
vs. )
                                                      )
BLUECHIP POWER, LLC f/k/a BLUECHIP )
ENERGY, LLC; ADVANCED SOLAR )
PHOTONICS, LLC; SORRENTO SOLAR )
FARM, LLC; DEMITRI NITIKIN; )
SUNTRUST EQUIPMENT FINANCING )
AND LEASING CORP.; APZB INDUSTRIES; )
ICT INVESTMENTS, LLC; FIFTH THIRD )
BANK; JEFFERY L. CARRIER, in his capacity )
as the TRUSTEE OF THE JEFFERY L. CARRIER )
TRUST; and AEGIS BUSINESS CREDIT, LLC; )
                                                      )
       Counter, Cross and Third Party Defendants. )

## STATUS REPORT OF PROCEEDINGS IN BANKRUPTCY CASE OF DEMITRI NIKITIN AND SVETLANA M. NIKITIN

Plaintiff, SUNTRUST EQUIPMENT FINANCE AND LEASING CORP. ("Plaintiff" or "SunTrust"), by and through its undersigned counsel and pursuant to this Court's Order dated January 6, 2014 (Doc. 200), files this Status Report regarding the bankruptcy cases of Defendants Demitri Nikitin and Svetlana M. Nikitin (collectively, the "Debtors").

1. On December 31, 2013, the Debtors filed a joint voluntary petition under chapter 7 of title 11 of the United States Code in the United States Bankruptcy Court, Middle District of Florida, Orlando Division, Case No. 6:13-bk-15555-KSJ.

2. On March 5, 2014, the meeting of creditors was held and concluded.

3. On March 26, 2014, Fifth Third Bank and SunTrust filed a Joint Motion for Extension of Time to File Non-Dischargeability Complaint and Complaint to Deny Discharge (the "Joint Motion"). A Preliminary Hearing on the Joint Motion has been scheduled for June 3, 2014 at 2:45 p.m.

4. Plaintiff and Fifth Third Bank have each filed their respective Motions for Rule 2004 Examination of the Debtors. Orders have been entered granting their Motions for Rule 2004 Examination of Debtors, which were scheduled to take place on April 29, 2014 but are being rescheduled at the request of the Debtors. A new date for the examinations has not been agreed to as of the date of this report.

Respectfully Submitted,

/s/ Michael A. Nardella
Eric S. Golden, Esq.
Florida Bar No. 0146846
Primary Email: egolden@burr.com
Secondary Email: jmorgan@burr.com
Michael A. Nardella, Esq.
Florida Bar No. 51265

20732050 v1

2

Primary Email:  mnardella@burr.com
**BURR & FORMAN, LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL  32801
Telephone:  (407) 540-6600
Facsimile:  (407) 540-6601

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 2nd day of May, 2014.  As such, the foregoing was served electronically upon all counsel of record on May 2, 2014.

    */s/ Michael A. Nardella*
    Michael A. Nardella, Esq.