# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SUNTRUST EQUIPMENT FINANCE**
**AND LEASING CORP.,**

       **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　Case No:　6:13-cv-657-Orl-28KRS

**BLUECHIP POWER, LLC, ET AL.,**

       **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT AGAINST ADVANCED SOLAR PHOTONICS, LLC (Doc. No. 224)**
>
> **FILED:** **May 1, 2014**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

> **MOTION:** **PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT AGAINST BLUECHIP POWER, LLC (Doc. No. 225)**
>
> **FILED:** **May 1, 2014**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT AGAINST BLUECHIP ENERGY, LLC (Doc. No. 226)** |
| **FILED:** | **May 1, 2014** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT AGAINST LASER PHOTONICS, LLC (Doc. No. 227)** |
| **FILED:** | **May 1, 2014** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT AGAINST ICT INVESTMENTS, LLC (Doc. No. 228)** |
| **FILED:** | **May 1, 2014** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT AGAINST U.S. INVESTING CORPORATION (Doc. No. 229)** |
| **FILED:** | **May 1, 2014** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

In the above referenced motions, Plaintiff Suntrust Equipment Finance and Leasing Corporation ("Suntrust") seeks entry of a default judgment against the defaulted Lessee Defendants

(BlueChip Energy, LLC; BlueChip Power, LLC; Laser Photonics, LLC; Advanced Solar Photonics, LLC; ICT Investments, LLC; and U.S. Investing Corporation) on Count III of Suntrust's Verified Complaint for Monetary Judgment, Petition for Appointment of Receiver, Replevin, Foreclosure, and Injunctive Relief ("Verified Complaint").  Doc. No. 1.  As to Count III, Suntrust asks that the Court find that the Lessee Defendants breached the terms of the lease agreement and security documents by failing to pay rental payments and other charges on solar panel manufacturing and power generation equipment leased under the agreement.  *Id.* ¶¶ 4-15, 28, 42, 87-94; *see* Doc. Nos. 1-5.

Suntrust's motions for default judgment against the Lessee Defendants are deficient because Suntrust does not set forth the elements of the claim in Count III and show how the well-pleaded allegations of the complaint establish each element of that claim as to each Lessee Defendant.  *See Nishimatsu Constr. Co. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975).  Suntrust must support any renewed motions for default judgment against the Lessee Defendants with legal memoranda stating the elements of the claims and citing by pinpoint reference to the well-pleaded facts alleged in the Verified Complaint that establish each element of those claims.

Suntrust should not file renewed motions for default judgment until the claims of parties actively litigating the case are resolved. Absent an indication that entry of judgment against some defendants on only some counts in which they are named is necessary or appropriate, the Court will not proceed in a piecemeal fashion.  *See* Fed. R. Civ. P. 54(b).

**DONE** and **ORDERED** in Orlando, Florida on May 9, 2014.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE