UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SUNTRUST EQUIPMENT FINANCE
AND LEASING CORP.,**

   **Plaintiff,**

v.                   Case No:  6:13-cv-657-Orl-41KRS

**BLUECHIP POWER, LLC, BLUECHIP
ENERGY, LLC, ADVANCED SOLAR
PHOTONICS, LLC, LASER
PHOTONICS, LLC, ICT
INVESTMENTS, LLC, US INVESTING
CORPORATION, DEMITRI NIKITIN,
SVETLANA NIKITIN, FIFTH THIRD
BANK, AEGIS BUSINESS CREDIT,
LLC, ON DECK CAPITAL, INC.,
NEWLOGIC BUSINESS LOANS, INC.,
WANXIANG AMERICA CORP.,
RINEHART DEVELOPMENT AND
INVESTMENT GROUP, LLC,
SORRENTO SOLAR FARM LLC and
SEMINOLE COUNTY TAX
COLLECTOR,**

   **Defendants.**
_____/

**ORDER**

  THIS CAUSE is before the Court on Plaintiff's, Suntrust Equipment Finance and Leasing Corporation ("Suntrust"), Renewed Motion for Entry of Final Default Judgment on Count III ("Renewed Motion for Default Judgment") filed on October 6, 2014. (Doc. 262). Therein, Suntrust requests that default judgment be entered against the following Defendants: Advanced Solar Photonics, LLC; BlueChip Power, LLC; BlueChip Energy, LLC; Laser Photonics, LLC; ICT Investments, LLC; and US Investing Corporation (collectively, the "Lessee Defendants").

Previously, this Court, in its September 30, 2014 Order (Doc. 258), adopted and confirmed the September 11, 2014 Report and Recommendation (Doc. 251) and held that the Lessee Defendants were jointly and severally liable to Suntrust under Count III of the Verified Complaint (Doc. 1) for $4,478,440.00. In that same Order, to avoid inconsistent judgments, this Court deferred entry of default judgment against the Lessee Defendants until the resolution of Wanxiang America Corporation's ("Wanxiang") First Amended Cross and Counter and Third Party Complaint (Doc. 152) and Counts IV and V of the Verified Complaint. Presently, Wanxiang's claims have been completely resolved, (*see* Doc. 256, at 2), and Counts IV and V of Suntrust's Verified Complaint are moot, (*see* Doc. 264). Therefore, at this time there is no risk of inconsistent judgments. The Court will enter default judgment in favor of Suntrust and against the Lessee Defendants.

Suntrust also requests that this Court order that the Lessee Defendants complete Form 1.977 of the Florida Rules of Civil Procedure (the "Fact Information Sheet"). Rule 69(a)(2) of the Federal Rules of Civil Procedure provides that "[i]n aid of the judgment or execution, the judgment creditor . . . may obtain discovery from any person—including the judgment debtor—as provided . . . by the procedure of the state where the court is located." Pursuant to Florida Rule of Civil Procedure 1.560(b), "[T]he court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete form 1.977, including all required attachments, within [forty-five] days of the order or such other reasonable time as determined by the court." Accordingly, the Lessee Defendants will be required to complete the Fact Information Sheet.

Lastly, Suntrust requests that this Court retain jurisdiction to award attorney's fees and costs. As noted in the September 11, 2014 Report and Recommendation, Rule 54(d)(2) of the Federal Rules of Civil Procedure permits a motion for attorney's fees to be filed after, but within

fourteen days of, the entry of judgment. Additionally, "[t]he clerk may tax costs on [fourteen] days' notice." Fed. R. Civ. P. 54(d)(1). Accordingly, there is no need for this Court to explicitly retain jurisdiction.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. Suntrust's Renewed Motion for Default Judgment (Doc. 262) filed on October 6, 2014, is **GRANTED**.

2. The Clerk is directed to enter a judgment in favor of Suntrust and against the following Defendants jointly and severally, in the amount of $4,478,440.00: Advanced Solar Photonics, LLC; BlueChip Power, LLC; BlueChip Energy, LLC; Laser Photonics, LLC; ICT Investments, LLC; and US Investing Corporation.

3. After entry of judgment, the Clerk shall close this case.

4. The following Defendants are ordered to complete Form 1.977 of the Florida Rules of Civil Procedure **within sixty (60) days of the date of this Order**: Advanced Solar Photonics, LLC; BlueChip Power, LLC; BlueChip Energy, LLC; Laser Photonics, LLC; ICT Investments, LLC; and US Investing Corporation.

**DONE** and **ORDERED** in Orlando, Florida on October 22, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties